UNITED STATES DISTRICT COURT
FOR THE ___Southern___ DISTRICT OF ___Indiana___

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIV
2016 JUN -9 PM 4:39
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

___Christopher Wayne Fillmore___
Full name of plaintiff(s)

v.

Case No. __16-cv-1423 SEB -MPB__
(Provided by the clerk of court)

Jason Blum individually and/or d/b/a
Blumhouse Productions, a proprietorship; et al.
Full name of defendant(s)

## NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

I. **Personal Information**

1) Are you employed? ☑ Yes ☐ No

2) Are you married? ☑ Yes ☐ No
   If "Yes," is your spouse employed? ☑ Yes ☐ No

3) Do you have any dependents that you are responsible for supporting?
   ☑ Yes ☐ No
   If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| N. L. Fillmore | Daughter | 8 | $ 500 |
| C. D. Fillmore | Daughter | 4 | $ 500 |
|  |  |  | $ |

II. **Income** - If you are married, your answers *must include your spouse's income.* (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary?  $ __2080__

2) Provide the name and address of your employer(s):

   MSDWT         8550 Woodfield Xing Blvd Indianapolis, IN 46240

3) State your spouse's total *monthly* wages or salary?  $ __2100__

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |

III. **Expenses** - If you are married or have dependents, *your expenses should also include your household's expenses.*
(When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month:

   ☐ Rent or     ☐ Mortgage               $ _____

   Car payment(s)                          $ __299__

   Alimony or court-ordered child support  $ _____

   Credit card payment(s)                  $ __250__

2) Do you have any other *monthly* expenses that you have not already listed?
☑ Yes    ☐ No

If "Yes," list them below:

| Expense | Amount |
|---|---|
| Life Insurance | $ 145 |
| College Tuition | $ 1125/ Semester   (8wks) |
| | $ |

3) What are your total *monthly* expenses?   $ 1757 at least for the next two months.

IV. <u>Property</u> - If you are married, your answers must *include your spouse's property.*

1) Do you own a car? ☑ Yes    ☐ No    If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| Mercury Milan | 2010 | $ 13,000 |
| Mercury Mariner | 2008 | $ 8,000 |

2) Do you own your home(s)?   ☐ Yes   ☑ No

If "Yes," state the approximate value(s). $ N/A

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?   $ N/A

3) Do you have any cash or checking, savings, or other similar accounts?
☑ Yes    ☐ No

If "Yes," state the total of such sums.   $ (56) as of the date of this motion.

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

☑ Yes ☐ No

If "Yes," describe the property and the approximate value(s).

$100

V. **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

I am in no position to pay for the filing fee within a time I would indeed be able to do so, while also taking into consideration the statute of limitations for the claim. Notwithstanding the fact that I will be proceeding pro se, I would also like to take into consideration any procedural errors on my behalf and the common occurrences that may otherwise extend the proceedings.

I, ___Chris Fillmore___, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

6/7/2016

Date

Signature - Signed Under Penalty of Perjury