FILED
CLERK, U.S. DISTRICT COURT

JUN 2 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Christopher Wayne Fillmore, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) v. | CV 16-4348 AB (SSx) |
| Jason Blum, et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

__6-22-16__  
Date

__[signature] Suzanne H. Segal__  
United States Magistrate Judge

IT IS RECOMMENDED that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

☐ Inadequate showing of indigency  
☐ Legally and/or factually patently frivolous  
☐ Other: _____  
☐ District Court lacks jurisdiction  
☐ Immunity as to _____

Comments:

_____  
Date

_____  
United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED  
☐ DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby:  
☐ DISMISSED.  
☐ REMANDED.

_____  
Date

_____  
United States District Judge