UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WAYNE FILLMORE<br><br>PLAINTIFF,<br><br>V.<br><br>JASON BLUM, ET AL<br><br>DEFENDANTS. | CASE NO.2:16-CV-04348-AB-SS<br><br><br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE |

COME NOW pro se Plaintiff Christopher (Chris) Wayne Fillmore, hereby file response to this Court's September 27, 2016 Order to Show Cause (dkt. 15) why this case should not be dismissed for lack of prosecution due to the non-service of a Summons to the Defendants and respectfully state as follows:

1. The Plaintiff actuated this suit in his home jurisdiction of the Seventh Circuit on 6/9/2016, (dkt. 1) which was then transferred to this Court's district on 6/15/2016. (dkt. 4)

2. The Plaintiff was granted leave by the Court to proceed in forma pauperis on 6/22/2016 and e-file on 6/30/2016. (dkts. 12 & 14)

3. Order to show Cause was rendered on 9/27/2016 for lack of prosecution. (dkt. 15)

4. Concurrent with this matter, the Plaintiff has been involved in another case in his home jurisdiction; also proceeding as a pro se litigant.

5. While there was the initial presumption that this Court, by and large, operated in the same manner as the other, he soon discovered such nuanced differences, which, therefore, effected an underestimation of the resources that would be required to fully tend to this matter; most notably: the expenditure of having to provide a chamber copy of certain documents that are filed with the Court within a specific period of time.

6. However, with the other civil matter close to being resolved, it allows him the opportunity to take a more focused and proactive role in this case.

7. The Plaintiff realizes and therefore appreciates the Court's precious resources given to those seeking their intermediation (i.e., the resource of time) and does not come into this case lightly, nor with the intention of blatantly wasting such.

8. If given this measure of grace, from here on he will work diligently toward getting this case resolved with the explicit consideration of judicial economy.

9. Under the presumption of this Court's leave, he will be serving the Defendants during the week of October 9, 2016 and providing proof of service forthwith.

**WHEREFORE**, the Plaintiff respectfully request that the Court refrain from dismissing this action.

Respectfully submitted on:
Sunday, October 9, 2016
Chris Fillmore, pro se
/s/ Chris Fillmore

713 W 31st St.
Indianapolis, IN 46208
chrisfilmore@yahoo.com
(317) 209-5509

-2-
RESPONSE