AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Chris "Chris" Wayne Fillmore, an individual  )<br>)<br>)<br>)<br>*Plaintiff(s)*  )<br>)<br>v.  )<br>)<br>Jason Blum, individually and/or d/b/a Blumhouse Productions, a proprietorship<br>(See attachment)  )<br>)<br>)<br>)<br>*Defendant(s)*  ) | Civil Action No.  2:16-cv-04348-AB-SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jason Blum & Jeanette Brill of 2401 Beverly Blvd, Los Angeles, CA 90057; Luke Dawson; Matthew Kaplan & Robyn Marshall of 11821 Mississippi Ave., Los Angeles, CA 90025; Jimmy Miller of 9200 W Sunset Blvd., 10th Fl., Los Angeles, CA 90069; Rick Osako of 4020 Captains Row, #301, Marina Del Rey, CA, 90292; Jeremy Slater of 280 S Beverly Dr., Ste. 513, Beverly Hills, CA 90212; and Cody Zwieg of 300 Corporate Pointe, Suite 465, Culver City, CA 90230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Chris Fillmore
713 W. 31st St.
Indianapolis, IN 46208
chrisfillmore@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/31/2016                                        Grace Kami
                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-04348-AB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

CV 16-04348 AB (SSx)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 JUN -9 PM 4:39
SOUTHERN DISTRICT
OF INDIANA
CLERK

| | |
|---|---|
| CHRISTOPHER "CHRIS" WAYNE FILLMORE, AN INDIVIDUAL<br><br>PLAINTIFF,<br><br>V.<br><br>JASON BLUM INDIVIDUALLY AND/OR D/B/A BLUMHOUSE PRODUCTIONS, A PROPRIETORSHIP;<br>JEANETTE BRILL INDIVIDUALLY AND/OR D/B/A BLUMHOUSE PRODUCTIONS, A PROPRIETORSHIP, AND/OR CATCHLIGHT FILMS, A PROPRIETORSHIP;<br>LUKE DAWSON INDIVIDUALLY;<br>MATTHEW KAPLAN INDIVIDUALLY AND/OR D/B/A CHAPTER ONE FILMS, A PROPRIETORSHIP, AND/OR AWESOMENESS FILMS, A PROPRIETORSHIP;<br>ROBYN MARSHALL INDIVIDUALLY AND/OR D/B/A CHAPTER ONE FILMS, A PROPRIETORSHIP;<br>JIMMY MILLER INDIVIDUALLY AND/OR D/B/A MOSAIC MANAGEMENT & PRODUCTION, A PROPRIETORSHIP;<br>RICK OSAKO INDIVIDUALLY AND/OR D/B/A CATCHLIGHT FILMS, A PROPRIETORSHIP;<br>JEREMY SLATER, INDIVIDUALLY;<br>CODY ZWIEG INDIVIDUALLY AND/OR D/B/A SUPERGRAVITY PICTURES, A PROPRIETORSHIP;<br>& DOES 1-10 INCLUSIVE<br><br>DEFENDANTS. | COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR PROPER REDRESS<br><br>16-cv-1423 SEB -MPB<br><br>CASE NO.<br><br>DEMAND FOR TRIAL BY JURY |

I, CHRISTOPHER "CHRIS" WAYNE FILLMORE — represented in the above-entitled matter PRO SE and from henceforth referenced as, unless otherwise indicated: "PLAINTIFF" — aver as follows:

-1-
COMPLAINT