UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WAYNE FILLMORE<br><br>PLAINTIFF,<br><br>V.<br><br>JASON BLUM, ET AL<br><br>DEFENDANTS. | CASE NO.2:16-CV-04348-AB-SS<br><br><br><br>PLAINTIFF'S REQUEST TO THE CLERK OF THE COURT |

### PRELIMINARY STATEMENT

**COME NOW** pro se Plaintiff Christopher (Chris) Wayne Fillmore, pursuant to 28 U.S. § 1915, hereby request this Court's assistance in serving the Defendants in the above-captioned case and respectfully state as follows:

### RELEVANT FACTS

1. The Plaintiff's claim was transferred from the Seventh Circuit Court, Southern District of Indiana, [dkt. 7] where, among other things, leave to proceed in forma pauperis was initially granted.

2. Shortly thereafter receiving this case, this Court commuted said leave. [dkt. 11]

### ARGUMENT

3. Currently, the Plaintiff also appears both pro se and in forma pauperis in another case before the aforementioned Court.

4. Among other things, the summons and complaint were served on the Defendant in that matter without the Plaintiff's involvement.

5. Therefore, notwithstanding such differences according to a given court's Local Rules, the Plaintiff held the good-faith presumption— until being placed on notice via the Order to Show Cause [dkt. 15]— that all District Courts operated in generally the same fashion regarding the function of automatically issuing the summons and complaint on behalf of a pro se plaintiff proceeding in forma pauperis.

6. Furthermore, the Plaintiff avers that while he did indeed serve the Defendants in the time thereafter receiving the order, it was conducted hastily, as a proactive means of curing this error, and also before discovering that he was indeed entitled to the service of the summons and complaint by the Court; of which, required his affirmative request.

7. WHEREFORE, precluding those parties who have already been properly served and such notices respctively filed, [dkts. 19-22] the Plaintiff prays that the Court issues a summons and complaint to the remaining Defendants (whose addresses are averred in his complaint [dkt. 1]):

    a. Jason Blum;

    b. Jeanette Brill;

    c. Rick Osako;

    d. Jeremy Slater; and

    e. Luke Dawson, who— upon information and belief— resides at 1747 5th Ave, #24, San Diego, CA 92101.

Respectfully submitted on:

Friday, November 11, 2016
Chris Fillmore, pro se
/s/ Chris Fillmore
713 W. 31st St.
Indianapolis, IN 46208
317-209-5509
chrisfillmore@yahoo.com