1  Chris Fillmore

2  713 W. 31ST ST.

3  INDIANAPOLIS, IN 46208

4  (317) 209-5509

5  PLAINTIFF IN PRO PER

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  Chris Fillmore,

12                    Plaintiff,

13              v.                           CASE NO. 2:16-cv-04348-AB-SS

14  Jason Blum, et al.,                      **APPLICATION FOR ENTRY OF DEFAULT**

15                    Defendant.

16  **To the Clerk of the US District Court, Central District of California:**

17          As provided by Fed. R. Civ. P. 55, Plaintiff, Chris Fillmore, requests that the

18  Clerk enter the default of the following Defendant(s) for failure to plead or

19  otherwise defend against this action in a timely manner:

20                    **NAME OF DEFENDANT(S):**

21          1.      As evidenced by the proof of service on file with this Court [dkt. 19]

22  and pursuant to Fed. R. Civ. P. 4, Defendant, MATTHEW KAPLAN, was served

23  on 11/7/2016. Service was made on the Defendant or an authorized agent of the

24  Defendant, at the *front desk* of the address stated within the Complaint [dkt. 1]: a

25  small, conspicuous commercial building located near two educational facilities —

26  one of which is immediately next door (north east); wherein, among other things,

27  businesses that are similarly situated to what and where the Defendant is alleged to

28  d/b/a. Therefore, the Plaintiff is informed, and thus believes, this to be a current and

-1-
APPLICATION

1   correct address for the named Defendant and service was proper per the foregoing

2   statute. Furthermore, the applicable time limit for the above-named Defendant to

3   otherwise respond to this action expired on 11/28/2016.

4       2.      As evidenced by the proof of service on file with this Court [dkt. 20]

5   and pursuant to Fed. R. Civ. P. 4, Defendant, JIMMY MILLER, was served on

6   11/7/2016. Service was made on the Defendant or an authorized agent of the

7   Defendant in the *mail room* of the address stated within the Complaint [dkt. 1]: a

8   huge, conspicuous commercial building co-located amongst a complex of several

9   other similar looking buildings; wherein, among other things, various law and

10  investment firms, real-estate, and businesses that are similarly situated to what and

11  where the Defendant is alleged to d/b/a. Therefore, the Plaintiff is informed, and

12  thus believes, this to be a current and correct address for the named Defendant and

13  service was proper per the foregoing statute. Furthermore, the applicable time limit

14  for the above-named Defendant to otherwise respond to this action expired on

15  11/28/2016.

16      3.      As evidenced by the proof of service on file with this Court [dkt. 21]

17  and pursuant to Fed. R. Civ. P. 4, Defendant, CODY ZWIEG, was served on

18  11/7/2016. Service was made on the Defendant or an authorized agent of the

19  Defendant in the *mail room* of the address stated within the Complaint [dkt. 1]: a

20  medium-sized, conspicuous commercial building co-located amongst a complex of

21  several other similar looking buildings; wherein, among other things, an

22  educational facility, various insurance agencies, law offices, and businesses that are

23  similarly situated to what and where the Defendant is alleged to d/b/a. Therefore,

24  the Plaintiff is informed, and thus believes, this to be a current and correct address

25  for the named Defendant and service was proper per the foregoing statute.

26  Furthermore, the applicable time limit for the above-named Defendant to otherwise

27  respond to this action expired on 11/28/2016.

28

4.      As evidenced by the proof of service on file with this Court [dkt. 22] and pursuant to Fed. R. Civ. P. 4, Defendant, ROBYN MARSHALL, was served on 11/7/2016. Service was made on the Defendant or an authorized agent of the Defendant at the *front desk* of the address stated within the Complaint [dkt. 1]: a small, conspicuous commercial building located near two educational facilities — one of which is immediately next door (north east); wherein, among other things, businesses that are similarly situated to what and where the Defendant is alleged to d/b/a. Therefore, the Plaintiff is informed, and thus believes, this to be a current and correct address for the named Defendant and service was proper per the foregoing statute. Furthermore, the applicable time limit for the above-named Defendant to otherwise respond to this action expired on 11/28/2016.

The above-named Defendants have failed to plead or otherwise respond to the complaint.

This request is based on the attached Declaration of Plaintiff.

DATED: Tuesday, December 6, 2016          Respectfully submitted,


/s/ Chris Fillmore

Chris Fillmore

Plaintiff in Pro Per

**DECLARATION OF PLAINTIFF**

I, Chris Fillmore, declare as follows:

I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

5.      Defendant Matthew Kaplan, was served pursuant to Fed. R. Civ. P. 4 on 11/7/2016, as evidenced by the proof of service on file with this Court.

6.      Under Rule 12, Defendant, MATTHEW KAPLAN, was required to plead or otherwise respond to the complaint by 11/28/2016. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

7.      Defendant, MATTHEW KAPLAN, has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

8.      Defendant, MATTHEW KAPLAN, is not a minor or incompetent person.

9.      Defendant, MATTHEW KAPLAN, is not currently in the military service, and therefore the Service Members Civil Relief Act does not apply.

10.     Defendant, JIMMY MILLER, was served pursuant to Fed. R. Civ. P. 4 on 11/7/2016, as evidenced by the proof of service on file with this Court.

11.     Under Rule 12, Defendant, JIMMY MILLER, was required to plead or otherwise respond to the complaint by 11/28/2016. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

12.     Defendant, JIMMY MILLER, has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

13.     Defendant, JIMMY MILLER, is not a minor or incompetent person.

14.     Defendant, JIMMY MILLER, is not currently in the military service, and therefore the Service Members Civil Relief Act does not apply.

15.     Defendant, CODY ZWIEG, was served pursuant to Fed. R. Civ. P. 4 on 11/7/2016, as evidenced by the proof of service on file with this Court.

16.     Under Rule 12, Defendant, CODY ZWIEG, was required to plead or otherwise respond to the complaint by 11/28/2016. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

17.     Defendant, CODY ZWIEG, has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

18.     Defendant, CODY ZWIEG, is not a minor or incompetent person.

19.     Defendant, CODY ZWIEG, is not currently in the military service, and therefore the Service Members Civil Relief Act does not apply.

20.     Defendant, ROBYN MARSHALL, was served pursuant to Fed. R. Civ. P. 4 on 11/7/2016, as evidenced by the proof of service on file with this Court.

21.     Under Rule 12, Defendant, ROBYN MARSHALL, was required to plead or otherwise respond to the complaint by 11/28/2016. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

22.     Defendant, ROBYN MARSHALL, has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

23.     Defendant, ROBYN MARSHALL, is not a minor or incompetent person.

24.     Defendant, ROBYN MARSHALL, is not currently in the military service, and therefore the Service Members Civil Relief Act does not apply.

1         25.    I have attached to this declaration a true and correct copy of the proofs

2   of service on file with this Court for the above-named Defendants

3         I declare under penalty of perjury that the forgoing is true and correct.

4         Executed on December 5, 2016, in Indianapolis, IN

5

6               /s/ Chris Fillmore      

7               Chris Fillmore

8               Plaintiff in Pro Per

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28