# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WAYNE FILLMORE<br><br>Plaintiff(s),<br><br>v.<br><br>JASON BLUM, et al.<br>Defendant(s). | CASE NUMBER:<br><br>2:16−cv−04348−AB−SS<br><br><br>**NOTICE OF DEFICIENCY<br>DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Matthew Kaplan, Jimmy Miller, Cody Zwieg, and Robyn Marshall   for the following reason(s):

- _ No declaration as required by F.R.Civ.P 55(a)
- _ No proof of service/waiver of service on file
- X The name of the person served does not exactly match the person named in complaint
- X Proof of Service is lacking required information
- _ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- _ Time to respond has not expired
- _ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- _ Request for Entry of Default has been forwarded to the assigned Judge
- _ Party dismissed from action on
- _ Case terminated on
- X Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- X Other: Proofs of certified mail service was executed by plaintiff. Any person who is at least 18 years old and not a party may serve a summons and complaint. The Proofs of Service as well as the Application for Default is made as to Matthew Kaplan, Jimmy Miller, Cody Zwieg, and Robyn Marshall. However, the Complaint lists those parties as: Matthew Kaplan individually and/or d/b/a Chapter One Films, a proprietorship, and/or Awesomeness Films, a Proprietorship; Jimmy Miller individually and/or d/b/a Mosaic Management & Production, a proprietorship; Cody Zwieg Individually and/or d/b/a Supergravity Pictures, a proprietorship; Robyn Marshall individually and/or d/b/a Chapter One Films, a proprietorship. Return receipt not attached to Proofs of Service. The name and capacity of recipient to accept service on behalf of the defendant(s) is thus not shown

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

- _ No Entry of Default on file
- _ No declaration as required by F.R.Civ.P 55(b)
- _ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- _ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- _ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- _ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- _ Amount sought is not for a sum certain or cannot be computed to a sum certain
- _ Attorney Fees sought not in compliance with Local Rule 55−3
- _ Amount sought for costs is incorrect
- _ Case terminated on

- Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- Other:

                                            CLERK, U.S. DISTRICT COURT

Date: December 15, 2016          By: /s/ *Grace Kami*
                                         Deputy Clerk
                                         grace_kami@cacd.uscourts.gov

CV–52B(09/12)       NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT