Chris Fillmore

713 W. 31ST ST.

INDIANAPOLIS, IN 46208

(317) 209-5509

PLAINTIFF IN PRO PER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER "CHRIS" WAYNE FILLMORE, AN INDIVIDUAL<br><br>    PLAINTIFF,<br><br> V.<br><br>JASON BLUM INDIVIDUALLY AND/OR D/B/A BLUMHOUSE PRODUCTIONS, A PROPRIETORSHIP;<br>JEANETTE BRILL INDIVIDUALLY AND/OR D/B/A BLUMHOUSE PRODUCTIONS, A PROPRIETORSHIP, AND/OR CATCHLIGHT FILMS, A PROPRIETORSHIP;<br>LUKE DAWSON INDIVIDUALLY;<br>MATTHEW KAPLAN INDIVIDUALLY AND/OR D/B/A CHAPTER ONE FILMS, A PROPRIETORSHIP, AND/OR AWESOMENESS FILMS, A PROPRIETORSHIP;<br>ROBYN MARSHALL INDIVIDUALLY AND/OR D/B/A CHAPTER ONE FILMS, A PROPRIETORSHIP;<br>JIMMY MILLER INDIVIDUALLY AND/OR D/B/A MOSAIC MANAGEMENT & PRODUCTION, A PROPRIETORSHIP;<br>RICK OSAKO INDIVIDUALLY AND/OR D/B/A CATCHLIGHT FILMS, A PROPRIETORSHIP;<br>JEREMY SLATER, INDIVIDUALLY;<br>CODY ZWIEG INDIVIDUALLY AND/OR D/B/A SUPERGRAVITY PICTURES, A PROPRIETORSHIP;<br>& DOES 1-10 INCLUSIVE<br><br>DEFENDANTS. | CASE NO. 2:16-cv-04348-AB-SS<br><br>REQUEST TO THE CLERK OF THE COURT |

**To the Clerk of the US District Court, Central District of California:**

As provided by Fed. R. Civ. P. 4(c)(3), Plaintiff, Chris Fillmore, requests that the Court serve his summons and complaint on all afore-named Defendants and respectfully state as follows:

1. The Plaintiff was granted leave by the Court to proceed in forma pauperis under 28 U.S.C. §1915.
2. Despite, therefore, being entitled to the Court issuing the summons and complaint to all named Defendants in the matter, the Plaintiff personally attempted service. However, it was eventually brought to his attention that service was improper per Fed. R. Civ. P. 4(c)(2).
3. WHEREFORE, in an effort to both remain within the bounds of Federal and Local rules and also preserve his right to litigate, he respectfully requests the Court properly serve all Defendants. Attached hereto is a declaration detailing possible mailing addresses for all named Defendants.

DATED: Monday, December 19, 2016    Respectfully submitted,

/s/ Chris Fillmore
Chris Fillmore
Plaintiff in Pro Per

# DECLARATION

The Plaintiff, on information and belief, attaches this declaration averring all known addresses of the foregoing Defendants in this matter where the Clerk of the Court may attempt service. If any of these addresses are found to be otherwise incorrect, the Plaintiff — upon notice from the Court — will attempt to provide an alternate address. The Plaintiff also preemptively asks the Court to consider service by publication at the courthouse for one or all of the named Defendants, if in the worst-case attempts at service fail.

1. JASON BLUM can be served through his attorneys, John Diemer and Carlos K. Goodman, at 150 South Rodeo Dr., 3rd Floor, Beverly Hills, CA, 90212.
2. JEANETTE BRILL can be served at 635 W. Sycamore Ave, El Segundo, CA, 90245.
3. LUKE DAWSON can be served at 18350 Napa St. Apt. 26, Northridge, CA, 91325.
4. MATTHEW KAPLAN can be served at 11821 Mississippi Ave., Los Angeles, CA, 90067.
5. ROBYN MARSHALL can be served at 11821 Mississippi Ave., Los Angeles, CA, 90067.
6. JIMMY MILLER can be served through his attorney, Carlos K. Goodman, at 150 South Rodeo Dr., 3rd Floor, Beverly Hills, CA, 90212.
7. RICK OSAKO can be served at 741 Redwood Ave., El Segundo, CA, 90245.
8. JEREMY SLATER can be served at 1444 N. Catalina St., Burbank, CA, 91505.
9. CODY ZWIEG can be served through his attorney, Darren M. Trattner at 1925 Century Park East, 22nd Floor, Los Angeles, CA, 90067.