1  CHRIS FILLMORE

2  713 W. 31ST ST.

3  INDIANAPOLIS, IN 46208

4  (317) 209-5509

5                    UNITED STATES DISTRICT COURT

6                    CENTRAL DISTRICT OF CALIFORNIA

7

8  CHRISTOPHER "CHRIS" WAYNE           CASE NO. 2:16-CV-04348-AB-SS
   FILLMORE, AN INDIVIDUAL
9
                    Plaintiff,
10
         V.
11                                     MOTION TO FILE AMENDED COMPLAINT
   JASON BLUM ET AL,
12
                    Defendants.
13

14  CHRISTOPHER WAYNE FILLMORE — Plaintiff in the above-entitled matter and

15  represented in pro per — respectfully move the Court, pursuant to Fed. R. Civ. P.

16  15(a)(2), leave to file an AMENDED COMPLAINT, a copy of which is attached hereto.

17                          **INTRODUCTION**

18       1.     The new Complaint maintains the counts and allegations against the

19  same Defendants from the original Complaint, but adds a new Defendant and more

20  rigidly adheres to Fed. R. Civ. P. 8, as it relates to providing "a short and plain

21  statement of the claim showing that the pleader is entitled to relief;" and "a demand

22  for the relief sought, which may include relief in the alternative or different types of

23  relief."

24       2.     Furthermore, Plaintiff seeks to amend his demand for this case to be

25  tried by judge.

26                          **ARGUMENT**

27       3.     Pursuant to Fed. R. Civ. P. 15(a)(2), "a party may amend its pleading

28

1   only with the opposing party's written consent or the court's leave.[1] The court

2   should freely give leave when justice so requires."

3      4.   The decision whether to grant leave to amend a pleading is within the

4   sound discretion of the district court,[2] but as this Court has aptly recognized, "this

5   discretion is strictly circumscribed by the proviso that 'leave [should] be freely

6   given when justice so requires.'"[3]

7      5.   Therefore, a justifying reason must be apparent for denial of a motion

8   to amend.[4] "Unless a substantial reason exists to deny leave to amend, the

9   discretion of the district court is not broad enough to permit denial."[5]

10                          **PRAYER**

11      6.   **WHEREFORE**, it is for the reasons identified above, Plaintiff requests

12   that the Court allows motion for leave to file the proposed amended complaint.

13

14

15

16                     Respectfully submitted on:
                       Friday, February 17, 2017
17                     Chris Fillmore, pro se

18                     /s/ Chris Fillmore

19

20                     713 W. 31st St.
                       Indianapolis, IN 46208
21                     317-209-5509

22

23   [1] As no scheduling order has been issued in this case, Federal Rule of Civil Procedure 16(b), which governs
     modifications to pretrial scheduling orders, is not applicable.

24   [2] Florida Foundation Seed Producers, Inc. v. Georgia Farms Services, LLC, No. 1:10-CV-125, 2012 WL 4840809, at
     *21 (M.D. Ga. Sept. 28, 2012) (Sands, J.) (citing Nat'l. Serv. Indus., Inc. v. Vafla Corp., 694 F.2d 246, 249 (11th Cir.

25   1982)).
     [3] Id. (quoting Gramegna v. Johnson, 846 F.2d 675, 678 (11th Cir. 1988)).

26   [4] Id. (citing Moore v. Baker, 989 F.2d 1129, 1131 (11th Cir. 1993)). A court may consider such factors as undue
     delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments

27   previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, and futility of
     the amendment. Id. (citing Foman v. Davis, 371 U.S. 178, 182 (1962)).

28   [5] Id. (citing Shipner v. Eastern Air Lines, Inc., 868 F.2d 401, 407 (11th Cir. 1989) (internal quotation marks
     omitted)).