UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 16-04348 AB (SSx) | Date: | March 17, 2017 |
|---|---|---|---|

Title: *Christopher Wayne Fillmore v. Jason Blum, et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Ingrid Valdes | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER **GRANTING** MOTION TO AMEND COMPLAINT (Dkt. No. 34)

The Court hereby **GRANTS** Plaintiff's Motion to Amend Complaint (Dkt. No. 34) in light of Rule 15's policy that leave to amend should be freely granted, and the fact that no defendant has answered and none would be prejudiced. Plaintiff is reminded to file Proposed Orders with any motions or other requests for relief.

Plaintiff shall file his First Amended Complaint **within 10 days** of the issuance of this Order.

The Stipulation concerning Defendant Blumhouse's and Defendant Slater's deadline to respond to the Complaint is **DENIED AS MOOT**. After Plaintiff serves them with the FAC, they shall have 21 days to respond to it.

**IT IS SO ORDERED.**