1  KELLI L. SAGER (State Bar No. 120162)
     kellisager@dwt.com
2  ERIC M. STAHL (State Bar No. 292637)
     ericstahl@dwt.com
3  DIANA PALACIOS (State Bar No. 290923)
     dianapalacios@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, Suite 2400
5  Los Angeles, CA 90017-2566
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendants
   BLUMHOUSE PRODUCTIONS, LLC,
8  and JEREMY SLATER

9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| CHRISTOPHER "CHRIS" WAYNE FILLMORE, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LIONSGATE FILMS; JASON BLUM individually and/or d/b/a Blumhouse Productions, a proprietorship; JEANETTE BRILL individually and/or d/b/a Blumhouse Productions, a proprietorship; LUKE DAWSON individually; MATTHEW KAPLAN individually and/or d/b/a Chapter One Films, a proprietorship; ROBYN MARSHALL individually and/or d/b/a Chapter One Films, a proprietorship; JIMMY MILLER individually and/or d/b/a Mosaic Management & Production, a proprietorship; RICK OSAKO individually and/or d/b/a Catchlight Films, a proprietorship; JEREMY SLATER, individually; CODY ZWIEG individually; and DOES 1-10 inclusive,<br><br>　　　　　　Defendants. | Case No. **2:16-CV-04348-AB-SS**<br><br>**DECLARATION OF ERIC M. STAHL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date:　May 8, 2017<br>Time:　　　　10:00 a.m.<br>Courtroom:　　7B<br><br>[Notice of Motion and Motion to Dismiss; Request For Judicial Notice; Notice Of Lodging Of Ex. 2; Notice Of Manual Filing; and [Proposed] Order Filed Concurrently] |

DECLARATION OF ERIC M. STAHL
4839-3331-3350v.4 0103245-000004

## DECLARATION OF ERIC M. STAHL

I, Eric M. Stahl, declare as follows:

1. I am an attorney admitted to practice before all the courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP, and I am one of the attorneys representing Defendants Blumhouse Productions, LLC and Jeremy Slater in this matter. The facts stated below are true of my own personal knowledge. If called to testify, I could and would competently testify to these facts.

2. On March 13, 2017, in response to a request from my partner Kelli L. Sager for a copy of the works forming the basis for his Complaint in this action, Plaintiff Christopher Fillmore ("Plaintiff") emailed Ms. Sager and me a manuscript entitled "Lazari Taxa." In his email, Plaintiff represented that the attached manuscript "is a copy of the front and back cover of the manuscript when it was available as a paperback, along with its contents." Attached as **Exhibit 1** is a true and correct copy of the manuscript attached to Plaintiff's March 13 email.

3. Plaintiff alleges at Paragraph 23 of his First Amended Complaint ("FAC") that the allegedly infringed work in this action was registered with the U.S. Copyright Office in 2006 under registration number TXu001317404, and that a sequel work was registered in 2008 under registration numbers TXu001684502. On March 27, 2017, my firm requested from the U.S. Copyright Office, on an expedited basis, certified copies of both of these works. We have been advised that the order will take approximately 6 to 8 weeks to process.

4. Attached as **Exhibit 2** is a true and correct DVD of the motion picture "The Lazarus Effect."

5. On March 30, 2017, Ms. Sager and I met and conferred telephonically with Plaintiff, who is in pro per, regarding the substance and basis of Defendants' Motion to Dismiss. We explained that we had reviewed his manuscript "Lazari Taxa" and the motion picture "The Lazarus Effect," as well as the relevant legal

1

authorities, and that his infringement claim failed as a matter of law because the works lack substantial similarity. Plaintiff disagreed, and stated that he would oppose Defendants' Motion.

6. Attached as **Exhibit 3** is a true and correct copy of the New Testament, Gospel according to St. John, Chapter 11, Verses 1-44 (New American Bible version), available at http://www.vatican.va/archive/ENG0839/__PA1.HTM. At my direction, my colleague Diana Palacios downloaded this passage from the Internet at the address indicated above on April 2, 2017.

7. Attached as **Exhibit 4** are true and correct copies of the following articles regarding "the Lazarus Phenomenon": Jack G. Bray MD, "The Lazarus Phenomenon Revisited, Anesthesiology, Vol.78 p. 991 (1993), available at http://anesthesiology.pubs.asahq.org/article.aspx?articleid=1950523; and "The Lazarus Phenomenon, Explained: Why Sometimes, the Deceased Are Not Dead, Yet," Smithsonian (March 31, 2016), available at http://www.smithsonianmag.com/science-nature/lazarus-phenomenon-explained-why-sometimes-deceased-are-not-dead-yet-180958613/. At my direction, Ms. Palacios downloaded these articles from the Internet at the addresses indicated above on April 2, 2017.

