# Writers House LLC

A LITERARY AGENCY

Dear Author,

Thank you for contacting Albert Zuckerman about representation. However, after considering your material, we have decided your project is not something we feel we can successfully represent at this time. Furthermore, Mr. Zuckerman is very busy with work from his current clients and therefore must limit the number of new projects he agrees to undertake.

I sincerely apologize for the impersonal nature of this reply – we receive hundreds of submissions a month.

Please accept our best wishes for your project's success.

Sincerely,

Maya Rock
Assistant to Albert Zuckerman

P.S. For your possible interest, please find enclosed a brochure for **WRITING THE BLOCKBUSTER NOVEL**, a book about creating commercially successful work for today's highly competitive fiction market.

21 W. 26 ST., NEW YORK, N.Y. 10010 • PHONE (212) 685-2400 • FAX (212) 685-1781

C.Wayne Fillmore
3670 Idlewood Pkwy #1710
Indianapolis, IN 46214

Monday, September 11, 2006

Jet Reid
JetReid Agency

Greetings Master Jet:

I hope this letter finds you well.

Allow me to introduce to you your next best-seller. It was written under the provisional generic moniker [Untitled] until that aspect is fully worked out, but let me bring to your attention the much bigger element; the plot.

To set the mood, think about the story in terms of *Night of the Living Dead*-meets-*iRobot*-meets-*X Men*. It is a smart, futuristic suspense that introduces a murderer whose victims are a new race of humanity - Necrosapiens. The story begins with two special unit detectives arriving at the scene of their first Necrocide case ever. From then on, both detectives struggle to piece together evidence that begins to uncover a plot bigger than what they could have imagined. With the help of an over-eager reporter and a brilliant forensic scientist, the detectives unleash clues that lead them to a cleverly hidden conspiracy going back to the origins of Necrosapiens themselves. The first of a three-book series, this one ends with the killer's identity being none other than a Necrosapien himself. But, he was just a meager pawn in the whole ruse.

I am a relatively new author with a great deal of potential. I have successfully self-published one manuscript with options for a screen play offer pending. I would be honored if I could submit my new manuscript to you for consideration.

Currently, I don't have a finished manuscript; for I am working hard on it as you read this. I do, however, have a complete seven-page synopsis that gives you a more thorough yet abridged version of the story. If you have any questions or are interested in seeing the synopsis, please contact me via email at c.waynefillmore@yahoo.com , my home number 317.328.1934, or the aforementioned address. Thank you for your time and consideration and I look forward to hearing from you.

Sincerely,

C.Wayne Fillmore

Thank you for considering
my agency for your work.
I regret this isn't a match.

Jact

# LOWENSTEIN-YOST
## ASSOCIATES INC.

*Literary Agency*

Dear Author:

Thank you for giving us the opportunity to consider your work. Unfortunately, I do not feel strongly enough about your project to pursue it further.

As I am sure you can imagine, we receive a tremendous number of submissions, and we are forced to limit our focus to a select group of projects. Agenting is very subjective, and even though we could not take on your project at this time, another agent might feel differently.

Please accept my best wishes for success in your writing career.

Sincerely,

Barbara Lowenstein

# THE WYLIE AGENCY
### —— INCORPORATED ——

250 WEST 57TH STREET, SUITE 2114, NEW YORK, NEW YORK 10107
TELEPHONE: 212-246-0069  TELEFAX: 212-586-8953  INTERNET: mail@wylieagency.com

September 19, 2006

C. Wayne Fillmore
3760 Idlewood Pkwy #1710
Indianapolis, IN 46214

Dear Mr. Fillmore,

Thank you for sending us your proposal.

I've had a chance to read most of it now, and I'm sorry to say
that I wasn't sufficiently enthusiastic to feel that we'd be the
right agents to represent you.

Thank you for giving us the opportunity to consider, and we wish
you all success with the project.

Best,

Nadia Wilson

THE WYLIE AGENCY (UK) LIMITED • 17 BEDFORD SQUARE, LONDON WC1B 3JA
TELEPHONE: 020-7908-5900  TELEFAX: 020-7908-5901  INTERNET: mail@wylieagency.co.uk

# MARGRET McBRIDE
## L I T E R A R Y   A G E N C Y

Dear Writer:

Thank you for your interest in the Margret McBride Literary Agency. We apologize for this form response, but the volume of mail we receive makes it impossible to send individual responses in every case.

We have reviewed the information regarding your project, and after careful consideration, we do not feel our agency can successfully market your work.

We wish you every success in placing your project.

Regards,
The McBride Agency

**LA JOLLA**                    **NEW YORK**                    **LONDON**

7744 Fay Avenue, Suite 201, La Jolla, CA 92037 858–454–1550    FAX 858–454–2156



TEN ASTOR PLACE • NEW YORK, NEW YORK 10003 • 212-473-5400 • FAX 212-598-0917

August 29, 2006

Dear Mr. Fillmore:

Thank you for your query to Timothy Knowlton.  Since Mr. Knowlton is not a book agent, your letter was forwarded to my office.

We regret we cannot ask to see your work.  At the present time we are adding very few clients to our list, and your work doesn't seem right for us.

We wish you the best of luck in finding suitable representation, and we appreciate your interest in Curtis Brown.

Sincerely,

Anna Abreu
General Queries

REPRESENTING AUTHORS SINCE 1914



The Joy Harris Literary Agency, Inc.

Dear Writer:

Thank you for your interest in the Joy Harris Literary Agency.  Unfortunately, I am afraid that given today's publishing climate I do not believe I would be able to get you the attention from a publisher that your book deserves.  Please forgive the form letter, but the volume of query letters we receive obliges us to respond in this manner.

We wish you the best with your work.

Sincerely,

The Joy Harris Literary Agency



# THE DOE COOVER AGENCY

P.O. BOX 668, WINCHESTER, MA 01890 • 781-721-6000 • FAX 781-721-6727

DOE COOVER                                                          COLLEEN MOHYDE

The Doe Coover Agency thanks you very much for your recent submission.
We apologize that the volume of submissions necessitates our replying in a
form letter. And while we appreciate your thinking of the agency, we're afraid
that the project you propose does not seem right for our list.

Another agency may well feel differently, of course, and we certainly want to wish you
the best of luck with your work. Thank you again for the chance to consider your book.


### THE DOE COOVER AGENCY

C.Wayne Fillmore
3670 Idlewood Pkwy #1710
Indianapolis, IN 46214

RECEIVE[...]
AUG   2006
BY:-------------------

*[handwritten note:]* Thank you for your query. Unfortunately, we are not the right agency for this. We wish you the best of luck, Courtney Mack

Friday, August 11, 2006

Vicky Bijur
Vicky Bijur Literary Agency, Inc.

Dear Miss Bijur,

I hope this letter finds you well.

Allow me to introduce to you your next best-seller. It was written under the provisional generic *Assistant*
moniker [Untitled] until that aspect is fully worked out, but let me bring to your attention the
much bigger element; the plot.

To set the mood, think about the story in terms of *Night of the Living Dead*-meets-*iRobot*-meets-*X
Men*. It is a smart, futuristic suspense that introduces a murderer whose victims are a new race of
humanity - Necrosapiens. The story begins with two special unit detectives arriving at the scene
of their first Necrocide case ever. From then on, both detectives struggle to piece together
evidence that begins to uncover a plot bigger than what they could have imagined. With the help
of an over-eager reporter and a brilliant forensic scientist, the detectives unleash clues that lead
them to a cleverly hidden conspiracy going back to the origins of Necrosapiens themselves. The
first of a three-book series, this one ends with the killer's identity being none other than a
Necrosapien himself. But, he was just a meager pawn in the whole ruse.

I am a relatively new author with a great deal of potential. I have successfully self-published one
manuscript with options for a screen play offer pending. I would be honored if I could submit my
new idea to you for consideration.

Currently, I don't have a finished manuscript; for I am working hard on it as you read this. I do,
however, have a complete seven-page synopsis that gives you a thorough yet abridged version of
the story and also a sample chapter. If you have any questions or are interested in seeing the
current material, please contact me via email at c.waynefillmore@yahoo.com , my home number
317.328.1934, or the aforementioned address. Thank you for your time and consideration and I
look forward to hearing from you.

Sincerely,

C.Wayne Fillmore



**INTERNATIONAL CREATIVE MANAGEMENT, INC.**

August 21, 2006

From: Lisa Bankoff

Re: Query

My office receives a great number of query letters and so I hope you'll understand that it's not possible in each instance for me to compose a personal response. Please know that I do read each letter attentively. I'm taking on few new writers, however, so as to better serve my current list of clients. I wish you luck with your manuscript.

Someone else may feel differently and I wish you well.

*cb*

**Curtis Brown, Ltd.**    **Ten Astor Place, New York, N.Y. 10003**    **(212) 473-5400**

August 21, 2006

Mr. C. Wayne Fillmore
3670 Idlewood Parkway #1710
Indianapolis, IN 46214

Dear C. Fillmore:

Many thanks for your letter of August 11th.

Regrettably, after reading the description of your project, Mr. Ginsberg does not think he is the most appropriate agent for your work. He must therefore decline to consider your proposal.

I wish you every success with your work, however, and appreciate your interest in Curtis Brown.

Best wishes,

*Nathan Bransford*

Nathan Bransford
Assistant to Peter L. Ginsberg

# CAROL MANN AGENCY

55 FIFTH AVENUE   NEW YORK, NY 10003    (212) 206-5635   FAX(212) 675-4809

August 22, 2006

Thank you very much for submitting your query to the Carol Mann Agency. After careful consideration, we have decided not to pursue your project at this time.

Again, many thanks for the opportunity to read your work; we wish you the best of luck.

Sincerely,

The Carol Mann Agency

**LEVINE | GREENBERG** LITERARY AGENCY, INC.

August 16, 2006

Dear Author:

Thank you for your submission. We've had the chance to review your query, and at
this time, we do not feel that our agency will be able to represent your work.

Please keep in mind that this is a highly subjective business, and we wish you the best
of luck in placing your work elsewhere and having it published. Feel free to send us
any additional projects you may have in the future.

307 Seventh Avenue
Suite 2407
New York NY 10001

T 212.337.0934
F 212.337.0948

levinegreenberg.com

Sincerely,

Monika Verma
Editorial Assistant

NEW YORK | CALIFORNIA

From: stringerlit@comcast.net
Subject: Re: Query
Date: December 4, 2009 at 9:38 AM
To: Chris Fillmore  fillmorechris@att.net

Dear Chris Fillmore:

Thank you very much for your query, which we have read with interest. Unfortunately, the project does not seem right for this agency, and we are sorry that we cannot offer to serve as your literary agent.
We also apologize for the form rejection.  The sheer number of queries we receive prevents personalization in order for us to respond in a timely fashion.
We wish you all the best in finding more suitable representation, encourage you to query widely, and thank you for giving us the opportunity to consider your work.

Sincerely,
The Stringer Literary Agency LLC

----- Original Message -----
From: "Chris Fillmore" <fillmorechris@att.net>
To: stringerlit@comcast.net
Sent: Thursday, December 3, 2009 4:07:16 PM GMT -05:00 US/Canada Eastern
Subject: Query

The dead are being murdered...

---

**CHRIS FILLMORE**
6930 Idlewood Ct. N. #1512
Indianapolis, IN USA 46214
Tel. 317-328-1934
Email: fillmorechris@att.net

---

11/30/2009

Greetings Marlene Stringer:

Please allow me to introduce my recently completed novel ***Lazarui Taxa***—a futuristic detective story with a science fiction punch.

*"Necrocide was capital murder across the board— a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."*

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and its first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation after death, government programs have made it financially advantageous and thousands have applied. A new "species" of *necrosapiens* has been born. And now they are dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound, too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo…the three small capital *I*s on the lobe. The first victim is followed by more—every time there is a suspect, but every time the suspect turns out to be a false lead. The trail circles back, over and over, to the mysterious Lazarus Center itself and its motives for performing the research. Is there a vast conspiracy and coverup? The search for answers takes the detectives on an ever widening path, from the seedy remnants of the cities of the future to the depths of the Louisiana bayous and voodoo culture. In the search for the killer, the detectives also rediscover important and ancient facets of humanity—ones that have been lost in a society that allows scientists to "play God" with abandon.

I believe this book could be marketed as a mainstream mystery thriller, but it also has aspects of a true science fiction adventure. It started as a simple concept based on the idea of humanizing the reanimated, basing the story from what I feel is a fresh perspective on the old "zombie" story. It asks what really would happen if someone was resurrected?  It also delves into the ramifications of resurrection on a social, religious, and economic perspective, all wrapped within a murder-mystery. It will appeal to readers who enjoy many different genres. The manuscript weighs in at approximately 50,000 words and is fully complete.

Although I have been writing for many years, *Lazuria Taxa* is my first submitted novel. I am a lover of sci-fi, graphic novels, and mystery stories. My current work seems to be influenced by the Noir genre as well, which has helped shape my sequels. (*Lazuria Taxa* is planned as one of a three-part series.) Currently, I reside in Indianapolis, Indiana with my wife and young daughter. My hobbies include, among writing of course, amateur film making with Wes Anderson, Steven Soderbergh, and Robert Zemeckis as my influences.


Thank you for your consideration.
Sincerely


Chris Fillmore


Synopsis of

### Lazarui Taxa

### By Chris Fillmore

*"Necrocide was capital murder across the board, though a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."*

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and the first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation, government programs had made it financially advantageous and thousands had applied. A new "species" of *necrosapiens* has been born. And now they were dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a new necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound—too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo …the three small capital *I*s on the lobe. The hunt begins for the murder weapon (an ice pick?) and the meaning of the strange tattoo.

There is a witness, NOLRICCO REED, a necrosapien. During her account of the crime, she also lets the detectives know what it is like to be a necrosapien. They are hated and discriminated against by those who protest the Lazarus experiments. Worse than that, thought, they are not truly the same people they were before reanimation—there are thoughts, feelings, personality traits that are gone—sometimes to be replaced by extreme personality traits. They suffer from *soul flux* and now live ambiguously in the real world; it shows in their eyes. Nolricco also has the three *I*s tattoo—she informs the detectives that all "necros" get them.

New information about the murder victim comes from SEAN BRINDLE, the medical examiner. There is an ice pick in the body bag with the victim—it looks to be the murder weapon but that doesn't "feel" right to Dobbs and Ellion. Although the ice pick lead identifies a suspect, ME Brindle finds that the blood on it probably came from a fish, confirming the suspect's story that he used the pick at work in a fish factory. The man the man is just a small-time criminal, not a serial killer.

A second victim—badly decomposed, but again with the strange wound and the tattoo. The decomposition reveals a microchip underneath the tattoo— a new clue for the detectives. The microchips are retrieved from all previous victims and now there are identities for them all—and a citywide pattern of murders that points to the next site.

Dobbs and Ellion find a member of the Lazarus project who is willing to give them the names of all necrosapiens in the target area. With that information, they set up a surveillance of all know necros in the area and wait for the killer to try again. Despite the manpower put on the case, the killer is again successful.

A news reporter MADDOX LEWIS has been working secretly on the case and has a new lead. A woman named Poe Coe may have more information. It is also possible that the whole necrosapiens project was a government military program. Before Ellion and Dobbs can act on their new leads, they are informed that their case has been taken over by the FBI, as the necrosapiens are technically government property. Ellion, Dobbs and Maddox decide to pursue the Poe Coe lead before the FBI finds out about it. POE COE, a voodoo practitioner, informs them that they will find the killer—they are on the right track. She also sends them visions in dreams—dreams about personal issues each has. Dobbs in particular has a dream about his dead wife, who appears to be in a building with an address of 312.

There are now five new cases of necrocide. Some are simply hate crimes; others are copycat crimes. None provide new leads to the real killer. But Dobbs sees the "312" building he saw in his dream—it is the Levin asylum hospital—and Dobbs knows his wife is in there. He threatens an orderly with his gun, forcing him to let him into her room. There is also a strange patient, BRIAN DEFIR, who has a room full of newspaper clippings about the necrocides.

Another murder, and a syringe left behind reveals the prints of the strange patient. Dobbs and Ellion head back to the Levin hospital, only to spot the patient about to escape. A search of his room reveals weapons that could be the murder weapons. DeFir is captured, but is let go on technicalities. Ellion is censured for working on the case, but Dobbs is fired.

DeFir turns out not to be the killer. He is just another copycat, fascinated by the necrokiller. Dobbs and Ellion, working in secret, come up with a plan to lure out the real killer, but they need Nolricco Reed to act as "bait". Their sting operation works, but not before Nolricco is killed. They manage to kill the necrokiller. He is another necrosapien.

# Chapter 1

"Hello again and welcome. Our top story: with the topic of human cloning finally cooling down, scientists have found yet another way, as some fundamentalists say, to attempt to disprove God's existence. The Lazarus Project is showing promise with the successful reanimation of Chloe, the three year-old Tanzanian chimp euthanized four months before being resurrected more than a year ago. Excited scientists are ready to initiate phase four testing. But with no human either brave or foolish enough to be the guinea pig, the project has stalled.

"Thomas Fairbanks, the billionaire entrepreneur at the helm of the project, not only as its avid spokesman but also with generous endowments, agrees that if he dies before the project ends, he wants to be the first human subjected to testing. Plans to resurrect his wife, who died more than three years ago, were not safe, scientists concluded. The jury's still out on the phenomenon known as *psyche displacement*, or *soul flux*. But the project sparks the debate between *science* and *spiritualism* among

theologians, psychologists, and just about everyone in the scientific community. Linda Rozman has more details."

The report comes from WNEW web cast news. It is an archived report rebroadcast to commemorate the 15-year anniversary of the first human resurrection. It illuminates from the projection laptop, located in the center of a spacious room. Someone turns it off during its wrap up. A phone on the coffee table alerts that an urgent message waits.

All is busy in the deli tonight. The bustling crowd makes for an electric atmosphere and a frenzied hustle for the servers behind the counter. A young man rushes in from the street to escape the last moments of a furious downpour. He brushes water from his notebooks, his waterproof laptop bag, his hair. He needs a warm drink with a kick to burn the midnight oil.

"Yes, what can I do for you?" the server asks as the young man reaches the counter.

"Soy latte, please." His books fall to the floor. He bends to pick them up, turning his head curiously. The server notices something that makes her uneasy. She backs away from the counter and goes for the manager. They talk. He calms her and goes back to the counter with her.

"And make it a vente, please," the young man adds.

"We're going to have to ask you to leave," the manager starts.

"What? Why?" The young man is confused.

The manager looks at him as if the answer is evident. "You know why."

A line forms behind the young man. He doesn't know what step to take next. A woman behind him looks at her watch impatiently, then notices the thing that made the server uneasy. "If you serve him, I don't want you to serve me."

"Sir," the manager insists.

All eyes are on him. But why? He is an able-bodied college student pulling extra hours to get through his double major. Tight budget notwithstanding, he can afford a cup of coffee in a place like this. But that isn't it. Something else makes the people whisper and gawk, some muttering under their breath. Finally, the young man gets the picture. He is different. He clutches his belongings closer and walks out the door, ashamed. Outside he merges with the crowd, as inconspicuous as the next man.

The night should've been just like any other for the New Athens police force. Shootings, muggings, and sexual assaults—all scrambling to handle the mass of distress calls. But this one is unusual.

A horrendous crime has just been committed at an abandoned fish warehouse on the south docks. The victim is a young male in his twenties, dead— again— tragically before reaching thirty. The humid summer air rolls in thick from the marina and mingles with the old and stale fishy warehouse odor. Patrol officers canvass the area for clues and witnesses, while others secure the area with yellow police tape to block the crime scene from the trickle of reporters and spectators gathering.

Two detectives arrive in a department-issued Ford Caprionous. They get out and pass through the steadily growing crowd, under the police tape, and into the quarantined area. The onlookers share mixed emotions, some sorrowing that the victim has died again, some reveling in the loss. They think his second life an abomination and are happy.

The detectives approach the crime scene ritual differently. One is a man in his mid-forties, his age evident from his overall appearance but also from his attitude. Jaded by everything he's seen in more than fifteen years on the force, he looks like a man barely hanging on. His jet black hair recedes into a soft  widow's peak. A silver patch down the back joins his attitude to give him the look of a silverback gorilla. He arouses the appropriate kind of fear from his fellow officers. A salt-and-pepper five o'clock shadow marks his weathered face. Pre-tied neckwear hangs carelessly around the stocky neck jutting from a shirt, once designer fashion, now part of his wrinkled uniform. His long trench coat makes him look menacing.

"What do we have?" His gravelly voice hints of long faded youth and the exuberance he once had for the job. An officer jumps to give a detailed report of what he knows so far.

"Black male. Twenties. Not sure how he died yet. No footprints, no weapon, no witnesses," Officer Brees, first on the scene, replies disappointingly. He stands away from the body, trying not to look at it. His personal superstitions tell him that standing near 'one of them' is bad luck, especially if it dies with its eyes open, like this one.

All the while, the other detective methodically takes notes and observes minute details. She's the fifth partner he's had in his career, and there's a reason. People find Detective Vincent Sylvio Dobbs hard to work with because of his indifference to rules. He never breaks them, but he bends them every way possible to get what he calls justice. If he is Yin, she is definitely Yang—young, clean, orderly.

She wears a clean, pressed suit on the cutting edge of fashion. Her long auburn hair shines, but she always wears it straight back in a tight bun. In a trench coat, she is disarmingly beautiful and commands respect from peers and suspects alike. She doesn't look quite right partnered with such a man in such a career, but her file reveals test scores on the lieutenant's exam that indicate otherwise. She is the only partner Dobbs hasn't managed to scare away in their two years together.

She looks up from her pad. "Did you find any identification?"

"Yes. He was a registered Zee Pee," Brees answers.

"No friggin' way." Dobbs feigns little emotion, but inside he is both intrigued and upset. He and Detective Clara Ellion are leading the newly formed necrocide unit's first case in addition to weaning lingering homicide cases.

"Necrosapiens, Officer," Ellion corrects him as if personally offended by the slur. "Thank you." She lets Brees know he is excused from the scene.

Humiliated the officer clicks his tongue and leaves.

She turns to her partner. "Fourth one this month. The first three all happened in the Seventeenth's district. Why this one here in our jurisdiction? Is he expanding his territory?"

She inspects the victim. She takes rubber gloves from her pocket and puts them on as she kneels beside the body. His eyes are open, staring blankly into space through the old warehouse's broken glass roof. Blood trickles from the corner of his mouth but stops halfway down his cheek. Other than bruises on his hands where he tried to fight off his attacker, he looks clean.

Dobbs watches his partner methodically checking the body for clues. He looks into the victim's dead eyes and snorts when he considers what this crime means: lots of footwork and no sleep. He rubs his stubble, then snarls contemptuously, "Why did you have to be reborn in the first place?" He walks away, leaving the other perplexed officer nearby and a partner accustomed to his contempt. For everything.

Maddox Lewis, a reporter for *The Interpreter*, arrives at his usual time in his inconspicuous vehicle,— a car he virtually sleeps in. He turns down his police scanner, checks the flashbulbs on his camera and prepares for his ritual. After loading the camera with a flash card and setting the speed, he gets out of the car, pushing past the mob, brazenly crossing the tape, and begins to click away. The officers scowl and cover. The flashing camera also alerts Dobbs, who doesn't like Lewis.

"Git outta here, kid!" he barks.

"First amendment!" Maddox snaps back. "You're doin' your job and I'm doin' mine. Besides, the people have a right to know whose going around slaying the necros."

"It's just some nut goin' around killin' these . . . people is all," another officer says.

"Well, the sooner we find this nut, the sooner this part of my life'll be over," Dobbs says, then wonders, "*How did I ever get talked into this*?" He shoots an ice-cold stare at the reporter and grumbles, "You know where to wait 'til we're done."

"Fine, but I get first dibs on anything you see."

"Dobbs. Check this out," Ellion inspects the head of the recently re-deceased. The only visible wound was a small hole near the rear of the head. *"Too small and clean to be a gunshot. No blood? It looks as if the wound's been cauterized."* She notices an unusual tattoo behind the ear, three, small capital *I*s on the lobe. "This is strange."

Dobbs puts on a pair of rubber gloves and manipulates his bad knees to crouch beside Ellion, grunting. With his flashlight he illuminates the suspicious tattoo. His eyes aren't as keen as hers. Ellion could find minute clues with the available light from the harbor lights, the full moon, and the squad cars.

"Too small for any caliber I know of," Dobbs concludes. "No powder burn or exit wound either."

Ellion imagines an object capable of leaving such a mark. "Maybe a nail. A thin tent spike. A woodworking tool. I'm guessing." Then finally, "An ice pick? Struck hard and precise."

