KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ERIC M. STAHL (State Bar No. 292637)
  ericstahl@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
BLUMHOUSE PRODUCTIONS, LLC;
JASON BLUM; JEREMY SLATER;
LIONS GATE FILMS, INC.;
JEANETTE BRILL; LUKE DAWSON;
ROBYN MARSHALL; JIMMY MILLER;
RICK OSAKO; and CODY ZWIEG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER "CHRIS" WAYNE FILLMORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LIONSGATE FILMS; JASON BLUM individually and/or d/b/a Blumhouse Productions, a proprietorship; JEANETTE BRILL individually and/or d/b/a Blumhouse Productions, a proprietorship; LUKE DAWSON individually; MATTHEW KAPLAN individually and/or d/b/a Chapter One Films, a proprietorship; ROBYN MARSHALL individually and/or d/b/a Chapter One Films, a proprietorship; JIMMY MILLER individually and/or d/b/a Mosaic Management & Production, a proprietorship; RICK OSAKO individually and/or d/b/a Catchlight Films, a proprietorship; JEREMY SLATER, individually; CODY ZWIEG individually; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. **2:16-CV-04348-AB-SS**<br><br>**NOTICE OF JOINDER BY LIONS GATE FILMS, INC.; JASON BLUM; JEANETTE BRILL; LUKE DAWSON; ROBYN MARSHALL; JIMMY MILLER; RICK OSAKO; AND CODY ZWIEG IN MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FILED BY BLUMHOUSE PRODUCTIONS, LLC AND JEREMY SLATER**<br><br>Hearing Date:    May 8, 2017<br>Time:               10:00 a.m.<br>Courtroom:       7B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Jason Blum; Jeanette Brill; Luke Dawson; Lions Gate Films, Inc.; Robyn Marshall; Jimmy Miller; Rick Osako; and Cody Zwieg ("Joining Defendants") hereby join in the Motion To Dismiss Plaintiff's First Amended Complaint filed by Blumhouse Productions, LLC and Jeremy Slater (Dkt. No. 51).

Joining Defendants join in the Motion for all the reasons set forth in the Notice, the accompanying Memorandum of Points and Authorities, Declaration of Eric M. Stahl with Exhibits 1 and 3 through 9, Request For Judicial Notice, and Notice Of Lodging With Exhibit 2; as though fully set forth herein.

DATED:  April 21, 2017

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ERIC M. STAHL
DIANA PALACIOS

By: _____ /s/ Kelli L. Sager _____
Kelli L. Sager

Attorneys for Defendants
BLUMHOUSE PRODUCTIONS, LLC;
JASON BLUM; JEREMY SLATER;
LIONS GATE FILMS, INC.;
JEANETTE BRILL; LUKE DAWSON;
ROBYN MARSHALL; JIMMY
MILLER; RICK OSAKO; and
CODY ZWIEG

1