KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ERIC M. STAHL (State Bar No. 292637)
  ericstahl@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
BLUMHOUSE PRODUCTIONS, LLC,
and JEREMY SLATER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER "CHRIS" WAYNE FILLMORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LIONSGATE FILMS; JASON BLUM individually and/or d/b/a Blumhouse Productions, a proprietorship; JEANETTE BRILL individually and/or d/b/a Blumhouse Productions, a proprietorship; LUKE DAWSON individually; MATTHEW KAPLAN individually and/or d/b/a Chapter One Films, a proprietorship; ROBYN MARSHALL individually and/or d/b/a Chapter One Films, a proprietorship; JIMMY MILLER individually and/or d/b/a Mosaic Management & Production, a proprietorship; RICK OSAKO individually and/or d/b/a Catchlight Films, a proprietorship; JEREMY SLATER, individually; CODY ZWIEG individually; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. **2:16-CV-04348-AB-SS**<br><br>**SUPPLEMENTAL DECLARATION OF ERIC M. STAHL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: June 12, 2017<br>Time: 10:00 a.m.<br>Courtroom: 7B<br><br>[Notice of Supplemental Request for Judicial Notice Filed Concurrently] |

## SUPPLEMENTAL DECLARATION OF ERIC M. STAHL

I, Eric M. Stahl, declare as follows:

1.  I am an attorney admitted to practice before all the courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP, and one of the attorneys representing Defendants in this matter. The facts stated below are true of my own personal knowledge. If called to testify, I could and would competently testify to these facts. This supplemental declaration is offered in further support of Defendants' pending Motion to Dismiss (Dkt. No. 51) and Request for Judicial Notice (Dkt. No. 51-1).

2.  Concurrently with this Declaration, Defendants are providing this Court with a certified copy of the manuscript that is the subject of Plaintiff's copyright infringement claim, as it was deposited with the U.S. Copyright Office. This manuscript is substantively the same as the version of the manuscript that Plaintiff Christopher Fillmore ("Plaintiff") previously emailed to defense counsel, which was included with Defendants' Motion as Exhibit 1 (Dkt. No. 51-3).

3.  As noted in my prior declaration (at ¶ 3), on March 27, 2017, my firm requested from the U.S. Copyright Office certified copies of the works deposited under copyright registration numbers TXu001317404 (filed in 2006) and TXu001684502 (filed in 2008). Both registrations were referenced in Plaintiff's First Amended Complaint. See Dkt. No. 43, at ¶ 23. These certified copies were not available at the time Defendants filed their motion to dismiss, or at the time Defendants filed their reply. The Copyright Office has now responded to our request and has provided certified copies of the works.

4.  Attached as **Exhibit 10** is a true and correct copy of one of the certified deposit copy my firm received from the Copyright Office, in response to our request for the work registered under the 2008 registration, TXu001684502.

5.  Exhibit 10 is a 146-page manuscript entitled "Lazarui Taxa," by C. Wayne Fillmore. Under my supervision, a staff employee of my firm compared

1
SUPPLEMENTAL DECLARATION OF ERIC M. STAHL
4843-1226-8616v.1 0103245-000004

Exhibit 10 to prior Exhibit 1 (the manuscript Plaintiff had previously provided to defense counsel).  The substance of the two manuscripts appears to be identical, except that Exhibit 1 – the document provided by Plaintiff to defense counsel – contains cover material that is not contained in Exhibit 10.  See Dkt. No. 51-3 (prior Exhibit 1), at pp. 2, 3.

6. Attached as **Exhibit 11** is a true and correct copy of the certified deposit copy my firm received from the Copyright Office in response to our request for the work registered under the 2006 registration, TXu001317404.

7. Exhibit 11 is a 7-page "Synopsis for Necrostory," by Chris Fillmore.  A review of the exhibit indicates the first 1-1/2 pages contain, almost verbatim, the Prologue seen in the 2008 manuscript, followed by a rough outline that summarizes the same plot and same characters appearing in the later manuscript.

8. Pages 2-4 of Exhibit 11 contain eight annotations or comments in the right-hand margin.  These comments indicate, among other things, that (i) the character Detective Ellion is "similar to both Detectives Robert Goren and Alexandra Eanmes" from *Law & Order: Criminal Intent*; (ii) the character Detective Dobbs is "similar to Detective/Officer James 'Jimmy' McNulty, from HBO's *The Wire*"; and (iii) the concept of "soul flux" correlates to "the pod transfer in the movie *The Fly*."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 18th day of May, 2017, in Seattle, Washington.



*/s/ Eric M. Stahl*
Eric M. Stahl