8. Attached as **Exhibit 5** are true and correct copies of articles regarding expressive works that use the name Lazarus: "Static: David Bowie and 'Lazarus,'" The New Yorker (December 21 & 28, 2015), available at http://www.newyorker.com/magazine/2015/12/21/static-the-theatre-hilton-als; "Synopsis for The Lazarus Papers," IMDb, available at http://www.imdb.com/title/tt1247400/synopsis?ref_=tt_stry_pl; "Raising the Dead," The New York Times (May 25, 2008) (review of the novel "The Lazarus Project"), available at http://www.nytimes.com/2008/05/25/books/review/Schine-t.html; "The comic book 'Lazarus' is a frightening vision of where America could be headed," Salon, available at http://www.salon.com/2017/01/06/the-comic-book-lazarus-is-a-

frightening-vision-of-where-america-could-be-headed/; "The Lazarus Man," IMDb, available at http://www.imdb.com/title/tt0115241/?ref_=fn_tt_tt_2; "The Lazarus War: Legion," Hachette Book Group, available at https://www.hachettebookgroup.com/titles/jamie-sawyer/the-lazarus-war-legion/9780316386456/; and "Madame Lazarus," The New Yorker (June 23, 2014), available at http://www.newyorker.com/magazine/2014/06/23/madame-lazarus. At my direction, Ms. Palacios downloaded these articles from the Internet at the addresses indicated above on April 4, 2017.

9. Also attached as Exhibit 5 are true and correct excerpts of the following online searches: (i) an Amazon.com search for the term "Lazarus," which resulted in over 17,000 items; and (ii) a search of the U.S. Copyright Office's online Public Catalog, which resulted in 699 registered works containing "Lazarus" in the title. At my direction, Ms. Palacios conducted and downloaded web printouts of these searches on April 5, 2017.

10. Attached as **Exhibit 6** are true and correct copies of a Bible passage and articles regarding resurrection in religious works: New Testament, Luke Chapter 24, verse 1-7 (New American Bible version), available at http://www.vatican.va/archive/ENG0839/__PX7.HTM; "Dionysus," Britannica (April 22, 2015), available at https://www.britannica.com/topic/Dionysus; "Quetzalcoatl," Britannica (April 16, 2016), available at https://www.britannica.com/topic/Quetzalcoatl; "Lemminkäinen," Britannica (June 18, 2009), available at https://www.britannica.com/topic/Lemminkainen; and "Osiris," Ancient History Encyclopedia (March 6, 2016), available at http://www.ancient.eu/osiris/. At my direction, Ms. Palacios downloaded these from the Internet at the addresses indicated above on April 2, 2017.

11. Attached as **Exhibit 7** are true and correct copies of summaries of fictional works in the genres of in horror, fantasy and science fiction about reanimation of the dead: "Frankenstein Plot Overview," SparkNotes, available at

http://www.sparknotes.com/lit/frankenstein/summary.html; "Synopsis for Frankenstein," IMDb, available at http://www.imdb.com/title/tt0021884/synopsis?ref_=ttpl_pl_syn; H.P. Lovecraft, Herbert West, Re-Animator (1922), available at http://www.hplovecraft.com/writings/texts/fiction/hwr.aspx; "Synopsis for Re-Animator," IMDb, available at http://www.imdb.com/title/tt0089885/synopsis?ref_=tt_stry_pl; "Synopsis for Pet Sematary," IMDb, available at http://www.imdb.com/title/tt0098084/synopsis?ref_=tt_stry_pl, "Synopsis for Flatliners," IMDb, available at http://www.imdb.com/title/tt0099582/synopsis?ref_=tt_stry_pl; Roger Ebert, "The Serpent and the Rainbow," available at http://www.rogerebert.com/reviews/the-serpent-and-the-rainbow-1988; "Synopsis for Night of the Living Dead," IMDb, available at http://www.imdb.com/title/tt0063350/synopsis?ref_=tt_stry_pl; "Synopsis for Dawn of the Dead," IMDb, available at http://www.imdb.com/title/tt0077402/synopsis?ref_=tt_stry_pl; "Synopsis for Day of the Dead," IMDb, available at http://www.imdb.com/title/tt0088993/synopsis?ref_=tt_stry_pl; and "Synopsis for Land of the Dead," IMDb, available at http://www.imdb.com/title/tt0418819/synopsis?ref_=tt_stry_pl. At my direction, Ms. Palacios downloaded these stories and summaries from the Internet at the addresses indicated above on April 2, 2017.