"You'd have to have some kind of trainin' in somethin' to pull off a move like that without an impact wound or blood spatter…"

"I know. Look at this." Ellion directs his attention to the intriguing tattoo.

He stares at it for a second and writes it off. "Kids get tattoos and piercings in the craziest 'a places nowadays. It's just a gang tat. I bet you, it's the 13th Street Rebels initiation mark. They change it up every year. We can have Marco in Gang Unit take a look at it."

"I know this is worth a picture." Ellion takes out her digital camera and snaps the tattoo.

The prized piece of her personal investigating equipment helped her track, identify, or convict when she testified at trials. The small, twenty mega-pixel camera trumped the ones Forensics used to collect evidence, capturing every detail of a crime scene sharply so the real investigation could begin. She and the often reluctant Dobbs hunted the tiniest of clues down. They had solved many cases with her extreme attention to detail, which is why Captain Houston insisted they stay together. Dobbs was

once one foot out the door for his low solved case percentage—among other things—but when Ellion came along, she brought something out of him. Even though he would never admit it, she revived the young Vince who perked up at the challenge of solving the case, chasing the criminal down. Just the thing he needed.

She stands up and pulls her gloves off, satisfied. All she needs now is a witness. She steps beyond the warehouse doors and into the chaos a few feet outside. She asks a patrol officer blocking off the scene if any of them saw anything.

The officer nods. "No one saw nothin', Detective. It's as if they all appeared after it happened."

"That 911 call didn't come from nowhere. It would've been morning before someone discovered him," she says.

Ellion's instincts kicked in. If there was a crime, there were witnesses. Sometimes they were hard to find, silent in a crowd, and at other times they were just the clues and trace-evidence on the victim. But in this case someone has to have seen or heard something, and she means to find out who knows what. She scans the crowd until her preternatural sense of reading people draws her attention to a young woman who seems detached from the verbal melee, standing a body's width away from the crowd. She is almost engulfed in shadows, save that the swirling red and blue patrol car lights illuminate her. She meets the detective's eyes but instantly breaks contact.

"Find me a weapon. When CSU arrives, tell them we're looking for an ice pick or something to that effect. It was a head shot," she says to the officer as she lifts the yellow tape and makes her way through the crowd to the terrified woman. She wants to run away, but fear paralyzes her. Ellion knows she's not a suspect but a scared witness who needs to get what she saw off her chest. The detective's calm demeanor puts the young woman at ease.

"Hi there. Was the victim a friend of yours?"

Her eyes dart back and forth to the ground. "No."

"Well, you look a little too concerned to be just another spectator."

"I've read the news. I've followed the killings. It's a shame for whoever's doing this."

Ellion pulls her aside from the crowd. "Afraid you might be next?"

The young woman's eyes go dead. Realizing the detective knows who—or what—she is, she blurts, "I can't even go to school anymore because I'm afraid that he'll come for me."

"So you did see something." Ellion looks around for her partner, interrogating people himself.

so you did see something," Ellion looks around for her partner, interrogating people himself. Their eyes meet and she gives him a heads up. Dobbs starts her way.

"Look, what you have to say might help us get the person who did this, but you have to tell me what you know. If you want, I can take you someplace else."

"Are we going to the police station?"

"Yes. I'd rather take you there so you can be assured that you're in the safest place possible. My partner'll take you home soon as we're through."

The woman looks scared, unsure if she should talk.

"If I don't get your cooperation, then he will strike again," Ellion urged. "I can't be sure if you'll be next or not, but it will happen again. That I know for sure." The woman nods agreement and follows Ellion to a frustrated Dobbs.

"I got about a hundred pair of eyes on a well lit dock, an' I can't get one of 'em to point a friggin' finger in the right direction," he says in disgust.

"Well, our luck's about to change." She motions to the young woman trailing her silently.

"Friggin' A! Some eyes! What's your name, Honey?"

"Nolricco. Nolricco Reed."

"I'm Detective Dobbs, and I'm sure you've already become acquainted with . . . "

"Detective Ellion. But call me Clara." She gently shakes the woman's hand, cold and clammy, but not from nervousness. The shake makes Ellion uneasy briefly, which surprises her, since she's used to the unusual aspects that come with the job.

Maddox notices the trio on their way to the car and quickly loads another card. "Who is this? A witness? The vic's sister? Girlfriend?"

Before he can shoot, Ellion glares *No* at him, and Maddox drops the camera to his side. Of the two detectives, Maddox likes and respects Ellion for reasons both apparent and not so apparent. She is always as civil as can be given the circumstances, and he stands back to let her do her job. In turn, she's given him hot leads which led to his Peabody Award winning articles. It doesn't hurt that she also looks striking, which he finds terribly attractive. He makes sure that at photo ops, she is in the frame for posterity, Dobbs conveniently cropped.

They need to assure Nolricco's anonymity. The back windows of the Ford are tinted, and they usher her into the police station via the underground garage. Ellion and Dobbs' desks sit among the rest

in the open area surrounded by small interview rooms with glass doors and the captain's office. Most are gone for the evening, save the few officers on night tour, so they sit in the cool open area.

"Sit here." Ellion pulls a chair to the tidier of the two desks.

Dobbs takes off his coat and hangs it on a hook above his desk. He knows it will be a long night, so he starts after coffee, which both women decline.

"Sure you don't want a soda?" Ellion asks "Water? I could call out for some food. You hungry?" She shakes her head, Dobbs' cue to be on his way.

The two women fall silent. Ellion likes to take her time with witnesses, since what they don't say shows in their body language.

Dobbs returns with a paper cup steaming at the top. He sits on his desk and sips his drink.

Ellion starts the questioning. "Can you describe what you saw?"

Nolricco closes her eyes. Recalling the event she just witnessed is like reexamining a nightmare meant to be forgotten. Still, she brings the terrifying moment to mind once more.

"I'd heard on the news about the killings and how they were happening close to where I stayed. So I don't know what got into me, going through the docks tonight of all nights. I guess I didn't want anyone learning my route home."

"Because you're a necrosapien," Ellion adds.

Nolricco nods sheepishly, still scared to admit it. Dobbs huffs silently. *Another one of* them *to protect.* He keeps his personal views of necrosapiens to himself, but every once in a while his contempt shows.

The woman swallows hard and continues, "I'd always had problems with my . . . rebirth. Ever since last year when I came back to school. One minute you drown from a freak accident on summer break, and the next you're back for fall classes as if nothing happened. The students weren't aggressive at first, but I got the point pretty soon. It started with friends ignoring me, then threatening letters. And ever since the first two killings . . . It was so close to home. Anyway, walking past the warehouses, I saw shadows behind the doors of one of them. It was the abandoned fish processing plant. I knew that because my grandfather worked there for fifty years before it closed down. I heard struggling and then a muffled scream. Right then, for some reason I knew it, I knew it! It was the killer from the news. I didn't know what to do, so I hid behind some crates. For a long time, I heard nothing. Then footsteps. He walked out and right past me. I thought I was next for sure, because he stopped and looked around

He walked out and right past me. I thought I was next for sure, because he stopped and looked around.
I guess the shadows hid me because he ran off. When I thought the coast was clear I called 911 from
my cell, but I could not leave until people were around. By that time, too many people showed up, and
that's when you saw me."

"Was he holding anything?" Ellion asks.

"I didn't see. I was so scared."

"What did he look like?"

"He wore all black. That's all I know."

"C'mon kid, give us more to work with," Dobbs adds. "Was he tall? Short? Fat? Skinny?"

"Maybe your height, Detective," Nolricco replies nervously. "And about your build? I couldn't
see the face because the brim of his black cap cast a shadow. But he may have been white. His skin was
definitely light."

"Good." Ellion writes detailed notes, trying to compose a mental picture. "Dobbs is going take
you home in a minute." She figures Nolricco has given all she knows. But before she lets her go, Ellion
edifies herself in something else— more of a personal curiosity. "But first I'd like to ask you one more
question."

"Okay." Nolricco looks spent, ready to put the night behind her.

"How did it feel?"

"I'm sorry?"

"To be . . . reborn."

A small part of Ellion is curious about the reanimation process. She once contemplated
reanimation for herself, and almost signed up when the state offered incentives to the first fifty officers
in each precinct who applied. They offered 25% disability to anyone killed in the line of duty and
resurrected back to active service. But then it dawned on her. Something wasn't right. The thought of
her mother and the battle she had with her twin sister Sara came rushing back to her. After that, she's
never given resurrection a second thought. Still, interest lingers at the back of her mind.

Nolricco looks at the ceiling and thinks how to describe the feeling. No words could encompass
it, and no two necros thought the same.

"When I drowned, it felt like I went to sleep under water. I didn't have to breathe, I didn't need
to. And then I . . . woke up at a Lazarus Center. As if my death was just a dream. But now, I feel . . .

From: **Rich Henshaw** submissions@henshaw.com  📎
Subject: RE:
Date: December 2, 2009 at 6:22 PM
To: Chris Fillmore fillmorechris@att.net

Thanks for your interest in our agency.  Unfortunately you've caught me at a time when the demands of my current clients leave me with very little time to devote to developing new talent and unfortunately in this case I have to pass on the opportunity to pursue this.  I'm being extremely, and likely unreasonably, picky so please seek many opinions since my decision may have little to do with the salability of your work.

Sincerely,
Rich Henshaw

**From:** Chris Fillmore [mailto:fillmorechris@att.net]
**Sent:** Monday, November 23, 2009 7:56 PM
**To:** submissions@Henshaw.com
**Subject:**

| CHRIS FILLMORE |
|:---:|
| 6930 Idlewood Ct. N. #1512 |
| Indianapolis, IN USA 46214 |
| Tel. 317-328-1934 |
| Email: fillmorechris@att.net |

11/23/2009

Dear Richard Henshaw:

Please allow me to introduce my recently completed novel **_Lazarui Taxa_**—a futuristic detective story with a science fiction punch.

"*Necrocide was capital murder across the board— a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed.*"

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and its first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation after death, government programs have made it financially advantageous and thousands have applied. A new "species" of *necrosapiens* has been born. And now they are dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound, too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo…the three small capital *I*s on the lobe. The first victim is followed by more—every time there is a suspect, but every time the suspect turns out to be a false lead. The trail circles back, over and over, to the mysterious Lazarus Center itself and its motives for performing the research. Is there a vast conspiracy and coverup? The search for answers takes the detectives on an ever widening path, from the seedy remnants of the cities of the future to the depths of the Louisiana bayous and voodoo culture. In the search for the killer, the detectives also rediscover important and ancient facets of humanity—ones that have been lost in a society that allows scientists to "play God" with abandon.

I believe this book could be marketed as a mainstream mystery thriller, but it also has aspects of a true science fiction adventure. It started as a simple concept based on the idea of humanizing the reanimated, basing the story from what I feel is a fresh perspective on the old "zombie" story. It asks what really would happen if someone was resurrected?  It also delves into the ramifications of resurrection on a social, religious, and economic perspective, all wrapped within a murder-mystery. It will appeal to readers who enjoy many different genres. The manuscript weighs in at approximately 50,000 words and is fully complete.

Although I have been writing for many years, *Lazuria Taxa* is my first submitted novel. I am a lover of sci-fi, graphic novels, and mystery stories. My current work seems to be influenced by the Noir genre as well, which has helped shape my sequels. (*Lazuria Taxa* is planned as one of a three-part series.) Currently, I reside in Indianapolis, Indiana with my wife and young daughter. My hobbies include, among writing of course, amateur film making with Wes Anderson, Steven Soderbergh, and Robert Zemeckis as my influences.

Thank you for your consideration.
Sincerely

Chris Fillmore

From: **Christi Cardenas** Christi@ThePlainsAgency.com 📎
Subject: RE: Query
Date: November 30, 2009 at 8:40 AM
To: Chris Fillmore fillmorechris@att.net

Dear Chris:

Thank you for thinking of The Plains, but I'm afraid we're declining the opportunity to review more of your material. At this time, we're only able to take on new clients from existing client and colleague referrals. I'm sorry I don't bring better news, but do wish you the best of luck with this and all future endeavors.

Respectfully yours,

Christi Cardenas
The Plains Agency
808 Carmichael Road, #142
Hudson, WI 54016
Phone: 715.629.9277
Fax: 866.668.5730
Email: Christi@theplainsagency.com

---

**From:** Chris Fillmore [mailto:fillmorechris@att.net]
**Sent:** Saturday, November 28, 2009 10:24 AM
**To:** christi@theplainsagency.com
**Subject:** Query

| |
|---|
| **CHRIS FILLMORE** |
| 6930 Idlewood Ct. N. #1512 |
| Indianapolis, IN USA 46214 |
| Tel. 317-328-1934 |
| Email: fillmorechris@att.net |

11/24/2009

Greetings Christi Cardenas:

Please allow me to introduce my recently completed novel ***Lazarui Taxa***—a futuristic detective story with a science fiction punch.

*"Necrocide was capital murder across the board— a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."*

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and its first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation after death, government programs have made it financially advantageous and thousands have applied. A new "species" of *necrosapiens* has been born. And now they are dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound, too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo…the three small capital *I*s on the lobe. The first victim is followed by more—every time there is a suspect, but every time the suspect turns out to be a false lead. The trail circles back, over and over, to the mysterious Lazarus Center itself and its motives for performing the research. Is there a vast conspiracy and coverup? The search for answers takes the detectives on an ever widening path, from the seedy remnants of the cities of the future to the depths of the Louisiana bayous and voodoo culture. In the search for the killer, the detectives also rediscover important and ancient facets of humanity—ones that have been lost in a society that allows scientists to "play God" with abandon.

I believe this book could be marketed as a mainstream mystery thriller, but it also has aspects of a true science fiction adventure. It started as a simple concept based on the idea of humanizing the reanimated, basing the story from what I feel is a fresh perspective on the old "zombie" story. It asks what really would happen if someone was resurrected?  It also delves into the ramifications of resurrection on a social, religious, and economic perspective, all wrapped within a murder-mystery. It will appeal to readers who enjoy many different genres. The manuscript weighs in at approximately 50,000 words and is fully complete.

Although I have been writing for many years, *Lazuria Taxa* is my first submitted novel. I am a lover of sci-fi, graphic novels, and mystery stories. My current work seems to be influenced by the Noir genre as well, which has helped shape my sequels. (*Lazuria Taxa* is planned as one of a three-part series.) Currently, I reside in Indianapolis, Indiana with my wife and young daughter. My hobbies include, among writing of course, amateur film making with Wes Anderson, Steven Soderbergh, and Robert Zemeckis as my influences.


Thank you for your consideration.
Sincerely


Chris Fillmore


Synopsis of

**Lazarui Taxa**

By Chris Fillmore

*""Necrocide was capital murder across the board, though a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."*

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and the first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation, government programs had made it financially advantageous and thousands had applied. A new "species" of *necrosapiens* has been born. And now they were dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a new necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound—too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo …the three small capital *I*s on the lobe. The hunt begins for the murder weapon (an ice pick?) and the meaning of the strange tattoo.

There is a witness, NOLRICCO REED, a necrosapien. During her account of the crime, she also lets the detectives know what it is like to be a necrosapien. They are hated and discriminated against by those who protest the Lazarus experiments. Worse than that, thought, they are not truly the same people they were before reanimation—there are thoughts, feelings, personality traits that are gone—sometimes to be replaced by extreme personality traits. They suffer from *soul flux* and now live ambiguously in the real world; it shows in their eyes. Nolricco also has the three *I*s tattoo—she informs the detectives that all "necros" get them.

New information about the murder victim comes from SEAN BRINDLE, the medical examiner. There is an ice pick in the body bag with the victim—it looks to be the murder weapon but that doesn't "feel" right to Dobbs and Ellion. Although the ice pick lead identifies a suspect, ME Brindle finds that the blood on it probably came from a fish, confirming the suspect's story that he used the pick at work in a fish factory. The man the man is just a small-time criminal, not a serial killer.

A second victim—badly decomposed, but again with the strange wound and the tattoo. The decomposition reveals a microchip underneath the tattoo— a new clue for the detectives. The microchips are retrieved from all previous victims and now there are identities for them all—and a citywide pattern of murders that points to the next site.

Dobbs and Ellion find a member of the Lazarus project who is willing to give them the names of all necrosapiens in the target area. With that information, they set up a surveillance of all know necros in the area and wait for the killer to try again. Despite the manpower put on the case, the killer is again successful.

A news reporter MADDOX LEWIS has been working secretly on the case and has a new lead. A woman named Poe Coe may have more information. It is also possible that the whole necrosapiens project was a government military program. Before Ellion and Dobbs can act on their new leads, they are informed that their case has been taken over by the FBI, as the necrosapiens are technically government property. Ellion, Dobbs and Maddox decide to pursue the Poe Coe lead before the FBI finds out about it. POE COE, a voodoo practitioner, informs them that they will find the killer—they are on the right track. She also sends them visions in dreams—dreams about personal issues each has. Dobbs in particular has a dream about his dead wife, who appears to be in a building with an address of 312.

There are now five new cases of necrocide. Some are simply hate crimes; others are copycat crimes.

None provide new leads to the real killer. But Dobbs sees the "312" building he saw in his dream—it is the Levin asylum hospital—and Dobbs knows his wife is in there. He threatens an orderly with his gun, forcing him to let him into her room. There is also a strange patient, BRIAN DEFIR, who has a room full of newspaper clippings about the necrocides.

Another murder, and a syringe left behind reveals the prints of the strange patient. Dobbs and Ellion head back to the Levin hospital, only to spot the patient about to escape. A search of his room reveals weapons that could be the murder weapons. DeFir is captured, but is let go on technicalities. Ellion is censured for working on the case, but Dobbs is fired.

DeFir turns out not to be the killer. He is just another copycat, fascinated by the necrokiller. Dobbs and Ellion, working in secret, come up with a plan to lure out the real killer, but they need Nolricco Reed to act as "bait". Their sting operation works, but not before Nolricco is killed. They manage to kill the necrokiller. He is another necrosapien.

# Chapter 1

"Hello again and welcome. Our top story: with the topic of human cloning finally cooling down, scientists have found yet another way, as some fundamentalists say, to attempt to disprove God's existence. The Lazarus Project is showing promise with the successful reanimation of Chloe, the three year-old Tanzanian chimp euthanized four months before being resurrected more than a year ago. Excited scientists are ready to initiate phase four testing. But with no human either brave or foolish enough to be the guinea pig, the project has stalled.

"Thomas Fairbanks, the billionaire entrepreneur at the helm of the project, not only as its avid spokesman but also with generous endowments, agrees that if he dies before the project ends, he wants to be the first human subjected to testing. Plans to resurrect his wife, who died more than three years ago, were not safe, scientists concluded. The jury's still out on the phenomenon known as *psyche displacement*, or *soul flux*. But the project sparks the debate between *science* and *spiritualism* among theologians, psychologists, and just about everyone in the scientific community. Linda Rozman has more details."

The report comes from WNEW web cast news. It is an archived report rebroadcast to commemorate the 15-year anniversary of the first human resurrection. It illuminates from the projection laptop, located in the center of a spacious room. Someone turns it off during its wrap up. A phone on the coffee table alerts that an urgent message waits.

All is busy in the deli tonight. The bustling crowd makes for an electric atmosphere and a frenzied hustle for the servers behind the counter. A young man rushes in from the street to escape the last moments of a furious downpour. He brushes water from his notebooks, his waterproof laptop bag, his hair. He needs a warm drink with a kick to burn the midnight oil.

"Yes, what can I do for you?" the server asks as the young man reaches the counter.

"Soy latte, please." His books fall to the floor. He bends to pick them up, turning his head curiously. The server notices something that makes her uneasy. She backs away from the counter and goes for the manager. They talk. He calms her and goes back to the counter with her.

"And make it a vente, please," the young man adds.

"We're going to have to ask you to leave," the manager starts.

"What? Why?" The young man is confused.

The manager looks at him as if the answer is evident. "You know why."

A line forms behind the young man. He doesn't know what step to take next. A woman behind him looks at her watch impatiently, then notices the thing that made the server uneasy. "If you serve him, I don't want you to serve me."

"Sir," the manager insists.

All eyes are on him. But why? He is an able-bodied college student pulling extra hours to get through his double major. Tight budget notwithstanding, he can afford a cup of coffee in a place like this. But that isn't it. Something else makes the people whisper and gawk, some muttering under their breath. Finally, the young man gets the picture. He is different. He clutches his belongings closer and walks out the door, ashamed. Outside he merges with the crowd, as inconspicuous as the next man.

The night should've been just like any other for the New Athens police force. Shootings, muggings, and sexual assaults—all scrambling to handle the mass of distress calls. But this one is

unusual.

A horrendous crime has just been committed at an abandoned fish warehouse on the south docks. The victim is a young male in his twenties, dead— again— tragically before reaching thirty. The humid summer air rolls in thick from the marina and mingles with the old and stale fishy warehouse odor. Patrol officers canvass the area for clues and witnesses, while others secure the area with yellow police tape to block the crime scene from the trickle of reporters and spectators gathering.

Two detectives arrive in a department-issued Ford Caprionous. They get out and pass through the steadily growing crowd, under the police tape, and into the quarantined area. The onlookers share mixed emotions, some sorrowing that the victim has died again, some reveling in the loss. They think his second life an abomination and are happy.

The detectives approach the crime scene ritual differently. One is a man in his mid-forties, his age evident from his overall appearance but also from his attitude. Jaded by everything he's seen in more than fifteen years on the force, he looks like a man barely hanging on. His jet black hair recedes into a soft widow's peak. A silver patch down the back joins his attitude to give him the look of a silverback gorilla. He arouses the appropriate kind of fear from his fellow officers. A salt-and-pepper five o'clock shadow marks his weathered face. Pre-tied neckwear hangs carelessly around the stocky neck jutting from a shirt, once designer fashion, now part of his wrinkled uniform. His long trench coat makes him look menacing.

"What do we have?" His gravelly voice hints of long faded youth and the exuberance he once had for the job. An officer jumps to give a detailed report of what he knows so far.

"Black male. Twenties. Not sure how he died yet. No footprints, no weapon, no witnesses," Officer Brees, first on the scene, replies disappointingly. He stands away from the body, trying not to look at it. His personal superstitions tell him that standing near 'one of them' is bad luck, especially if it dies with its eyes open, like this one.

All the while, the other detective methodically takes notes and observes minute details. She's the fifth partner he's had in his career, and there's a reason. People find Detective Vincent Sylvio Dobbs hard to work with because of his indifference to rules. He never breaks them, but he bends them every way possible to get what he calls justice. If he is Yin, she is definitely Yang—young, clean, orderly.

She wears a clean, pressed suit on the cutting edge of fashion. Her long auburn hair shines, but she always wears it straight back in a tight bun. In a trench coat, she is disarmingly beautiful and

she always wears it straight back in a tight bun. In a trench coat, she is disarmingly beautiful and commands respect from peers and suspects alike. She doesn't look quite right partnered with such a man in such a career, but her file reveals test scores on the lieutenant's exam that indicate otherwise. She is the only partner Dobbs hasn't managed to scare away in their two years together.

She looks up from her pad. "Did you find any identification?"

"Yes. He was a registered Zee Pee," Brees answers.

"No friggin' way." Dobbs feigns little emotion, but inside he is both intrigued and upset. He and Detective Clara Ellion are leading the newly formed necrocide unit's first case in addition to weaning lingering homicide cases.

"Necrosapiens, Officer," Ellion corrects him as if personally offended by the slur. "Thank you." She lets Brees know he is excused from the scene.

Humiliated the officer clicks his tongue and leaves.

She turns to her partner. "Fourth one this month. The first three all happened in the Seventeenth's district. Why this one here in our jurisdiction? Is he expanding his territory?"

She inspects the victim. She takes rubber gloves from her pocket and puts them on as she kneels beside the body. His eyes are open, staring blankly into space through the old warehouse's broken glass roof. Blood trickles from the corner of his mouth but stops halfway down his cheek. Other than bruises on his hands where he tried to fight off his attacker, he looks clean.

Dobbs watches his partner methodically checking the body for clues. He looks into the victim's dead eyes and snorts when he considers what this crime means: lots of footwork and no sleep. He rubs his stubble, then snarls contemptuously, "Why did you have to be reborn in the first place?" He walks away, leaving the other perplexed officer nearby and a partner accustomed to his contempt. For everything.

Maddox Lewis, a reporter for *The Interpreter*, arrives at his usual time in his inconspicuous vehicle,— a car he virtually sleeps in. He turns down his police scanner, checks the flashbulbs on his camera and prepares for his ritual. After loading the camera with a flash card and setting the speed, he gets out of the car, pushing past the mob, brazenly crossing the tape, and begins to click away. The officers scowl and cover. The flashing camera also alerts Dobbs, who doesn't like Lewis.