    12. Also attached as Exhibit 7 are the following IMDb movie summaries: "Synopsis for Death Becomes Her," IMDb, available at http://www.imdb.com/title/tt0104070/synopsis?ref_=tt_stry_pl; and "Synopsis for Resurrection," IMDb, available at http://www.imdb.com/title/tt0081414/synopsis?ref_=tt_stry_pl. At my direction, Ms. Palacios downloaded these stories and summaries from the Internet at the addresses

4

indicated above on April 5, 2017.

13. Attached as **Exhibit 8** are true and correct copies of summaries of films and books that contain dream sequences: "Synopsis for Wizard of Oz," IMDb, available at http://www.imdb.com/title/tt0032138/synopsis?ref_=tt_stry_pl; "Synopsis for Spellbound," IMDb, available at http://www.imdb.com/title/tt0038109/synopsis?ref_=tt_stry_pl; "8 ½," Roger Ebert (May 28, 2000), available at http://www.rogerebert.com/reviews/great-movie-8-12--eight-and-a-half-1963; "Synopsis for The Big Lebowski," IMDb, available at http://www.imdb.com/title/tt0118715/synopsis?ref_=tt_stry_pl; "The Iliad Summary: Book 2," SparkNotes, available at http://www.sparknotes.com/lit/iliad/section2.rhtml; "Alice's Adventures in Wonderland Plot Overview," SparkNotes, available at http://www.sparknotes.com/lit/alice/summary.html; "Harry Potter and The Order of the Phoenix Plot Overview," SparkNotes, available at http://www.sparknotes.com/lit/harrypotter5/summary.html; "A Midsummer Night's Dream Overview," SparkNotes, available at http://www.sparknotes.com/shakespeare/msnd/summary.html; "Synopsis for Eternal Sunshine of the Spotless Mind," IMDb, available at http://www.imdb.com/title/tt0338013/synopsis?ref_=tt_stry_pl; and "Synopsis for Brazil," IMDb, available http://www.imdb.com/title/tt0088846/synopsis?ref_=tt_stry_pl.  At my direction, Ms. Palacios downloaded these summaries from the Internet at the addresses indicated above on April 2 and 5, 2017.

14. Attached as **Exhibit 9** are true and correct copies of summaries of films and books in which a character disobeys a superior's order: "Synopsis for Beverly Hills Cop," IMDb, available at http://www.imdb.com/title/tt0086960/synopsis?ref_=tt_stry_pl; Synopsis for "Beverly Hills Cop II", IMDb, available at

5

DECLARATION OF ERIC M. STAHL
4839-3331-3350v.4 0103245-000004

1 http://www.imdb.com/title/tt0109254/synopsis?ref_=tt_stry_pl;" Synopsis for Beverly Hills Cop III," IMDb, available at http://www.imdb.com/title/tt0092644/synopsis?ref_=tt_stry_pl: "Synopsis for Dirty Harry," IMDb, available at http://www.imdb.com/title/tt0066999/synopsis?ref_=tt_stry_pl; "Synopsis for Die Hard 2," IMDb, available at http://www.imdb.com/title/tt0099423/synopsis?ref_=tt_stry_pl;  "Synopsis for Breakfast Club," IMDb, available at http://www.imdb.com/title/tt0088847/synopsis?ref_=tt_stry_pl; "Synopsis for The Sound of Music," IMDb, available at http://www.imdb.com/title/tt0059742/synopsis?ref_=tt_stry_pl; "The Oedipus Plays Overview," SparkNotes, available at http://www.sparknotes.com/drama/oedipus/summary.html;" Synopsis for Captain America: The First Avenger," IMDb, available at http://www.imdb.com/title/tt0458339/synopsis?ref_=tt_stry_pl;" Synopsis for Captain America: Civil War," IMDb, available at http://www.imdb.com/title/tt3498820/synopsis?ref_=tt_stry_pl; "Synopsis for Top Gun," IMDb, available at http://www.imdb.com/title/tt0092099/synopsis?ref_=tt_stry_pl; and "Synopsis for Miss Congeniality," IMDb, available at http://www.imdb.com/title/tt0212346/synopsis?ref_=tt_stry_pl.  At my direction, Ms. Palacios downloaded these summaries from the Internet at the addresses indicated above on April 5, 2017.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 7th day of April, 2017, in Seattle, Washington.

                                                  */s/ Eric M. Stahl*
                                                  Eric M. Stahl

DECLARATION OF ERIC M. STAHL
4839-3331-3350v.4 0103245-000004