"Git outta here, kid!" he barks.

"First amendment!" Maddox snaps back. "You're doin' your job and I'm doin' mine. Besides,

the people have a right to know whose going around slaying the necros."

"It's just some nut goin' around killin' these . . . people is all," another officer says.

"Well, the sooner we find this nut, the sooner this part of my life'll be over," Dobbs says, then wonders, "*How did I ever get talked into this*?" He shoots an ice-cold stare at the reporter and grumbles, "You know where to wait 'til we're done."

 "Fine, but I get first dibs on anything you see."

"Dobbs. Check this out," Ellion inspects the head of the recently re-deceased. The only visible wound was a small hole near the rear of the head. *"Too small and clean to be a gunshot. No blood? It looks as if the wound's been cauterized."* She notices an unusual tattoo behind the ear, three, small capital *I*s on the lobe. "This is strange."

Dobbs puts on a pair of rubber gloves and manipulates his bad knees to crouch beside Ellion, grunting. With his flashlight he illuminates the suspicious tattoo. His eyes aren't as keen as hers. Ellion could find minute clues with the available light from the harbor lights, the full moon, and the squad cars.

"Too small for any caliber I know of," Dobbs concludes. "No powder burn or exit wound either."

Ellion imagines an object capable of leaving such a mark. "Maybe a nail. A thin tent spike. A woodworking tool. I'm guessing." Then finally, "An ice pick? Struck hard and precise."

"You'd have to have some kind of trainin' in somethin' to pull off a move like that without an impact wound or blood spatter…"

"I know. Look at this." Ellion directs his attention to the intriguing tattoo.

He stares at it for a second and writes it off. "Kids get tattoos and piercings in the craziest 'a places nowadays. It's just a gang tat. I bet you, it's the 13th Street Rebels initiation mark. They change it up every year. We can have Marco in Gang Unit take a look at it."

"I know this is worth a picture." Ellion takes out her digital camera and snaps the tattoo.

The prized piece of her personal investigating equipment helped her track, identify, or convict when she testified at trials. The small, twenty mega-pixel camera trumped the ones Forensics used to collect evidence, capturing every detail of a crime scene sharply so the real investigation could begin. She and the often reluctant Dobbs hunted the tiniest of clues down. They had solved many cases with her extreme attention to detail, which is why Captain Houston insisted they stay together. Dobbs was

once one foot out the door for his low solved case percentage—among other things—but when Ellion came along, she brought something out of him. Even though he would never admit it, she revived the young Vince who perked up at the challenge of solving the case, chasing the criminal down. Just the thing he needed.

She stands up and pulls her gloves off, satisfied. All she needs now is a witness. She steps beyond the warehouse doors and into the chaos a few feet outside. She asks a patrol officer blocking off the scene if any of them saw anything.

The officer nods. "No one saw nothin', Detective. It's as if they all appeared after it happened."

"That 911 call didn't come from nowhere. It would've been morning before someone discovered him," she says.

Ellion's instincts kicked in. If there was a crime, there were witnesses. Sometimes they were hard to find, silent in a crowd, and at other times they were just the clues and trace-evidence on the victim. But in this case someone has to have seen or heard something, and she means to find out who knows what. She scans the crowd until her preternatural sense of reading people draws her attention to a young woman who seems detached from the verbal melee, standing a body's width away from the crowd. She is almost engulfed in shadows, save that the swirling red and blue patrol car lights illuminate her. She meets the detective's eyes but instantly breaks contact.

"Find me a weapon. When CSU arrives, tell them we're looking for an ice pick or something to that effect. It was a head shot," she says to the officer as she lifts the yellow tape and makes her way through the crowd to the terrified woman. She wants to run away, but fear paralyzes her. Ellion knows she's not a suspect but a scared witness who needs to get what she saw off her chest. The detective's calm demeanor puts the young woman at ease.

"Hi there. Was the victim a friend of yours?"

Her eyes dart back and forth to the ground. "No."

"Well, you look a little too concerned to be just another spectator."

"I've read the news. I've followed the killings. It's a shame for whoever's doing this."

Ellion pulls her aside from the crowd. "Afraid you might be next?"

The young woman's eyes go dead. Realizing the detective knows who—or what—she is, she blurts, "I can't even go to school anymore because I'm afraid that he'll come for me."

"So you did see something," Ellion looks around for her partner, interrogating people himself.

Their eyes meet and she gives him a heads up. Dobbs starts her way.

"Look, what you have to say might help us get the person who did this, but you have to tell me what you know. If you want, I can take you someplace else."

"Are we going to the police station?"

"Yes. I'd rather take you there so you can be assured that you're in the safest place possible. My partner'll take you home soon as we're through."

The woman looks scared, unsure if she should talk.

"If I don't get your cooperation, then he will strike again," Ellion urged. "I can't be sure if you'll be next or not, but it will happen again. That I know for sure." The woman nods agreement and follows Ellion to a frustrated Dobbs.

"I got about a hundred pair of eyes on a well lit dock, an' I can't get one of 'em to point a friggin' finger in the right direction," he says in disgust.

"Well, our luck's about to change." She motions to the young woman trailing her silently.

"Friggin' A! Some eyes! What's your name, Honey?"

"Nolricco. Nolricco Reed."

"I'm Detective Dobbs, and I'm sure you've already become acquainted with . . . "

"Detective Ellion. But call me Clara." She gently shakes the woman's hand, cold and clammy, but not from nervousness. The shake makes Ellion uneasy briefly, which surprises her, since she's used to the unusual aspects that come with the job.

Maddox notices the trio on their way to the car and quickly loads another card. "Who is this? A witness? The vic's sister? Girlfriend?"

Before he can shoot, Ellion glares *No* at him, and Maddox drops the camera to his side. Of the two detectives, Maddox likes and respects Ellion for reasons both apparent and not so apparent. She is always as civil as can be given the circumstances, and he stands back to let her do her job. In turn, she's given him hot leads which led to his Peabody Award winning articles. It doesn't hurt that she also looks striking, which he finds terribly attractive. He makes sure that at photo ops, she is in the frame for posterity, Dobbs conveniently cropped.

They need to assure Nolricco's anonymity. The back windows of the Ford are tinted, and they usher her into the police station via the underground garage. Ellion and Dobbs' desks sit among the rest

in the open area surrounded by small interview rooms with glass doors and the captain's office. Most are gone for the evening, save the few officers on night tour, so they sit in the cool open area.

"Sit here." Ellion pulls a chair to the tidier of the two desks.

Dobbs takes off his coat and hangs it on a hook above his desk. He knows it will be a long night, so he starts after coffee, which both women decline.

"Sure you don't want a soda?" Ellion asks "Water? I could call out for some food. You hungry?" She shakes her head, Dobbs' cue to be on his way.

The two women fall silent. Ellion likes to take her time with witnesses, since what they don't say shows in their body language.

Dobbs returns with a paper cup steaming at the top. He sits on his desk and sips his drink.

Ellion starts the questioning. "Can you describe what you saw?"

Nolricco closes her eyes. Recalling the event she just witnessed is like reexamining a nightmare meant to be forgotten. Still, she brings the terrifying moment to mind once more.

"I'd heard on the news about the killings and how they were happening close to where I stayed. So I don't know what got into me, going through the docks tonight of all nights. I guess I didn't want anyone learning my route home."

"Because you're a necrosapien," Ellion adds.

Nolricco nods sheepishly, still scared to admit it. Dobbs huffs silently. *Another one of* them *to protect.* He keeps his personal views of necrosapiens to himself, but every once in a while his contempt shows.

The woman swallows hard and continues, "I'd always had problems with my . . . rebirth. Ever since last year when I came back to school. One minute you drown from a freak accident on summer break, and the next you're back for fall classes as if nothing happened. The students weren't aggressive at first, but I got the point pretty soon. It started with friends ignoring me, then threatening letters. And ever since the first two killings . . . It was so close to home. Anyway, walking past the warehouses, I saw shadows behind the doors of one of them. It was the abandoned fish processing plant. I knew that because my grandfather worked there for fifty years before it closed down. I heard struggling and then a muffled scream. Right then, for some reason I knew it, I knew it! It was the killer from the news. I didn't know what to do, so I hid behind some crates. For a long time, I heard nothing. Then footsteps. He walked out and right past me. I thought I was next for sure, because he stopped and looked around

He walked out and right past me. I thought I was next for sure, because he stopped and looked around. I guess the shadows hid me because he ran off. When I thought the coast was clear I called 911 from my cell, but I could not leave until people were around. By that time, too many people showed up, and that's when you saw me."

"Was he holding anything?" Ellion asks.

"I didn't see. I was so scared."

"What did he look like?"

"He wore all black. That's all I know."

"C'mon kid, give us more to work with," Dobbs adds. "Was he tall? Short? Fat? Skinny?"

"Maybe your height, Detective," Nolricco replies nervously. "And about your build? I couldn't see the face because the brim of his black cap cast a shadow. But he may have been white. His skin was definitely light."

"Good." Ellion writes detailed notes, trying to compose a mental picture. "Dobbs is going take you home in a minute." She figures Nolricco has given all she knows. But before she lets her go, Ellion edifies herself in something else— more of a personal curiosity. "But first I'd like to ask you one more question."

"Okay." Nolricco looks spent, ready to put the night behind her.

"How did it feel?"

"I'm sorry?"

"To be . . . reborn."

A small part of Ellion is curious about the reanimation process. She once contemplated reanimation for herself, and almost signed up when the state offered incentives to the first fifty officers in each precinct who applied. They offered 25% disability to anyone killed in the line of duty and resurrected back to active service. But then it dawned on her. Something wasn't right. The thought of her mother and the battle she had with her twin sister Sara came rushing back to her. After that, she's never given resurrection a second thought. Still, interest lingers at the back of her mind.

Nolricco looks at the ceiling and thinks how to describe the feeling. No words could encompass it, and no two necros thought the same.

"When I drowned, it felt like I went to sleep under water. I didn't have to breathe, I didn't need to. And then I . . . woke up at a Lazarus Center. As if my death was just a dream. But now, I feel . . . " She

sits in a mental stupor.

Ellion pats her shoulder as she rises to leave. Dobbs finishes his coffee and grabs his coat. As Nolricco turns, Ellion notices something familiar on the back of her ear. The same tattoo on the dead victim.

"Where did you get that tattoo?"

She looks back at Ellion and fingers the lobe and the brand she has borne since reanimation. "The doctors at the clinic told me when I woke up that it was to identify me in case of medical emergencies." She turns and gives the detectives an eerie look. "We all get them."

"May I take a picture of it?" Ellion asks. "It would definitely help us on the case."

Nolricco silently turns into the light and moves her hair aside. Ellion snaps the frame and reviews the small LCD screen. She browses her saved images and cross-references it with the victim's tattoo, identical in every way. Ellion stares at Nolricco as Dobbs escorts her out. She has an uneasy feeling that will stick for a long while, but she also has an idea.

"What do ya have planned?" Dobbs asks.

"I think I'm going to pay Sean a visit." Ellion says, brightened by the notion.

Dobbs knows that means a long night. He sighs at the load of work cut out for them. "You must have somethin' cookin' up there. Fill me in when I get back then." Between them, they know the case is a big one, not just another serial killer on the loose but someone dispatching necrosapiens methodically, almost ritually.

**From:** **Stephany Evans :: FinePrint Literary Management** stephany@fineprintlit.com
**Subject:** Re: Query
**Date:** November 24, 2009 at 9:46 AM
**To:** Chris Fillmore fillmorechris@att.net

Dear Mr. Fillmore,

Thank you for thinking of me with your query. Unfortunately, I just really am not the right agent for this. best of luck and success to you.

Sincerely,
Stephany Evans


Stephany Evans, President
FinePrint Literary Management
240 West 35th Street
Suite 500
New York, NY 10001
212-279-1410
www.fineprintlit.com


On Mon, Nov 23, 2009 at 7:39 PM, Chris Fillmore <fillmorechris@att.net> wrote:

---

### CHRIS FILLMORE

6930 Idlewood Ct. N. #1512

Indianapolis, IN USA 46214

Tel. 317-328-1934

Email: fillmorechris@att.net

---

FinePrint Literary Management
240 West 35th Street Suite 500
New York, NY 10001


11/23/2009


Dear Stephany Evans:


Please allow me to introduce my recently completed novel **_Lazarui Taxa_**—a futuristic detective story with a science fiction punch.


*"Necrocide was capital murder across the board— a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."*


The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and its first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation after death, government programs have made it financially advantageous and thousands have applied. A new "species" of *necrosapiens* has been born. And now they are dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound, too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo…the three small capital *I*s on the lobe. The first victim is followed by more—every time there is a suspect, but every time the suspect turns out to be a false lead. The trail circles back, over and over, to the mysterious Lazarus Center itself and its motives for performing the research. Is there a vast conspiracy and coverup? The search for answers takes the detectives on an ever widening path, from the seedy remnants of the cities of the future to the depths of the Louisiana bayous and voodoo culture. In the search for the killer, the detectives also rediscover important and ancient facets of humanity—ones that have been lost in a society that allows scientists to "play God" with abandon.

I believe this book could be marketed as a mainstream mystery thriller, but it also has aspects of a true science fiction adventure. It started as a simple concept based on the idea of humanizing the reanimated, basing the story from what I feel is a fresh perspective on the old "zombie" story. It asks what really would happen if someone was resurrected?  It also delves into the ramifications of resurrection on a social, religious, and economic perspective, all wrapped within a murder-mystery. It will appeal to readers who enjoy many different genres. The manuscript weighs in at approximately 50,000 words and is fully complete.

Although I have been writing for many years, *Lazuria Taxa* is my first submitted novel. I am a lover of sci-fi, graphic novels, and mystery stories. My current work seems to be influenced by the Noir genre as well, which has helped shape my sequels. (*Lazuria Taxa* is planned as one of a three-part series.) Currently, I reside in Indianapolis, Indiana with my wife and young daughter. My hobbies include, among writing of course, amateur film making with Wes Anderson, Steven Soderbergh, and Robert Zemeckis as my influences.

Thank you for your consideration.

Sincerely

Chris Fillmore

From: **Diana Fox**  diana@foxliterary.com
Subject: Re: Query
Date: December 7, 2009 at 1:00 AM
To: Chris Fillmore  fillmorechris@att.net

Dear Mr. Fillmore,

Thank you so much for your query. Unfortunately, this project doesnt
sound right for me. (Although if I may offer one piece of advice, you
really should rename it NECROCIDE--or at least, that's what I'd change the
title to if I were going to be sending this manuscript out.) I encourage
you to continue to submit elsewhere, and I wish you every success in your
writing career. Thanks again for thinking of me.

Cordially,

Diana Fox


CHRIS FILLMORE

6930 Idlewood Ct. N. #1512

Indianapolis, IN USA 46214

Tel. 317-328-1934

Email: fillmorechris@att.net


11/24/2009


Greetings Diana Fox:


Please allow me to introduce my recently completed novel Lazarui Taxa-a
futuristic detective story with a science fiction punch.


"Necrocide was capital murder across the board- a beating by some radical
hate group was the most harm anyone dared do them, and then only
rarely-but,
like all things.that changed."


The year is 2095, the fifteenth anniversary since the initiation of the
LAZARUS PROJECT and its first successful human resurrection. Since that
time, to fill the need for research into the long term effects of
reanimation after death, government programs have made it financially
advantageous and thousands have applied. A new "species" of necrosapiens
has
been born. And now they are dying.permanently this time.at the hand of a
serial killer.


Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a
necrocide unit formed specifically to hunt down the killer. Their first
victim has a bizarre wound, too small, too clean, and too cauterized to be
a
gunshot. And then there is the ear tattoo.the three small capital Is on
the

the
lobe. The first victim is followed by more-every time there is a suspect,
but every time the suspect turns out to be a false lead. The trail circles
back, over and over, to the mysterious Lazarus Center itself and its
motives
for performing the research. Is there a vast conspiracy and coverup? The
search for answers takes the detectives on an ever widening path, from the
seedy remnants of the cities of the future to the depths of the Louisiana
bayous and voodoo culture. In the search for the killer, the detectives
also
rediscover important and ancient facets of humanity-ones that have been
lost
in a society that allows scientists to "play God" with abandon.

I believe this book could be marketed as a mainstream mystery thriller,
but
it also has aspects of a true science fiction adventure. It started as a
simple concept based on the idea of humanizing the reanimated, basing the
story from what I feel is a fresh perspective on the old "zombie" story.
It
asks what really would happen if someone was resurrected?  It also delves
into the ramifications of resurrection on a social, religious, and
economic
perspective, all wrapped within a murder-mystery. It will appeal to
readers
who enjoy many different genres. The manuscript weighs in at approximately
50,000 words and is fully complete.

Although I have been writing for many years, Lazuria Taxa is my first
submitted novel. I am a lover of sci-fi, graphic novels, and mystery
stories. My current work seems to be influenced by the Noir genre as well,
which has helped shape my sequels. (Lazuria Taxa is planned as one of a
three-part series.) Currently, I reside in Indianapolis, Indiana with my
wife and young daughter. My hobbies include, among writing of course,
amateur film making with Wes Anderson, Steven Soderbergh, and Robert
Zemeckis as my influences.

Thank you for your consideration.

Sincerely

Chris Fillmore

Synopsis of

Lazarui Taxa

By Chris Fillmore

""Necrocide was capital murder across the board, though a beating by some radical hate group was the most harm anyone dared do them, and then only rarely-but, like all things.that changed."

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and the first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation, government programs had made it financially advantageous and thousands had applied. A new "species" of necrosapiens has been born. And now they were dying.permanently this time.at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a new necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound-too small, too clean, and too cauterized to be a
gunshot. And then there is the ear tattoo .the three small capital Is on
the
lobe. The hunt begins for the murder weapon (an ice pick?) and the meaning of the strange tattoo.

There is a witness, NOLRICCO REED, a necrosapien. During her account of the
crime, she also lets the detectives know what it is like to be a necrosapien. They are hated and discriminated against by those who protest the Lazarus experiments. Worse than that, thought, they are not truly the same people they were before reanimation-there are thoughts, feelings, personality traits that are gone-sometimes to be replaced by extreme personality traits. They suffer from soul flux and now live ambiguously in the real world; it shows in their eyes. Nolricco also has the three Is tattoo-she informs the detectives that all "necros" get them.

New information about the murder victim comes from SEAN BRINDLE, the medical
examiner. There is an ice pick in the body bag with the victim-it looks to be the murder weapon but that doesn't "feel" right to Dobbs and Ellion. Although the ice pick lead identifies a suspect, ME Brindle finds that the blood on it probably came from a fish, confirming the suspect's story that he used the pick at work in a fish factory. The man the man is just a small-time criminal, not a serial killer.

A second victim-badly decomposed, but again with the strange wound and the tattoo. The decomposition reveals a microchip underneath the tattoo- a new clue for the detectives. The microchips are retrieved from all previous victims and now there are identities for them all-and a citywide pattern of
murders that points to the next site.

Dobbs and Ellion find a member of the Lazarus project who is willing to give
them the names of all necrosapiens in the target area. With that information, they set up a surveillance of all know necros in the area and wait for the killer to try again. Despite the manpower put on the case, the
killer is again successful.

A news reporter MADDOX LEWIS has been working secretly on the case and has a

new lead. A woman named Poe Coe may have more information. It is also
possible that the whole necrosapiens project was a government military
program. Before Ellion and Dobbs can act on their new leads, they are
informed that their case has been taken over by the FBI, as the
necrosapiens
are technically government property. Ellion, Dobbs and Maddox decide to
pursue the Poe Coe lead before the FBI finds out about it. POE COE, a
voodoo
practitioner, informs them that they will find the killer-they are on the
right track. She also sends them visions in dreams-dreams about personal
issues each has. Dobbs in particular has a dream about his dead wife, who
appears to be in a building with an address of 312.


There are now five new cases of necrocide. Some are simply hate crimes;
others are copycat crimes. None provide new leads to the real killer. But
Dobbs sees the "312" building he saw in his dream-it is the Levin asylum
hospital-and Dobbs knows his wife is in there. He threatens an orderly
with
his gun, forcing him to let him into her room. There is also a strange
patient, BRIAN DEFIR, who has a room full of newspaper clippings about the
necrocides.


Another murder, and a syringe left behind reveals the prints of the
strange
patient. Dobbs and Ellion head back to the Levin hospital, only to spot
the
patient about to escape. A search of his room reveals weapons that could
be
the murder weapons. DeFir is captured, but is let go on technicalities.
Ellion is censured for working on the case, but Dobbs is fired.


DeFir turns out not to be the killer. He is just another copycat,
fascinated
by the necrokiller. Dobbs and Ellion, working in secret, come up with a
plan
to lure out the real killer, but they need Nolricco Reed to act as "bait".
Their sting operation works, but not before Nolricco is killed. They
manage
to kill the necrokiller. He is another necrosapien.


Chapter 1


"Hello again and welcome. Our top story: with the topic of human cloning
finally cooling down, scientists have found yet another way, as some
fundamentalists say, to attempt to disprove God's existence. The Lazarus
Project is showing promise with the successful reanimation of Chloe, the
three year-old Tanzanian chimp euthanized four months before being

resurrected more than a year ago. Excited scientists are ready to initiate
phase four testing. But with no human either brave or foolish enough to be
the guinea pig, the project has stalled.

"Thomas Fairbanks, the billionaire entrepreneur at the helm of the
project,
not only as its avid spokesman but also with generous endowments, agrees
that if he dies before the project ends, he wants to be the first human
subjected to testing. Plans to resurrect his wife, who died more than
three
years ago, were not safe, scientists concluded. The jury's still out on
the
phenomenon known as psyche displacement, or soul flux. But the project
sparks the debate between science and spiritualism among theologians,
psychologists, and just about everyone in the scientific community. Linda
Rozman has more details."

The report comes from WNEW web cast news. It is an archived report
rebroadcast to commemorate the 15-year anniversary of the first human
resurrection. It illuminates from the projection laptop, located in the
center of a spacious room. Someone turns it off during its wrap up. A
phone
on the coffee table alerts that an urgent message waits.


All is busy in the deli tonight. The bustling crowd makes for an electric
atmosphere and a frenzied hustle for the servers behind the counter. A
young
man rushes in from the street to escape the last moments of a furious
downpour. He brushes water from his notebooks, his waterproof laptop bag,
his hair. He needs a warm drink with a kick to burn the midnight oil.

"Yes, what can I do for you?" the server asks as the young man reaches the
counter.

"Soy latte, please." His books fall to the floor. He bends to pick them
up,
turning his head curiously. The server notices something that makes her
uneasy. She backs away from the counter and goes for the manager. They
talk.
He calms her and goes back to the counter with her.

"And make it a vente, please," the young man adds.

"We're going to have to ask you to leave," the manager starts.

"What? Why?" The young man is confused.

The manager looks at him as if the answer is evident. "You know why."

A line forms behind the young man. He doesn't know what step to take next.
A
woman behind him looks at her watch impatiently, then notices the thing
that
made the server uneasy. "If you serve him, I don't want you to serve me."

"Sir," the manager insists.

All eyes are on him. But why? He is an able-bodied college student pulling
extra hours to get through his double major. Tight budget notwithstanding,
he can afford a cup of coffee in a place like this. But that isn't it.
Something else makes the people whisper and gawk, some muttering under
their
breath. Finally, the young man gets the picture. He is different. He
clutches his belongings closer and walks out the door, ashamed. Outside he
merges with the crowd, as inconspicuous as the next man.


The night should've been just like any other for the New Athens police

force. Shootings, muggings, and sexual assaults-all scrambling to handle the
mass of distress calls. But this one is unusual.

A horrendous crime has just been committed at an abandoned fish warehouse on
the south docks. The victim is a young male in his twenties, dead- again-
tragically before reaching thirty. The humid summer air rolls in thick from
the marina and mingles with the old and stale fishy warehouse odor. Patrol
officers canvass the area for clues and witnesses, while others secure the
area with yellow police tape to block the crime scene from the trickle of
reporters and spectators gathering.

Two detectives arrive in a department-issued Ford Caprionous. They get out
and pass through the steadily growing crowd, under the police tape, and into
the quarantined area. The onlookers share mixed emotions, some sorrowing
that the victim has died again, some reveling in the loss. They think his
second life an abomination and are happy.

The detectives approach the crime scene ritual differently. One is a man in
his mid-forties, his age evident from his overall appearance but also from
his attitude. Jaded by everything he's seen in more than fifteen years on
the force, he looks like a man barely hanging on. His jet black hair recedes
into a soft widow's peak. A silver patch down the back joins his attitude to
give him the look of a silverback gorilla. He arouses the appropriate kind
of fear from his fellow officers. A salt-and-pepper five o'clock shadow
marks his weathered face. Pre-tied neckwear hangs carelessly around the
stocky neck jutting from a shirt, once designer fashion, now part of his
wrinkled uniform. His long trench coat makes him look menacing.

"What do we have?" His gravelly voice hints of long faded youth and the
exuberance he once had for the job. An officer jumps to give a detailed
report of what he knows so far.

"Black male. Twenties. Not sure how he died yet. No footprints, no weapon,
no witnesses," Officer Brees, first on the scene, replies disappointingly.
He stands away from the body, trying not to look at it. His personal
superstitions tell him that standing near 'one of them' is bad luck,
especially if it dies with its eyes open, like this one.

All the while, the other detective methodically takes notes and observes
minute details. She's the fifth partner he's had in his career, and there's
a reason. People find Detective Vincent Sylvio Dobbs hard to work with
because of his indifference to rules. He never breaks them, but he bends
them every way possible to get what he calls justice. If he is Yin, she is
definitely Yang-young, clean, orderly.

She wears a clean, pressed suit on the cutting edge of fashion. Her long
auburn hair shines, but she always wears it straight back in a tight bun. In
a trench coat, she is disarmingly beautiful and commands respect from peers
and suspects alike. She doesn't look quite right partnered with such a man
in such a career, but her file reveals test scores on the lieutenant's exam
that indicate otherwise. She is the only partner Dobbs hasn't managed to
scare away in their two years together.

She looks up from her pad. "Did you find any identification?"

"Yes. He was a registered Zee Pee," Brees answers.

"No friggin' way." Dobbs feigns little emotion, but inside he is both
intrigued and upset. He and Detective Clara Ellion are leading the newly
formed necrocide unit's first case in addition to weaning lingering
homicide.

homicide
cases.

"Necrosapiens, Officer," Ellion corrects him as if personally offended by
the slur. "Thank you." She lets Brees know he is excused from the scene.

Humiliated the officer clicks his tongue and leaves.

She turns to her partner. "Fourth one this month. The first three all
happened in the Seventeenth's district. Why this one here in our
jurisdiction? Is he expanding his territory?"

She inspects the victim. She takes rubber gloves from her pocket and puts
them on as she kneels beside the body. His eyes are open, staring blankly
into space through the old warehouse's broken glass roof. Blood trickles
from the corner of his mouth but stops halfway down his cheek. Other than
bruises on his hands where he tried to fight off his attacker, he looks
clean.

Dobbs watches his partner methodically checking the body for clues. He
looks
into the victim's dead eyes and snorts when he considers what this crime
means: lots of footwork and no sleep. He rubs his stubble, then snarls
contemptuously, "Why did you have to be reborn in the first place?" He
walks
away, leaving the other perplexed officer nearby and a partner accustomed
to
his contempt. For everything.

Maddox Lewis, a reporter for The Interpreter, arrives at his usual time in
his inconspicuous vehicle,- a car he virtually sleeps in. He turns down
his
police scanner, checks the flashbulbs on his camera and prepares for his
ritual. After loading the camera with a flash card and setting the speed,
he
gets out of the car, pushing past the mob, brazenly crossing the tape, and
begins to click away. The officers scowl and cover. The flashing camera
also
alerts Dobbs, who doesn't like Lewis.

"Git outta here, kid!" he barks.

"First amendment!" Maddox snaps back. "You're doin' your job and I'm
doin'
mine. Besides, the people have a right to know whose going around slaying
the necros."

"It's just some nut goin' around killin' these . . . people is all,"
another
officer says.

"Well, the sooner we find this nut, the sooner this part of my life'll be
over," Dobbs says, then wonders, "How did I ever get talked into this?" He
shoots an ice-cold stare at the reporter and grumbles, "You know where to
wait 'til we're done."

"Fine, but I get first dibs on anything you see."

"Dobbs. Check this out," Ellion inspects the head of the recently
re-deceased. The only visible wound was a small hole near the rear of the
head. "Too small and clean to be a gunshot. No blood? It looks as if the
wound's been cauterized." She notices an unusual tattoo behind the ear,
three, small capital Is on the lobe. "This is strange."

Dobbs puts on a pair of rubber gloves and manipulates his bad knees to
crouch beside Ellion, grunting. With his flashlight he illuminates the
suspicious tattoo. His eyes aren't as keen as hers. Ellion could find
minute
clues with the available light from the harbor lights, the full moon, and
the squad cars.

"Too small for any caliber I know of," Dobbs concludes. "No powder burn or

Too small for any caliber I know of," Dobbs concludes. "No powder burn or exit wound either."

Ellion imagines an object capable of leaving such a mark. "Maybe a nail. A thin tent spike. A woodworking tool. I'm guessing." Then finally, "An ice pick? Struck hard and precise."

"You'd have to have some kind of trainin' in somethin' to pull off a move like that without an impact wound or blood spatter."

"I know. Look at this." Ellion directs his attention to the intriguing tattoo.

He stares at it for a second and writes off. "Kids get tattoos and piercings in the craziest 'a places nowadays. It's just a gang tat. I bet you, it's the 13th Street Rebels initiation mark. They change it up every year. We can have Marco in Gang Unit take a look at it."

"I know this is worth a picture." Ellion takes out her digital camera and snaps the tattoo.

The prized piece of her personal investigating equipment helped her track, identify, or convict when she testified at trials. The small, twenty mega-pixel camera trumped the ones Forensics used to collect evidence, capturing every detail of a crime scene sharply so the real investigation could begin. She and the often reluctant Dobbs hunted the tiniest of clues down. They had solved many cases with her extreme attention to detail, which is why Captain Houston insisted they stay together. Dobbs was once one foot out the door for his low solved case percentage-among other things-but when Ellion came along, she brought something out of him. Even though he would never admit it, she revived the young Vince who perked up at the challenge of solving the case, chasing the criminal down. Just the thing he needed.

She stands up and pulls her gloves off, satisfied. All she needs now is a witness. She steps beyond the warehouse doors and into the chaos a few feet outside. She asks a patrol officer blocking off the scene if any of them saw anything.

The officer nods. "No one saw nothin', Detective. It's as if they all appeared after it happened."

"That 911 call didn't come from nowhere. It would've been morning before someone discovered him," she says.

Ellion's instincts kicked in. If there was a crime, there were witnesses. Sometimes they were hard to find, silent in a crowd, and at other times they were just the clues and trace-evidence on the victim. But in this case someone has to have seen or heard something, and she means to find out who knows what. She scans the crowd until her preternatural sense of reading people draws her attention to a young woman who seems detached from the verbal melee, standing a body's width away from the crowd. She is almost engulfed in shadows, save that the swirling red and blue patrol car lights illuminate her. She meets the detective's eyes but instantly breaks contact.

"Find me a weapon. When CSU arrives, tell them we're looking for an ice pick or something to that effect. It was a head shot," she says to the officer as she lifts the yellow tape and makes her way through the crowd to the terrified woman. She wants to run away, but fear paralyzes her. Ellion knows she's not a suspect but a scared witness who needs to get what she saw off her chest. The detective's calm demeanor puts the young woman at ease.

"Hi there. Was the victim a friend of yours?"

Her eyes dart back and forth to the ground. "No."

"Well, you look a little too concerned to be just another spectator."

"I've read the news. I've followed the killings. It's a shame for whoever's
doing this."

Ellion pulls her aside from the crowd. "Afraid you might be next?"

The young woman's eyes go dead. Realizing the detective knows who-or
what-she is, she blurts, "I can't even go to school anymore because I'm
afraid that he'll come for me."

"So you did see something," Ellion looks around for her partner,
interrogating people himself. Their eyes meet and she gives him a heads
up.
Dobbs starts her way.

"Look, what you have to say might help us get the person who did this, but
you have to tell me what you know. If you want, I can take you someplace
else."

"Are we going to the police station?"

"Yes. I'd rather take you there so you can be assured that you're in the
safest place possible. My partner'll take you home soon as we're through."

The woman looks scared, unsure if she should talk.

"If I don't get your cooperation, then he will strike again," Ellion
urged.
"I can't be sure if you'll be next or not, but it will happen again. That
I
know for sure." The woman nods agreement and follows Ellion to a
frustrated
Dobbs.

"I got about a hundred pair of eyes on a well lit dock, an' I can't get
one
of 'em to point a friggin' finger in the right direction," he says in
disgust.

"Well, our luck's about to change." She motions to the young woman
trailing
her silently.

"Friggin' A! Some eyes! What's your name, Honey?"

"Nolricco. Nolricco Reed."

"I'm Detective Dobbs, and I'm sure you've already become acquainted with .
.
. "

"Detective Ellion. But call me Clara." She gently shakes the woman's hand,
cold and clammy, but not from nervousness. The shake makes Ellion uneasy
briefly, which surprises her, since she's used to the unusual aspects that
come with the job.

Maddox notices the trio on their way to the car and quickly loads another
card. "Who is this? A witness? The vic's sister? Girlfriend?"

Before he can shoot, Ellion glares No at him, and Maddox drops the camera
to
his side. Of the two detectives, Maddox likes and respects Ellion for
reasons both apparent and not so apparent. She is always as civil as can
be
given the circumstances, and he stands back to let her do her job. In
turn,

she's given him hot leads which led to his Peabody Award winning articles.
It doesn't hurt that she also looks striking, which he finds terribly
attractive. He makes sure that at photo ops, she is in the frame for
posterity, Dobbs conveniently cropped.

They need to assure Nolricco's anonymity. The back windows of the Ford are
tinted, and they usher her into the police station via the underground
garage. Ellion and Dobbs' desks sit among them in the open area
surrounded by small interview rooms with glass doors and the captain's
office. Most are gone for the evening, save the few officers on night
tour,
so they sit in the cool open area.

"Sit here." Ellion pulls a chair to the tidier of the two desks.

Dobbs takes off his coat and hangs it on a hook above his desk. He knows
it
will be a long night, so he starts after coffee, which both women decline.

"Sure you don't want a soda?" Ellion asks "Water? I could call out for
some
food. You hungry?" She shakes her head, Dobbs' cue to be on his way.

The two women fall silent. Ellion likes to take her time with witnesses,
since what they don't say shows in their body language.

Dobbs returns with a paper cup steaming at the top. He sits on his desk
and
sips his drink.

Ellion starts the questioning. "Can you describe what you saw?"

Nolricco closes her eyes. Recalling the event she just witnessed is like
reexamining a nightmare meant to be forgotten. Still, she brings the
terrifying moment to mind once more.

"I'd heard on the news about the killings and how they were happening
close
to where I stayed. So I don't know what got into me, going through the
docks
tonight of all nights. I guess I didn't want anyone learning my route
home."

"Because you're a necrosapien," Ellion adds.

Nolricco nods sheepishly, still scared to admit it. Dobbs huffs silently.
Another one of them to protect. He keeps his personal views of
necrosapiens
to himself, but every once in a while his contempt shows.

The woman swallows hard and continues, "I'd always had problems with my .
.
. rebirth. Ever since last year when I came back to school. One minute you
drown from a freak accident on summer break, and the next you're back for
fall classes as if nothing happened. The students weren't aggressive at
first, but I got the point pretty soon. It started with friends ignoring
me,
then threatening letters. And ever since the first two killings . . . It
was
so close to home. Anyway, walking past the warehouses, I saw shadows
behind
the doors of one of them. It was the abandoned fish processing plant. I
knew
that because my grandfather worked there for fifty years before it closed
down. I heard struggling and then a muffled scream. Right then, for some
reason I knew it, it was the killer from the news. I didn't
know
what to do, so I hid behind some crates. For a long time, I heard nothing.
Then footsteps. He walked out and right past me. I thought I was next for
sure, because he stopped and looked around. I guess the shadows hid me
because he ran off. When I thought the coast was clear I called 911 from

my
cell, but I could not leave until people were around. By that time, too many
people showed up, and that's when you saw me."

"Was he holding anything?" Ellion asks.

"I didn't see. I was so scared."

"What did he look like?"

"He wore all black. That's all I know."

"C'mon kid, give us more to work with," Dobbs adds. "Was he tall? Short? Fat? Skinny?"

"Maybe your height, Detective," Nolricco replies nervously. "And about your
build? I couldn't see the face because the brim of his black cap cast a shadow. But he may have been white. His skin was definitely light."

"Good." Ellion writes detailed notes, trying to compose a mental picture. "Dobbs is going take you home in a minute." She figures Nolricco has given all she knows. But before she lets her go, Ellion edifies herself in something else- more of a personal curiosity. "But first I'd like to ask you
one more question."

"Okay." Nolricco looks spent, ready to put the night behind her.

"How did it feel?"

"I'm sorry?"

"To be . . . reborn."

A small part of Ellion is curious about the reanimation process. She once contemplated reanimation for herself, and almost signed up when the state offered incentives to the first fifty officers in each precinct who applied.
They offered 25% disability to anyone killed in the line of duty and resurrected back to active service. But then it dawned on her. Something wasn't right. The thought of her mother and the battle she had with her twin
sister Sara came rushing back to her. After that, she's never given resurrection a second thought. Still, interest lingers at the back of her mind.

Nolricco looks at the ceiling and thinks how to describe the feeling. No words could encompass it, and no two necros thought the same.

"When I drowned, it felt like I went to sleep under water. I didn't have to
breathe, I didn't need to. And then I . . . woke up at a Lazarus Center. As
if my death was just a dream. But now, I feel . . . " She sits in a mental stupor.

Ellion pats her shoulder as she rises to leave. Dobbs finishes his coffee and grabs his coat. As Nolricco turns, Ellion notices something familiar on
the back of her ear. The same tattoo on the dead victim.

"Where did you get that tattoo?"

She looks back at Ellion and fingers the lobe and the brand she has borne since reanimation. "The doctors at the clinic told me when I woke up that it
was to identify me in case of medical emergencies." She turns and gives the
detectives an eerie look. "We all get them."

"May I take a picture of it?" Ellion asks. "It would definitely help us on the case."

Nolricco silently turns into the light and moves her hair aside. Ellion snaps the frame and reviews the small LCD screen. She browses her saved images and cross-references it with the victim's tattoo, identical in every way. Ellion stares at Nolricco as Dobbs escorts her out. She has an uneasy feeling that will stick for a long while, but she also has an idea.

"What do ya have planned?" Dobbs asks.

"I think I'm going to pay Sean a visit." Ellion says, brightened by the notion.

Dobbs knows that means a long night. He sighs at the load of work cut out for them. "You must have somethin' cookin' up there. Fill me in when I get back then." Between them, they know the case is a big one, not just another serial killer on the loose but someone dispatching necrosapiens methodically, almost ritually.

From: **Rich Henshaw** submissions@henshaw.com
Subject: RE:
Date: December 2, 2009 at 6:22 PM
To: Chris Fillmore fillmorechris@att.net

Thanks for your interest in our agency.  Unfortunately you've caught me at a time when the demands of my current clients leave me with very little time to devote to developing new talent and unfortunately in this case I have to pass on the opportunity to pursue this.  I'm being extremely, and likely unreasonably, picky so please seek many opinions since my decision may have little to do with the salability of your work.

Sincerely,
Rich Henshaw

**From:** Chris Fillmore [mailto:fillmorechris@att.net]
**Sent:** Monday, November 23, 2009 7:56 PM
**To:** submissions@Henshaw.com
**Subject:**

| |
|---|
| **CHRIS FILLMORE** |
| 6930 Idlewood Ct. N. #1512 |
| Indianapolis, IN USA 46214 |
| Tel. 317-328-1934 |
| Email: fillmorechris@att.net |

11/23/2009

Dear Richard Henshaw:

Please allow me to introduce my recently completed novel ***Lazarui Taxa***—a futuristic detective story with a science fiction punch.

*"Necrocide was capital murder across the board— a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."*

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and its first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation after death, government programs have made it financially advantageous and thousands have applied. A new "species" of *necrosapiens* has been born. And now they are dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound, too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo…the three small capital *I*s on the lobe. The first victim is followed by more—every time there is a suspect, but every time the suspect turns out to be a false lead. The trail circles back, over and over, to the mysterious Lazarus Center itself and its motives for performing the research. Is there a vast conspiracy and coverup? The search for answers takes the detectives on an ever widening path, from the seedy remnants of the cities of the future to the depths of the Louisiana bayous and voodoo culture. In the search for the killer, the detectives also rediscover important and ancient facets of humanity—ones that have been lost in a society that allows scientists to "play God" with abandon.

I believe this book could be marketed as a mainstream mystery thriller, but it also has aspects of a true science fiction adventure. It started as a simple concept based on the idea of humanizing the reanimated, basing the story from what I feel is a fresh perspective on the old "zombie" story. It asks what really would happen if someone was resurrected?  It also delves into the ramifications of resurrection on a social, religious, and economic perspective, all wrapped within a murder-mystery. It will appeal to readers who enjoy many different genres. The manuscript weighs in at approximately 50,000 words and is fully complete.

Although I have been writing for many years, *Lazuria Taxa* is my first submitted novel. I am a lover of sci-fi, graphic novels, and mystery stories. My current work seems to be influenced by the Noir genre as well, which has helped shape my sequels. (*Lazuria Taxa* is planned as one of a three-part series.) Currently, I reside in Indianapolis, Indiana with my wife and young daughter. My hobbies include, among writing of course, amateur film making with Wes Anderson, Steven Soderbergh, and Robert Zemeckis as my influences.

Thank you for your consideration.
Sincerely

Chris Fillmore

From: **Bradford Literary Agency** laura@bradfordlit.com 🖉
Subject: Re: Query
Date: November 30, 2009 at 4:05 PM
To: Chris Fillmore  fillmorechris@att.net

Dear Author,

Thank you very much for giving me the opportunity to read your submission.  I appreciate you considering me for representation of your project.

Unfortunately, after careful review, I have decided that I might not be the right agent for your work. This industry is incredibly subjective, and there are many agencies out there with many different tastes.  It is for this reason that I strongly encourage you to keep submitting elsewhere, in the hopes of finding an agent who will be an enthusiastic champion for you and your work.

I apologize for the form letter reply, but the volume of submissions I receive has finally made it impossible for me to personalize responses as I have for many years.  I hope you will understand and forgive me this necessary efficiency.  In addition, I do not feel it is appropriate for me to provide detailed editorial feedback on projects I have decided not to represent.

I wish you all the very best of luck and success with your writing.

Sincerely,

Laura Bradford

Bradford Literary Agency

Bradford Literary Agency
5694 Mission Center Road # 347
San Diego, CA 92108
619/521-1201
www.bradfordlit.com

---

**From:** Chris Fillmore <fillmorechris@att.net>
**To:** laura@bradfordlit.com
**Sent:** Sat, November 28, 2009 8:24:03 AM
**Subject:** Query

---

| |
|---|
| **CHRIS FILLMORE** |
| 6930 Idlewood Ct. N. #1512 |
| Indianapolis, IN USA 46214 |
| Tel. 317-328-1934 |
| Email: fillmorechris@att.net |

11/24/2009

Greetings Laura:

Please allow me to introduce my recently completed novel ***Lazarui Taxa***—a futuristic detective story with a science fiction punch.

*"Necrocide was capital murder across the board— a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."*

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and its first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation after death, government programs have made it financially advantageous and thousands have applied. A new "species" of *necrosapiens* has been born. And now they are dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound, too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo…the three small capital *I*s on the lobe. The first victim is followed by more—every time there is a suspect, but every time the suspect turns out to be a false lead. The trail circles back, over and over, to the mysterious Lazarus Center itself and its motives for performing the research. Is there a vast conspiracy and coverup? The search for answers takes the detectives on an ever widening path, from the seedy remnants of the cities of the future to the depths of the Louisiana bayous and voodoo culture. In the search for the killer, the detectives also rediscover important and ancient facets of humanity—ones that have been lost in a society that allows scientists to "play God" with abandon.

I believe this book could be marketed as a mainstream mystery thriller, but it also has aspects of a true science fiction adventure. It started as a simple concept based on the idea of humanizing the reanimated, basing the story from what I feel is a fresh perspective on the old "zombie" story. It asks what really would happen if someone was resurrected?  It also delves into the ramifications of resurrection on a social, religious, and economic perspective, all wrapped within a murder-mystery. It will appeal to readers who enjoy many different genres. The manuscript weighs in at approximately 50,000 words and is fully complete.

Although I have been writing for many years, *Lazuria Taxa* is my first submitted novel. I am a lover of sci-fi, graphic novels, and mystery stories. My current work seems to be influenced by the Noir genre as well, which has helped shape my sequels. (*Lazuria Taxa* is planned as one of a three-part series.)

Currently, I reside in Indianapolis, Indiana with my wife and young daughter. My hobbies include, among writing of course, amateur film making with Wes Anderson, Steven Soderbergh, and Robert Zemeckis as my influences.


Thank you for your consideration.
Sincerely


Chris Fillmore



Synopsis of

**Lazarui Taxa**

By Chris Fillmore

 *"*"Necrocide was capital murder across the board, though a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."*

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and the first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation, government programs had made it financially advantageous and thousands had applied. A new "species" of *necrosapiens* has been born. And now they were dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a new necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound—too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo …the three small capital *I*s on the lobe. The hunt begins for the murder weapon (an ice pick?) and the meaning of the strange tattoo.

There is a witness, NOLRICCO REED, a necrosapien. During her account of the crime, she also lets the detectives know what it is like to be a necrosapien. They are hated and discriminated against by those who protest the Lazarus experiments. Worse than that, thought, they are not truly the same people they were before reanimation—there are thoughts, feelings, personality traits that are gone—sometimes to be replaced by extreme personality traits. They suffer from *soul flux* and now live ambiguously in the real world; it shows in their eyes. Nolricco also has the three *I*s tattoo—she informs the detectives that all "necros" get them.

necros" get them.

New information about the murder victim comes from SEAN BRINDLE, the medical examiner. There is an ice pick in the body bag with the victim—it looks to be the murder weapon but that doesn't "feel" right to Dobbs and Ellion. Although the ice pick lead identifies a suspect, ME Brindle finds that the blood on it probably came from a fish, confirming the suspect's story that he used the pick at work in a fish factory. The man the man is just a small-time criminal, not a serial killer.

A second victim—badly decomposed, but again with the strange wound and the tattoo. The decomposition reveals a microchip underneath the tattoo— a new clue for the detectives. The microchips are retrieved from all previous victims and now there are identities for them all—and a citywide pattern of murders that points to the next site.

Dobbs and Ellion find a member of the Lazarus project who is willing to give them the names of all necrosapiens in the target area. With that information, they set up a surveillance of all know necros in the area and wait for the killer to try again. Despite the manpower put on the case, the killer is again successful.

A news reporter MADDOX LEWIS has been working secretly on the case and has a new lead. A woman named Poe Coe may have more information. It is also possible that the whole necrosapiens project was a government military program. Before Ellion and Dobbs can act on their new leads, they are informed that their case has been taken over by the FBI, as the necrosapiens are technically government property. Ellion, Dobbs and Maddox decide to pursue the Poe Coe lead before the FBI finds out about it. POE COE, a voodoo practitioner, informs them that they will find the killer—they are on the right track. She also sends them visions in dreams—dreams about personal issues each has. Dobbs in particular has a dream about his dead wife, who appears to be in a building with an address of 312.

There are now five new cases of necrocide. Some are simply hate crimes; others are copycat crimes. None provide new leads to the real killer. But Dobbs sees the "312" building he saw in his dream—it is the Levin asylum hospital—and Dobbs knows his wife is in there. He threatens an orderly with his gun, forcing him to let him into her room. There is also a strange patient, BRIAN DEFIR, who has a room full of newspaper clippings about the necrocides.

Another murder, and a syringe left behind reveals the prints of the strange patient. Dobbs and Ellion head back to the Levin hospital, only to spot the patient about to escape. A search of his room reveals weapons that could be the murder weapons. DeFir is captured, but is let go on technicalities. Ellion is censured for working on the case, but Dobbs is fired.

DeFir turns out not to be the killer. He is just another copycat, fascinated by the necrokiller. Dobbs and Ellion, working in secret, come up with a plan to lure out the real killer, but they need Nolricco Reed to act as "bait". Their sting operation works, but not before Nolricco is killed. They manage to kill the necrokiller. He is another necrosapien.

# Chapter 1

"Hello again and welcome. Our top story: with the topic of human cloning finally cooling down, scientists have found yet another way, as some fundamentalists say, to attempt to disprove God's existence. The Lazarus Project is showing promise with the successful reanimation of Chloe, the three year-old Tanzanian chimp euthanized four months before being resurrected more than a year ago. Excited scientists are ready to initiate phase four testing. But with no human either brave or foolish enough to be the guinea pig, the project has stalled.

"Thomas Fairbanks, the billionaire entrepreneur at the helm of the project, not only as its avid spokesman but also with generous endowments, agrees that if he dies before the project ends, he wants to be the first human subjected to testing. Plans to resurrect his wife, who died more than three years ago, were not safe, scientists concluded. The jury's still out on the phenomenon known as *psyche displacement*, or *soul flux*. But the project sparks the debate between *science* and *spiritualism* among theologians, psychologists, and just about everyone in the scientific community. Linda Rozman has more details."

The report comes from WNEW web cast news. It is an archived report rebroadcast to commemorate the 15-year anniversary of the first human resurrection. It illuminates from the projection laptop, located in the center of a spacious room. Someone turns it off during its wrap up. A phone on the coffee table alerts that an urgent message waits.

All is busy in the deli tonight. The bustling crowd makes for an electric atmosphere and a frenzied hustle for the servers behind the counter. A young man rushes in from the street to escape the last moments of a furious downpour. He brushes water from his notebooks, his waterproof laptop bag, his hair. He needs a warm drink with a kick to burn the midnight oil.

"Yes, what can I do for you?" the server asks as the young man reaches the counter.

"Soy latte, please." His books fall to the floor. He bends to pick them up, turning his head curiously. The server notices something that makes her uneasy. She backs away from the counter and goes for the manager. They talk. He calms her and goes back to the counter with her.

"And make it a vente, please," the young man adds.

"We're going to have to ask you to leave," the manager starts.

"What? Why?" The young man is confused.

The manager looks at him as if the answer is evident. "You know why."

A line forms behind the young man. He doesn't know what step to take next. A woman behind him looks at her watch impatiently, then notices the thing that made the server uneasy. "If you serve him, I don't want you to serve me."

"Sir," the manager insists.

All eyes are on him. But why? He is an able-bodied college student pulling extra hours to get through his double major. Tight budget notwithstanding, he can afford a cup of coffee in a place like this. But that isn't it. Something else makes the people whisper and gawk, some muttering under their breath. Finally, the young man gets the picture. He is different. He clutches his belongings closer and walks out the door, ashamed. Outside he merges with the crowd, as inconspicuous as the next man.

---

The night should've been just like any other for the New Athens police force. Shootings, muggings, and sexual assaults—all scrambling to handle the mass of distress calls. But this one is unusual.

A horrendous crime has just been committed at an abandoned fish warehouse on the south docks. The victim is a young male in his twenties, dead— again— tragically before reaching thirty. The humid summer air rolls in thick from the marina and mingles with the old and stale fishy warehouse odor. Patrol officers canvass the area for clues and witnesses, while others secure the area with yellow police tape to block the crime scene from the trickle of reporters and spectators gathering.

Two detectives arrive in a department-issued Ford Caprionous. They get out and pass through the steadily growing crowd, under the police tape, and into the quarantined area. The onlookers share mixed emotions, some sorrowing that the victim has died again, some reveling in the loss. They think his second life an abomination and are happy.

The detectives approach the crime scene ritual differently. One is a man in his mid-forties, his age evident from his overall appearance but also from his attitude. Jaded by everything he's seen in more than fifteen years on the force, he looks like a man barely hanging on. His jet black hair recedes into a soft widow's peak. A silver patch down the back joins his attitude to give him the look of a

into a soft widow's peak. A silver patch down the back joins his attitude to give him the look of a silverback gorilla. He arouses the appropriate kind of fear from his fellow officers. A salt-and-pepper five o'clock shadow marks his weathered face. Pre-tied neckwear hangs carelessly around the stocky neck jutting from a shirt, once designer fashion, now part of his wrinkled uniform. His long trench coat makes him look menacing.

"What do we have?" His gravelly voice hints of long faded youth and the exuberance he once had for the job. An officer jumps to give a detailed report of what he knows so far.

"Black male. Twenties. Not sure how he died yet. No footprints, no weapon, no witnesses," Officer Brees, first on the scene, replies disappointingly. He stands away from the body, trying not to look at it. His personal superstitions tell him that standing near 'one of them' is bad luck, especially if it dies with its eyes open, like this one.

All the while, the other detective methodically takes notes and observes minute details. She's the fifth partner he's had in his career, and there's a reason. People find Detective Vincent Sylvio Dobbs hard to work with because of his indifference to rules. He never breaks them, but he bends them every way possible to get what he calls justice. If he is Yin, she is definitely Yang—young, clean, orderly.

She wears a clean, pressed suit on the cutting edge of fashion. Her long auburn hair shines, but she always wears it straight back in a tight bun. In a trench coat, she is disarmingly beautiful and commands respect from peers and suspects alike. She doesn't look quite right partnered with such a man in such a career, but her file reveals test scores on the lieutenant's exam that indicate otherwise. She is the only partner Dobbs hasn't managed to scare away in their two years together.

She looks up from her pad. "Did you find any identification?"

"Yes. He was a registered Zee Pee," Brees answers.

"No friggin' way." Dobbs feigns little emotion, but inside he is both intrigued and upset. He and Detective Clara Ellion are leading the newly formed necrocide unit's first case in addition to weaning lingering homicide cases.

"Necrosapiens, Officer," Ellion corrects him as if personally offended by the slur. "Thank you." She lets Brees know he is excused from the scene.

Humiliated the officer clicks his tongue and leaves.

She turns to her partner. "Fourth one this month. The first three all happened in the Seventeenth's district. Why this one here in our jurisdiction? Is he expanding his territory?"

She inspects the victim. She takes rubber gloves from her pocket and puts them on as she kneels beside the body. His eyes are open, staring blankly into space through the old warehouse's broken glass roof. Blood trickles from the corner of his mouth but stops halfway down his cheek. Other than bruises on his hands where he tried to fight off his attacker, he looks clean.

Dobbs watches his partner methodically checking the body for clues. He looks into the victim's dead eyes and snorts when he considers what this crime means: lots of footwork and no sleep. He rubs his stubble, then snarls contemptuously, "Why did you have to be reborn in the first place?" He walks away, leaving the other perplexed officer nearby and a partner accustomed to his contempt. For everything.

Maddox Lewis, a reporter for *The Interpreter*, arrives at his usual time in his inconspicuous vehicle,— a car he virtually sleeps in. He turns down his police scanner, checks the flashbulbs on his camera and prepares for his ritual. After loading the camera with a flash card and setting the speed, he gets out of the car, pushing past the mob, brazenly crossing the tape, and begins to click away. The officers scowl and cover. The flashing camera also alerts Dobbs, who doesn't like Lewis.

"Git outta here, kid!" he barks.

"First amendment!" Maddox snaps back. "You're doin' your job and I'm doin' mine. Besides, the people have a right to know whose going around slaying the necros."

"It's just some nut goin' around killin' these . . . people is all," another officer says.

"Well, the sooner we find this nut, the sooner this part of my life'll be over," Dobbs says, then wonders, "*How did I ever get talked into this*?" He shoots an ice-cold stare at the reporter and grumbles, "You know where to wait 'til we're done."

"Fine, but I get first dibs on anything you see."

"Dobbs. Check this out," Ellion inspects the head of the recently re-deceased. The only visible wound was a small hole near the rear of the head. *"Too small and clean to be a gunshot. No blood? It looks as if the wound's been cauterized."* She notices an unusual tattoo behind the ear, three, small capital *I*s on the lobe. "This is strange."

Dobbs puts on a pair of rubber gloves and manipulates his bad knees to crouch beside Ellion, grunting. With his flashlight he illuminates the suspicious tattoo. His eyes aren't as keen as hers. Ellion could find minute clues with the available light from the harbor lights, the full moon, and the squad

cars.

"Too small for any caliber I know of," Dobbs concludes. "No powder burn or exit wound either."

Ellion imagines an object capable of leaving such a mark. "Maybe a nail. A thin tent spike. A woodworking tool. I'm guessing." Then finally, "An ice pick? Struck hard and precise."

"You'd have to have some kind of trainin' in somethin' to pull off a move like that without an impact wound or blood spatter…"

"I know. Look at this." Ellion directs his attention to the intriguing tattoo.

He stares at it for a second and writes it off. "Kids get tattoos and piercings in the craziest 'a places nowadays. It's just a gang tat. I bet you, it's the 13th Street Rebels initiation mark. They change it up every year. We can have Marco in Gang Unit take a look at it."

"I know this is worth a picture." Ellion takes out her digital camera and snaps the tattoo.

The prized piece of her personal investigating equipment helped her track, identify, or convict when she testified at trials. The small, twenty mega-pixel camera trumped the ones Forensics used to collect evidence, capturing every detail of a crime scene sharply so the real investigation could begin. She and the often reluctant Dobbs hunted the tiniest of clues down. They had solved many cases with her extreme attention to detail, which is why Captain Houston insisted they stay together. Dobbs was once one foot out the door for his low solved case percentage—among other things—but when Ellion came along, she brought something out of him. Even though he would never admit it, she revived the young Vince who perked up at the challenge of solving the case, chasing the criminal down. Just the thing he needed.

She stands up and pulls her gloves off, satisfied. All she needs now is a witness. She steps beyond the warehouse doors and into the chaos a few feet outside. She asks a patrol officer blocking off the scene if any of them saw anything.

The officer nods. "No one saw nothin', Detective. It's as if they all appeared after it happened."

"That 911 call didn't come from nowhere. It would've been morning before someone discovered him," she says.

Ellion's instincts kicked in. If there was a crime, there were witnesses. Sometimes they were hard to find, silent in a crowd, and at other times they were just the clues and trace-evidence on the victim. But in this case someone has to have seen or heard something, and she means to find out who knows what. She scans the crowd until her preternatural sense of reading people draws her attention

knows what she scans the crowd until her preternatural sense of reading people draws her attention to a young woman who seems detached from the verbal melee, standing a body's width away from the crowd. She is almost engulfed in shadows, save that the swirling red and blue patrol car lights illuminate her. She meets the detective's eyes but instantly breaks contact.

"Find me a weapon. When CSU arrives, tell them we're looking for an ice pick or something to that effect. It was a head shot," she says to the officer as she lifts the yellow tape and makes her way through the crowd to the terrified woman. She wants to run away, but fear paralyzes her. Ellion knows she's not a suspect but a scared witness who needs to get what she saw off her chest. The detective's calm demeanor puts the young woman at ease.

"Hi there. Was the victim a friend of yours?"

Her eyes dart back and forth to the ground. "No."

"Well, you look a little too concerned to be just another spectator."

"I've read the news. I've followed the killings. It's a shame for whoever's doing this."

Ellion pulls her aside from the crowd. "Afraid you might be next?"

The young woman's eyes go dead. Realizing the detective knows who—or what—she is, she blurts, "I can't even go to school anymore because I'm afraid that he'll come for me."

"So you did see something," Ellion looks around for her partner, interrogating people himself. Their eyes meet and she gives him a heads up. Dobbs starts her way.

"Look, what you have to say might help us get the person who did this, but you have to tell me what you know. If you want, I can take you someplace else."

"Are we going to the police station?"

"Yes. I'd rather take you there so you can be assured that you're in the safest place possible. My partner'll take you home soon as we're through."

The woman looks scared, unsure if she should talk.

"If I don't get your cooperation, then he will strike again," Ellion urged. "I can't be sure if you'll be next or not, but it will happen again. That I know for sure." The woman nods agreement and follows Ellion to a frustrated Dobbs.

"I got about a hundred pair of eyes on a well lit dock, an' I can't get one of 'em to point a friggin' finger in the right direction," he says in disgust.

"Well, our luck's about to change." She motions to the young woman trailing her silently.

"Friggin' A! Some eyes! What's your name, Honey?"

"Nolricco. Nolricco Reed."

"I'm Detective Dobbs, and I'm sure you've already become acquainted with . . . "

"Detective Ellion. But call me Clara." She gently shakes the woman's hand, cold and clammy, but not from nervousness. The shake makes Ellion uneasy briefly, which surprises her, since she's used to the unusual aspects that come with the job.

Maddox notices the trio on their way to the car and quickly loads another card. "Who is this? A witness? The vic's sister? Girlfriend?"

Before he can shoot, Ellion glares *No* at him, and Maddox drops the camera to his side. Of the two detectives, Maddox likes and respects Ellion for reasons both apparent and not so apparent. She is always as civil as can be given the circumstances, and he stands back to let her do her job. In turn, she's given him hot leads which led to his Peabody Award winning articles. It doesn't hurt that she also looks striking, which he finds terribly attractive. He makes sure that at photo ops, she is in the frame for posterity, Dobbs conveniently cropped.

They need to assure Nolricco's anonymity. The back windows of the Ford are tinted, and they usher her into the police station via the underground garage. Ellion and Dobbs' desks sit among the rest in the open area surrounded by small interview rooms with glass doors and the captain's office. Most are gone for the evening, save the few officers on night tour, so they sit in the cool open area.

"Sit here." Ellion pulls a chair to the tidier of the two desks.

Dobbs takes off his coat and hangs it on a hook above his desk. He knows it will be a long night, so he starts after coffee, which both women decline.

"Sure you don't want a soda?" Ellion asks "Water? I could call out for some food. You hungry?" She shakes her head, Dobbs' cue to be on his way.

The two women fall silent. Ellion likes to take her time with witnesses, since what they don't say shows in their body language.

Dobbs returns with a paper cup steaming at the top. He sits on his desk and sips his drink.

Ellion starts the questioning. "Can you describe what you saw?"

Nolricco closes her eyes. Recalling the event she just witnessed is like reexamining a nightmare meant to be forgotten. Still, she brings the terrifying moment to mind once more.

"I'd heard on the news about the killings and how they were happening close to where I stayed

I'd heard on the news about the killings and how they were happening close to where I stayed. So I don't know what got into me, going through the docks tonight of all nights. I guess I didn't want anyone learning my route home."

"Because you're a necrosapien," Ellion adds.

Nolricco nods sheepishly, still scared to admit it. Dobbs huffs silently. *Another one of* them *to protect.* He keeps his personal views of necrosapiens to himself, but every once in a while his contempt shows.

The woman swallows hard and continues, "I'd always had problems with my . . . rebirth. Ever since last year when I came back to school. One minute you drown from a freak accident on summer break, and the next you're back for fall classes as if nothing happened. The students weren't aggressive at first, but I got the point pretty soon. It started with friends ignoring me, then threatening letters. And ever since the first two killings . . . It was so close to home. Anyway, walking past the warehouses, I saw shadows behind the doors of one of them. It was the abandoned fish processing plant. I knew that because my grandfather worked there for fifty years before it closed down. I heard struggling and then a muffled scream. Right then, for some reason I knew it, I knew it! It was the killer from the news. I didn't know what to do, so I hid behind some crates. For a long time, I heard nothing. Then footsteps. He walked out and right past me. I thought I was next for sure, because he stopped and looked around. I guess the shadows hid me because he ran off. When I thought the coast was clear I called 911 from my cell, but I could not leave until people were around. By that time, too many people showed up, and that's when you saw me."

"Was he holding anything?" Ellion asks.

"I didn't see. I was so scared."

"What did he look like?"

"He wore all black. That's all I know."

"C'mon kid, give us more to work with," Dobbs adds. "Was he tall? Short? Fat? Skinny?"

"Maybe your height, Detective," Nolricco replies nervously. "And about your build? I couldn't see the face because the brim of his black cap cast a shadow. But he may have been white. His skin was definitely light."

"Good." Ellion writes detailed notes, trying to compose a mental picture. "Dobbs is going take you home in a minute." She figures Nolricco has given all she knows. But before she lets her go, Ellion

edifies herself in something else— more of a personal curiosity. "But first I'd like to ask you one more question."

"Okay." Nolricco looks spent, ready to put the night behind her.

"How did it feel?"

"I'm sorry?"

"To be . . . reborn."

A small part of Ellion is curious about the reanimation process. She once contemplated reanimation for herself, and almost signed up when the state offered incentives to the first fifty officers in each precinct who applied. They offered 25% disability to anyone killed in the line of duty and resurrected back to active service. But then it dawned on her. Something wasn't right. The thought of her mother and the battle she had with her twin sister Sara came rushing back to her. After that, she's never given resurrection a second thought. Still, interest lingers at the back of her mind.

Nolricco looks at the ceiling and thinks how to describe the feeling. No words could encompass it, and no two necros thought the same.

"When I drowned, it felt like I went to sleep under water. I didn't have to breathe, I didn't need to. And then I . . . woke up at a Lazarus Center. As if my death was just a dream. But now, I feel . . . " She sits in a mental stupor.

Ellion pats her shoulder as she rises to leave. Dobbs finishes his coffee and grabs his coat. As Nolricco turns, Ellion notices something familiar on the back of her ear. The same tattoo on the dead victim.

"Where did you get that tattoo?"

She looks back at Ellion and fingers the lobe and the brand she has borne since reanimation. "The doctors at the clinic told me when I woke up that it was to identify me in case of medical emergencies." She turns and gives the detectives an eerie look. "We all get them."

"May I take a picture of it?" Ellion asks. "It would definitely help us on the case."

Nolricco silently turns into the light and moves her hair aside. Ellion snaps the frame and reviews the small LCD screen. She browses her saved images and cross-references it with the victim's tattoo, identical in every way. Ellion stares at Nolricco as Dobbs escorts her out. She has an uneasy feeling that will stick for a long while, but she also has an idea.

"What do you have planned?" Dobbs asks.

"What do ya have planned?" Dobbs asks.

"I think I'm going to pay Sean a visit." Ellion says, brightened by the notion.

Dobbs knows that means a long night. He sighs at the load of work cut out for them. "You must have somethin' cookin' up there. Fill me in when I get back then." Between them, they know the case is a big one, not just another serial killer on the loose but someone dispatching necrosapiens methodically, almost ritually.

**From: Chris Fillmore** fillmorechris@att.net
Subject: Re: Query
   Date: November 29, 2009 at 12:34 PM
     To: Author Submissions  submissions@twliterary.com

sorry, honest mistake. after querying so many agents i can be human right? plus, what it says on your site *differs* greatly from the search engine i pulled you from. you know ignoring the email is more effective than asshole comebacks. why don't you start by exercising that technique now...

---

**From:** Author Submissions <submissions@twliterary.com>
**To:** Chris Fillmore <fillmorechris@att.net>
**Sent:** Sun, November 29, 2009 2:08:33 AM
**Subject:** Re: Query

Come on, please take the time to read any agency's web site carefully
before querying.


On Sat, Nov 28, 2009 at 8:48 PM, Chris Fillmore <fillmorechris@att.net> wrote:
>
> The dead are being murdered...
> _____
>
> CHRIS FILLMORE
>
> 6930 Idlewood Ct. N. #1512
>
> Indianapolis, IN USA 46214
>
> Tel. 317-328-1934
>
> Email: fillmorechris@att.net
>
>
>
> 11/28/2009
>
>
>
> Greetings Ted Weinstien:
>
>
> Please allow me to introduce my recently completed novel Lazarui Taxa—a futuristic detective story with a science fiction punch.
>
>
> "Necrocide was capital murder across the board— a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."
>
>
> The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and its first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation after death, government programs have made it financially advantageous and thousands have applied. A new "species" of necrosapiens has been born. And now they are dying…permanently this time…at

the hand of a serial killer.
>
>
>
> Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound, too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo…the three small capital Is on the lobe. The first victim is followed by more—every time there is a suspect, but every time the suspect turns out to be a false lead. The trail circles back, over and over, to the mysterious Lazarus Center itself and its motives for performing the research. Is there a vast conspiracy and coverup? The search for answers takes the detectives on an ever widening path, from the seedy remnants of the cities of the future to the depths of the Louisiana bayous and voodoo culture. In the search for the killer, the detectives also rediscover important and ancient facets of humanity—ones that have been lost in a society that allows scientists to "play God" with abandon.
>
>
>
> I believe this book could be marketed as a mainstream mystery thriller, but it also has aspects of a true science fiction adventure. It started as a simple concept based on the idea of humanizing the reanimated, basing the story from what I feel is a fresh perspective on the old "zombie" story. It asks what really would happen if someone was resurrected?  It also delves into the ramifications of resurrection on a social, religious, and economic perspective, all wrapped within a murder-mystery. It will appeal to readers who enjoy many different genres. The manuscript weighs in at approximately 50,000 words and is fully complete.
>
>
>
> Although I have been writing for many years, Lazuria Taxa is my first submitted novel. I am a lover of sci-fi, graphic novels, and mystery stories. My current work seems to be influenced by the Noir genre as well, which has helped shape my sequels. (Lazuria Taxa is planned as one of a three-part series.) Currently, I reside in Indianapolis, Indiana with my wife and young daughter. My hobbies include, among writing of course, amateur film making with Wes Anderson, Steven Soderbergh, and Robert Zemeckis as my influences.
>
>
>
> Thank you for your consideration.
>
> Sincerely
>
>
>
>
>
>
>
> Chris Fillmore
>
>
>
> Synopsis of
>
> Lazarui Taxa
>
> By Chris Fillmore
>
> "Necrocide was capital murder across the board, though a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."
>

>

>

> The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and the first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation, government programs had made it financially advantageous and thousands had applied. A new "species" of necrosapiens has been born. And now they were dying…permanently this time…at the hand of a serial killer.

>

>

>

> Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a new necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound—too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo …the three small capital Is on the lobe. The hunt begins for the murder weapon (an ice pick?) and the meaning of the strange tattoo.

>

>

>

> There is a witness, NOLRICCO REED, a necrosapien. During her account of the crime, she also lets the detectives know what it is like to be a necrosapien. They are hated and discriminated against by those who protest the Lazarus experiments. Worse than that, though, they are not truly the same people they were before reanimation—there are thoughts, feelings, personality traits that are gone—sometimes to be replaced by extreme personality traits. They suffer from soul flux and now live ambiguously in the real world; it shows in their eyes. Nolricco also has the three Is tattoo—she informs the detectives that all "necros" get them.

>

>

>

> New information about the murder victim comes from SEAN BRINDLE, the medical examiner. There is an ice pick in the body bag with the victim—it looks to be the murder weapon but that doesn't "feel" right to Dobbs and Ellion. Although the ice pick lead identifies a suspect, ME Brindle finds that the blood on it probably came from a fish, confirming the suspect's story that he used the pick at work in a fish factory. The man the man is just a small-time criminal, not a serial killer.

>

>

>

> A second victim—badly decomposed, but again with the strange wound and the tattoo. The decomposition reveals a microchip underneath the tattoo— a new clue for the detectives. The microchips are retrieved from all previous victims and now there are identities for them all—and a citywide pattern of murders that points to the next site.

>

>

>

> Dobbs and Ellion find a member of the Lazarus project who is willing to give them the names of all necrosapiens in the target area. With that information, they set up a surveillance of all know necros in the area and wait for the killer to try again. Despite the manpower put on the case, the killer is again successful.

>

>

>

> A news reporter MADDOX LEWIS has been working secretly on the case and has a new lead. A woman named Poe Coe may have more information. It is also possible that the whole necrosapiens project was a government military program. Before Ellion and Dobbs can act on their new leads, they are informed that their case has been taken over by the FBI, as the necrosapiens are technically government property. Ellion, Dobbs and Maddox decide to pursue the Poe Coe lead before the FBI finds out about it. POE COE, a voodoo practitioner, informs them that they will find the killer—they are on the right track. She also sends them visions in dreams—dreams about personal issues each has. Dobbs in particular has a dream about his dead wife, who appears to be in a building with an address of 312.

>

>

>

> There are now five new cases of necrocide. Some are simply hate crimes; others are copycat crimes. None provide new leads to the real killer. But Dobbs sees the "312" building he saw in his dream—it is the Levin asylum hospital—and Dobbs knows his wife is in there. He threatens an orderly with his gun, forcing him to let him into her room. There is also a strange patient, BRIAN DEFIR, who has a room full of newspaper clippings about the necrocides.

>

>

> Another murder, and a syringe left behind reveals the prints of the strange patient. Dobbs and Ellion head back to the Levin hospital, only to spot the patient about to escape. A search of his room reveals weapons that could be the murder weapons. DeFir is captured, but is let go on technicalities. Ellion is censured for working on the case, but Dobbs is fired.

>

>

> DeFir turns out not to be the killer. He is just another copycat, fascinated by the necrokiller. Dobbs and Ellion, working in secret, come up with a plan to lure out the real killer, but they need Nolricco Reed to act as "bait". Their sting operation works, but not before Nolricco is killed. They manage to kill the necrokiller. He is another necrosapien.

>

>

>

>

>

>

>

> Chapter 1

>

>

>

>

>

>

>

>

>

> "Hello again and welcome. Our top story: with the topic of human cloning finally cooling down, scientists have found yet another way, as some fundamentalists say, to attempt to disprove God's existence. The Lazarus Project is showing promise with the successful reanimation of Chloe, the three year-old Tanzanian chimp euthanized four months before being resurrected more than a year ago. Excited scientists are ready to initiate phase four testing. But with no human either brave or foolish enough to be the guinea pig, the project has stalled.

>

> "Thomas Fairbanks, the billionaire entrepreneur at the helm of the project, not only as its avid spokesman but also with generous endowments, agrees that if he dies before the project ends, he wants to be the first human subjected to testing. Plans to resurrect his wife, who died more than three years ago, were not safe, scientists concluded. The jury's still out on the phenomenon known as psyche displacement, or soul flux. But the project sparks the debate between science and spiritualism among theologians, psychologists, and just about everyone in the scientific community. Linda Rozman has more details."

>

> The report comes from WNEW web cast news. It is an archived report rebroadcast to commemorate the 15-year anniversary of the first human resurrection. It illuminates from the projection laptop, located in the center of a spacious room. Someone turns it off during its wrap up. A phone on the coffee table alerts that an urgent message waits.

>

>

```
-
>
> All is busy in the deli tonight. The bustling crowd makes for an electric atmosphere and a frenzied hustle for
the servers behind the counter. A young man rushes in from the street to escape the last moments of a
furious downpour. He brushes water from his notebooks, his waterproof laptop bag, his hair. He needs a
warm drink with a kick to burn the midnight oil.
>
> "Yes, what can I do for you?" the server asks as the young man reaches the counter.
>
> "Soy latte, please." His books fall to the floor. He bends to pick them up, turning his head curiously. The
server notices something that makes her uneasy. She backs away from the counter and goes for the
manager. They talk. He calms her and goes back to the counter with her.
>
> "And make it a vente, please," the young man adds.
>
> "We're going to have to ask you to leave," the manager starts.
>
> "What? Why?" The young man is confused.
>
> The manager looks at him as if the answer is evident. "You know why."
>
> A line forms behind the young man. He doesn't know what step to take next. A woman behind him looks at
her watch impatiently, then notices the thing that made the server uneasy. "If you serve him, I don't want you
to serve me."
>
> "Sir," the manager insists.
>
> All eyes are on him. But why? He is an able-bodied college student pulling extra hours to get through his
double major. Tight budget notwithstanding, he can afford a cup of coffee in a place like this. But that isn't it.
Something else makes the people whisper and gawk, some muttering under their breath. Finally, the young
man gets the picture. He is different. He clutches his belongings closer and walks out the door, ashamed.
Outside he merges with the crowd, as inconspicuous as the next man.
>
>
>
> The night should've been just like any other for the New Athens police force. Shootings, muggings, and
sexual assaults—all scrambling to handle the mass of distress calls. But this one is unusual.
>
> A horrendous crime has just been committed at an abandoned fish warehouse on the south docks. The
victim is a young male in his twenties, dead— again— tragically before reaching thirty. The humid summer air
rolls in thick from the marina and mingles with the old and stale fishy warehouse odor. Patrol officers canvass
the area for clues and witnesses, while others secure the area with yellow police tape to block the crime
scene from the trickle of reporters and spectators gathering.
>
> Two detectives arrive in a department-issued Ford Caprionous. They get out and pass through the steadily
growing crowd, under the police tape, and into the quarantined area. The onlookers share mixed emotions,
some sorrowing that the victim has died again, some reveling in the loss. They think his second life an
abomination and are happy.
>
> The detectives approach the crime scene ritual differently. One is a man in his mid-forties, his age evident
from his overall appearance but also from his attitude. Jaded by everything he's seen in more than fifteen
years on the force, he looks like a man barely hanging on. His jet black hair recedes into a soft widow's peak.
A silver patch down the back joins his attitude to give him the look of a silverback gorilla. He arouses the
appropriate kind of fear from his fellow officers. A salt-and-pepper five o'clock shadow marks his weathered
face. Pre-tied neckwear hangs carelessly around the stocky neck jutting from a shirt, once designer fashion,
now part of his wrinkled uniform. His long trench coat makes him look menacing.
>
> "What do we have?" His gravelly voice hints of long faded youth and the exuberance he once had for the
```

> "What do we have?" His gravelly voice hints of long faded youth and the exuberance he once had for the job. An officer jumps to give a detailed report of what he knows so far.
>
> "Black male. Twenties. Not sure how he died yet. No footprints, no weapon, no witnesses," Officer Brees, first on the scene, replies disappointingly. He stands away from the body, trying not to look at it. His personal superstitions tell him that standing near 'one of them' is bad luck, especially if it dies with its eyes open, like this one.
>
> All the while, the other detective methodically takes notes and observes minute details. She's the fifth partner he's had in his career, and there's a reason. People find Detective Vincent Sylvio Dobbs hard to work with because of his indifference to rules. He never breaks them, but he bends them every way possible to get what he calls justice. If he is Yin, she is definitely Yang—young, clean, orderly.
>
> She wears a clean, pressed suit on the cutting edge of fashion. Her long auburn hair shines, but she always wears it straight back in a tight bun. In a trench coat, she is disarmingly beautiful and commands respect from peers and suspects alike. She doesn't look quite right partnered with such a man in such a career, but her file reveals test scores on the lieutenant's exam that indicate otherwise. She is the only partner Dobbs hasn't managed to scare away in their two years together.
>
> She looks up from her pad. "Did you find any identification?"
>
> "Yes. He was a registered Zee Pee," Brees answers.
>
> "No friggin' way." Dobbs feigns little emotion, but inside he is both intrigued and upset. He and Detective Clara Ellion are leading the newly formed necrocide unit's first case in addition to weaning lingering homicide cases.
>
> "Necrosapiens, Officer," Ellion corrects him as if personally offended by the slur. "Thank you." She lets Brees know he is excused from the scene.
>
> Humiliated the officer clicks his tongue and leaves.
>
> She turns to her partner. "Fourth one this month. The first three all happened in the Seventeenth's district. Why this one here in our jurisdiction? Is he expanding his territory?"
>
> She inspects the victim. She takes rubber gloves from her pocket and puts them on as she kneels beside the body. His eyes are open, staring blankly into space through the old warehouse's broken glass roof. Blood trickles from the corner of his mouth but stops halfway down his cheek. Other than bruises on his hands where he tried to fight off his attacker, he looks clean.
>
> Dobbs watches his partner methodically checking the body for clues. He looks into the victim's dead eyes and snorts when he considers what this crime means: lots of footwork and no sleep. He rubs his stubble, then snarls contemptuously, "Why did you have to be reborn in the first place?" He walks away, leaving the other perplexed officer nearby and a partner accustomed to his contempt. For everything.
>
> Maddox Lewis, a reporter for The Interpreter, arrives at his usual time in his inconspicuous vehicle,— a car he virtually sleeps in. He turns down his police scanner, checks the flashbulbs on his camera and prepares for his ritual. After loading the camera with a flash card and setting the speed, he gets out of the car, pushing past the mob, brazenly crossing the tape, and begins to click away. The officers scowl and cover. The flashing camera also alerts Dobbs, who doesn't like Lewis.
>
> "Git outta here, kid!" he barks.
>
> "First amendment!" Maddox snaps back. "You're doin' your job and I'm doin' mine. Besides, the people have a right to know whose going around slaying the necros."
>
> "It's just some nut goin' around killin' these . . . people is all," another officer says.
>

> "Well, the sooner we find this nut, the sooner this part of my life'll be over," Dobbs says, then wonders, "How did I ever get talked into this?" He shoots an ice-cold stare at the reporter and grumbles, "You know where to wait 'til we're done."
>
>  "Fine, but I get first dibs on anything you see."
>
> "Dobbs. Check this out," Ellion inspects the head of the recently re-deceased. The only visible wound was a small hole near the rear of the head. "Too small and clean to be a gunshot. No blood? It looks as if the wound's been cauterized." She notices an unusual tattoo behind the ear, three, small capital Is on the lobe. "This is strange."
>
> Dobbs puts on a pair of rubber gloves and manipulates his bad knees to crouch beside Ellion, grunting. With his flashlight he illuminates the suspicious tattoo. His eyes aren't as keen as hers. Ellion could find minute clues with the available light from the harbor lights, the full moon, and the squad cars.
>
> "Too small for any caliber I know of," Dobbs concludes. "No powder burn or exit wound either."
>
> Ellion imagines an object capable of leaving such a mark. "Maybe a nail. A thin tent spike. A woodworking tool. I'm guessing." Then finally, "An ice pick? Struck hard and precise."
>
> "You'd have to have some kind of trainin' in somethin' to pull off a move like that without an impact wound or blood spatter…"
>
> "I know. Look at this." Ellion directs his attention to the intriguing tattoo.
>
> He stares at it for a second and writes it off. "Kids get tattoos and piercings in the craziest 'a places nowadays. It's just a gang tat. I bet you, it's the 13th Street Rebels initiation mark. They change it up every year. We can have Marco in Gang Unit take a look at it."
>
> "I know this is worth a picture." Ellion takes out her digital camera and snaps the tattoo.
>
> The prized piece of her personal investigating equipment helped her track, identify, or convict when she testified at trials. The small, twenty mega-pixel camera trumped the ones Forensics used to collect evidence, capturing every detail of a crime scene sharply so the real investigation could begin. She and the often reluctant Dobbs hunted the tiniest of clues down. They had solved many cases with her extreme attention to detail, which is why Captain Houston insisted they stay together. Dobbs was once one foot out the door for his low solved case percentage—among other things—but when Ellion came along, she brought something out of him. Even though he would never admit it, she revived the young Vince who perked up at the challenge of solving the case, chasing the criminal down. Just the thing he needed.
>
> She stands up and pulls her gloves off, satisfied. All she needs now is a witness. She steps beyond the warehouse doors and into the chaos a few feet outside. She asks a patrol officer blocking off the scene if any of them saw anything.
>
> The officer nods. "No one saw nothin', Detective. It's as if they all appeared after it happened."
>
> "That 911 call didn't come from nowhere. It would've been morning before someone discovered him," she says.
>
> Ellion's instincts kicked in. If there was a crime, there were witnesses. Sometimes they were hard to find, silent in a crowd, and at other times they were just the clues and trace-evidence on the victim. But in this case someone has to have seen or heard something, and she means to find out who knows what. She scans the crowd until her preternatural sense of reading people draws her attention to a young woman who seems detached from the verbal melee, standing a body's width away from the crowd. She is almost engulfed in shadows, save that the swirling red and blue patrol car lights illuminate her. She meets the detective's eyes but instantly breaks contact.
>

>

> "Find me a weapon. When CSU arrives, tell them we're looking for an ice pick or something to that effect. It was a head shot," she says to the officer as she lifts the yellow tape and makes her way through the crowd to the terrified woman. She wants to run away, but fear paralyzes her. Ellion knows she's not a suspect but a scared witness who needs to get what she saw off her chest. The detective's calm demeanor puts the young woman at ease.

>

> "Hi there. Was the victim a friend of yours?"

>

> Her eyes dart back and forth to the ground. "No."

>

> "Well, you look a little too concerned to be just another spectator."

>

> "I've read the news. I've followed the killings. It's a shame for whoever's doing this."

>

> Ellion pulls her aside from the crowd. "Afraid you might be next?"

>

> The young woman's eyes go dead. Realizing the detective knows who—or what—she is, she blurts, "I can't even go to school anymore because I'm afraid that he'll come for me."

>

> "So you did see something," Ellion looks around for her partner, interrogating people himself. Their eyes meet and she gives him a heads up. Dobbs starts her way.

>

> "Look, what you have to say might help us get the person who did this, but you have to tell me what you know. If you want, I can take you someplace else."

>

> "Are we going to the police station?"

>

> "Yes. I'd rather take you there so you can be assured that you're in the safest place possible. My partner'll take you home soon as we're through."

>

> The woman looks scared, unsure if she should talk.

>

> "If I don't get your cooperation, then he will strike again," Ellion urged. "I can't be sure if you'll be next or not, but it will happen again. That I know for sure." The woman nods agreement and follows Ellion to a frustrated Dobbs.

>

> "I got about a hundred pair of eyes on a well lit dock, an' I can't get one of 'em to point a friggin' finger in the right direction," he says in disgust.

>

> "Well, our luck's about to change." She motions to the young woman trailing her silently.

>

> "Friggin' A! Some eyes! What's your name, Honey?"

>

> "Nolricco. Nolricco Reed."

>

> "I'm Detective Dobbs, and I'm sure you've already become acquainted with . . . "

>

> "Detective Ellion. But call me Clara." She gently shakes the woman's hand, cold and clammy, but not from nervousness. The shake makes Ellion uneasy briefly, which surprises her, since she's used to the unusual aspects that come with the job.

>

> Maddox notices the trio on their way to the car and quickly loads another card. "Who is this? A witness? The vic's sister? Girlfriend?"

>

> Before he can shoot, Ellion glares No at him, and Maddox drops the camera to his side. Of the two detectives, Maddox likes and respects Ellion for reasons both apparent and not so apparent. She is always

as civil as can be given the circumstances, and he stands back to let her do her job. In turn, she's given him hot leads which led to his Peabody Award winning articles. It doesn't hurt that she also looks striking, which he finds terribly attractive. He makes sure that at photo ops, she is in the frame for posterity, Dobbs conveniently cropped.

>

> They need to assure Nolricco's anonymity. The back windows of the Ford are tinted, and they usher her into the police station via the underground garage. Ellion and Dobbs' desks sit among the rest in the open area surrounded by small interview rooms with glass doors and the captain's office. Most are gone for the evening, save the few officers on night tour, so they sit in the cool open area.

>

> "Sit here." Ellion pulls a chair to the tidier of the two desks.

>

> Dobbs takes off his coat and hangs it on a hook above his desk. He knows it will be a long night, so he starts after coffee, which both women decline.

>

> "Sure you don't want a soda?" Ellion asks "Water? I could call out for some food. You hungry?" She shakes her head, Dobbs' cue to be on his way.

>

> The two women fall silent. Ellion likes to take her time with witnesses, since what they don't say shows in their body language.

>

> Dobbs returns with a paper cup steaming at the top. He sits on his desk and sips his drink.

>

> Ellion starts the questioning. "Can you describe what you saw?"

>

> Nolricco closes her eyes. Recalling the event she just witnessed is like reexamining a nightmare meant to be forgotten. Still, she brings the terrifying moment to mind once more.

>

> "I'd heard on the news about the killings and how they were happening close to where I stayed. So I don't know what got into me, going through the docks tonight of all nights. I guess I didn't want anyone learning my route home."

>

> "Because you're a necrosapien," Ellion adds.

>

> Nolricco nods sheepishly, still scared to admit it. Dobbs huffs silently. Another one of them to protect. He keeps his personal views of necrosapiens to himself, but every once in a while his contempt shows.

>

> The woman swallows hard and continues, "I'd always had problems with my . . . rebirth. Ever since last year when I came back to school. One minute you drown from a freak accident on summer break, and the next you're back for fall classes as if nothing happened. The students weren't aggressive at first, but I got the point pretty soon. It started with friends ignoring me, then threatening letters. And ever since the first two killings . . . It was so close to home. Anyway, walking past the warehouses, I saw shadows behind the doors of one of them. It was the abandoned fish processing plant. I knew that because my grandfather worked there for fifty years before it closed down. I heard struggling and then a muffled scream. Right then, for some reason I knew it, I knew it! It was the killer from the news. I didn't know what to do, so I hid behind some crates. For a long time, I heard nothing. Then footsteps. He walked out and right past me. I thought I was next for sure, because he stopped and looked around. I guess the shadows hid me because he ran off. When I thought the coast was clear I called 911 from my cell, but I could not leave until people were around. By that time, too many people showed up, and that's when you saw me."

>

> "Was he holding anything?" Ellion asks.

>

> "I didn't see. I was so scared."

>

> "What did he look like?"

>

> "He wore all black. That's all I know."

>
> "C'mon kid, give us more to work with," Dobbs adds. "Was he tall? Short? Fat? Skinny?"
>
> "Maybe your height, Detective," Nolricco replies nervously. "And about your build? I couldn't see the face because the brim of his black cap cast a shadow. But he may have been white. His skin was definitely light."
>
> "Good." Ellion writes detailed notes, trying to compose a mental picture. "Dobbs is going take you home in a minute." She figures Nolricco has given all she knows. But before she lets her go, Ellion edifies herself in something else— more of a personal curiosity. "But first I'd like to ask you one more question."
>
> "Okay." Nolricco looks spent, ready to put the night behind her.
>
> "How did it feel?"
>
> "I'm sorry?"
>
> "To be . . . reborn."
>
> A small part of Ellion is curious about the reanimation process. She once contemplated reanimation for herself, and almost signed up when the state offered incentives to the first fifty officers in each precinct who applied. They offered 25% disability to anyone killed in the line of duty and resurrected back to active service. But then it dawned on her. Something wasn't right. The thought of her mother and the battle she had with her twin sister Sara came rushing back to her. After that, she's never given resurrection a second thought. Still, interest lingers at the back of her mind.
>
> Nolricco looks at the ceiling and thinks how to describe the feeling. No words could encompass it, and no two necros thought the same.
>
> "When I drowned, it felt like I went to sleep under water. I didn't have to breathe, I didn't need to. And then I . . . woke up at a Lazarus Center. As if my death was just a dream. But now, I feel . . . " She sits in a mental stupor.
>
> Ellion pats her shoulder as she rises to leave. Dobbs finishes his coffee and grabs his coat. As Nolricco turns, Ellion notices something familiar on the back of her ear. The same tattoo on the dead victim.
>
> "Where did you get that tattoo?"
>
> She looks back at Ellion and fingers the lobe and the brand she has borne since reanimation. "The doctors at the clinic told me when I woke up that it was to identify me in case of medical emergencies." She turns and gives the detectives an eerie look. "We all get them."
>
> "May I take a picture of it?" Ellion asks. "It would definitely help us on the case."
>
> Nolricco silently turns into the light and moves her hair aside. Ellion snaps the frame and reviews the small LCD screen. She browses her saved images and cross-references it with the victim's tattoo, identical in every way. Ellion stares at Nolricco as Dobbs escorts her out. She has an uneasy feeling that will stick for a long while, but she also has an idea.
>
> "What do ya have planned?" Dobbs asks.
>
> "I think I'm going to pay Sean a visit." Ellion says, brightened by the notion.
>
> Dobbs knows that means a long night. He sighs at the load of work cut out for them. "You must have somethin' cookin' up there. Fill me in when I get back then." Between them, they know the case is a big one, not just another serial killer on the loose but someone dispatching necrosapiens methodically, almost ritually.
>
>

From: **Author Submissions**  submissions@twliterary.com
Subject: Re: Query
Date: November 29, 2009 at 2:08 AM
To: Chris Fillmore  fillmorechris@att.net

Come on, please take the time to read any agency's web site carefully
before querying.

On Sat, Nov 28, 2009 at 8:48 PM, Chris Fillmore <fillmorechris@att.net> wrote:

> The dead are being murdered...
>
> _____
>
> CHRIS FILLMORE
>
> 6930 Idlewood Ct. N. #1512
>
> Indianapolis, IN USA 46214
>
> Tel. 317-328-1934
>
> Email: fillmorechris@att.net
>
>
> 11/28/2009
>
>
> Greetings Ted Weinstien:
>
>
> Please allow me to introduce my recently completed novel Lazarui Taxa—a futuristic detective story with a science fiction punch.
>
>
> "Necrocide was capital murder across the board— a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."
>
>
> The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and its first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation after death, government programs have made it financially advantageous and thousands have applied. A new "species" of necrosapiens has been born. And now they are dying…permanently this time…at the hand of a serial killer.
>
>
> Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound, too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo…the three small capital Is on the lobe. The first victim is followed by more—every time there is a suspect, but every time the suspect turns out to be a false lead. The trail circles back, over and over, to the mysterious Lazarus Center itself and its motives for performing the research. Is there a vast conspiracy and coverup? The search for answers takes the detectives on an ever widening path, from the seedy remnants of the cities of the future to the depths of the Louisiana bayous and voodoo culture. In the search for the killer, the detectives also rediscover important and ancient facets of humanity—ones that have been lost in a society that allows scientists to "play God" with abandon.
>
>
> I believe this book could be marketed as a mainstream mystery thriller, but it also has aspects of a true science fiction adventure. It started as a simple concept based on the idea of humanizing the reanimated, basing the story from what I feel is a fresh perspective on the old "zombie" story. It asks what really would happen if someone was resurrected?  It also delves into the ramifications of resurrection on a social, religious, and economic perspective, all wrapped within a murder-mystery. It will appeal to readers who enjoy many different genres. The manuscript weighs in at approximately 50,000 words and is fully complete.
>
>
> Although I have been writing for many years, Lazuria Taxa is my first submitted novel. I am a lover of sci-fi, graphic novels, and mystery stories. My current work seems to be influenced by the Noir genre as well, which has helped shape my sequels. (Lazuria Taxa is planned as one of a three-part series.) Currently, I reside in Indianapolis, Indiana with my wife and young daughter. My hobbies include, among writing,

one of a three part series.) Currently, I reside in Indianapolis, Indiana with my wife and young daughter. My hobbies include, among writing of course, amateur film making with Wes Anderson, Steven Soderbergh, and Robert Zemeckis as my influences.

Thank you for your consideration.

Sincerely

Chris Fillmore

Synopsis of

Lazarui Taxa

By Chris Fillmore

"Necrocide was capital murder across the board, though a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and the first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation, government programs had made it financially advantageous and thousands had applied. A new "species" of necrosapiens has been born. And now they were dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a new necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound—too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo …the three small capital Is on the lobe. The hunt begins for the murder weapon (an ice pick?) and the meaning of the strange tattoo.

There is a witness, NOLRICCO REED, a necrosapien. During her account of the crime, she also lets the detectives know what it is like to be a necrosapien. They are hated and discriminated against by those who protest the Lazarus experiments. Worse than that, thought, they are not truly the same people they were before reanimation—there are thoughts, feelings, personality traits that are gone—sometimes to be replaced by extreme personality traits. They suffer from soul flux and now live ambiguously in the real world; it shows in their eyes. Nolricco also has the three Is tattoo—she informs the detectives that all "necros" get them.

New information about the murder victim comes from SEAN BRINDLE, the medical examiner. There is an ice pick in the body bag with the victim—it looks to be the murder weapon but that doesn't "feel" right to Dobbs and Ellion. Although the ice pick lead identifies a suspect, ME Brindle finds that the blood on it probably came from a fish, confirming the suspect's story that he used the pick at work in a fish factory. The man the man is just a small-time criminal, not a serial killer.

A second victim—badly decomposed, but again with the strange wound and the tattoo. The decomposition reveals a microchip underneath the tattoo— a new clue for the detectives. The microchips are retrieved from all previous victims and now there are identities for them all— and a citywide pattern of murders that points to the next site.

Dobbs and Ellion find a member of the Lazarus project who is willing to give them the names of all necrosapiens in the target area. With that information, they set up a surveillance of all know necros in the area and wait for the killer to try again. Despite the manpower put on the case, the killer is again successful.

A news reporter MADDOX LEWIS has been working secretly on the case and has a new lead. A woman named Poe Coe may have more information. It is also possible that the whole necrosapiens project was a government military program. Before Ellion and Dobbs can act on

their new leads, they are informed that their case has been taken over by the FBI, as the necrosapiens are technically government property. Ellion, Dobbs and Maddox decide to pursue the Poe Coe lead before the FBI finds out about it. POE COE, a voodoo practitioner, informs them that they will find the killer—they are on the right track. She also sends them visions in dreams—dreams about personal issues each has. Dobbs in particular has a dream about his dead wife, who appears to be in a building with an address of 312.

There are now five new cases of necrocide. Some are simply hate crimes; others are copycat crimes. None provide new leads to the real killer. But Dobbs sees the "312" building he saw in his dream—it is the Levin asylum hospital—and Dobbs knows his wife is in there. He threatens an orderly with his gun, forcing him to let him into her room. There is also a strange patient, BRIAN DEFIR, who has a room full of newspaper clippings about the necrocides.

Another murder, and a syringe left behind reveals the prints of the strange patient. Dobbs and Ellion head back to the Levin hospital, only to spot the patient about to escape. A search of his room reveals weapons that could be the murder weapons. DeFir is captured, but is let go on technicalities. Ellion is censured for working on the case, but Dobbs is fired.

DeFir turns out not to be the killer. He is just another copycat, fascinated by the necrokiller. Dobbs and Ellion, working in secret, come up with a plan to lure out the real killer, but they need Nolricco Reed to act as "bait". Their sting operation works, but not before Nolricco is killed. They manage to kill the necrokiller. He is another necrosapien.

Chapter 1

"Hello again and welcome. Our top story: with the topic of human cloning finally cooling down, scientists have found yet another way, as some fundamentalists say, to attempt to disprove God's existence. The Lazarus Project is showing promise with the successful reanimation of Chloe, the three year-old Tanzanian chimp euthanized four months before being resurrected more than a year ago. Excited scientists are ready to initiate phase four testing. But with no human either brave or foolish enough to be the guinea pig, the project has stalled.

"Thomas Fairbanks, the billionaire entrepreneur at the helm of the project, not only as its avid spokesman but also with generous endowments, agrees that if he dies before the project ends, he wants to be the first human subjected to testing. Plans to resurrect his wife, who died more than three years ago, were not safe, scientists concluded. The jury's still out on the phenomenon known as psyche displacement, or soul flux. But the project sparks the debate between science and spiritualism among theologians, psychologists, and just about everyone in the scientific community. Linda Rozman has more details."

The report comes from WNEW web cast news. It is an archived report rebroadcast to commemorate the 15-year anniversary of the first human resurrection. It illuminates from the projection laptop, located in the center of a spacious room. Someone turns it off during its wrap up. A phone on the coffee table alerts that an urgent message waits.

All is busy in the deli tonight. The bustling crowd makes for an electric atmosphere and a frenzied hustle for the servers behind the counter. A young man rushes in from the street to escape the last moments of a furious downpour. He brushes water from his notebooks, his waterproof laptop bag, his hair. He needs a warm drink with a kick to burn the midnight oil.

"Yes, what can I do for you?" the server asks as the young man reaches the counter.

"Soy latte, please." His books fall to the floor. He bends to pick them up, turning his head curiously. The server notices something that makes her uneasy. She backs away from the counter and goes for the manager. They talk. He calms her and goes back to the counter with her.

"And make it a vente, please," the young man adds.

"We're going to have to ask you to leave," the manager starts.

"What? Why?" The young man is confused.

The manager looks at him as if the answer is evident. "You know why."

A line forms behind the young man. He doesn't know what step to take next. A woman behind him looks at her watch impatiently, then notices the thing that made the server uneasy. "If you serve him, I don't want you to serve me."

"Sir," the manager insists.

All eyes are on him. But why? He is an able-bodied college student pulling extra hours to get through his double major. Tight budget notwithstanding, he can afford a cup of coffee in a place like this. But that isn't it. Something else makes the people whisper and gawk, some muttering under their breath. Finally, the young man gets the picture. He is different. He clutches his belongings closer and walks out the door, ashamed. Outside he merges with the crowd, as inconspicuous as the next man.


The night should've been just like any other for the New Athens police force. Shootings, muggings, and sexual assaults—all scrambling to handle the mass of distress calls. But this one is unusual.

A horrendous crime has just been committed at an abandoned fish warehouse on the south docks. The victim is a young male in his twenties, dead— again— tragically before reaching thirty. The humid summer air rolls in thick from the marina and mingles with the old and stale fishy warehouse odor. Patrol officers canvass the area for clues and witnesses, while others secure the area with yellow police tape to block the crime scene from the trickle of reporters and spectators gathering.

Two detectives arrive in a department-issued Ford Caprionous. They get out and pass through the steadily growing crowd, under the police tape, and into the quarantined area. The onlookers share mixed emotions, some sorrowing that the victim has died again, some reveling in the loss. They think his second life an abomination and are happy.

The detectives approach the crime scene ritual differently. One is a man in his mid-forties, his age evident from his overall appearance but also from his attitude. Jaded by everything he's seen in more than fifteen years on the force, he looks like a man barely hanging on. His jet black hair recedes into a soft widow's peak. A silver patch down the back joins his attitude to give him the look of a silverback gorilla. He arouses the appropriate kind of fear from his fellow officers. A salt-and-pepper five o'clock shadow marks his weathered face. Pre-tied neckwear hangs carelessly around the stocky neck jutting from a shirt, once designer fashion, now part of his wrinkled uniform. His long trench coat makes him look menacing.

"What do we have?" His gravelly voice hints of long faded youth and the exuberance he once had for the job. An officer jumps to give him a detailed report of what he knows so far.

"Black male. Twenties. Not sure how he died yet. No footprints, no weapon, no witnesses," Officer Brees, first on the scene, replies disappointingly. He stands away from the body, trying not to look at it. His personal superstitions tell him that standing near 'one of them' is bad luck, especially if it dies with its eyes open, like this one.

All the while, the other detective methodically takes notes and observes minute details. She's the fifth partner he's had in his career, and there's a reason. People find Detective Vincent Sylvio Dobbs hard to work with because of his indifference to rules. He never breaks them, but he bends them every way possible to get what he calls justice. If he is Yin, she is definitely Yang—young, clean, orderly.

She wears a clean, pressed suit on the cutting edge of fashion. Her long auburn hair shines, but she always wears it straight back in a tight bun. In a trench coat, she is disarmingly beautiful and commands respect from peers and suspects alike. She doesn't look quite right partnered with such a man in such a career, but her file reveals test scores on the lieutenant's exam that indicate otherwise. She is the only partner Dobbs hasn't managed to scare away in their two years together.

She looks up from her pad. "Did you find any identification?"

"Yes. He was a registered Zee Pee," Brees answers.

"No friggin' way." Dobbs feigns little emotion, but inside he is both intrigued and upset. He and Detective Clara Ellion are leading the newly formed necrocide unit's first case in addition to weaning lingering homicide cases.

"Necrosapiens, Officer," Ellion corrects him as if personally offended by the slur. "Thank you." She lets Brees know he is excused from the scene.

Humiliated the officer clicks his tongue and leaves.

She turns to her partner. "Fourth one this month. The first three all happened in the Seventeenth's district. Why this one here in our jurisdiction? Is he expanding his territory?"

She inspects the victim. She takes rubber gloves from her pocket and puts them on as she kneels beside the body. His eyes are open, staring blankly into space through the old warehouse's broken glass roof. Blood trickles from the corner of his mouth but stops halfway down his cheek. Other than bruises on his hands where he tried to fight off his attacker, he looks clean.

Dobbs watches his partner methodically checking the body for clues. He looks into the victim's dead eyes and snorts when he considers

what this crime means: lots of footwork and no sleep. He rubs his stubble, then snarls contemptuously, "Why did you have to be reborn in the first place?" He walks away, leaving the other perplexed officer nearby and a partner accustomed to his contempt. For everything.

Maddox Lewis, a reporter for The Interpreter, arrives at his usual time in his inconspicuous vehicle,— a car he virtually sleeps in. He turns down his police scanner, checks the flashbulbs on his camera and prepares for his ritual. After loading the camera with a flash card and setting the speed, he gets out of the car, pushing past the mob, brazenly crossing the tape, and begins to click away. The officers scowl and cover. The flashing camera also alerts Dobbs, who doesn't like Lewis.

"Git outta here, kid!" he barks.

 "First amendment!" Maddox snaps back. "You're doin' your job and I'm doin' mine. Besides, the people have a right to know whose going around slaying the necros."

"It's just some nut goin' around killin' these . . . people is all," another officer says.

"Well, the sooner we find this nut, the sooner this part of my life'll be over," Dobbs says, then wonders, "How did I ever get talked into this?" He shoots an ice-cold stare at the reporter and grumbles, "You know where to wait 'til we're done."

 "Fine, but I get first dibs on anything you see."

"Dobbs. Check this out," Ellion inspects the head of the recently re-deceased. The only visible wound was a small hole near the rear of the head. "Too small and clean to be a gunshot. No blood? It looks as if the wound's been cauterized." She notices an unusual tattoo behind the ear, three, small capital Is on the lobe. "This is strange."

Dobbs puts on a pair of rubber gloves and manipulates his bad knees to crouch beside Ellion, grunting. With his flashlight he illuminates the suspicious tattoo. His eyes aren't as keen as hers. Ellion could find minute clues with the available light from the harbor lights, the full moon, and the squad cars.

"Too small for any caliber I know of," Dobbs concludes. "No powder burn or exit wound either."

Ellion imagines an object capable of leaving such a mark. "Maybe a nail. A thin tent spike. A woodworking tool. I'm guessing." Then finally, "An ice pick? Struck hard and precise."

"You'd have to have some kind of trainin' in somethin' to pull off a move like that without an impact wound or blood spatter…"

"I know. Look at this." Ellion directs his attention to the intriguing tattoo.

He stares at it for a second and writes it off. "Kids get tattoos and piercings in the craziest 'a places nowadays. It's just a gang tat. I bet you, it's the 13th Street Rebels initiation mark. They change it up every year. We can have Marco in Gang Unit take a look at it."

"I know this is worth a picture." Ellion takes out her digital camera and snaps the tattoo.

The prized piece of her personal investigating equipment helped her track, identify, or convict when she testified at trials. The small, twenty mega-pixel camera trumped the ones Forensics used to collect evidence, capturing every detail of a crime scene sharply so the real investigation could begin. She and the often reluctant Dobbs hunted the tiniest of clues down. They had solved many cases with her extreme attention to detail, which is why Captain Houston insisted they stay together. Dobbs was once one foot out the door for his low solved case percentage—among other things—but when Ellion came along, she brought something out of him. Even though he would never admit it, she revived the young Vince who perked up at the challenge of solving the case, chasing the criminal down. Just the thing he needed.

She stands up and pulls her gloves off, satisfied. All she needs now is a witness. She steps beyond the warehouse doors and into the chaos a few feet outside. She asks a patrol officer blocking off the scene if any of them saw anything.

The officer nods. "No one saw nothin', Detective. It's as if they all appeared after it happened."

"That 911 call didn't come from nowhere. It would've been morning before someone discovered him," she says.

Ellion's instincts kicked in. If there was a crime, there were witnesses. Sometimes they were hard to find, silent in a crowd, and at other times they were just the clues and trace-evidence on the victim. But in this case someone has to have seen or heard something, and she means to find out who knows what. She scans the crowd until her preternatural sense of reading people draws her attention to a young woman who seems detached from the verbal melee, standing a body's width away from the crowd. She is almost engulfed in shadows, save that the swirling red and blue patrol car lights illuminate her. She meets the detective's eyes but instantly breaks contact.

"Find me a weapon. When CSU arrives, tell them we're looking for an ice pick or something to that effect. It was a head shot," she says to the officer as she lifts the yellow tape and makes her way through the crowd to the terrified woman. She wants to run away, but fear paralyzes her. Ellion knows she's not a suspect but a scared witness who needs to get what she saw off her chest. The detective's calm demeanor puts the young woman at ease.

"Hi there. Was the victim a friend of yours?"

Her eyes dart back and forth to the ground. "No."

"Well, you look a little too concerned to be just another spectator."

"I've read the news. I've followed the killings. It's a shame for whoever's doing this."

Ellion pulls her aside from the crowd. "Afraid you might be next?"

The young woman's eyes go dead. Realizing the detective knows who—or what—she is, she blurts, "I can't even go to school anymore because I'm afraid that he'll come for me."

"So you did see something," Ellion looks around for her partner, interrogating people himself. Their eyes meet and she gives him a heads up. Dobbs starts her way.

"Look, what you have to say might help us get the person who did this, but you have to tell me what you know. If you want, I can take you someplace else."

"Are we going to the police station?"

"Yes. I'd rather take you there so you can be assured that you're in the safest place possible. My partner'll take you home soon as we're through."

The woman looks scared, unsure if she should talk.

"If I don't get your cooperation, then he will strike again," Ellion urged. "I can't be sure if you'll be next or not, but it will happen again. That I know for sure." The woman nods agreement and follows Ellion to a frustrated Dobbs.

"I got about a hundred pair of eyes on a well lit dock, an' I can't get one of 'em to point a friggin' finger in the right direction," he says in disgust.

"Well, our luck's about to change." She motions to the young woman trailing her silently.

"Friggin' A! Some eyes! What's your name, Honey?"

"Nolricco. Nolricco Reed."

"I'm Detective Dobbs, and I'm sure you've already become acquainted with . . . "

"Detective Ellion. But call me Clara." She gently shakes the woman's hand, cold and clammy, but not from nervousness. The shake makes Ellion uneasy briefly, which surprises her, since she's used to the unusual aspects that come with the job.

Maddox notices the trio on their way to the car and quickly loads another card. "Who is this? A witness? The vic's sister? Girlfriend?"

Before he can shoot, Ellion glares No at him, and Maddox drops the camera to his side. Of the two detectives, Maddox likes and respects Ellion for reasons both apparent and not so apparent. She is always as civil as can be given the circumstances, and he stands back to let her do her job. In turn, she's given him hot leads which led to his Peabody Award winning articles. It doesn't hurt that she also looks striking, which he finds terribly attractive. He makes sure that at photo ops, she is in the frame for posterity, Dobbs conveniently cropped.

They need to assure Nolricco's anonymity. The back windows of the Ford are tinted, and they usher her into the police station via the underground garage. Ellion and Dobbs' desks sit among the rest in the open area surrounded by small interview rooms with glass doors and the captain's office. Most are gone for the evening, save the few officers on night tour, so they sit in the cool open area.

"Sit here." Ellion pulls a chair to the tidier of the two desks.

Dobbs takes off his coat and hangs it on a hook above his desk. He knows it will be a long night, so he starts after coffee, which both women decline.

"Sure you don't want a soda?" Ellion asks "Water? I could call out for some food. You hungry?" She shakes her head, Dobbs' cue to be on his way.

The two women fall silent. Ellion likes to take her time with witnesses, since what they don't say shows in their body language.

Dobbs returns with a paper cup steaming at the top. He sits on his desk and sips his drink.

Ellion starts the questioning. "Can you describe what you saw?"

Nolricco closes her eyes. Recalling the event she just witnessed is like reexamining a nightmare meant to be forgotten. Still, she brings the terrifying moment to mind once more.

"I'd heard on the news about the killings and how they were happening close to where I stayed. So I don't know what got into me, going through the docks tonight of all nights. I guess I didn't want anyone learning my route home."

"Because you're a necrosapien," Ellion adds.

"Because you're a necrosapien," Ellion adds.

Nolricco nods sheepishly, still scared to admit it. Dobbs huffs silently. Another one of them to protect. He keeps his personal views of necrosapiens to himself, but every once in a while his contempt shows.

The woman swallows hard and continues, "I'd always had problems with my . . . rebirth. Ever since last year when I came back to school. One minute you drown from a freak accident on summer break, and the next you're back for fall classes as if nothing happened. The students weren't aggressive at first, but I got the point pretty soon. It started with friends ignoring me, then threatening letters. And ever since the first two killings . . . It was so close to home. Anyway, walking past the warehouses, I saw shadows behind the doors of one of them. It was the abandoned fish processing plant. I knew that because my grandfather worked there for fifty years before it closed down. I heard struggling and then a muffled scream. Right then, for some reason I knew it, I knew it! It was the killer from the news. I didn't know what to do, so I hid behind some crates. For a long time, I heard nothing. Then footsteps. He walked out and right past me. I thought I was next for sure, because he stopped and looked around. I guess the shadows hid me because he ran off. When I thought the coast was clear I called 911 from my cell, but I could not leave until people were around. By that time, too many people showed up, and that's when you saw me."

"Was he holding anything?" Ellion asks.

"I didn't see. I was so scared."

"What did he look like?"

"He wore all black. That's all I know."

"C'mon kid, give us more to work with," Dobbs adds. "Was he tall? Short? Fat? Skinny?"

"Maybe your height, Detective," Nolricco replies nervously. "And about your build? I couldn't see the face because the brim of his black cap cast a shadow. But he may have been white. His skin was definitely light."

"Good." Ellion writes detailed notes, trying to compose a mental picture. "Dobbs is going take you home in a minute." She figures Nolricco has given all she knows. But before she lets her go, Ellion edifies herself in something else— more of a personal curiosity. "But first I'd like to ask you one more question."

"Okay." Nolricco looks spent, ready to put the night behind her.

"How did it feel?"

"I'm sorry?"

"To be . . . reborn."

A small part of Ellion is curious about the reanimation process. She once contemplated reanimation for herself, and almost signed up when the state offered incentives to the first fifty officers in each precinct who applied. They offered 25% disability to anyone killed in the line of duty and resurrected back to active service. But then it dawned on her. Something wasn't right. The thought of her mother and the battle she had with her twin sister Sara came rushing back to her. After that, she's never given resurrection a second thought. Still, interest lingers at the back of her mind.

Nolricco looks at the ceiling and thinks how to describe the feeling. No words could encompass it, and no two necros thought the same.

"When I drowned, it felt like I went to sleep under water. I didn't have to breathe, I didn't need to. And then I . . . woke up at a Lazarus Center. As if my death was just a dream. But now, I feel . . . " She sits in a mental stupor.

Ellion pats her shoulder as she rises to leave. Dobbs finishes his coffee and grabs his coat. As Nolricco turns, Ellion notices something familiar on the back of her ear. The same tattoo on the dead victim.

"Where did you get that tattoo?"

She looks back at Ellion and fingers the lobe and the brand she has borne since reanimation. "The doctors at the clinic told me when I woke up that it was to identify me in case of medical emergencies." She turns and gives the detectives an eerie look. "We all get them."

"May I take a picture of it?" Ellion asks. "It would definitely help us on the case."

Nolricco silently turns into the light and moves her hair aside. Ellion snaps the frame and reviews the small LCD screen. She browses her saved images and cross-references it with the victim's tattoo, identical in every way. Ellion stares at Nolricco as Dobbs escorts her out. She has an uneasy feeling that will stick for a long while, but she also has an idea.

"What do ya have planned?" Dobbs asks.

"I think I'm going to pay Sean a visit." Ellion says, brightened by the notion.

Dobbs knows that means a long night. He sighs at the load of work cut out for them. "You must have somethin' cookin' up there. Fill me in when I get back then." Between them, they know the case is a big one, not just another serial killer on the loose but someone dispatching

when I got back then." Between them, they know the case is a big one, not just another serial killer on the loose but someone dispatching necrosapiens methodically, almost ritually.

From: **Christi Cardenas** Christi@ThePlainsAgency.com  📎
Subject: RE: Query
Date: November 30, 2009 at 8:40 AM
To: Chris Fillmore  fillmorechris@att.net

---

*Dear Chris:*

*Thank you for thinking of The Plains, but I'm afraid we're declining the opportunity to review more of your material. At this time, we're only able to take on new clients from existing client and colleague referrals. I'm sorry I don't bring better news, but do wish you the best of luck with this and all future endeavors.*

*Respectfully yours,*

*Christi Cardenas*
The Plains Agency
808 Carmichael Road, #142
Hudson, WI 54016
Phone: 715.629.9277
Fax: 866.668.5730
Email: Christi@theplainsagency.com

---

**From:** Chris Fillmore [mailto:fillmorechris@att.net]
**Sent:** Saturday, November 28, 2009 10:24 AM
**To:** christi@theplainsagency.com
**Subject:** Query

| |
|---|
| **CHRIS FILLMORE** |
| 6930 Idlewood Ct. N. #1512 |
| Indianapolis, IN USA 46214 |
| Tel. 317-328-1934 |
| Email: fillmorechris@att.net |

11/24/2009

Greetings Christi Cardenas:

Please allow me to introduce my recently completed novel ***Lazarui Taxa***—a futuristic detective story with a science fiction punch.

*"Necrocide was capital murder across the board— a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."*

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and its first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation after death, government programs have made it financially advantageous and thousands have applied. A new "species" of *necrosapiens* has been born. And now they are dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound, too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo…the three small capital *I*s on the lobe. The first victim is followed by more—every time there is a suspect, but every time the suspect turns out to be a false lead. The trail circles back, over and over, to the mysterious Lazarus Center itself and its motives for performing the research. Is there a vast conspiracy and coverup? The search for answers takes the detectives on an ever widening path, from the seedy remnants of the cities of the future to the depths of the Louisiana bayous and voodoo culture. In the search for the killer, the detectives also rediscover important and ancient facets of humanity—ones that have been lost in a society that allows scientists to "play God" with abandon.

I believe this book could be marketed as a mainstream mystery thriller, but it also has aspects of a true science fiction adventure. It started as a simple concept based on the idea of humanizing the reanimated, basing the story from what I feel is a fresh perspective on the old "zombie" story. It asks what really would happen if someone was resurrected?  It also delves into the ramifications of resurrection on a social, religious, and economic perspective, all wrapped within a murder-mystery. It will appeal to readers who enjoy many different genres. The manuscript weighs in at approximately 50,000 words and is fully complete.

Although I have been writing for many years, *Lazuria Taxa* is my first submitted novel. I am a lover of sci-fi, graphic novels, and mystery stories. My current work seems to be influenced by the Noir genre as well, which has helped shape my sequels. (*Lazuria Taxa* is planned as one of a three-part series.) Currently, I reside in Indianapolis, Indiana with my wife and young daughter. My hobbies include, among writing of course, amateur film making with Wes Anderson, Steven Soderbergh, and Robert Zemeckis as my influences.

Thank you for your consideration.
Sincerely

Chris Fillmore

Synopsis of

**Lazarui Taxa**

By Chris Fillmore

*""Necrocide was capital murder across the board, though a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."*

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and the first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation, government programs had made it financially advantageous and thousands had applied. A new "species" of *necrosapiens* has been born. And now they were dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a new necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound—too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo …the three small capital *I*s on the lobe. The hunt begins for the murder weapon (an ice pick?) and the meaning of the strange tattoo.

There is a witness, NOLRICCO REED, a necrosapien. During her account of the crime, she also lets the detectives know what it is like to be a necrosapien. They are hated and discriminated against by those who protest the Lazarus experiments. Worse than that, thought, they are not truly the same people they were before reanimation—there are thoughts, feelings, personality traits that are gone—sometimes to be replaced by extreme personality traits. They suffer from *soul flux* and now live ambiguously in the real world; it shows in their eyes. Nolricco also has the three *I*s tattoo—she informs the detectives that all "necros" get them.

New information about the murder victim comes from SEAN BRINDLE, the medical examiner. There is an ice pick in the body bag with the victim—it looks to be the murder weapon but that doesn't "feel" right to Dobbs and Ellion. Although the ice pick lead identifies a suspect, ME Brindle finds that the blood on it probably came from a fish, confirming the suspect's story that he used the pick at work in a fish factory. The man the man is just a small-time criminal, not a serial killer.

A second victim—badly decomposed, but again with the strange wound and the tattoo. The decomposition reveals a microchip underneath the tattoo— a new clue for the detectives. The microchips are retrieved from all previous victims and now there are identities for them all—and a citywide pattern of murders that points to the next site.

Dobbs and Ellion find a member of the Lazarus project who is willing to give them the names of all necrosapiens in the target area. With that information, they set up a surveillance of all know necros in the area and wait for the killer to try again. Despite the manpower put on the case, the killer is again successful.

A news reporter MADDOX LEWIS has been working secretly on the case and has a new lead. A woman named Poe Coe may have more information. It is also possible that the whole necrosapiens project was a government military program. Before Ellion and Dobbs can act on their new leads, they are informed that their case has been taken over by the FBI, as the necrosapiens are technically government property. Ellion, Dobbs and Maddox decide to pursue the Poe Coe lead before the FBI finds out about it. POE COE, a voodoo practitioner, informs them that they will find the killer—they are on the right track. She also sends them visions in dreams—dreams about personal issues each has. Dobbs in particular has a dream about his dead wife, who appears to be in a building with an address of 312.

There are now five new cases of necrocide. Some are simply hate crimes; others are copycat crimes.

None provide new leads to the real killer. But Dobbs sees the "312" building he saw in his dream—it is the Levin asylum hospital—and Dobbs knows his wife is in there. He threatens an orderly with his gun, forcing him to let him into her room. There is also a strange patient, BRIAN DEFIR, who has a room full of newspaper clippings about the necrocides.

Another murder, and a syringe left behind reveals the prints of the strange patient. Dobbs and Ellion head back to the Levin hospital, only to spot the patient about to escape. A search of his room reveals weapons that could be the murder weapons. DeFir is captured, but is let go on technicalities. Ellion is censured for working on the case, but Dobbs is fired.

DeFir turns out not to be the killer. He is just another copycat, fascinated by the necrokiller. Dobbs and Ellion, working in secret, come up with a plan to lure out the real killer, but they need Nolricco Reed to act as "bait". Their sting operation works, but not before Nolricco is killed. They manage to kill the necrokiller. He is another necrosapien.

# Chapter 1

"Hello again and welcome. Our top story: with the topic of human cloning finally cooling down, scientists have found yet another way, as some fundamentalists say, to attempt to disprove God's existence. The Lazarus Project is showing promise with the successful reanimation of Chloe, the three year-old Tanzanian chimp euthanized four months before being resurrected more than a year ago. Excited scientists are ready to initiate phase four testing. But with no human either brave or foolish enough to be the guinea pig, the project has stalled.

"Thomas Fairbanks, the billionaire entrepreneur at the helm of the project, not only as its avid spokesman but also with generous endowments, agrees that if he dies before the project ends, he wants to be the first human subjected to testing. Plans to resurrect his wife, who died more than three years ago, were not safe, scientists concluded. The jury's still out on the phenomenon known as *psyche displacement*, or *soul flux*. But the project sparks the debate between *science* and *spiritualism* among theologians, psychologists, and just about everyone in the scientific community. Linda Rozman has more details."

The report comes from WNEW web cast news. It is an archived report rebroadcast to commemorate the 15-year anniversary of the first human resurrection. It illuminates from the projection laptop, located in the center of a spacious room. Someone turns it off during its wrap up. A phone on the coffee table alerts that an urgent message waits.

All is busy in the deli tonight. The bustling crowd makes for an electric atmosphere and a frenzied hustle for the servers behind the counter. A young man rushes in from the street to escape the last moments of a furious downpour. He brushes water from his notebooks, his waterproof laptop bag, his hair. He needs a warm drink with a kick to burn the midnight oil.

"Yes, what can I do for you?" the server asks as the young man reaches the counter.

"Soy latte, please." His books fall to the floor. He bends to pick them up, turning his head curiously. The server notices something that makes her uneasy. She backs away from the counter and goes for the manager. They talk. He calms her and goes back to the counter with her.

"And make it a vente, please," the young man adds.

"We're going to have to ask you to leave," the manager starts.

"What? Why?" The young man is confused.

The manager looks at him as if the answer is evident. "You know why."

A line forms behind the young man. He doesn't know what step to take next. A woman behind him looks at her watch impatiently, then notices the thing that made the server uneasy. "If you serve him, I don't want you to serve me."

"Sir," the manager insists.

All eyes are on him. But why? He is an able-bodied college student pulling extra hours to get through his double major. Tight budget notwithstanding, he can afford a cup of coffee in a place like this. But that isn't it. Something else makes the people whisper and gawk, some muttering under their breath. Finally, the young man gets the picture. He is different. He clutches his belongings closer and walks out the door, ashamed. Outside he merges with the crowd, as inconspicuous as the next man.

The night should've been just like any other for the New Athens police force. Shootings, muggings, and sexual assaults—all scrambling to handle the mass of distress calls. But this one is

unusual.

A horrendous crime has just been committed at an abandoned fish warehouse on the south docks. The victim is a young male in his twenties, dead— again— tragically before reaching thirty. The humid summer air rolls in thick from the marina and mingles with the old and stale fishy warehouse odor. Patrol officers canvass the area for clues and witnesses, while others secure the area with yellow police tape to block the crime scene from the trickle of reporters and spectators gathering.

Two detectives arrive in a department-issued Ford Caprionous. They get out and pass through the steadily growing crowd, under the police tape, and into the quarantined area. The onlookers share mixed emotions, some sorrowing that the victim has died again, some reveling in the loss. They think his second life an abomination and are happy.

The detectives approach the crime scene ritual differently. One is a man in his mid-forties, his age evident from his overall appearance but also from his attitude. Jaded by everything he's seen in more than fifteen years on the force, he looks like a man barely hanging on. His jet black hair recedes into a soft widow's peak. A silver patch down the back joins his attitude to give him the look of a silverback gorilla. He arouses the appropriate kind of fear from his fellow officers. A salt-and-pepper five o'clock shadow marks his weathered face. Pre-tied neckwear hangs carelessly around the stocky neck jutting from a shirt, once designer fashion, now part of his wrinkled uniform. His long trench coat makes him look menacing.

"What do we have?" His gravelly voice hints of long faded youth and the exuberance he once had for the job. An officer jumps to give a detailed report of what he knows so far.

"Black male. Twenties. Not sure how he died yet. No footprints, no weapon, no witnesses," Officer Brees, first on the scene, replies disappointingly. He stands away from the body, trying not to look at it. His personal superstitions tell him that standing near 'one of them' is bad luck, especially if it dies with its eyes open, like this one.

All the while, the other detective methodically takes notes and observes minute details. She's the fifth partner he's had in his career, and there's a reason. People find Detective Vincent Sylvio Dobbs hard to work with because of his indifference to rules. He never breaks them, but he bends them every way possible to get what he calls justice. If he is Yin, she is definitely Yang—young, clean, orderly.

She wears a clean, pressed suit on the cutting edge of fashion. Her long auburn hair shines, but she always wears it straight back in a tight bun. In a trench coat, she is disarmingly beautiful and

she always wears it straight back in a tight bun. In a trench coat, she is disarmingly beautiful and commands respect from peers and suspects alike. She doesn't look quite right partnered with such a man in such a career, but her file reveals test scores on the lieutenant's exam that indicate otherwise. She is the only partner Dobbs hasn't managed to scare away in their two years together.

She looks up from her pad. "Did you find any identification?"

"Yes. He was a registered Zee Pee," Brees answers.

"No friggin' way." Dobbs feigns little emotion, but inside he is both intrigued and upset. He and Detective Clara Ellion are leading the newly formed necrocide unit's first case in addition to weaning lingering homicide cases.

"Necrosapiens, Officer," Ellion corrects him as if personally offended by the slur. "Thank you." She lets Brees know he is excused from the scene.

Humiliated the officer clicks his tongue and leaves.

She turns to her partner. "Fourth one this month. The first three all happened in the Seventeenth's district. Why this one here in our jurisdiction? Is he expanding his territory?"

She inspects the victim. She takes rubber gloves from her pocket and puts them on as she kneels beside the body. His eyes are open, staring blankly into space through the old warehouse's broken glass roof. Blood trickles from the corner of his mouth but stops halfway down his cheek. Other than bruises on his hands where he tried to fight off his attacker, he looks clean.

Dobbs watches his partner methodically checking the body for clues. He looks into the victim's dead eyes and snorts when he considers what this crime means: lots of footwork and no sleep. He rubs his stubble, then snarls contemptuously, "Why did you have to be reborn in the first place?" He walks away, leaving the other perplexed officer nearby and a partner accustomed to his contempt. For everything.

Maddox Lewis, a reporter for *The Interpreter*, arrives at his usual time in his inconspicuous vehicle,— a car he virtually sleeps in. He turns down his police scanner, checks the flashbulbs on his camera and prepares for his ritual. After loading the camera with a flash card and setting the speed, he gets out of the car, pushing past the mob, brazenly crossing the tape, and begins to click away. The officers scowl and cover. The flashing camera also alerts Dobbs, who doesn't like Lewis.

"Git outta here, kid!" he barks.

"First amendment!" Maddox snaps back. "You're doin' your job and I'm doin' mine. Besides,

the people have a right to know whose going around slaying the necros."

"It's just some nut goin' around killin' these . . . people is all," another officer says.

"Well, the sooner we find this nut, the sooner this part of my life'll be over," Dobbs says, then wonders, "*How did I ever get talked into this*?" He shoots an ice-cold stare at the reporter and grumbles, "You know where to wait 'til we're done."

"Fine, but I get first dibs on anything you see."

"Dobbs. Check this out," Ellion inspects the head of the recently re-deceased. The only visible wound was a small hole near the rear of the head. *"Too small and clean to be a gunshot. No blood? It looks as if the wound's been cauterized."* She notices an unusual tattoo behind the ear, three, small capital *I*s on the lobe. "This is strange."

Dobbs puts on a pair of rubber gloves and manipulates his bad knees to crouch beside Ellion, grunting. With his flashlight he illuminates the suspicious tattoo. His eyes aren't as keen as hers. Ellion could find minute clues with the available light from the harbor lights, the full moon, and the squad cars.

"Too small for any caliber I know of," Dobbs concludes. "No powder burn or exit wound either."

Ellion imagines an object capable of leaving such a mark. "Maybe a nail. A thin tent spike. A woodworking tool. I'm guessing." Then finally, "An ice pick? Struck hard and precise."

"You'd have to have some kind of trainin' in somethin' to pull off a move like that without an impact wound or blood spatter…"

"I know. Look at this." Ellion directs his attention to the intriguing tattoo.

He stares at it for a second and writes it off. "Kids get tattoos and piercings in the craziest 'a places nowadays. It's just a gang tat. I bet you, it's the 13th Street Rebels initiation mark. They change it up every year. We can have Marco in Gang Unit take a look at it."

"I know this is worth a picture." Ellion takes out her digital camera and snaps the tattoo.

The prized piece of her personal investigating equipment helped her track, identify, or convict when she testified at trials. The small, twenty mega-pixel camera trumped the ones Forensics used to collect evidence, capturing every detail of a crime scene sharply so the real investigation could begin. She and the often reluctant Dobbs hunted the tiniest of clues down. They had solved many cases with her extreme attention to detail, which is why Captain Houston insisted they stay together. Dobbs was

once one foot out the door for his low solved case percentage—among other things—but when Ellion came along, she brought something out of him. Even though he would never admit it, she revived the young Vince who perked up at the challenge of solving the case, chasing the criminal down. Just the thing he needed.

She stands up and pulls her gloves off, satisfied. All she needs now is a witness. She steps beyond the warehouse doors and into the chaos a few feet outside. She asks a patrol officer blocking off the scene if any of them saw anything.

The officer nods. "No one saw nothin', Detective. It's as if they all appeared after it happened."

"That 911 call didn't come from nowhere. It would've been morning before someone discovered him," she says.

Ellion's instincts kicked in. If there was a crime, there were witnesses. Sometimes they were hard to find, silent in a crowd, and at other times they were just the clues and trace-evidence on the victim. But in this case someone has to have seen or heard something, and she means to find out who knows what. She scans the crowd until her preternatural sense of reading people draws her attention to a young woman who seems detached from the verbal melee, standing a body's width away from the crowd. She is almost engulfed in shadows, save that the swirling red and blue patrol car lights illuminate her. She meets the detective's eyes but instantly breaks contact.

"Find me a weapon. When CSU arrives, tell them we're looking for an ice pick or something to that effect. It was a head shot," she says to the officer as she lifts the yellow tape and makes her way through the crowd to the terrified woman. She wants to run away, but fear paralyzes her. Ellion knows she's not a suspect but a scared witness who needs to get what she saw off her chest. The detective's calm demeanor puts the young woman at ease.

"Hi there. Was the victim a friend of yours?"

Her eyes dart back and forth to the ground. "No."

"Well, you look a little too concerned to be just another spectator."

"I've read the news. I've followed the killings. It's a shame for whoever's doing this."

Ellion pulls her aside from the crowd. "Afraid you might be next?"

The young woman's eyes go dead. Realizing the detective knows who—or what—she is, she blurts, "I can't even go to school anymore because I'm afraid that he'll come for me."

"So you did see something," Ellion looks around for her partner, interrogating people himself.

Their eyes meet and she gives him a heads up. Dobbs starts her way.

"Look, what you have to say might help us get the person who did this, but you have to tell me what you know. If you want, I can take you someplace else."

"Are we going to the police station?"

"Yes. I'd rather take you there so you can be assured that you're in the safest place possible. My partner'll take you home soon as we're through."

The woman looks scared, unsure if she should talk.

"If I don't get your cooperation, then he will strike again," Ellion urged. "I can't be sure if you'll be next or not, but it will happen again. That I know for sure." The woman nods agreement and follows Ellion to a frustrated Dobbs.

"I got about a hundred pair of eyes on a well lit dock, an' I can't get one of 'em to point a friggin' finger in the right direction," he says in disgust.

"Well, our luck's about to change." She motions to the young woman trailing her silently.

"Friggin' A! Some eyes! What's your name, Honey?"

"Nolricco. Nolricco Reed."

"I'm Detective Dobbs, and I'm sure you've already become acquainted with . . . "

"Detective Ellion. But call me Clara." She gently shakes the woman's hand, cold and clammy, but not from nervousness. The shake makes Ellion uneasy briefly, which surprises her, since she's used to the unusual aspects that come with the job.

Maddox notices the trio on their way to the car and quickly loads another card. "Who is this? A witness? The vic's sister? Girlfriend?"

Before he can shoot, Ellion glares *No* at him, and Maddox drops the camera to his side. Of the two detectives, Maddox likes and respects Ellion for reasons both apparent and not so apparent. She is always as civil as can be given the circumstances, and he stands back to let her do her job. In turn, she's given him hot leads which led to his Peabody Award winning articles. It doesn't hurt that she also looks striking, which he finds terribly attractive. He makes sure that at photo ops, she is in the frame for posterity, Dobbs conveniently cropped.

They need to assure Nolricco's anonymity. The back windows of the Ford are tinted, and they usher her into the police station via the underground garage. Ellion and Dobbs' desks sit among the rest

in the open area surrounded by small interview rooms with glass doors and the captain's office. Most are gone for the evening, save the few officers on night tour, so they sit in the cool open area.

"Sit here." Ellion pulls a chair to the tidier of the two desks.

Dobbs takes off his coat and hangs it on a hook above his desk. He knows it will be a long night, so he starts after coffee, which both women decline.

"Sure you don't want a soda?" Ellion asks "Water? I could call out for some food. You hungry?" She shakes her head, Dobbs' cue to be on his way.

The two women fall silent. Ellion likes to take her time with witnesses, since what they don't say shows in their body language.

Dobbs returns with a paper cup steaming at the top. He sits on his desk and sips his drink.

Ellion starts the questioning. "Can you describe what you saw?"

Nolricco closes her eyes. Recalling the event she just witnessed is like reexamining a nightmare meant to be forgotten. Still, she brings the terrifying moment to mind once more.

"I'd heard on the news about the killings and how they were happening close to where I stayed. So I don't know what got into me, going through the docks tonight of all nights. I guess I didn't want anyone learning my route home."

"Because you're a necrosapien," Ellion adds.

Nolricco nods sheepishly, still scared to admit it. Dobbs huffs silently. *Another one of* them *to protect.* He keeps his personal views of necrosapiens to himself, but every once in a while his contempt shows.

The woman swallows hard and continues, "I'd always had problems with my . . . rebirth. Ever since last year when I came back to school. One minute you drown from a freak accident on summer break, and the next you're back for fall classes as if nothing happened. The students weren't aggressive at first, but I got the point pretty soon. It started with friends ignoring me, then threatening letters. And ever since the first two killings . . . It was so close to home. Anyway, walking past the warehouses, I saw shadows behind the doors of one of them. It was the abandoned fish processing plant. I knew that because my grandfather worked there for fifty years before it closed down. I heard struggling and then a muffled scream. Right then, for some reason I knew it, I knew it! It was the killer from the news. I didn't know what to do, so I hid behind some crates. For a long time, I heard nothing. Then footsteps. He walked out and right past me. I thought I was next for sure, because he stopped and looked around

He walked out and right past me. I thought I was next for sure, because he stopped and looked around. I guess the shadows hid me because he ran off. When I thought the coast was clear I called 911 from my cell, but I could not leave until people were around. By that time, too many people showed up, and that's when you saw me."

"Was he holding anything?" Ellion asks.

"I didn't see. I was so scared."

"What did he look like?"

"He wore all black. That's all I know."

"C'mon kid, give us more to work with," Dobbs adds. "Was he tall? Short? Fat? Skinny?"

"Maybe your height, Detective," Nolricco replies nervously. "And about your build? I couldn't see the face because the brim of his black cap cast a shadow. But he may have been white. His skin was definitely light."

"Good." Ellion writes detailed notes, trying to compose a mental picture. "Dobbs is going take you home in a minute." She figures Nolricco has given all she knows. But before she lets her go, Ellion edifies herself in something else— more of a personal curiosity. "But first I'd like to ask you one more question."

"Okay." Nolricco looks spent, ready to put the night behind her.

"How did it feel?"

"I'm sorry?"

"To be . . . reborn."

A small part of Ellion is curious about the reanimation process. She once contemplated reanimation for herself, and almost signed up when the state offered incentives to the first fifty officers in each precinct who applied. They offered 25% disability to anyone killed in the line of duty and resurrected back to active service. But then it dawned on her. Something wasn't right. The thought of her mother and the battle she had with her twin sister Sara came rushing back to her. After that, she's never given resurrection a second thought. Still, interest lingers at the back of her mind.

Nolricco looks at the ceiling and thinks how to describe the feeling. No words could encompass it, and no two necros thought the same.

"When I drowned, it felt like I went to sleep under water. I didn't have to breathe, I didn't need to. And then I . . . woke up at a Lazarus Center. As if my death was just a dream. But now, I feel . . . " She

sits in a mental stupor.

Ellion pats her shoulder as she rises to leave. Dobbs finishes his coffee and grabs his coat. As Nolricco turns, Ellion notices something familiar on the back of her ear. The same tattoo on the dead victim.

"Where did you get that tattoo?"

She looks back at Ellion and fingers the lobe and the brand she has borne since reanimation. "The doctors at the clinic told me when I woke up that it was to identify me in case of medical emergencies." She turns and gives the detectives an eerie look. "We all get them."

"May I take a picture of it?" Ellion asks. "It would definitely help us on the case."

Nolricco silently turns into the light and moves her hair aside. Ellion snaps the frame and reviews the small LCD screen. She browses her saved images and cross-references it with the victim's tattoo, identical in every way. Ellion stares at Nolricco as Dobbs escorts her out. She has an uneasy feeling that will stick for a long while, but she also has an idea.

"What do ya have planned?" Dobbs asks.

"I think I'm going to pay Sean a visit." Ellion says, brightened by the notion.

Dobbs knows that means a long night. He sighs at the load of work cut out for them. "You must have somethin' cookin' up there. Fill me in when I get back then." Between them, they know the case is a big one, not just another serial killer on the loose but someone dispatching necrosapiens methodically, almost ritually.

From: **Query** query@nelsonagency.com 📎
Subject: RE: QUERY
Date: November 24, 2009 at 3:15 PM
To: fillmorechris@att.net

---

November 24, 2009


Dear Author:

Thank you so much for sending the Nelson Literary Agency your query. We'd like to apologize for the impersonal nature of this standard rejection letter. Rest assured that we do read every query letter carefully and, unfortunately, this project is not right for us.  Because this business is so subjective and opinions vary widely, we recommend that you pursue other agents. After all, it just takes one "yes" to find the right match.


Good luck with all your publishing endeavors.


Sincerely,

Kristin Nelson

Sara Megibow

Nelson Literary Agency

www.nelsonagency.com

---

Original message

From: "Chris Fillmore"

To: query@nelsonagency.com

Received: 11/23/2009 4:33:44 PM

Subject: QUERY

**CHRIS FILLMORE**
6930 Idlewood Ct. N. #1512
Indianapolis, IN USA 46214

Tel. 317-328-1934
Email: fillmorechris@att.net

Nelson Literary Agency, LLC
1732 Wazee Street, Suite 207
Denver, CO 80202

11/23/2009

Dear Kristin Nelson:

Please allow me to introduce my recently completed novel *Lazarui Taxa*—a futuristic detective story with a science fiction punch.

*"Necrocide was capital murder across the board— a beating by some radical hate group was the most harm anyone dared do them, and then only rarely —but, like all things…that changed."*

The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and its first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation after death, government programs have made it financially advantageous and thousands have applied. A new "species" of *necrosapiens* has been born. And now they are dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound, too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo…the three small capital *l*s on the lobe. The first victim is followed by more—every time there is a suspect, but every time the suspect turns out to be a false lead. The trail circles back, over and over, to the mysterious Lazarus Center itself and its motives for performing the research. Is there a vast conspiracy and coverup? The search for answers takes the detectives on an ever widening path, from the seedy remnants of the cities of the future to the depths of the Louisiana bayous and voodoo culture. In the search for the killer, the detectives also rediscover important and ancient facets of humanity—ones that have been lost in a society that allows scientists to "play God" with abandon.

I believe this book could be marketed as a mainstream mystery thriller, but it also has aspects of a true science fiction adventure. It started as a simple concept based on the idea of humanizing the reanimated, basing the story from what I feel is a fresh perspective on the old "zombie" story. It asks what really would happen if someone was resurrected?  It also delves into the ramifications of resurrection on a social, religious, and economic perspective, all wrapped within a murder-mystery. It will appeal to readers who enjoy many different genres. The manuscript weighs in at approximately 50,000 words and is fully complete.

Although I have been writing for many years, *Lazuria Taxa* is my first submitted novel. I am a lover of sci-fi, graphic novels, and mystery stories. My current work seems to be influenced by the Noir genre as well, which has helped shape my sequels. (*Lazuria Taxa* is planned as one of a three-part series.) Currently, I reside in Indianapolis, Indiana with my wife and young daughter. My hobbies include, among writing of course, amateur film making with Wes Anderson, Steven Soderbergh, and Robert Zemeckis as my influences.

Thank you for your consideration.
Sincerely

Chris Fillmore

**From:** **Stephany Evans :: FinePrint Literary Management** stephany@fineprintlit.com
**Subject:** Re: Query
**Date:** November 24, 2009 at 9:46 AM
**To:** Chris Fillmore fillmorechris@att.net

Dear Mr. Fillmore,

Thank you for thinking of me with your query. Unfortunately, I just really am not the right agent for this. best of luck and success to you.

Sincerely,
Stephany Evans


Stephany Evans, President
FinePrint Literary Management
240 West 35th Street
Suite 500
New York, NY 10001
212-279-1410
www.fineprintlit.com


On Mon, Nov 23, 2009 at 7:39 PM, Chris Fillmore <fillmorechris@att.net> wrote:

---

### CHRIS FILLMORE

6930 Idlewood Ct. N. #1512

Indianapolis, IN USA 46214

Tel. 317-328-1934

Email: fillmorechris@att.net

---

## FinePrint Literary Management
240 West 35th Street Suite 500
New York, NY 10001


11/23/2009


Dear Stephany Evans:


Please allow me to introduce my recently completed novel ***Lazarui Taxa***—a futuristic detective story with a science fiction punch.


*"Necrocide was capital murder across the board— a beating by some radical hate group was the most harm anyone dared do them, and then only rarely—but, like all things…that changed."*


The year is 2095, the fifteenth anniversary since the initiation of the LAZARUS PROJECT and its first successful human resurrection. Since that time, to fill the need for research into the long term effects of reanimation after death, government programs have made it financially advantageous and thousands have applied. A new "species" of *necrosapiens* has been born. And now they are dying…permanently this time…at the hand of a serial killer.

Detectives VINCENT DOBBS and CLARA ELLION are the lead detectives in a necrocide unit formed specifically to hunt down the killer. Their first victim has a bizarre wound, too small, too clean, and too cauterized to be a gunshot. And then there is the ear tattoo…the three small capital *I*s on the lobe. The first victim is followed by more—every time there is a suspect, but every time the suspect turns out to be a false lead. The trail circles back, over and over, to the mysterious Lazarus Center itself and its motives for performing the research. Is there a vast conspiracy and coverup? The search for answers takes the detectives on an ever widening path, from the seedy remnants of the cities of the future to the depths of the Louisiana bayous and voodoo culture. In the search for the killer, the detectives also rediscover important and ancient facets of humanity—ones that have been lost in a society that allows scientists to "play God" with abandon.

I believe this book could be marketed as a mainstream mystery thriller, but it also has aspects of a true science fiction adventure. It started as a simple concept based on the idea of humanizing the reanimated, basing the story from what I feel is a fresh perspective on the old "zombie" story. It asks what really would happen if someone was resurrected?  It also delves into the ramifications of resurrection on a social, religious, and economic perspective, all wrapped within a murder-mystery. It will appeal to readers who enjoy many different genres. The manuscript weighs in at approximately 50,000 words and is fully complete.

Although I have been writing for many years, *Lazuria Taxa* is my first submitted novel. I am a lover of sci-fi, graphic novels, and mystery stories. My current work seems to be influenced by the Noir genre as well, which has helped shape my sequels. (*Lazuria Taxa* is planned as one of a three-part series.) Currently, I reside in Indianapolis, Indiana with my wife and young daughter. My hobbies include, among writing of course, amateur film making with Wes Anderson, Steven Soderbergh, and Robert Zemeckis as my influences.

Thank you for your consideration.

Sincerely

Chris Fillmore