# EXHIBIT 10



# COPY OF DEPOSIT

# VA 1-684-502

## (00246944064)

NOTE: Beginning October 1, 2006 the Copyright Office discontinued the practice of stamping incoming deposit with accession stamp dates and registration numbers. Incoming deposits are now identified with barcode labels.

Exhibit 10

# Lazarui Taxa

# By: C. Wayne Fillmore

© 2006 Chris Fillmore

Exhibit 10

tax·on (tăk′sŏn′) *n. Biolog. pl.* tax·a (tăk′sə) A taxonomic category or group, such as a phylum, order, family, genus, or species. Animal group having natural relations.

In paleontology, a Lazarus taxon (plural *taxa*) is a taxon that disappears from one or more periods of the fossil record, only to appear again later. The term refers to the New Testament story of Lazarus, whom Jesus miraculously raised from the dead.

"Humanity has started to become extinct, only to resurface as something else…"

2

Exhibit 10

# First Days…

Exhibit 10

## Prologue

The year is 2080...

On the cusp of a medical breakthrough, great advances in science have made it a possibility for humans to be resurrected a span of time after death, even if termination resulted in destroyed limbs, major organs, and tissue. Only a great portion of the cerebrum need be intact and recovered in order for the process to work. Initial test in animals proved promising, and the next phase of experimentation on a more sophisticated specimen was imminent. In conjunction with the already-perfected cloning process, this meant that the quality of life in a human being could double. It was now commonplace for one to live to age 140 or more.

Billionaire Thomas Fairbanks III--- who earned his fortune from real estate, oil, and venture capital--- succumbs to prostate cancer just as scientists were making the phenomenal breakthrough, but inevitably becomes the perfect candidate for the inaugural resurrection. He was one of the first who generously endowed the "Lazarus Project" in order to save his wife who died of breast cancer many years before. His dying wish was to become a test subject "for the cause" and was rightfully deemed worthy for phase four human testing.

After the successful and much-publicized reanimation of Thomas, there was a mix of acceptance and outcry from the nation. While some felt the Lazarus Project was a Godsend and embraced it, many thought it was an abomination. Soon after Thomas' reanimation, more people elected to have either themselves reanimated upon death or retrieve loved ones whom had already passed. At first this was a luxury only afforded to the wealthy and elite, but since research was sketchy on the long term effects, scientist needed more test subjects.

That is when the government stepped in.

They offered to not only subsidize the project but they also passed a bill in the process that seemed beneficial for the scientist. Similar to an organ donor's endorsement on ID's and driver's licenses, the first 1,000,000 people who applied could elect to be resurrected, in exchange for tax breaks and other amenities. The downside was that they were now the property of the government, and upon resurrection they had to register into a national database. In addition, they were also subject to further testing at the discretion of the scientist at Lazarus Centers and tagged with a microchip underneath the earlobe used to track them for the rest of their second life. Nevertheless, thousands of people applied and were reanimated over the course of the next ten years. Some even say that the suicide rate tripled as a result.

The clinical term for the brooding race is called *Necrosapiens*.

These regenerated humans functioned in all respect like normal people, but suffered from a phenomenon called *soul flux*; where part of who they used to be was gone into the

4

Exhibit 10

oblivious void between this and the other world. As a result, some of their actions and idiosyncrasies would be unlike their former self. And in their eyes, you could see that they ambiguously resided in what we call the real world. Although extremely rare, an even smaller minority suffered irrecoverable and extreme personality changes resulting from the flux. Since reanimation was still in its infancy stages, scientist theorized it was due to the brain's inactivity for long periods of time. So, they put a limit on how long one could be deceased before successful reanimation was deemed plausible.

With the each reanimation, violence stirred and political dismay from extremist increased. Riots struck out around Lazarus clinics. Necrosapiens were constantly attacked and threatened. The public was split between those who feared civil unrest stemming from the violence, and those who feared repercussions from a higher power. It even went as high as Congress, as heated debates over even the fundamental elements of necrosapiens were discussed. Split down the middle on the issue, one thing they all could agree upon; they needed rights granted to them and laws that protected them. Since the laws that governed and protected humans were absolved upon death, a new set of laws were also mandated. The bill was passed in order to protect necrosapiens from the public and the people from their still unknown nature.

Necrocide was treated like capital murder across the board. So, up until that time, the most harm anyone dared to put upon them were beatings from radical hate groups that were, at best, remote incidents.

But, as with all things, there is the beginning…

Exhibit 10

## Chapter 1

All is busy in the deli this night. The bustling crowd makes for an electric atmosphere; that, and a frenzied hustle for the servers behind the counter. A young man enters in from the street looking rushed. It is evident by the apparent clumsiness he has with his things. It had stopped raining just moments before his arrival, but the last bout of the downpour made for a furious finale. He brushes off beads from his notebooks, checks his waterproof laptop bag, and brushes water from his hair. What he now needed was a nice, warm drink with a little kick intended to burn the midnight oil.

"Yes, what can I do for you?" the server says as the young man approaches the counter.

"Soy latte please," he says as his books fall to the floor. He leans down to pick them up, turning his head in a curious direction. The server notices something, something that makes her uneasy. She backs away from the counter and goes for the manager. They talk. He calms her uneasiness and approaches the counter with her, now, sheepishly in tow.

"---and make it a vente, please…" the young man adds while rising.

"Ahem," the manager starts, "we're going to have to ask you to leave."

The young man looks up in confusion. "What…? Why?"

The manager looks at him as if the answer is evident. "You know why…" he replies condescendingly.

A line has since formed behind the young man. He's now conflicted as to what next step he should take. A woman immediately behind the young man looks at her watch impatiently. She then notices the same thing that made the server initially uneasy. "If you serve him then, I don't want you to serve me," she blurts with a snobby demeanor.

"Sir," the manager repeats.

It seems, now, that a spotlight is on the man. All eyes were on him. But why? He was an able-bodied college student pulling extra hours to get through his double major. Tight budget notwithstanding, he was able to at least afford a cup of coffee a place such as this. But that wasn't it. Something else about him caused the people to whisper and silently gawk, some even muttering slurs beneath their breath. Finally, the young man got the picture. It hadn't dawned on him what was such a big deal until he realized--- he was different. He grabs his belongings closer to his body and walks out the door, ashamed. As soon as he exits, he watches as the swarm outside commence in their activities. He merges in with the crowd, looking just as inconspicuous as the next man.

****

6

Exhibit 10

"Hello again and welcome... Our top story: with human cloning a topic finally cooling down, scientists have found yet another way, as some fundamentalist would say, 'To attempt to dispel proof of God's existence.' The Lazarus Project's already showing promise with the successful reanimation of Chloe; the three year-old Tanzanian chimp who was euthanized four months before being resurrected now more than a year ago. Scientist are excited, and are now ready to initiate phase four testing. But, with no human either brave or foolish enough to become a guinea pig, as of now the project has stalled.

Thomas Fairbanks; billionaire entrepreneur who has been at the helm of this project not only as an avid spokesman but with his generous endowments, agreed that if he were to pass before the project reached completion, he wanted to be the first subjected to human testing, quote, '---for the cause...' There were plans to resurrect his wife who passed more than three years ago, but scientist were not confident that would be safe. The jury's still out on whether or not the phenomena known as *psyche displacement*, or *soul flux* is the main cause for their concern. But it does spark the debate between *science* versus *spiritualism* among theologians, psychologist, and just about everyone in the scientific community. Linda Rozman has more details..."

The report comes from a television located in the center of a spacious room. It is turned off during the commercial break. Suddenly, a phone on the coffee table nearby alerts there is an urgent message waiting. The phone is picked up and the message is opened.

****

The night should've been just like any other for the New Athens police force. Shootings, muggings, and sexual assaults already had them scrambling to handle the mass calls of distress. But this would be an unusual one to say the least.

An abandoned fish warehouse on the south docks is where a horrendous crime has just been committed. The victim is a young male in his twenties. A tragedy to haven been taken, once again, before reaching 30... The humid, summer air rolls in thick from the marina and mixes with the warehouse's old, fishy odor, creating a musty undertone to an already grim scene. Patrol officers are canvassing the area for clues and witnesses, while others secure the area with yellow police tape to block off the fresh crime scene from the small trickle of reporters and spectators that have since gathered.

Two detectives arrive in a department-issued Ford Caprionous. They get out and pass through the crowd that was steadily growing, under the police tape, and into the quarantined area. The small mass outside bring with them an air of mixed emotions to the scene. Some feeling remorseful that the victim inside died yet again, while a smaller few revel in the loss. Those few saw the victim's second life as an abomination and were only happy at the fact that they were, apparently, put out of their misery.

7

Exhibit 10

The detectives both have their distinct approach to the ritual of a crime scene. One of the investigators is a man in his mid-forties. His age comes not only from his overall appearance but mostly from his attitude. He looks as if he's jaded to everything he's witnessed in is fifteen-plus years on the force, with an appearance resembling a man that's barely hanging on. His hairline recedes slightly into a soft W pattern and is jet black, save for a silver patch down the back. This unusual pattern, and ironically his attitude make him tantamount with a silverback gorilla; and the fear he draws from fellow officers is synonymous with the primate one in the same. His weathered face is speckled with a salt-and-pepper five o'clock shadow. His pre-tied neckwear is carelessly slung around his stock neck coupled with a shirt that was once designer fashion, now demoted to a wrinkled part of his uniform. The long trench coat he sports makes him look menacing, commanding the desired presence from all officers on the scene as he asks, "What do we have?" His voice is gravely, hinting of a youth that's since faded along with the exuberance he once had for the job. Nevertheless, it does the job because an officer pops up and gives a detailed report of his findings thus far.

Officer Brees; who was the first on the scene, disappointingly replies, "Black male, 20's, not sure how he died as of yet… No footprints, no weapon, no witnesses." He's standing a distance away from the body making every attempt not to make eye contact with it. According to his personal superstitions, it was a bad omen to stand near 'one of them', especially if they died with their eyes open as he has.

All the while, the other detective is methodically taking thorough notes and making observations of minute details. She is the fifth partner he's had in his career, and there was a reason why. People found Detective Vincent Sylvio Dobbs hard to work with because of the extreme indifference he had for rules. He never broke them, but bent them in every possible way in order to obtain what he saw as justice. If he was Yin, she was definitely Yang; young, clean, and orderly.

She wore a pressed, clean suit almost bordering cutting edge fashion. Her auburn hair was quite long with a healthy sheen, but you'd never know; for she always wore it straight back in a tight bun. Also donned in a trench coat, it was an attempt to counteract her beautiful, disarming presence and command the respect and hard-earned authority from her peers and suspects alike. At first glance, it was definitely beauty over brains; for she clearly didn't look as if she was meant to partner with such a man, no less meant to be in a career such as this. But in her file you'd find test scores on the Lieutenants exam and any other that was given which proved otherwise. Plus, she was the only partner that Dobbs hadn't managed to scare away in their two years together.

She finally looks up from her pad and asks the officer, "Was there any identification found?"

Brees answers, "Yes, and he was a registered Zee Pee."

"No frikkin' way," Dobbs replies, feigning a semblance of little emotion. But, inside he was both highly intrigued and yet upset at the notion it implied. This was the first case for

8

Exhibit 10

the newly-formed Necrocide unit, in which he and Detective Clara Ellion were made leads of. In addition to weaning from lingering Homicide cases, they now had to pull double duty on this one.

"Necrosapien, Officer," Ellion curtly replies, correcting him as if she took personal offence to the slur. "Thank you," she then says to the officer, letting him know that he was excused from the scene.

The officer lets out a *sic* with his tongue before leaving a shred humiliated.

She turns to her partner and says, "This makes the fourth one this month." She then thinks out loud, "The first three all happened in 17th's district. Why would this one fall under our jurisdiction? Is he expanding his territory maybe?"

It was time for her to inspect the victim herself. She took a pair of rubber gloves from her pocket and put them on as she kneeled beside the body. His eyes were open, staring blankly into the void of space provided by the broken-out glass roof of the old warehouse. A small trickle of blood peeked from the corner of his mouth, but was not even enough to run half-way down his cheek. Other than bruising on his hands where he tried to fight off his attacker, he looked clean.

Dobbs stares at his partner, who is now methodically checking the body for clues. He then looks into the dead eyes of the victim, and guffs loudly at what this specific crime entails: lots of footwork and no sleep. He rubs his face, causing a grinding sound against his stubble, then expresses his contempt for the recently deceased by saying, "Why did you ever have to be reborn..?" He walks away from a perplexed officer and a partner that has constantly witnessed and grown accustomed to his contempt. Contempt for everything...

Maddox Lewis; a reporter for *The Interpreter*, arrives at his usual time. Driving up in his inconspicuous vehicle--- a car in which he virtually sleeps in--- he turns down his police scanner, then checks the flash bulbs on his camera and prepares for his ritual. After winding the film and setting the speed, he gets out the car, pushing past the mob, brazenly crossing the tape, and begins to click away coming into the area, causing nearby officers to scowl and cover. The flashing of the camera also alerts Dobbs, who doesn't necessarily like Lewis. He strikes in the direction of the reporter with fury that of a mad dog.

"Git outta here kid!" he barks.

Maddox dodges the pseudo attack and snaps back, "First amendment! You're doin' your job and I'm doin' mine." He collects himself to further reply, "Besides, the people have a right to know whose going around slaying the Necros."

"It's just some nut goin' around killin' these--- people is all," another officer adds.

"Well, the sooner we find this nut, the sooner this part of my life'll be over..." Dobbs includes to himself. He then quietly wonders to himself, "How did I ever get talked into this position?" He shoots back over at the eager reporter with an ice-cold stare and grumbles, "You know where to wait 'til we're done."
He agrees with the demand of the brusque detective. "Fine, but I get first dibs on anything you see."

"Dobbs check this out," Ellion says. She is now inspecting the head of the recently re-deceased. The only visible wound she found was a small hole located near the rear of the head. She thought to herself, *"Too small and clean to be a gunshot... No blood..? It looks as if the wound's been cauterized."* She then notices something else. Behind his ear was an unusual tattoo. There were three, small capital I's on the earlobe. "This is strange," she thinks out loud, intrigued at the finding.

Dobbs finishes putting on a pair of rubber gloves retrieved from the investigating kit and manipulates his bad knees to bend, finally kneeling down beside Ellion amidst his grunts. He then takes out his flashlight to better illuminate the suspicious spot in question. His eyes weren't as keen as hers, for Ellion could tolerate searching for minute clues with aid only coming from lighting from the environment on the scene; in this case, the harbor lights, full moon and squad cars. After a brief analysis, he sums up the wound.

"Too small for any caliber I know of. No powder burn or exit wound either."

Ellion now concentrates on an object capable of leaving such a mark, going through an extensive catalogue in her head of items that could've inflicted this wound. "Maybe--- a nail. A--- thin--- tent spike... A woodworking tool... I'm guessing---" she finally resolves, "an ice pick..? Struck hard--- and precise."

"You'd have to have some trainin' in somethin' in order to pull off a move like that without an impact wound, or blood no less," Dobbs includes.

"I know," Ellion says. "Look at this," she then directs his attention to the tattoo which intrigued her more.

He stares at it for a second, and then quickly writes it off. "Kids get tattoos and piercings in the craziest of places nowadays. It's just a gang tat. I bet you, it's the 13th Street Rebels initiation mark. They change it up every year. We can have Marco in Gang Unit take a look at it."

"I knew this was worth a picture," Ellion says, as she takes out her digital camera and snaps a quick shot of the tattoo.

This was a prized part of her personal investigating equipment used to help track, identify, or convict whenever asked to testify at trial. The small, 20 mega-pixel camera trumped the ones forensics used to collect evidence. Because she needed every detail of what she captured at a given crime scene sharply displayed so the real investigation could

10

Exhibit 10

begin. She would show the developed pictures to Dobbs, and together (albeit sometimes with Dobbs reluctance) they would hunt the tiniest of clues down in order to crack cases. Many have been solved with her extreme attention to detail; which is why Captain Houston insisted they stay together. For Dobbs was once one foot out the door for his low solved case percentage--- among other things. But when Ellion came along, she brought something out of him. Even though he would never admit it, she revived the young Vince that perked at the challenge of solving the case, chasing down the criminal. Just the thing he needed.

She stands up and pulls off her gloves, satisfied with her current findings. All she needed now was a witness… She steps beyond the large warehouse doors and into the chaos that was just a few feet outside. A patrol officer blocking off the scene to the onlookers is asked if any of them saw anything.

The officer nods, "No one saw nothin' Detective; it's as if they all appeared after it happened."

"That 911 call didn't come from out of nowhere. It would've been morning before someone discovered him," she says.

Just then, Ellion's instincts kicked in. In her short time working cases she had quickly learned if ever there was a crime, there was a witness. Sometimes they were hard to find in a crowd who opted to remain silent. While other times they were just the clues and trace-evidence left on the victim themselves. But in this case, someone had to have seen or heard something, and she was going to find out who knew what. She scans the crowd a few times then her preternatural sense of reading people draws her attention to a young woman. She seems detached from the verbal melee the rest of the crowd inflicted; bringing up the rear, standing a body's width away from the last person, just off to the right. She would be almost engulfed in shadows, save for the swirling red and blue lights from the patrol cars that would periodically illuminate her. She meets eyes with the detective, but instantly breaks contact. To Ellion this meant that *she* knew something.

"Find me a weapon. When CSU arrives, tell them we're looking for an ice pick or something to that effect. It was a head shot…"she says to the officer as she lifts the yellow tape. She then begins to make her way through the crowd to the now terrified woman. You could tell that the woman wanted to run away, but fear made her paralyzed, sticking to the ground where she stood. Ellion knew she wasn't a suspect, but a scared witness, needing to get what she saw off her chest. The detective stands and looks at her with a calm demeanor. Her presence slightly puts the young woman at ease.

Ellion softly says, "Hi there. Was the victim a friend of yours?"

She takes a second to reply, not knowing what to say. Her eyes darts back and forth in the direction of the ground as she replies, "No…"

"Well, you look a little too concerned to be just another spectator."

11

Exhibit 10

"I've read the news. I've followed the killings. It's a shame for whoever's doing this."

Ellion then pulls her aside a bit more, further alienating her from a crowd that was, anyway, too preoccupied in the action ahead of them. She then asks, "Afraid you might be next?"

The young woman's eyes go dead. Realizing that the detective knew who--- or what--- she was, she then begins to panic. "I can't even go to school anymore because I'm afraid that he'll come for me."

"So you did see something," Ellion says. She then looks around to check for her partner, who was now interrogating people himself. Their eyes meet and she gives him a head's up signal, meaning that she had something promising. Dobbs starts to make his way over to his partner, who was now trying to assure the frightened woman.

"Look, what you have to say might help us get the person who did this, but you have to tell me what you know. If you want, I can take you someplace else."

"Are we going to the police station?"

"Yes. I'd rather take you there so you can be assured that you're in the safest place possible. My partner'll take you home soon as we're through."

The woman still looks scared, as if she still wasn't sure if she should talk. Rationally trying to reason with the woman, Ellion argues, "If I don't get your cooperation, then he will strike again. Then, I can't be sure if you'll be next or not, but it will happen again. That I know for sure" The woman nods in agreement and begins to follow Ellion, who meets up with a frustrated Dobbs.

"I got about a hundred pair of eyes on a well-lit dock an' I can't get one of 'um to point a friggin' finger in the right direction," he says in disgust.

"Well, our luck's about to change," she says as she motions to the young woman who silently trailed her.

"Friggin' A, some eyes! What's your name honey?"

"Nolricco--- Nolricco Reed."

Dobbs introduces himself, "I'm Detective Dobbs, and I'm sure you've already become acquainted with---"

"---Detective Ellion. But call me Clara," she says as she gently shakes the woman's hand. It feels cold and clammy, but not of a nervous person. The shake makes Ellion uneasy for a brief period, which is a surprise for her; being that she quickly became used to the

12

Exhibit 10

unusual aspects that came with the job. Instantly, she regains her bearings and escorts Nolricco to the car.

On the way, Maddox notices the trio and begins to quickly load more film. "Who is this?" he asks. "A witness? The vic's sister? Girlfriend..?"

But before a single shot is taken, Ellion glares at him and nods '*No*'. Maddox instantly complies and drops the camera to his side. Of the two detectives, Maddox liked and respected Ellion for reasons both apparent and unobvious. She was always as civil as she could be, given the circumstances, and he respectably stood back to let her do her job. In turn, she gave him hot leads which led to his Peabody Award winning articles. It didn't hurt that she was also striking, making him take a liking to her. He would make sure that whenever there were photo ops, she was in the frame for posterity. Dobbs would conveniently be cropped.

Every precaution was taken to assure Nolricco's anonymity. The back windows of the Ford were already tinted, and she was ushered into the police station via the underground garage. They made their way to Ellion and Dobbs' desks which sat amidst an island of desk in the open area. Small rooms with glass doors encircled the area and were used for more private or intense interviews. But, since most had gone for the evening, save for a few officers doing a night tour, they sat in the open area where it was cooler.

"Sit here," Ellion says, as she pulls out the chair to the tidier of the two desks.

Dobbs takes off his coat and hangs it on a hook above his desk. He knew it was going to be a long night, so he started to go for coffee, but not before asking if they wanted any. Ellion declines, as well as Nolricco, but Ellion insists further by asking, "Sure you don't want a soda? Water? I could call out for some food. You hungry?" She shakes her head, as Dobbs takes cue to be on his way.

Now it was just the two of them again. It went silent, mostly because before an interview Ellion liked to take the time and examine her witnesses or the accused. Because most of what they didn't say would easily show through their body language, so she made it a point to study every person she encountered in order to calibrate herself to them.

Dobbs returns back with a paper cup steaming from its top. He sits back on his desk and sips his drink, cueing Ellion to begin questioning.

"Can you describe what you saw?" she asks.

Nolricco closes her eyes to better recollect as best as she could. Recalling the event she'd just witnessed was like reexamining a nightmare meant to be forgotten. Still, she dauntingly began to bring to mind the terrifying moment once more.

13

Exhibit 10

"I'd heard on the news about the killings and how they were moving close to where I stayed. So I don't know what got into me deciding to go through the docks tonight--- of all nights anyway. I guess I didn't want anyone learning my route home…"

"Because you're a Necrosapien," Ellion adds.
Nolricco sheepishly nods as if she were still scared to admit it. Dobbs silently huffs at the revelation. This was just what he needed: '*another one of **them** to protect*.' As best as he could, he kept his personal views about Necrosapiens to himself; but every once in a while you could catch him expressing his contempt. And right now, Ellion could read from that brief, silent expression what he now thought of their only eye witness. Quickly, she glances over at his reaction, then back on Nolricco.

She swallows hard and continues, "I'd always had problems with my--- rebirth. Ever since last year when I came back to school. One minute you drown from a freak accident on summer break, and the next you're back for fall classes as if nothing happened. The students weren't aggressive at first with their prejudice, but I got the point just as quickly. It started with friends ignoring me, then, threatening letters. And, ever since the first two killings… it was so close to home. Anyway, while walking past the warehouses, I saw shadows behind the doors of one of them. It was the abandoned fish processing plant. I knew that because my grandfather worked there for fifty years before it closed down. I heard struggling and then a muffled scream. Right then, for some reason I knew it, I knew it! It was the killer from the news. I didn't know what to do, so I hid behind some crates. For a long time, I heard nothing. Then… footsteps. He walked out and right past me. I thought I was next for sure, because he stopped and looked around. I guess the shadows hid me well because he then ran off. When I felt the coast was clear, that's when I called 911 from my cell, but I could not leave until people were around. By that time, too many people showed up and--- that's when you saw me…"

"Was he--- holding anything?" Ellion asks.

"I didn't see… I was so scared."

"What did he look like?"

"He wore all black. That's all I know."

"C'mon kid, give us more to work with," Dobbs frustratingly adds. "Was he tall? Short? Fat? Skinny?"

Nolricco nervously replies, "Maybe your height Detective. And--- about your build? I couldn't see the face because the brim from the black cap he wore cast a shadow over him. But he may have been white… his skin was definitely light." By this time she looked visibly shaken from the ordeal she'd vicariously been part of.

"Good," Ellion says as she writes down the detailed notes while trying to compose a mental picture. Ellion, knowing when a witness has given all the information they knew,

14

Exhibit 10

would have let her go at that time, but she was interested in something else; a personal curiosity. "Dobbs is going take you home in a minute, but first I'd like to ask you one more question."

"Ok," Nolricco says. She looks spent from the events of tonight, ready to put it all behind her.

"How did it feel?"

"I'm sorry?" Nolricco asks, puzzled.

"To be--- reborn."

This was more of a personal question from Ellion; personal, because a small part of her was curious about the reanimation process. She'd contemplated once about reanimation on herself, and almost signed up for it when the state offered incentives to the first fifty officers who applied in each precinct. They opted to give 25% disability on top of their salary, anyone who is killed in the line of duty and resurrected back to serve active. But then, it dawned on her. Something about it wasn't right. The thought of her mother, and that battle that ensued between Ellion and her twin sister Sara, all came rushing back to her. She's since never gave the option of resurrection a second thought. Still, there was a sliver of interest that lingered in the corners of her mind.

Nolricco looks at the ceiling and thinks about the one way she could describe the feeling. No words could truly encompass it, and no two opinions were the same between Necros, but she put it the best way she could.

"When I drowned, it felt like--- I went to sleep underwater. I didn't have to breathe, I didn't need to. And then I--- woke up, at a Lazarus center. As if my death was just a dream. But now, I feel..." she couldn't find the words to express how she felt. Ellion pats her on the shoulder as she rises to leave. Dobbs finishes the last of his coffee and grabs his coat. As Nolricco turns, Ellion's precise vision notices something familiar on the back of her ear. It was the same tattoo found on the dead victim.

"Where did you get that tattoo?" she asks.

She looks back at Ellion and feels the area, reminded of the brand she was forced to bear since her reanimation. She goes on to explain, "I was told by the doctors at the clinic when I woke up that it was used to identify me in case of medical emergencies." She then turns, gives the detective an eerie look and adds, "We all get them..."

Taken back for a moment, Ellion then asks, "May I take a picture of it? It would definitely help us out on the case."

Nolricco silently complies by turning into the light and moving her hair out the way for a clearer picture. Ellion snaps the frame and reviews it the small LCD screen. She'd got it.

15

Exhibit 10

She then looks through her saved images and cross-references it with the tattoo from the victim. They were identical in every way. Ellion stares at Nolricco as Dobbs escorts her out. This left an uneasy feeling in her, one that would stick for a long while. But, in the same instant, it also gave her an idea.

"What do ya have planned?" Dobbs asks his partner before he leaves.

"I think I'm going to pay a visit to Sean," Ellion says, enlightened by the notion.

Dobbs knew what that meant. If anything, this was going to be the start of a long night. His sigh came from knowing that there was a load of work cut out for them. "You must have somethin' cookin' up there. Fill me in when I get back then." Between the two, they knew this was a big case. Not because this was just another serial killer on the loose, but that he was dispatching Necrosapiens in a most methodical and somewhat ritualistic way.

16

Exhibit 10

## Chapter 2

Ellion heads down to the coroner's office where Dr. Sean Brindle was starting his shift. He was an eccentric and highly intelligent recluse who thrived in the twilight hours. Once a homicide detective, he decided to go for a more quiet, and what he calls 'cushy' position. That, and his awkward social skills exasperated more so from a recent, tragic occurrence made it impossible for him to interview witnesses or relate to anyone on the squad who he saw had an IQ lower than 120. With a position for lead medical examiner opening up--- and his degree in medicine in tow (one in which he was current not utilizing)--- he took the desk job, feeling the dead had more to say than any witness could anyway; which is why you'd find him studying the victims more than anything else in the field. His partner swore he had necrophilia, and made that a running joke throughout the precinct. (But, then again, *his* wife was once resurrected, so didn't that make him one as well..?)

Hand in hand, he and Ellion could make the most indecipherable evidence seem to have a simplistically plausible explanation. He swore that if he could have Ellion as a partner he'd go back to Homicide, or better still, join the Necro Unit. But, that was just his way of flirting with her.

He was seated at his desk with his back to the door doing what came natural to him; working cold case files and looking at old autopsy photos, all while placing strategic moves on computer chess.

"I have something for you to look at," Ellion says as she holds the threshold of the doctor's disheveled office.

"Always a pleasure Detective," a voice says. It speaks soft, calm, and collected; in an older, statesmanlike cadence that seemed almost as if it didn't match the person to which it originated from.

Even though he made it a point to fully pay attention to Ellion whenever she graced his presence, his concentration could not sway from a critical move that now put the AI's king in check two ways, or from the paperwork scattered across his desk. That didn't stop her from grabbing an open USB cord and linking up her camera to the computer. In an instant the crime scene pictures popped onscreen.

He finally turns to her. "I toy with the computer for an hour, placing him in and out of check. And right when I decide to enter endgame, you appear with something even better for me. How's that for timing."

All the while he is smiling, never once moving his lips; for the distinguished voice wasn't coming from him. It originates from a speaker next to the computer. It lit up whenever sounds were made, and a small LCD screen near the bottom next to various buttons and knobs used to adjust the volume, pitch, etc. displayed his vocal signature in a highly

detailed sound wave. It was definitely cool to look at. What was even cooler was whenever he spoke a blue light glowed softly from his neck where his Adam's apple was.

He now carefully studies the pictures. "And tonight I thought I was going to kill time by working old cases." It now seemed befitting for him to speak in the chosen vocal selection; for even though he was younger than the voice put on; his intelligence was served justice in nothing else.

Sean Brindle was initially diagnosed with Spasmodic Dysphasia, then later revealed that he had a progressive degenerative laryngeal disease; a rare genetic disorder that was, up until recently, found mostly in dogs, but had since started showing up in human cases totaling 3.5% of the world's population. It remained latent until his early twenties, when his voice was developing for the last time into his adult octave. It went from severe coughing coupled with blood speckles to a harsh, toad-like, and painful speech, to total mute within a year. Corrective procedures, including an organ transplant proved to be unsuccessful, as Sean was becoming more and more adjusted to his silence. A final procedure; composed of installing a new, technologically advanced voice box where his larynx once resided was proposed to a now reluctant Sean.

His disinclination came from him since accepting his debilitation, philosophizing at its significance. He'd mastered sign language and rather enjoyed the ability to listen more than speak, as it were. Still, there was something intriguing about it that called out to him, thus compelling him to go under the knife for the revolutionary operation.

The small orb placed in his neck was called a VOD [voice on demand] Box; a Bluetooth-enabled mechanism that allowed him to wirelessly link up to any speaker within proximity and speak in any of the 35 pre-loaded voices at his command. It also had the ability for him to speak in other languages if he chose so. Although the VOD Box was meant to be a replacement to his own vocal cords, it had noting to do with it except for its placement. A series of small wires connected to nerves in the part of the cerebellum that controlled speech stemmed from the VOD Box itself. Everything was actually controlled by thought; from the initial hookup to nearby speakers, to vocal and language selection. Even the tone and inflection whenever an emotion was felt was controlled by him, thus further humanizing this electronic device. All he had to do is think what and how he wanted to say something and it was done.

He both embraced and shunned his new prosthesis. On one side, he was now not only able to communicate with anyone who spoke his native English language, but he could even cross borders and cultures, clearly speaking in a broad range of other languages and dialects; albeit, he was able to only understand a few in return. He also questioned why he felt he needed to have gone through painful procedures to correct something that was already right in his eyes. People were doing too much talking in his opinion; talking about inconsequential ideas, non-

18

Exhibit 10

sequitur rants that made no sense from the beginning. Talking that perpetrated anger, violence and ignorance. He felt a welcomed retreat by his own silence, which is why he opted to only speak when it was absolutely required--- say, when speaking to someone whose dim wittedness irritated him so and he wanted to quickly convey his information so that thy could be gone from his presence as fast as they'd came.

Then, there was the *other* exception…

Still, Ellion opted to sign with him whenever possible. She'd learned some ASL in college but since meeting Sean mastered the language for his sake. She'd come to understand his mixed feelings about having the VOD Box and found a perfect way to relate to him. It was a kindred bond only they shared.

"Not this time," she proudly states. "The vic is a Necro."

"So, he decided to inaugurate your new division," he says with a devilish grin. "I thought the 17[th] was to be so lucky. Why, with their three cases and counting so far. Whoever he is, he's not letting up anytime soon." He then speaks an ominous foretelling of the killer's fate, "When you catch him, be ready to have him brought into my neck of the woods."

"You speak as if you know the perp's a male," Ellion says presumptuously.

"Only a man could be as methodical, cunning, and still have a sadistic agenda; all the while, not letting it show through his victims." He then pulls up pictures and files that he's acquired on the killer thus far. "Pictures courtesy of your friend Maddox Lewis, and files from my 'friends'."

Sean then begins to study the high resolution pictures Ellion had. "I'm so glad that you invested in a high-rez like this. Although I love the challenge, I have to struggle a bit with the cameras the department requisitioned for us."

He then takes Ellion through each scene, breaking down key elements. "As you can see, all of the crime scenes--- yours included--- are clean. The bodies are fully clothed, and otherwise unharmed. The conundrum then becomes, now, how did they die?"

He then looks at Ellion's pictures, in particular; the shot of the wound. "Bingo. You know, for a long while after the first two murders, the police ruled them as suicide. It was easy for them to wrap it up rather than spend man-hours on them. I mean, if I were a second-rate lead with a high caseload on my hands, I'd see it for what it's worth and call it just as blindly as they did. They were both domestic, no blood, nothing out of the ordinary… no cause for concern. That is, until Dr. Raven Hill from the 17[th] couldn't conclude what they'd died of. It takes someone like her to meddle as I do in order to not settle on the easy answer. But, it was still a challenge for her as well, for she saw the wound on the other bodies too. But, she became perplexed as to how such a wound could be fatal. That is when I gave her a trail of bread crumbs. See, a Necrosapien's

19

Exhibit 10

physiological makeup is a bit different from ours, making it hard for a conventional doctor---"

"---medical examiner or the like…" Ellion adds.

Sean adjusts his glasses and continues, "Yes, it makes it problematical to diagnose even the most common ailments. You have to remember, their body is sometimes entirely overhauled, with parts that haven't run for miles like the former. You'd think with fresh parts they'd be better, right? But, does a prosthetic limb really function in the manner the former did? One you spent years mastering? Does it even feel the same? Now, correlate that limb with a heart, lungs, sometimes whole circular, digestive, or nervous systems… Meaning, one could be initially fragile, to paint a more clear analogy."

"I follow," Ellion says, intrigued by his engaging tutorial. Even though she was extremely bright, Sean still made every attempt not to talk over her head with a cadence that made his vast array of medical terminology and other intellectual jargon sound like he always spoke in layman's terms. On the other end of the scope, it was also tactfully done so that he wasn't insulting her intelligence as well.

"And, since scientist can't even begin to decode the mystery of psyche displacement, they're not sure that's even a contributing factor to a Necro's over fragility." He then sits back and begins to recall events not long off. "After it was revealed that the victims were Necrosapiens, oh, that's when Bedlam brooded. Remember the story on *Access: Truth*? They theorized Necrosapiens were 'malfunctioning,' as if they were a soon-to-be-recalled commodity." He lets out a small chuckle, "What kind of asinine analysis is that? I swear, stared at the television for five minutes and pondered that thought, then came to the conclusion I was thinking too hard on this mindless entertainment."

"Well, what do you think could've inflicted such a clean, relatively harmless wound that caused instant death?" Ellion asks, pointing to the spot on the picture.

"Hmmm…" he says, now studying the damage. "Focal, deep penetrating… Looks like the wound's been cauterized too, which is why there's no visible hemorrhaging. Not only that… but it looks as if the instrument is surgical-grade. See, the cut is precise and small enough to easily miss causing internal damage. If the victim didn't have a close-shave haircut, even a seasoned vet would've still missed this entry wound on a first look. Good catch Ellion."

"Thanks," she replies, smiling at the compliment.

"I doubt the initial trauma would've caused death. Judging from the wound, the size of the weapon was roughly small enough to easily miss nicking major blood vessels and cause massive tissue damage, yet strong enough to penetrate the skull; that's even unless he knew to aim between the cranial plates, as it were. So I'm thinking… he may have introduced a chemical agent into the brain through the instrument he's using. Yes, a hypodermic instrument, I'd say six gauge, durable metal, and highly sharpened perhaps...

20

Exhibit 10

He used something that disrupts the brain's activity, causing it to cease function. Something like a neurotoxin would've done the trick. Synthetic tetrodotoxin cloned from a puffer fish, or harvested batrachotoxin from a poison dart frog if I had to guess. The potency from either one of those inserted directly into the brain would dispatch an elephant in seconds. I'd have to take a look at the body and run tests before I could come up with a definite conclusion though."

"The meat wagon should be comin' in any minute then," Dobbs includes, making his way into the office. His presence now changes the mood--- in Sean's eyes anyway.

"Detective Dobbs, always a pleasure," Sean says with such detachment. The two didn't get along, which was the trend when it came to Dobbs.

"Yeah, yeah Brindle, I know you love my bein' here. You got any theories as to what's what?" Dobbs asks, hurried.

"Well, as a matter of fact, we were gaining ground on what might've been the weapon of choice. After we get with CSU, we can then corroborate our findings, which could also give us some leeway on the killer's actions and where he may even strike next," Ellion adds.

Just then, a call comes in through Sean's speaker. "*[kkkzzzzzzzttt] Detective Dobbs or Ellion...*"

Ellion presses a button on the speaker and responds, "This is Ellion, go ahead."

"*[kkkkzzzzzzztttttttt] I figured that you'd be down there Ma'am. You wanted me to let you know when the coroner's wagon arrived. It's pulling up as we speak.*"

"Thank you officer," she says as they prepare to go into the examining room adjacent to Sean's office.

"Shall we?" he asks Dobbs. As they are leaving, Sean signs 'jerk' to Ellion. They share a chuckle.

They walk next door where the sound of the freight elevator can be heard. The instant they arrive the doors open and an officer is seen carting a gurney in with a black body bag upon it. He was CSI Officer Blake Thompson; a hot-shot rookie with a knack for jumping the gun when it came to walking the scene. Sometimes he would luck upon finding critical evidence. Other times, he'd miss the ball completely. He looked a bit agitated, as if his current findings weren't worthy to report.

"Besides the crap that was already in the warehouse, it was virtually clean. I mean, the guy didn't even leave any footprints! We did luck up on something though." He pulls out a plastic evidence bag and places it on the body bag. "This could be the weapon."

It was an ice pick; the weapon Ellion had suspected. But, in that moment it didn't feel right to her. She picks up the bag and looks at it in the light. "You sure this is it?"

"It's consistent with the wound, per your description, and was placed inconspicuously near the exit. There's blood along the shaft, and I managed to lift prints off the handle. We're running them right now," he confidently says.

"Kid," Dobbs begins, "as much as I'd like to agree with ya, I'm gonna have to say that you're way off."

"How so?!" He looks insulted at the notion that Dobbs was questioning his competency.

Dobbs takes the bag from his partner and begins, "Well, you said that the place was clean. Me and Ellion can even conform that."

"Uh huh…"

"Why, then, would a killer as meticulous as he is, be sloppy enough to drop the weapon at the door? I mean, if it were me, I would've pocketed it and threw it in the river later. Or, better still, incinerated the thing. He couldn't have been spooked enough to be that clumsy. Next, the wound was clean. Meanin' whatever poked the vic in the head had to either be red-hot or done by someone who knows their stuff. A doctor, surgeon, even a nurse maybe? Medical people are some of the most manic clean freaks. Which goes back to my first point; why go through the trouble of makin' sure you don't leave a trace but drop a finger printed weapon in an almost conspicuous place?" He then throws the bag back at the rookie officer. "Do ya homework kid. This ain't it."

"How ironic is it then, Pops, that this bloody instrument happens to be at this particular scene?" Blake spits back.

Dobbs throws his hands up, "You got me on that one. But twenty says that's not it. I've been doin' this since you were awkwardly negotiatin' high school and my gut don't lie."

"I see that Ellion's preternatural sixth sense has rubbed off on you Detective," Sean finally interjects, impressed with his process of reasoning. His voice reverberates from all sides of the room, provided by the speakers placed throughout. "Well, all we have to do is get a DNA test and prove conclusively who is right."

"Yeah, and my prints'll get a bead on the creep," Blake assures them.

Still, both Ellion and Dobbs weren't satisfied with the weapon. Although Ellion agreed with Dobb's theory, she was equally curious as to what secrets the item in question could reveal. There was partially dried blood on it, it was consistent with the size of the wound, and it was found at the scene. And, who would be identified behind the prints lifted off of it?

22

Exhibit 10

"Let's take a look at the body shall we?" Sean says, as he pulls the zipper down.

Everyone instinctively puts on gloves as he opens the bag. The body lies with his eyes still open, blankly staring as if it was staring the vastness of oblivion. Because rigor mortis was starting to set in, it was hard to turn the head so they could all get a better look, but Sean manages to set a vantage for the group underneath the high intensity light. They all silently study the small hole and the alleged weapon that inflicted the damage. Sean looks at the hole with the most scrutiny.

He finally says, "We definitely have to run some tests. Give me about a week and I'll have an answer."

"And give me 'til tomorrow and we'll have a match on the suspect," Blake adds.

Dobbs turns to Ellion, who looks unsatisfied and spent from the day's events. "Look, we'll start fresh tomorrow with a good lead on whoever this guy might be." He then says out loud for Blake to hear, "Might not be much, but at least we'll do some footwork, maybe get a new perspective on the scene."

Restlessness started to show on Ellion's face. Her will was strong, but her body was definitely weary. Just before they'd got the call, Ellion was closing out the report on a Jane Doe in which she'd spent the better part of seven months trying to solve. It began from virtually nothing to capturing the killer who'd since made a quiet life for himself out west. Justice was served despite his change of life. As the last period was placed on the report, she and Dobbs were looking forward to a brief break. That's when the call came in. Ellion picked it up and the look on her face signaled to her partner that their job wasn't done. As if it ever would be. Until they were fortunate enough to make it to retirement, or fated to die in the line of duty, their job was never over. But, at least for the night they could rest easy knowing they made some progress. An eye witness, a weapon with prints potentially leading to a suspect, a body shrouded in mysteries waiting to be unraveled...

They all part ways, leaving Sean to anxiously work on his end of the case.

Ellion and Dobbs walk to the garage. It was a ritual they did nightly when it came time to bid adieu. Knowing it would just be a matter of time when they saw each other again; Dobbs grunts a farewell and lumbers to his car. His vehicle was just like him in every aspect; a vintage 1979 Cadillac El Dorado that he picked up at a salvage sale. The inside was littered with empty Chinese food boxes, magazines, crushed beer cans, and other rubbish. It wasn't in the greatest shape overall but it still ran good, albeit it being a little over 100 years old. Along with a host of cosmetic imperfections, the motor was shot partially due to the modifications he did on it to make it run on pyroline; the new fuel developed after gasoline was depleted in 2055. Underneath it all, it was still more reliable than the latest models that ran on the street in his opinion. He grabbed a flask from out the glove compartment and took a stiff swig, pursing his face from the bite of the strong

liquor. He then turns the key and coaxes the engine into turning over. After a few sputters the car starts. Dobbs puts it in gear and departs.

Ellion slowly strolls to her car, trying to keep pace with the thoughts that raced in her mind. It was what her brain did all the time, so to combat it she manually pieced the crime scene together again. She was now calculating every aspect of the environment, trying to gain a fresh perspective. The stale smell of fish from the old warehouse mixed with the churning lake water splashing upon the slime-coated rocks of the harbor outside. The lights; low, yellowish-orange beams flickering from the dock lamps that hung on high, spotlights placed on the corners of the buildings, even the blue and reds from her own department's squad cars. How they all illuminated the scene. The body; how it was positioned on the floor, and the wound in relation to the ice pick found by Blake. Like a virtual puzzle, it was all positioned in its proper place.

Then, all of a sudden, she pictures the face of the victim. It hadn't hit her until just then, the thought of that young man's death. This was the part of the job she feared would forever get to her. The overwhelming thought of the victims--- whether innocent or otherwise--- dying. Although not a finality nowadays, just imagining the suffering one went through in that transition made Ellion miserable at the thought. This was also an element her father struggled with when Ellion was little. He too was a Homicide detective who often took the job home with him. To mask the morbid sights he witnessed night after night, he drowned himself in alcohol, stuck between wanting to make a difference by exacting justice and carrying the burdens of the loss upon his own shoulders. And when cases went unsolved, his depression deepened. He had too big of a heart for the job; something his daughter inherently picked up.

Suddenly, she burst into tears. No one outside her immediate family--- which at this time was only composed of her twin sister Sara--- saw the vulnerable Clara Susan Ellion. One who was extremely bright, yet frightened from the thought of knowing too much. Too much of herself, her father, the job... Along with help of Pexolyin--- a prescription she'd been taking--- she's managed to preserve a pristine image and keep the effects of work from leaving the garage. A good cry, followed by two pills and she was able to sleep.

****

Ellion arrives at her vast apartment to the welcoming cries of her cat Tygor. The leopard-spotted feline chirps a few times while careening through her legs, hypnotized by the familiar scent. This was her way of greeting her master with a warm and much needed welcome. She picks up the cat and smiles, saying, "You're the sanest thing I have in my life."

She cries, "Mmmmrrreowww," in acknowledgement to the compliment.

Ellion then goes over to her television and tunes it to the news. It is a re-air from earlier in the evening. The top story: Necrosapien found murdered in the abandoned warehouse on the south docks. Ellion didn't need a reiteration of something she experienced first

24

Exhibit 10

hand, so she changes the channel to something else. It wasn't as if she were going to watch the television anyway, she just needed something to displace the solemn void of silence that filled the vast space.

The two-level loft was all open area, save for a partition closing off the restroom. The living room was situated in the middle of the space as you entered the apartment, completely unobstructed on all sides. Her office--- composed mainly of a small desk and laptop--- sat off to the left corner near the window facing the city's skyline. Tygor made her way to the kitchen, which was immediately to the right of the living room area. She purred in content while munching on kibbles that replenished itself in the automatic feeder. Ellion sits on the couch and takes off her shoes, trying to massage the stress away from the feet that trekked her through it. The television is now tuned to a panel show, where the topic is usually about the current events of the day.

> "---Our panel of guest are here today to discuss today's topic *Necrosapiens: Sign of Promise, or Sign of End Times?* They're going to try and shed some light on the subject. I'm joined by Dr. Fals McInson; Chief of Medicine at MIU and head of the Department of Revivification at the Lazarus Center's main headquarters. Sir, thank you for joining us... Next, is Cardinal Dr. Julius Raymond Lance; head of the archdiocese. A pleasure..."

Ellion personally tunes in and out of the program, mainly because the pills she took in the car were starting to take effect.

> The moderator asks, "Ok, ok. So what about people with near-death experiences, who are clinically dead for a significant about of time? Is it right for them to be brought back to life?"

> The Cardinal replies, "There's a difference between one who dies on the operating table and through the miracle of science is able to be revived and one who has been dead; I mean with a funeral, burial, and months in a casket underground---"

> Dr. McInson interjects, "But the point is, that they're dead. No matter if it's for five minutes or five months dead is dead. Yes, doctors had the technology and know-how to bring one back from that short span of termination. We just enhanced that technology so that that length of time could be extended. It gives them more time to work on finding a viable cure instead of the high-pressured, quick thinking a--- trauma surgeon faces every moment. It places every patient further away from the thin line of life and death."

> "But now you're assuming a position you're not meant to take."

> "If God didn't want us to save people's lives, there wouldn't be doctors, period. Am I playing God when I prescribe Astrinel to an AIDS patient? Or when I cut a cancerous tumor from a patient's liver? Or, how about when I correct a breeched

birth? Should I just let that baby suffer, not give it a chance because they were fated to be born to die?"

"You as a physician are supposed to preserve and raise the overall quality of life. It was never meant for you to restore it. The order of life ends with death. And all of us will face that. Even if you do resurrect a person, you assume that they have twenty good years left in him. But he will eventually die again. You're changing the fate of that person and everyone he affects in his second life. And that has consequences far beyond you or I can fathom. Humanity has started to become extinct, only to resurface as something else…"

The moderator chimes in, "Okay, we're going to take a break. When we come back, I'll take calls and see what the public has to say about it. And we'll also discuss the recent riots that have broken out in France's Lazarus Clinics. Reminiscent to the Pro-Life protesters of more than a century ago, history definitely repeats itself once again. Stay tuned…"

Ellion has now fully submitted to the slumber her body called for hours ago. Passed out on the couch fully clothed, Tygor jumps on the couch and nuzzles her nose against hers. When Ellion doesn't respond, she then balls up in her lap and quickly follows her to rendezvous with the Sandman.

****

"I got good news! I got a name and an address," Blake says with glee. He approaches the detective's desks with a small slip of paper, which contains the name and address of the man whose prints matched ones found the ice pick.

Dobbs quickly snatches the paper away and studies the name. Dismissing the idea that this was big, nothing more than another lead, he replies, "Okay, I guess we can use the exercise. But, the bet's still on kid. Best this guy can do is maybe give us a better description of the suspect."

"Oh, but you haven't heard the best part," he adds with a grin. "Get this, guy has a sheet. Which means, he has this---" He pulls out a file which contained his criminal history and picture. "Not an impressive rap sheet; petty burglary, car theft, gun possession. So I'm thinking, maybe he wanted to step up his game, and what better way than to target the media darling of the day. What a way to make a name for yourself." He then stands back proudly and boasts, "So when you catch this guy, can I have the collar along with my twenty too?" Blake is now confident as ever in the thought that he's right.

Before Dobbs has a chance to reply, Ellion says, "Put it away boys," breaking up the proverbial head butting that was taking place. She then turns to her partner, looks at the paper and says, "So, it's time for some fresh air then?" Dobbs nods in agreement, and they were off to track Charles Giamatti of 1252 Battery Park.

26

Exhibit 10

# Chapter 3

The address leads them to the industrial part of town, composed mostly of mills and processing plants. Railway lines weaved through the heart of it, ensuring the products and services were shipped to all parts of the country, and the harbor made for international access. This area was familiar to the detectives because it wasn't far from the murder that took place just last night.

"He lives in the same vicinity of the recent murder," Ellion says.

"A little too close," Dobbs agrees. He then suspends his disbelief in Blake's theory for a moment and ponders, "What if the guy was starting to hit close to home?"
Ellion looks at her partner surprised. "This is starting to look plausible to you now?"

He rubs his chin, making the rough scratching sound against his stubble. For the first time, he was greatly considering the possibility. "The kid's hit or miss sometimes. But, maybe…"

"Well, one way to find out---" she says, as they pull up to the address.

The building was old and decrepit, but still very livable. Home to either the workers at one of the last human-run processing plants, people who've lived in this part of town ever since and have never left, and squatters hooked on Herogaline or Hog. This was one of the few standing, fully intact buildings left.

Once upon a time, back in 1999, this area was prime real estate for the immigrants that came over looking for work; easy access to a job that paid decent wages in a strong, crime-free community, with affordable, decent tenements. But, when most of the plants started to close or downsize workers for the more efficient, emerging robot technology, the surrounding area in turn suffered. The once fully-staffed plants could now be run by one person and an IT supporter via remote server in another state. If there were positions for humans, the few there were used them in monotonous and sometimes degrading areas of labor. For the others, joblessness led to crime, crime led to a decline in population, and the decline in population thus hurt the economy.

Buildings that once housed generations now became dilapidated museums filled with artifacts left by people who have since died or migrated elsewhere. The neighborhood was almost a ghost town.

The two walk up to the building and search for the name on the list of bells. After finding it and buzzing a few times, Dobbs says, "So much for this mope," as they prepare to leave.

Suddenly, a man comes walking up from around the corner carrying a grocery bag. He has on a black jacket and wool, brimmed cap. A quick cross-reference with the picture they have causes Ellion to flash her badge as she begins to approach the man.

Instinctively or out of fear, the man drops his bag and starts to run in the opposite direction. Ellion then darts off behind him, with Dobbs bursting into a sprint soon after, as a full-on chase ensues.

"Freeze!" Dobbs yells, pulling out his side arm. The department-issued Smith & Wesson, 9mm, fully-automatic light cannon didn't suit Dobbs' taste, so he carried his own Desert Eagle .50.

> The department weapon: composed mostly of light, strong metal alloys and high-density rubber, looked and sounded menacing enough, but it was designed as a 'safe model'. Meaning, it was successfully able to render a threatening attacker incapacitated through non-lethal means; an amazing hi-tech feat notwithstanding. It effectively combined the technologies of a handgun and taser. What made it cool and the weapon of choice amongst the fellow officers was the dramatic thunder and lightening effect it produced.

> A clip of 'smart bullets'--- highly conductive and elastic slugs with a magnetic core--- were shot down a powerful, contained electromagnetic field, propelling the projectile forth through kinetic energy. On its exit, the magnetic core charged itself up to 750,000 volts. The positive ionic field surrounding the bullet then absorbed some water molecules as it passed through the air and made a trail with the others. Negatively charged ions clashed with the positively charged bullet, which is moving at such a high rate, that in turn causes a lightening effect. But, contrary to being struck by a bolt created by nature, this was the equivalent to a five-second charge on full blast from a stun gun. No armor was able to withstand its fury because the bullets were also capable to absorb moisture the human body produced. The slug not only ensured that the intended target was the only one to be bested, but the sonic boom it produced also knocked the suspect off his feet.

The man runs down the alley, tossing garbage cans in the way as he tries to shake off the detectives. Ellion, who ran track in college, stays on his every maneuver and negotiates every obstacle put in her way. Dobbs--- despite being moderately out of shape--- also keeps pace, being more agile than expected.

The man jumps over a fence and heads down a small passageway. Ellion jumps the fence almost seamlessly and keeps on his trail. Dobbs spies a shortcut and takes advantage of his bringing up the rear. Ellion is not far back from the man, but his knowledge of the area makes him able to negotiate corners that she has to learn along the way. Little did he know that Dobbs was waiting for him around the next corner he turns. In an instant, Dobbs catches him by the collar and swings him around the corner, slamming him into the brick wall. It was done in such a way as to make it look more violent than it really was. In any event, the man lets out a forced exhale from the impact.

"Ooommmph," the man juts, as he tries to squirm from Dobbs' massive grasp. His wiry frame writhes about, thrashing like a trout plucked from the lake. Visibly shaken but otherwise unscathed, the man screams out, "I didn't do nothin'!" as Dobbs turns him

28

Exhibit 10

around and slaps handcuffs on him. The cuffs cinch so hard on his wrist that red marks instantly start to form.

"Is that a pick-up line all you punks say?" Dobbs barks between labored breathing. After securing the suspect and a quick pat-down, he further adds, "I don't need to be runnin' ya down. I got a pack-a-day habit, freak!"

Ellion has now arrived and quickly regains composure. Pursuits--- whether on foot or by car--- lead to a high adrenaline rush, which made officers more susceptible to letting their emotions go at the scene when a suspect is finally captured. They were taught to recognize it and ways to combat it after a chase so as to not fly off the handle and take their aggression out the wrong way. Ellion mastered it, while in Dobbs case, he didn't care. In his opinion, a little roughhousing softened them up and made for a more compliant suspect.

The man continues with his cries. "I think you busted my ribs. This ain't soft bricks you threw me up against."

"Shut up!" Ellion says. This was the last bit of aggressive energy coming out in the form of her stern command. She is now fully back in control of herself and the situation. She looks at him and begins, "The next question I'm going to ask only requires you answer with a nod. Is your name Charles Giamatti?"

Hesitating at first, he slowly shakes his head 'yes.'

"Okay," Ellion says. "You have the right to remain silent. Anything you say hereafter will be used against you in a court of law. You have a right to obtain legal representation, but if you cannot afford one on your own, a court-appointed attorney will be provided." She gives him a firm stare in the eyes and asks, "Do you understand what I just said?"

Again, he nods 'yes.'

"So, is there anything you want to say?"

"I didn't do nothin'!" he protests.

"Other than that, jerk!" Dobbs barks, slapping him in the back of the head.

"I didn't do nothin'!" he persistently insists.

"Okay, so why did you run?" Ellion asks.

"Because, from the way you guys were lookin' at me, I knew that you knew that I had a sheet. And I ain't never got a social call from the neighborhood police department before."

29

Exhibit 10

"Well, you're right. We did have the pleasure of getting familiar with you. And, this isn't a social call. As of now, you're under arrest," Ellion says as they began to escort him back to their car.

"Wait a minute! On what charge?"

"Necrocide. And for makin' me run, therefore pissin' me off! Anything else?" Dobbs says as he tightly squeezes his forearm.

"Owwww! I ain't killed no Zee Pee! Wait a minute---" he writhes about and continues to maintain his innocence as they cart him off.

<div align="center">****</div>

Back at the station, Charles sits alone in one of the more private interrogating rooms. He'd since begin sweating profusely, as his eyes shifted about the stark room. The detectives study him from the adjacent room behind two-way glass Charles makes every attempt not to stare back at. Mainly because he'd been here many times before and he knew that they were looking at him. And, also looking at the reflection of his nervous state only exasperated the situation, further perpetuating his anxiety. Dobbs, Ellion, along with Captain Houston all watched as the suspect grew increasingly restless. Ellion intensely studies him the most. She was attuning herself to him so that she could better read him when it came time for questioning. Every facial feature and unconscious nuance he performed was catalogued in her mind.

He looked weathered by his hard life and whatever upbringing he'd experienced. His face was just as haggard and scraggly as Dobbs, albeit Dobbs looked more polished in comparison. His hair was tousled with no rhyme or reason, with traces of grey at the roots, and thinning at the top; meaning he had to be in his forties. He sat hunched over in the chair as if a long life of poor posture left him unable to sit upright. Ellion could see that he'd done some time because his hands were adorned with prison tattoos. They also had cuts and scrapes of them; some were old, and many more were fresh. She thought maybe those were defensive wounds bravely inflicted by the victim. On first glance and impression you'd write him off as nothing more than a common hood, and he was treated as such.

A man then comes into the room the detectives were in, presenting himself to the party. He is short both in stature and presence and looked out of his element, as if he were completely incapable of handling a case such as this. He looked like he'd be more competent and comfortable challenging tax-law issues, filing more paperwork than the grunt and grit behind representing homicide--- in this case, necrocide suspects. His face was pasty and his palms were damp; he was obviously equally inept as his client.

"Stu Black. I'm here to represent Mr. Giamatti."

"Okay, let's get goin'," Dobbs says as he starts for the other room.

30

Exhibit 10

"Wait," Stu interjects, "I want time with my client."

It was common knowledge that court-appointed attorneys were--- most of the time--- novices, overworked, and almost always the most incompetent legal representation one could have. Dobbs smelled the rookies out and he knew how to negotiate them all. He nonchalantly says, "Fine, whatever," as the attorney eagerly heads into the other room alone.

They stand back and watch as the Stu enters the room to a wreck Charles has now become, soaked in his own sweat. Since they chose not to turn on the intercom, the actions between the two were mimed out in a subtle comical fashion. The disheveled attorney searches for a card as Charles wipes set from his brow. After Charles receives one Stu finds in his jacket pocket, an expression of relief comes across his face. Stu then places his briefcase on the table and begins to search for the necessary paperwork. Fumbling through a few files leads him to what he was searching for. He then talks to Charles in a way that calms him a bit more. Charles replies. Stu then pats him on the shoulder and looks directly in the mirror, nodding to confirm that they were ready.

"Okay," Dobbs says, as they now head to the room.

Captain Houston stops them before they leave. "Wait. I just want you to remember this case is poppin' your cherries. Play by the book, make it clean and quick. I don't want this to slip through our hands because of some small mistake."

"We got this Cap," Dobbs assures him. "The weapon in question that forensics matched to the wound with his prints was at the scene, and we caught him a few blocks from where it happened, ironically where he lives. His description matches the eye witness in build and clothes. Plus, he's got a sap for a lawyer. Believe me, at first I was skeptical, but now I'm thinkin' we got lucky on this one. By tonight, I'll be polishin' off the report."

The captain wanted to be assured it was true, so he confirmed with his partner. "Ellion?" he asks.

During the whole while, she'd been silent. Mostly because Dobbs initial reservations now resonated deep within her. At this point, she was more skeptical than ever. She thought to herself, *'We were a little too lucky...'* After a beat, she finally says, "Let's get his testimony and see first..." as they finally go into the room.

The two enter. Ellion is holding a file that held Charles' rap sheet and the evidence bag with the ice pick inside. Intentionally, Dobbs remain standing with his arms folded behind Stu and Charles while Ellion made her way in front. From there, Dobbs was easily visible in the mirror's reflection staring at Charles, which quickly brought his anxiety back. Ellion placed herself in a position to distract him, then placing the file and the weapon on the table thereafter. Silence filled the room. Ellion stares at Charles, while

from the mirror Dobbs burns a hole in his back. Charles eyes shift between the reflection and Ellion's gaze, while Stu stares at his client, hoping to telepathically calm him down.

"Mr. Giamatti, where do we start?" Ellion says, to his soundless reply. He now sits sternly in his silence backed by the power of his lawyer and the confidence he had therein. She looks at his hands. "How did you hurt your hands?" she curiously queries. Still nothing... "Look, I don't know what your lawyer told you to say--- or not to say, but this is not a courtroom. But, we can certainly take it there if you like." She then curtly affirms, "Confession or no, with what existing evidence we do have, and your resisting arrest to boot, we will convict."

"I didn't do---" he started to say.

"Yes, yes, yes... we've already been through that part before. Now you have to convince us, rather, a grand jury of your innocence. I mean, we have an ice pick with your prints on it, found at the scene of the murder. A murder in which, coincidentally, you live only a short walking distance away from. We have an eye witness that makes your description, and once DNA comes back matching the blood on the weapon with that of the victim's, you and your lawyer will start discussing plea bargains with the DA. Now, before you proclaim your innocence once again by blurting out that you didn't do it, conjure up more from your vocabulary to convince me that you, indeed, didn't."

"Please, I don't wanna get in trouble..."

"Well, you're about crack-deep in it!" Dobbs booms, as his voice reverberates around the room. Charles fearfully shrugs his shoulders in reaction to his abrupt inclusion. Dobbs then grabs the file Ellion had and opens it. He starts to read Charles' criminal record.

"Chuck, geez, you just got out nine months ago! Look at this, this thing reads like a friggin' petty criminal's Christmas list! Larceny, assault, concealing a firearm, petty theft, vandalism; you even got caught with a bit of Hog on ya! But it wasn't enough. Cuz, statistically, petty crooks like you always want a bit more action. Like a drug, you wanna get higher when you become immune to what you're used to. And what better way then to whack a Necro huh?" He then pulls out pictures of the latest victim. They were of him taken at the scene of the crime and of his autopsy later on. Charles winces at the sight, trying not to look.

Ellion adds, "Come on Charles, I know you're not ashamed or freaked out by it now. Some crooks take pride in the handiwork they've done. Were you there in the crowd last night too? Did you come back to take pleasure in what you did?"

"I ain't never hurt no Zee Pee, I swear!" Charles pleads, earnestly hanging onto his innocence.

Dobbs then puts on pseudo-empathy for him, "Hey, I can relate Chuck. I mean, people *are* repulsed by--- Zee Pees anyway, right? Hell, they're second class citizens in my

Exhibit 10

opinion. You're doin' a public service for us all. Or maybe, you were doin' them a favor-
-- the Zee Pees. Maybe they didn't want to come back, and you're just puttin' 'um out of
their misery… right? Just like a Dr. Kevorkian of sorts… ever read about him?" Then, in
a blinding flash, Dobbs grabs Charles from behind and forces him into a one-arm choke
hold in ire from his lack to comply.

"What are you doin'!?" Charles yelps.

"Yes, what are you doing to my client!?" Stu interjects, but leaping away from the small
melee, reminding himself that he's only obligated by the state to help Charles litigation-
wise. He holds up his briefcase to further shield himself from any wild blows that might
come his way.

"Sometimes you force the horse, right Chuck?" Dobbs says, subduing a struggling and
frantic Charles. Ellion stands back and watches as her partner flies off the handle once
again. But she wasn't going to object and run the risk of ruining the apparent good
cop/bad cop routine that was now going on.

"I'm filing brutality charges against you Detective Dobbs!" Stu shouts from behind his
briefcase. By now he's sought refuge way in the corner.

"Eh, get in line pal." Dobbs firmly holds his head in place while he begins to reenact how
Charles might have killed his victims, asking, "Is this how you had 'um?"

"What?!" Charles screams between panic gasps.

Dobbs bears down hard, flexing his muscle under his chin, causing him to be unable to
talk coherently, but Dobbs knew what he was doing. Academy training taught him non-
lethal but equally intimidating submission moves used to scare dim-witted assailants into
compliance. Unbeknownst to Charles, at that moment he was sure he was dying.

"You made them struggle a bit, didn't you? But not so much as to put up a big fight, am I
right Chucky?"

"*hack*----pppppuuuuulllllllleeeeaaaasssseeeee--- *hack*--- aaaaaaaahhhhhhh…"
Charles tries to say, flailing his arms about. He was now seeing blue and purple dots
before his eyes, concentrating on nothing more but desperately vying for another breath.
Just then Captain Houston comes into the room and asks for Dobbs to step out.

Stu--- more relieved than Charles that someone finally intervened the hostile situation---
then fixes himself; straitening his suit, adjusting his tie and glasses, and begins to say,
"Captain, I'm move to dismiss---"

Captain Houston curtly replies, "Dismiss what? You're not in court. Sit down and let me
handle my man, okay?" Stu quickly complies with the demand and makes his way back
beside Charles, who is now gasping for air, nursing his barely-wounded neck.

Exhibit 10

They exit into the hallway where an incensed Captain Houston momentarily stares at Dobbs, dumbfounded on what to say next. He shakes his head in contempt at what he just witnessed. "What's your problem? We've been down this road so many times Dobbs. And you were showing progress ever since I decided yours was a butt worth saving by giving you a unit. Why are you gonna show out now?"

Dobbs tries to reason his tactics to his superior officer by saying, "Captain, I---"

"Shut up. I don't need for you to explain yourself; because I know what you're gonna say." He then rubs his forehead, trying to massage some of the tension away. "Let Ellion handle it from here on out. Because if you go back in there and we lose him--- our only suspect mind you--- you're not gonna even be a towel boy on this team when I get through! Understand?"

Dobbs sighs, "Yeah Cap."

Just then, Sean comes up and approaches the two. "I'm glad I caught you," he begins to say to Dobbs. His voice comes from a small speaker he carries with him, placed in his shirt pocket.

With the mood momentarily changed, Dobbs says in anticipation, "You got some good news. And it didn't even take long as we thought."

Sean adjusts his glasses, he was bracing them for the news, "Well, you're not going to believe this---"

Back in the interrogating room, Ellion manages to diffuse the tension. Then, strategizing a different approach, she reasons with him, "Look, Charles it all points to you right now. And as much as I want to drive this case home, something is telling me that you know something; something that might get you off the hook even. But, you have to level with me, otherwise--- you're tying my hands. Do you understand?"

Charles finally breaks down, "Okay…" He shifts his weight in the seat and attempts to swallow the cottonmouth away. After wiping residual sweat from his brow, he then begins to tell his confession, "I did a lot of stuff in my past. I ain't ashamed to admit it. But, I've changed. The thing is--- other people don't immediately want to think you have. So, I gotta go around provin' it everybody. I figured, until I gained their respect, if that's what I had to do, so be it."

He stares at the ceiling, as if he were now beginning to recall events he'd rather put to rest. "I'd just got out, and I needed work. A buddy of mine on the inside who was released a few months before me says he'll hook me up when I'm out, so I go sees about it. It's a job at the docks. His cousin's husband was the head boss, so he'd made a way for me to get on. But it wasn't easy… My buddy had been gettin' a hard time from the boss--- his cousin's husband--- cuz he's an ex-con, but he couldn't fire him cuz he was family, you know? Boy was I in for the same treatment too… but I worked hard and kept my

34

Exhibit 10

head low. Soon enough, I scraped up enough money to rent an apartment over by the docks cuz it was cheap and close to the job seein' as if I ain't have a car and all. Despite takin' crap day in and day out from him--- workin' odd hours durin' the midnight shifts, and the crap pay--- I just kept my head. Cuz, I was really tryin' to change. But…" he starts to tremble, "takin' all that crap could make somebody like me--- and where I came from--- take him down like that," he says, as he snaps his fingers to accentuate the point.

"But, no, I just--- drank my anger away. Before work, I'd take a drink to help me tolerate this guy; just a beer to take the edge off. I guess I must've been too souped-up last night, cuz my buddy noticed and told me to leave before the boss found out and canned me for sure. I went home--- but on the way, I took a piss in the abandoned fish house. That's all I remember, I swear to God. I know I ain't kill no Zee Pee though…"

Then, it started to make sense to Ellion; him being near the docks, the cuts and scrapes on his hands, and the ice pick. "You work in the other fish house, so you needed the ice pick to do your job," she presumes.

"Yeah! I--- I must've dropped it. I couldn't find it the next day, so I went to the store to pick up another one along with somethin' to eat. See, the boss got on us for little stuff like that, ya know? I would've caught it if I said I'd lost mine and had to ask to borrow another one."

The story now sounded plausible to Ellion. But, there was still one or two things that she couldn't figure out. She asks, "Well, why did you run when we stopped you?"

He scratches his head in embarrassment, "I don't know. When I see cops I get nervous. When you're an ex-con like me, you always thinkin' you're in trouble for somethin'. I thought you would've told my boss I was drunk and I'd be fired."

Ellion sighs in disbelief. She finally owned up to the truth that this wasn't the killer; just a guy with a rap sheet and bad luck. To add insult to injury, Dobbs comes looking as if he was upset beyond words, seeing Sean in the background looking crestfallen as well. In the hallway, he, Dobbs, and the captain all are disenchanted, as if they'd just received grave news.

"Go ahead and tell um. You're the one with the big words to explain it," Dobbs says to Sean.

He is holding a folder containing the results of his testing. He again adjusts his glasses and begins, "Before I initiated the DNA test, its always routine for me to take the sample and get a blood type analysis. This was just to make sure that even the blood type matched. It made for a rock solid conclusion. Anyway, when I looked under the microscope I noticed that all of the blood cells in the specimen from the ice pick had nuclei, even the red blood cells. This circumstance is typical for most vertebrates but, as you may know, red blood cells in humans do not have nuclei. A cross-check revealed that this particular blood sample was taken from an animal---"

"A fish maybe?" Ellion includes.

"Yes," he says, surprised at her accurate presumption. "This was further reinforced when I had foreign material from the handle checked. Turns out, it was scales."

"Back to square one…" an embittered Dobbs huffs. He jabs the wall in frustration and walks away disgusted.

"The reason why I was able to return to you so quickly was because there was no need to administer a DNA test after that," Sean continues.

"I understand," Ellion replies.

"So this guy is worth nothing to us then?" Houston asks, pointing to the interrogating room.

"Other than a bench warrant in Nessex county---"

"Cut him loose. Dobbs already gave him punishment for that violation." Houston then heads off, but before leaving, he has an afterthought. "Reexamine the scene, talk to the eye witness again, cover your bases and let me know if you see something new. And, above all, control your partner." Ellion nods in compliance to his commands.

꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫꠫

36

Exhibit 10

## Chapter 4

Dobbs and Ellion sit at their desks, despondent at what had occurred recently. After what they thought the lead they had--- which at first seemed sketchy, then turned promising--- would facilitate an open and shut case but turned out to be a dead end, only frustratingly led them back to the start in which they faced once again. It had been a few days since, and the case stalled.

"I knew it was too friggin' good to be true. Why didn't I just go with my gut?" Dobbs says. Ire plastered his scraggly face, inducing more creases in his forehead.

"You have to admit, it was a good lead to track down..." Ellion muses, trying to find the bright side of it.

"Yeah, if only it led to a good collar... That creep wasn't even worthy to add to my total arrests." Dobbs then jokes, "You can have 'em if you want. Kid like you needs some perps under her belt anyway." He lets out a small chuckle, which almost sounds like a harsh cough. Nevertheless, it's an emotion evoked in very rare instances. It seemed Dobbs felt able to let his guard down in her presence because she reminded him of someone special; when once reminisced upon, garnered ill emotions, now made tolerable and even pleasant because of closure.

When asked to talk about Melinda by Dr. Allen, Vincent always blows it off as being smaller than it really was. But the department psychologist knew he was eroding on the inside. Because guilt convinced him into believing that he was the cause of her apparent suicide. After the subsequent miscarriages of two babies, Melinda Dobbs wasn't ready to go through the ordeal and emotional yo-yo of another questionable pregnancy, plus the brooding feeling of her inadequacy started to plague her. But Vincent was insistent, encouraging her to give it another try. His instilling confidence in an already emotionally ravaged and self-conscious Melinda compelled her to go for it again. It would turn out to be success for the both of them.

Jean-Ray Dobbs was born a healthy eight pounds, seven ounces; who would have grown to be a doctor like the two had dreamed nights when they were young with him being just an academy recruit at the time. But the post-partum depression that engulfed Melinda following the birth was intense. Thoughts raced through her mind, convincing her that it was only a matter of time before Jean-Ray would die as well. Also causing her to worry was if an ambitious Dobbs, pulling ten-hour shifts, would make it home to her every night.

The breaking point came when one evening she was fixated on staring at the baby for hours on end, sleeping in her crib. She looked as if she were dead--- lying ever so still and peaceful, but was indeed silently asleep. Dobbs was pulling a double at the time--- an attempt to impress his superior--- which meant that she was left alone with the baby all night. And even though Jean-Ray was fine and healthy, the

thoughts of impending danger that raced in Melinda's mind kept her from leaving her side and going to sleep.

No one knows exactly what she may have been thinking, but when he opened the door, Dobbs found his wife masking a pillow over their child's face. He stopped her just as the sharp cries of despair were hushed. Naturally, Dobbs reached for his handcuffs to restrain an erratic Melinda, but it then became surreal to him, knowing he was now arresting his wife for the attempted murder of their daughter. Dobbs could barely make the calls for backup and a medic, but time was of the essence.

With Dobbs by her side, Jean-Ray was admitted into ICU teetering on the brink of death. She would go in and out of a coma periodically. Dobbs' partner at the time was at the precinct trying to reason with Melinda from her holding cell, who was too far gone at the present time to coherently converse with. All she would utter is a lullaby while rocking in the corner of her cell.

Eventually after a week Jean-Ray passed, and Melinda was, in due course, acquitted of any wrongdoing due to mental defect. It was successfully argued by her lawyer that the extreme post-partum, coupled with the sleep depravation she experienced that night, along with the stress of being the wife of a police officer caused her have a momentary break in character; compelling her beyond her control to cause harm to the baby in an effort to, in her words, "---spare her of this bizarre existence we call life."

Throughout the whole ordeal Dobbs never once blamed Melinda for the death, or testified against her, and he even vied for her to come home and fully recover from it all. He earnestly sought treatment options he thought would work, but no medicine would ever make the relationship they once had whole again. One night, while they were in bed, Melinda got up and walked out the house. No jacket, no bag with extra clothes or money, not even a pair of shoes. She walked out of the house and out of Vincent's life forever. Her body was never found, for she'd literary walked off the face of the earth. After a while, Dobbs concluded that she'd taken her own life by obliterating herself in a refinery or smelting plant so that she would never be found but he wasn't ever for sure.

It would be a bitter-sweet promotion for Detective Dobbs, but he felt Homicide would give him the opportunity to at least find Melinda's body so that he could have closure, or so was his reasoning. The search then began to cloud both his initial purpose as a police officer as well as his judgment. When his performance really started to decline as a result, that is when it was recommended he spoke with Dr. Wilhem Allen three times a week. Dobbs cleverly managed to convince the doctor he was competent enough for duty, but that was only to avoid any further query into his life, thus prolonging his mission. Staying on the right side of his captain's graces and keeping--- to some extent--- a low profile, Dobbs finally

38

Exhibit 10

gave up the search and resolved to somehow avenge his daughter by exacting justice on the criminals he tracked. This was done by any means necessary...

Ellion's tone changes to an upbeat pitch, "Well I guess this case isn't going to be easy after all... I'm up for the challenge." Dobbs, in turn, stirred from his seat ready for the next play; he was willing to go on--- grudgingly, but nevertheless.

Just then, an officer comes over to their desks. He looks hurried, as if he has breaking news. "Detectives, we've got another one. This one isn't too far from where the last Necro was found."

"We're on it," Dobbs says, as they both hastily exit the precinct.

**** 

The detectives pull up in Archer's Square; a more populated part of the city. Not a long distance but definitely a whole other world away from the harbor. During peak hours, the metropolis was bustling with people going to and from various places; of culture, for entertainment, or for business. Certainly a difference from the remote section of town where their first victim was found. There is a patrol car parked in an alleyway, which is situated between marquee buildings of various heights but tightly compressed together, soliciting all kinds of businesses. The alley stretched into the darkness of shadows cast by the buildings and was engulfed in steam blooming from the sewer vents. Its seclusion amidst the chaos made it possible for all kinds of goings on to take place. If you were a busy urban trekker and you needed to let off steam--- however one would do so--- it was inconspicuous enough to easily pull off your plan. It was also home to the destitute; which is who found the victim.

Contrary to the docks, the scene was not filled with a crowd of spectators, or even a news reporter providing commentary. The lone patrolman, along with Lenny--- the one who found him--- were the only ones who sat and waited as backup arrived. Dobbs parks the car across the street from the alley as the two get out to meet the awaiting officer. He is securing the area in which no one seemed to care for, as Lenny sits on the hood of the car happily entertained with a hamburger.

"You'd think the crowd would be bigger in the city," Ellion says amazed at the virtually desolate scene.

"This is the city," Lenny starts to say, imparting his street-savvy wisdom upon the detective, "---even if the body lay on the sidewalk for people to see, they would walk over it and continue on with their life."

"Sad part is that it's true," the officer replies.

"What do we have?" Dobbs asks the officer.

"Just a few yards in," the officer directs. "Looks like he's been there for a while. He's all stiff and decomposing."

"Yeah," Lenny starts, "I thought I smelled somethin' funny; that's aside from the smells of the dumpsters. You get used to that kind 'o smell, even the smell of a dead rat or cat. But I knew this was different. See, I live in the basement of that record shop, so it's not that far from where I found it. I got up to go to work---"

"Work," Dobbs says with a sarcastic chuckle.

"--- and I swear I could smell somethin' funky. So I followed my nose and lo and behold."

"Central traced the call he made from the payphone, I was in the area and was called to check it out. I figured, this is your neighborhood, so you were next on the horn when I found the body," the officer informs them.

"Any ID?" Ellion asks.

"No. It appears it's a John Doe for now."

Ellion then asks the officer, "Why did you call us then? We're weaning off our old Homicide cases and only taking Necros. Phipps and Wilson heads---"

"Just a hunch Detective Ellion… I've heard around the precinct and kept up with the news. I figured if it was a Necro, you two would like to be the first to jump on it rather than have Homicide or even CSU walk all through your scene."

Dobbs then abruptly parts from the party and walks into the alley. Taking out his flashlight, he illuminates the ground littered with trash--- among the items; syringes, vials, and condoms. This was definitely a place where seedy people did dirty things. A few paces in, and the alley dimmed dramatically; further blinding a clear view by the steam that fumed from the manholes. With the help of his bright LED, Dobbs eyes the body from his peripheral. It is tucked on the other side of a dumpster, lying on bedding composed of residual trash bags. It was strewn across the trash and looked as if tossed like a rag doll and left in the position it fell. It was beginning to decompose a bit, looking as if it had been lying there undisturbed for days, weeks even. The only visitors that may have visited the body were a few rats given away by the gnaw marks on the fingertips.

*'No fingerprint ID for you either, huh? I guess we're goin' for dental then,'* Dobbs though to himself.

With a pair of rubber gloves in his possession, he quickly puts them on to further investigate the body. He kneels down beside it, welcomed by the potent stench of decomposing flesh complimented by the unattended garbage. The lids have been rotted off, making the eyes seem to be in an affixed wide-awake state. The body eerily stared

40

Exhibit 10

back at Dobbs. It was also hard to tell definitively whether the victim was male or female because the face was almost undistinguishable at this point. Clothes were unisex and baggy, hair was shoulder length, and the chest was either of an underdeveloped woman or a guy who had needed to work on his pecs. But, it would be time to determine the sex later on at the lab.

Dobbs gasps one final big breath before reaching in for the head. As he turns it, the side of the head it lied on is exposed, revealing a cheek full of maggots devouring on its contents. Unnerved, Dobbs checks for the distinguishing mark that would correlate the murders; making for an even deeper investigation. It was just as he thought; it was a victim of the Necro-Killer with his signature puncture into the skull left as a calling card. Dobbs checks for the tattoo but it was hard to make out because of the decaying flesh. Instead, he saw something gleaming just underneath the skin of the earlobe. His quick thinking made him reach for his Swiss pocket knife; for he was about to perform a crude field autopsy on the victim. It didn't take much effort for the small, sharpened blade to slice through the rotting flesh; it was almost as if it were going through sour cream. Dobbs digs out what appears to be a small microchip in which he's at first not sure what it is. He holds it up to the light and studies it hard. It was roughly a fourth the size of a SD memory card or postage stamp. On the backside was three I's embossed on the chip. He placed the item in a small baggie and made his way to the exit.

Dobbs finally emerges from the alley, giving an approving nod to the rookie patrolman while replying, "Some hunch…"

"What did you see?" Ellion asks.

"That kid's almost hamburger meat by now," he replies, shaking his head in repugnance to what he just witnessed. "The killer had the same MO; the body has the wound," he says motioning to his head. "Aside from the trash, the scene's clean. But, the body also had this…" he shows her the microchip. "I found this where the tattoo was, underneath the skin on the earlobe."

Ellion glances at the evidence then asks, "So, no need for pictures then?"

"Unless you want souvenirs of that freak show," Dobbs warns, "Believe me, I'm saprin' you." He then turns to Lenny, who was still happily eating his hamburger. "I don't know how you could eat after seein' somethin' like that. I got almost 20 years on the force and it can still sometimes surprise me…"

Lenny quips, "I've been on the streets for almost 20 years and the only thing that sometimes still surprises me is a stranger's generosity."

Ellion stares at the chip. It got the wheels in her mind turning. "Wait a second," she says, "I think we're approaching this the wrong way…"

"Oh yeah? How so?"

Without hesitation she says, "We need to get back to the station."

"Alright. Back to the station then," he says as they head back toward the car.

"Wait," Lenny starts to say. "Don't I get a reward for findin' this Zee Pee?"

Dobbs says, "You're eatin' your reward," without looking back or missing a step. They cross the street of busy traffic, and get back in the car as Dobbs quickly starts the engine.

The ride back is quiet. Ellion is studying the microchip while processing its magnitude. In her mind, this was bigger than finding the murder weapon at this point. Her partner--- who occasionally glances over at her--- was mostly in the dark right now; just following and trusting her every intuition. But he wanted inside her head so they would be on the same track, so he finally chimes in, "C'mon, clue me in."

She stirs from her concentration. "Remember when civilians were given the chance to register to be brought back upon death? It was the option given at the DMV when they renewed their licenses and ID's?"

"Yeah," he says, trying to follow her.

"This chip must be the secondary identification used for all them, maybe all Necros then. I'm guessing, the reason why these three I's show up on the earlobe is because of the embossed image that rubs against the underside of the skin. That's not the point I was trying to make, but that's just the theory I worked out along the way."

Focused on her intent, Dobbs sternly demands, "Tell me then what the hurry back to the station is."

"That there has to be a national registry listed with all Necrosapiens somewhere--- at every Lazarus Clinic perhaps. All we need to do is first find out how to retrieve the data off his chip. Sean might be able to work something out. And… we also need to find out how to get the chip off the other bodies if they indeed have them."

"That other thing could be a tall order to fill. The 17th might be swamped in cases, but the one thing they're not is generous with is potential breaks in cases."

<p style="text-align:center">****</p>

The next day, Sean arrives at the detective's desks, gleefully handing them a large envelope. "This is what you get when you have friends in all places."

Ellion checks the contents and is amazed at her findings. Sean managed to not only retrieve the chips from two of the other bodies the 17th were handling (the first victim had since been cremated) but he was also able to decode all the chips' data.

42

Exhibit 10

Sean adds, "By the way, the victim was a white male by the name of Bruce Cohen."

"How did you get the information so fast? Doesn't dental take weeks to get back?" Ellion asks.

"Yes, if I used dental records for recognition," he proudly replies. "The chip you gave me is as you suspected Detective Ellion; a secondary identification used to not only log vital information of every Necro registered to some master registry, but also to track them with the homing device integrated within this sophisticated hardware." He looks at it in amazement. "Powerful than high-end laptops were seventy years ago in comparison, no bigger than my pinkie nail…"

Dobbs then asks, "So you got all that from---?"

"The chip of course!" Sean says as if Dobbs hadn't been following. He then continues, "I needed to find some kind of universal memory card reader to access it, an additional adaptor because of its unusually small size, and write a key program so I could get into the software on the chip, but after that it was simple."

"How long did it take you?" Ellion asks.

Sean stares up and to the right, as if he were calculating the total time in his head. "Couple of hours to get the supplies I needed… another hour to prepare; after that, I was in the system."

Dobbs then asks, "So, what did you find?"

"Firstly, the chips themselves are a bio-silicon micro-processor, with a capacity of ten gigs of memory. That's more than enough space to hold data on your existence for a lifetime; medical records, driving records, social security number… that sort of thing. And it also has more than enough space to hold any other information deemed prevalent; grocery receipts, ATM transactions, even library information. It's fitted with a tightly coiled, fine wire made of a highly malleable conductor thinner than and able to transmit faster than fiber optics. I assumed it was an antenna because when unwound, it stretched 30 feet. It confirmed my hypothesis when I saw that it fed right into a radio transmitter. Upon further investigation I saw that this transmitter was capable of an EHF, octa-band, 23.2 gigahertz spectrum."

Dobbs interrupts, "Wait a minute, wouldn't that fry ya brain? Just a hundred years ago people were getting cancer from cell phones, and now this--- this thing emittin' microwaves? All that power right next your skull…"

"It would if it wasn't coated with a durable gel membrane; a compound composed of viscoelastic silica-silicone rubber and small traces of depleted uranium. It's only a few microns thick, but able to absorb the extreme electromagnetic radiation and heat that

comes from the chip as well as moisture from the body. It displaces heat so well, scientist were in development to utilize the technology in space suits. At least that's what I heard."

"Wait a minute," Dobbs says, "Uranium? Silicone? Why aren't people's head fallin' off from all that?!"

"Well its ingenuity is very impressive," Sean says. "It was carefully designed with all hazards considered. The only place where I found the membrane to be particularly thinner is where the embossed letters are located…"

"So, the tattoos aren't tattoos after all… they're brands," Ellion realizes.

"New form of chattel…" Dobbs says. He shakes his head at the revelation; for it looked as if Necrosapiens were being treated as livestock.

"Thank you," Ellion says to Sean.

"This case is getting interesting the deeper we go. Please, keep me in the loop." Sean then departs.

"Sure thing," Dobbs replies as Sean is leaving. This was as close to him being benign to the doctor as Dobbs would get. He was starting to realize just how valuable Sean could be. As eclectic as he perceived him as, and as gruff and abrasive Sean saw Dobbs as, they worked well as a team when it came down to it.

The detectives both begin to examine the files of the previous Necrocides. Dobbs figures what Ellion is now trying to correlate, but it wasn't adding up. Ellion finally deduces, "Okay, so the first victim's an Asian female. The next's a Hispanic female. Next, an African American female---"

"Which would make us believe that he's targetin' ethnic females, right?" Dobbs adds.

Ellion continues, "That's when he becomes an equal opportunity killer... Next, the black male we caught at the docks. The white male who we just picked up---"

"Is he doin' it by numbers then?"

"Maybe..." She thinks out loud, "three by three…"

"A pattern?" he asks.

"The numbers mean something, not only to us but the killer as well. How else could we explain the killings of three women? The next victim is going to be a male, it has to be."

"But why? From the looks of it, they're don't have a thing in common. Different races, ages, education---"

44

Exhibit 10

Just then, it clicks in Ellion's mind, "That's it! That's the thing they all have in common."

A confused Dobbs blurts out, "What?"

"They're all private citizens who elected to have this done through the registry at the DMV. When each one of them renewed their licenses or ID's, that's what they were given the opportunity to do."

"That still doesn't make sense. How do we track the next victim off of that?"

"Now that we know the pattern in which he's killing, it's just a matter of anticipating who's next."

"C'mon Ellion, with a few thousand registered Necros in this city alone---"

Having worked that angle out, she replies, "It might become easier if we take into account a few variables."

She then sits down at her computer and pulls up a map of the city. It had the places where the previous Necrocides took place highlighted. From an amateur's perspective, it looked random. "See, the first one was in Echo Park. Then, the next was in South Rodger's Heights, in the cul-de-sac. It goes on from there... The pattern at first didn't make sense, but according to case history of serial murders and their killing routes, we have to anticipate that he'll strike right here."

Dobbs looks at the highlighted location of the anticipated attack. "Why the Straits?" he asks.

Ellion then takes a stylus and draws a virtual line on screen, connecting the points. When she finishes, she asks, "What does that look like to you?"

Dobbs studies the image hard but can't make it out. After contorting his face, trying to find the answer, he finally concludes, "A squiggly line?"

"Or a snake maybe?" Dobbs shakes his head in confusion. Ellion goes on, "I know it's a far fetch, but it just came to me. What if the killer was trying to tell us something? Not just by the way he dispatches his victims at the scene, but an attempt to create a much bigger picture."

"So, what would be the significance of the snake then?"

She then does a search of constellations on the internet and highlights one. "This is the sea serpent Hydra. It's made up of the same points as the killer's route so far. I thought of a snake when the wounds resembled a snake bite in a sense; small puncture, injecting some kind of chemical agent or other. And then I thought of Hydra because of the multiple heads; most commonly seen with *three*."

45

Exhibit 10

Dobbs stood in amazement at the wonders of Ellion's reasoning. Never in a million years would he'd figured that angle. His style was old school, so a little gumshoe on his part would've extracted results in time for him. "I don't know how you came up with that theory, but we're gonna roll with it. So what next? We look up all the registered male Necros in the Straits and go door to door?"

Nodding in agreement, she replies, "I'm afraid so. If we use the media that might throw us off the path of the killer, being that he'll definitely switch up."

"If he's methodical--- and I'm hopin' a compulsive nut--- he'll keep to his pattern."

Ellion thought for a moment. "We can't risk it."

"Okay, so how do we find the names? They're definitely not with us. Only other people than the Lazarus to have that registry is the feds. Since the government funded the project they've had access to the information and they're takin' their sweet time in cluein' us in."

"I know," Ellion agreed. She then thought, "We're going to take a ride…" The two then leave the station once again. They were heading northwest where the professional buildings were located. This was the part of town where businesses big or small had their regional headquarters located and also where a lot of doctors practiced.

‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖‖‖‖‖

46

Exhibit 10

## Chapter 5

They arrive after an hour in front of The Lazarus Center. The building was perfectly square, perched high atop a mound of stairs almost as high as the building itself. It is a pristine white with silver coated windows that reflected the sunlight in an intense brilliance too powerful to stare at directly. The building is encircled with columns reminiscent to Roman architecture, and further adorned with statues of figures carved from white marble. The two walk up the flight of stairs that stretched long and high to the glass front doors that stand a towering eighteen feet tall. They stare at themselves in the silvery-finished, highly-reflective glass and onto the background of the city's skyline behind them. Their reflection almost looks surreal; as if they were floating aloft, almost transcending to the heavens. It seemed as if the building was intentionally built to resemble Olympus; an incarnation of what a true divine sanctuary looked like, if it were a medical office on earth.

Dobbs reaches for the handle and opens the door. Aside from its brooding size and half ton weight, the door is quite easy to open. They enter to a small reception area where a young woman sits attentively at the desk located off to the right. Everything is white; from the furnishings, computer and flat panel television on the wall, to the uniforms worn by the staff. Lights strategically placed throughout, in addition to windows and angled mirrors, gave the room ideal illumination and also perfectly counteracted the harshness of the spotless white motif on the eyes.

Ellion walks over to the receptionist. She is staring blankly into the screen of her computer. This initially strikes Ellion as strange, mainly because the screen saver's activated. She looks as if she if in a state of cat-like readiness. All it took was the phone to ring, or someone to page her, or, "Hello, we'd like to speak with the chief medical director of this clinic."

Instantly, she pops out of her conscious stupor and says with a rehearsed exuberance without missing a beat, "Welcome to the Lazarus Center: Where we truly give you a second chance to get it right."

Dobbs, who is seated on one of the egg-shaped chairs, hears the introduction given by the receptionist and sarcastically quips, "What, the joyous experience of dying?"

Ellion again request to speak with the chief medical director, to the receptionist reply, "Who may I ask is calling?"

Dobbs now joins Ellion at the desk, where they both pull out their badges. "We're here investigating a string of Necrocides that have occurred recently in the city. We just need some information from your medical director if we could."

"Certainly," she replies. She then presses the intercom and listens for a response on her earpiece. She was paging Dr. Vernon Rolla. "Yes, Doctor there are detectives here to see you… Okay. Yes, I'll send them right up." She then says, "Through the doors, past the

fountain, back to where the elevators are at the opposite end of the lobby, and up to the seventh floor. He has the whole top floor to himself so you cannot miss it."

"Thank you," Ellion kindly says, as the two head through the second set of doors that would lead them to the lobby.

It was a scene of pure radiance. The open space made it possible to see all seven flights up to where the skylight dome on the roof was located. It beamed light down in every part of the day, courtesy of its highly reflective finish. All the offices on each floor could be seen because their fourth wall facing the interior of the lobby was made of glass. The fountain was located in the center of the area; springing forth sparkling, clear water. The nozzles shot the water out in a stream so perfect, they looked like glass rods flying though the air, which shattered in a soft splash at the end of their aerial trip. Atop the fountain was a highly polished, white, granite globe floating on a cushion of water. In its simplicity, it probably meant much more, but at the time they didn't read much into it, because the beauty of the fountain itself took precedence.

The two made their way past the fountain, to the sets of elevator doors located on the other side. Dobbs pushes the button, and its soft glow indicates a response that the elevator was called. Immediately it arrives, as they step inside. The two straight away notice both the small security camera tucked in the upper corner of the car as well as the buttons below the lobby floor. It then became clear to them that the area below the steps outside was more than it seemed. No one had to push a button, for the elevator had automatically started to take them to the specified floor. In an instant the doors open to reveal Dr. Rolla's office.

Just like the theme for the rest of the building, his office was white as well. The design scheme was ultra modern; cold and sanitized. His desk was the first thing you placed your eyes on, being that it was elaborately constructed from glass. It was sparsely decorated with anything personal; his medical degree, a commemorative plaque awarding him on some achievement, but no pictures indicating that he had a family--- or an outside life for that matter. The furniture was flat and square, almost uncomfortable to look at let alone sit on. The center of the room was cut out and gave view all the way down to the bottom of the lobby. As beautiful as it all was, it lacked one thing that made it great; one thing that made it cold and distant, instead of warm and inviting.

Dr. Rolla silently stood by one of the panoramic windows that overlooked the city. He was observing the multitude of people going about their daily lives. Some of which were Necrosapiens who'd been, with his help, given the opportunity to resume that life. He then began to think out loud, "To be given such an opportunity--- To resume one's daily rigmarole--- Going on with the activities that satisfy us, people who humor us, things that entertain us, material items that pleasure us…" He speaks as if he is reading poetry, articulating it in a somber, ominous tone. Just then, an intern and Dr. Rolla's personal assistant, Russ, comes in and hands the doctor a cup of tea. It looks as if he'd come from another room located on the floor. Silently, he stands aside and becomes a wallflower, waiting the doctor's next request.

48

Exhibit 10

Ellion finally interjects, "Sorry to break your concentration, but we have a few questions. It won't take up much of your time."

Dr. Rolla then looks over at Russ, indicating that he could leave. He turns to the detectives and now fully focuses his attention on them. "It's okay. I was just rambling on. When you get my age---"

Dobbs abruptly adds, "What age is that if I may ask?"

He pensively stares at Dobbs, "The question you really want answered is if this is my second time around, right Detective?" Dobbs becomes silent, gazing intensely back at the doctor. "As tempting as another life on this earth may seem, I'm looking forward to what's beyond. So to clearly answer your question Detective... no."

Dobbs then further challenges him, "Okay, so why perform resurrections if you personally haven't tried it yourself?"

"I am a scientist if nothing else Detective. I am obligated to finding out the answers everyone else finds difficult to seek for themselves. Aren't you, too, bound by law to exact justice whether you believe it is right or wrong?" Again, Dobbs is silenced. It was something about the doctor's presence that hushed him, along with Ellion. He seemed as if he had an otherworldly air about himself. Ellion's intuition couldn't determine if the presence was a good or evil force, but a force nonetheless.

Ellion finally begins to question the doctor. "There have been a series of murders going on in the past few weeks---"

"Yes, yes. I've been keeping track of the news as of late. How unfortunate that some---monster is out there undermining all this company stands for with his personal agenda."

"Funny you should say that," Dobbs starts to say. "We were just thinkin' the same thing. As a matter of fact, the way the Nercos have been killed looks like the work of someone in the medical field. Have any disgruntled interns fired recently or doctors who's had a moral shake-up?"

"My goodness, no... We have a waiting list and strict guidelines for people wanting a position at one of our Lazarus Centers. We're on the cutting edge of science and medicine. There are scores of med students, researchers, and scientist vying for the chance to work in this building. The current staff privileged to wear an access badge would not sacrifice their place here by doing something as rash."

Dobbs adds, "Or you'll have them silenced?"

Dr. Rolla pauses for a moment. He could see that Dobbs was one of the types that he had to combat every day. The difference is, he was behind a badge. "I know there may be people who see us as playing God, but others see us as doing only what we were destined

Exhibit 10

to. Science was to eventually bring us to this medical plateau. And here we are to embrace it and share our findings upon the world, as we are obligated to do so."

"Aren't you supposed to respect the laws of nature too? You know, keep the continuity of the order of things? Let sleepin' dogs lie and stuff?"

"So, let me ask you then Detective. You've put in your time on the force, just one year away from collecting your hard-earned pension, when you're called out to the field. In an instant, you're struck and killed in the line of duty. You wouldn't want to come back and see what it would be like to live out the rest of your days as a retiree? Able to play eighteen holes of golf on the Plamar Greens?"

"It wouldn't matter then. Like you said, I wouldn't be interested in comin' back to this mess. Life is all about makin' your way through it until it's over for you. Sometimes, you only get a few years and it sucks. Sometimes, you're one step away from greatness and--- you're snuffed. Other times, you've lived a great life and it's time to go. Why overstay your welcome?"

"See Detective, we just give people the opportunity to have the few more years they're rightfully deserved, or obtain that greatness they so desire. And even to the ones who've lived a long, fruitful life. Even they can have an encore."

It was the classic battle of two sides, playing out just as it did on television panel shows, church debates, senate hearings, and bus-stop conversations. Whoever was right depended on the perspective one took on the matter. But this visit wasn't about the theological, philosophical, or moral perspective of resurrection at all; at the present time it was about finding the killer and solving this case. With that in mind, Ellion steers the conversation back on track.

"So far, we've been able get a pattern and predict where the killer may strike again. His next target will likely be a male living in the Straits. All we need is a copy of all registered Necrosapiens living in that area please."

"I'm sorry, but that is privileged information."

"It would really help us if we could beat the killer to the---"

"And I would be more than willing to facilitate in whatever way I can, but I cannot release that information under any circumstances. What are the chances that these names may be leaked to the media? Hundreds of Necosapiens who expressed anonymity will have that trust compromised and be targeted to hate crimes; another threat they have to worry about."

Dobbs tries to control his anger toward the doctor who talks to them in a condescending monotone and stares at them with an expressionless face, "Oh yeah? Well givin' um all a friggin' Necro-club tattoo sure does express anonymity."

50

Exhibit 10

Dr. Rolla nonchalantly retorts, "That is just the by-product of such technology in a small device as the chip. We needed some way to dispel the extreme temperature given off by such a small, yet powerful processor, so we embossed heat sinks. Specially designed so as soon as the heat touches outside air and through kinetic motion, it instantly dissipates, giving the wearer no sensation of warmth radiating from their ear. Unfortunately, the result is three small scars at the area."

Ellion tries to reason with the doctor, "You do realize that your unwillingness to share this vital information results in you obstructing justice. All it takes is a call to the DA and we'll be back tomorrow with a court order. We just need the names of the Necrosapien residents in the Straits. Do you realize someone will die if we don't get to him first?"

Dobbs then interjects, "Look we can do this the hard way or be nice and---"

Dr. Rolla's face changes for the first time. It was as if something Dobbs said struck him. "What did you say?" he asks.

In a final plea, Ellion says, "All we need are a few names and addresses to one neighborhood…"

Unnerved, and with no sense of compassion, the doctor staunchly replies, "You have your protocol, and I have mine. Although I do feel for the victims of past and for anyone else that will succumb to the killer, I cannot release the information. If you do return with said order, I will have our lawyers present. Now if you please…" Just as he finishes, the elevator doors open. Ellion knows there was nothing more they could do at this time.

As they depart, Dobbs snarls, "You don't feel for the victims. From the looks of it, you feel nothin'." They board the elevator. As the doors close, Dobbs eyes stare deep into the cold, blue eyes of the doctor, both unwilling to blink.

The two leave the building ironically optimistic by the incident that just occurred. Ellion was thinking of her next move; to call ADA Theodore Reynolds and obtain a court order, while Dobbs just tried cooling down. He too was thinking of a way of obtaining the information; albeit, none of which would secure his position at the department.

Just then, someone from far off calls to the detectives, "Pssssst…"

They turn and see that it is Russ the intern. He appeared from the side of the building and looked hurried. He quickly says, "Brooks Café, seven this evening…" before retreating back from whence he came.

The two look at each other. Ellion nods and smiles at the potential it meant. Dobbs couldn't help but crack a smile in return, although relatively smaller in comparison. For him, it meant he didn't have to carry out his plan of busting a few heads to get what he wanted.

****

It was around a quarter to seven when the detectives arrived at Brooks Café. It was in Archer's Square, not but a few blocks from where their second victim was found. Tonight it's packed, bustling with just-coming-off-work patrons who found the nightly special impeccable and pedestrians who sought shelter from the rain that had just started to pour, all while treating themselves to a cup the delicious, imported java. Ellion and Dobbs found a seat near the back in a more inconspicuous booth. Dobbs was nursing a coffee, while Ellion picked at a croissant. Dobbs was also taking a deep drag on his third cigarette. He'd tried to kick the habit, but the job's stress level caused him to come back time and time again. Out of respect of Ellion's request that he quit, he was down to one pack a week; a major improvement for him. But, she knew that in times like these, he needed his fix to get by. Everyone needed their fix to get by in this line of duty. Their compromise was somewhat a happy median.

While they wait, the two witness a patron being singled out. He is seated with his date enjoying the atmosphere, waiting for the arrival of their dinner when they are approached by the manager. He kindly but firmly speaks to the man as his date expresses what is going on through her reactions. The man lowers his head and begins to collect his things as the two leave with the woman now looking distraught. An exchange as such was beginning to become commonplace in this era. What was once done in a more harsh way to people of other races centuries ago, is now done discretely and with some form of respect nowadays to people of other breeds. And proprietors of businesses and services had full right to exercise such discrimination at their discretion. The detectives look at the incident as it unfolds before their eyes and becomes soured by it.

> According to Article 45.2 in the New United Constitution established in 2050, private organizations and businesses could regulate who they would and would not patron to at their sole discretion so long as their discrimination wasn't done in a disrespectful, harmful, cruel and entirely bias manner. Which meant, in this case, one Necrosapien could be served there as opposed to another at the discretion of the owner of said business so long as all Necrosapiens weren't segregated from eating there. No one knows who lobbied for or how that law successfully got passed, but its primary intent was based on empowering local business to regulate what certain illegal immigrants could and could not do in the country without outright endorsing bigotry; but everyone knew that's exactly what it was.

Russ hurries in from the rain and takes off his hood. Instinctively, he heads toward the back, looking around to see if he was followed. After seating himself, he then says, "You know I could get fired for this. Or worse…"

Dobbs defends, "Hey kid, no one twisted your arm to come here. You tipped us off."

He then shakes his head with despair, "If only you seen the things I've seen… And from what I've heard, it's just the tip of the iceberg."
Ellion adds, "Okay, so what do you have for us?"

52

Exhibit 10

Russ begins, "I knew from grad school that this was a big deal; to get accepted for internship at one of the Lazarus Clinics. I mean, people fought tooth and nail for a chance to be where I am. Now I see… From a scientific perspective, this is a great opportunity; to be on the cusp of a medical breakthrough such as this. Who wouldn't want to be part of not only medical and scientific history, but world civilization--- history of mankind altogether--?"

Dobbs interjects, "Cut the speech kid and tell us what you know."

"But you have to know this Detective! It's just as important." Russ declares.

Ellion encourages him to continue, "Go on…"

Russ recollects his first months there, "At first, it was amazing! To be around great minds like Bergheim, Mortophstan, Piles… I mean, it was surreal because I read about them in school and now I was actually working with them, taking transcripts of their research! But--- I was also raised Southern Baptist; which has always plagued my very mind and moral fiber. See, in the world of science, things like the soul, heaven, and God don't compute, let alone are even mentioned. The more I was privy to witness, the more I saw that line between theology and biology blur. You know how when you go through numerous prototypes in order to obtain the device you intended on making?" Ellion nods, "That's how it was with perfecting Necro science. Tests have been going on since the beginning, and are still going on now---"

"What tests?" Ellion asks.

"Reanimation," he says. "You have to remember, we still haven't gathered hard data on the long-term side effects so it's sketchy how they'll react. I used to hear of this place called the 312. That's where most of the *prototypes* were taken." Russ shakes his head. "Fifteen years since the reanimation of Thomas Fairbanks III; the first human ever to be reanimated, and nada! All we were able to do is set guidelines…"

Dobbs was finally interested in what he was saying, albeit he'd still pass it up for the meat of the story. Still, he asks, "So, what are these--- guidelines?"

"We have many. Some found out through trial and error, some were common sense. But there are a few cardinal rules that are etched in stone. One: You don't wanna bring someone back more than once."

"Why?" Ellion asks.

"Initial testing showed that the brain became unstable and the soul flux more apparent with each reanimation. In Layman's terms, it's kind of like the Telephone Game; where a person might send a message to another person, and so on down the line. But by the time it reaches back around to the person whom it originated from, it's a totally different message altogether."

Ellion added, "Or, better still, a copy of a copy of a copy that gets a little more askew with each copy."

Russ shakes his head, "I heard they went through three Chloe's to find that out… But of course the world only knows about the one successful monkey that started all…"

"So what's the next golden rule?" Dobbs asks.

"After a long period of death, don't think about reanimation. Six months became the standard limit."

"Otherwise we'd have George Washington or Gandhi running around here, right?" Ellion adds.

"Too bad for my ex-mother-in-law…" Dobbs sarcastically says.

"That's not to say that a year out hasn't been attempted, the results were just---" he pauses as he reminisces; maybe, on a moment in the lab where he witnessed the result of such a finding.

"Okay, any more?" Ellion asks.

Russ continues, "Actually, just one more, and this might be the most important. Damage to the brain can spell instant death. While a concussion might not cause serious trauma, a blow hard enough could instantly kill a Necro faster than us. Test showed that their tissue connection, especially the nervous system, on a cellular level is 12.5% weaker than ours. So, say---"

"---a precision strike to the cerebral cortex means bye bye..?" Ellion adds.

Russ snaps his finger and points at her. "Exactly! A report from *The Interpreter* on the Necro killings stated that the victims were killed with a sharp, pen-like object struck in the head. Someone had to have known that a strike like that was fatal."

Dobbs sarcastically snaps, "Christ, somebody resurrect George Romero over here."

Ellion then asks Russ, "Do you then have reason to believe that we should check for any of the staff members in the clinic?"

Russ shakes his head, "I don't think so. A great deal of them are either atheist or too focused on advancing to put their position in jeopardy, lest they suffer the consequences. There are a few that think like me, but none of them with the gumption to even speak anonymously with the press."

"Well why are you puttin' your neck out kid?" Dobbs asks.

54

Exhibit 10

Russ thinks about it for a moment, then offers an anecdote of enlightenment. "Everyone's trying to be the next Einstein, Darwin, or Freud; all trying to be a part of a big movement that clearly has cracks in it if you look close enough. I guess instead of being that paragraph or chapter in the history books, I'll settle on being the footnote that saw the cracks and said something about it. Those people are bigger heroes in their own right too, yeah?"

Dobbs nods his head in agreement to Russ's statement. In that moment he'd extended respect to him for his courage against a potentially large and menacing system.

Satisfied that he'd told the detectives all he wanted to get off his chest, he then gets to the point of the meeting. "Okay, now that I've said my peace--- and maybe my epitaph," he jokes, "I've got what you're looking for." He pulls out a list of names and addresses of the registered Necorsapiens residing in the Straits. "I heard the conversation from behind the door when I left the room." Ellion scans the list and becomes overwhelmingly pleased. Russ then looks around, "Well Detectives, that's all I have. I hope this helps you find that guy."

"It just might kid… it just might," Dobbs says as he reaches for his hand. His firm grip says it all. Russ stares back at him square in the eyes and accepts his silent thanks. Russ then heads toward the door and places his hood back over his head. He merges with the sea of pedestrians, vanishing into the crowd.

"We have to set up a grid," Ellion says. "According to the map, it could be anywhere from Cherry Street to Vine."

"Back to the station then," Dobbs says, as they head toward the exit.

# Chapter 6

Captain Houston stands at the podium located at the front of the department's briefing room. Ellion and Dobbs stand attentively at his side. Before him, the room is filled with the 13th precincts' finest; every Necrocide detective and patrolman available, all ready to snare the killer tonight. He then calls the meeting to order.

"Okay people... settle down. Quiet. As you may have heard around the station, Detectives Ellion and Dobbs have been working on their first Necrocide case. It's spread from the 17[th] to us, and it's getting bigger by the day. So much so, that we're calling on all of you to help out. In addition to the rest of Necro handling the other bodies that roll in, we need you beat officers relaying viable information. With that being said, here's where you all come into play as of now. The city's willing to pay us all overtime so long as we bag this guy soon. I'm ready to bring this case home if you are." The motivated group of officers cheer in agreement. "Okay then, Detectives Dobbs and Ellion'll brief you further more on the matter." He then hands it over to them.

Ellion begins, "Now, we just got information on where the killer's next intended target'll be. We're heading out to the Straits folks. Luckily, there's only a hundred and fifty-three registered Necrosapiens living between Vine and Cherry. Each of you will work two-man teams and shake down three names apiece."

Dobbs continues, "We're takin' names, checkin' for anything fishy, and overall makin' our presence felt."

"Yes, and if you see anything--- maybe, even, the killer in the act--- proceed with caution. His weapon of choice may be a sharp, durable, hypodermic instrument filled with a potent neurotoxin."

Dobbs adds, "One jab and it's a folded flag."

Captain Houston closes the meeting by stating, "Okay, mount up! We all come home tonight."

There is a long convoy of police cars, both marked and unmarked units, lined on the GWE heading toward the Straits. Ellion and Dobbs head the pack, determined to make leeway in the case. Time is of the essence, so they sound their alarms on the expressway so that other cars make a path. Within minutes, they are on the exit heading into the Straits; an urban, residential area occupied by graduate students and young professionals. Every car goes to their respective addresses and begins the neighborhood-wide stretch. One by one, doors are knocked on and bells are rung. Some people answer and are willing to comply, while others--- who may have read the recent headlines, are too fearful to come to the door.

Ellion and Dobbs arrive at their second address. It is the apartment of Victor Miles. He opens the door to his surprise.

56

Exhibit 10

"Hello, may I help you?" he asks, a bit startled.

They both present their badges as Ellion introduces the two. "I'm Detective Ellion and this is my partner Detective Dobbs. We have reason to believe that you may be targeted for an attack and we advise that you stay in your house tonight."

"Well, I'm sorry but I cannot adhere to your request. I'm on call in an hour."

Dobbs interjects, "*Call* off. There's a murderer out there and you could be his next victim."

"I'm fully aware of what has been going on and I refuse to be a prisoner in my own home as a result. I chose to be resurrected and inevitably face whatever consequences that were stipulated in the contract I signed, physical or otherwise for that matter. Although hate crimes and the recent murders were not a part of the deal I agreed upon, I suppose this is an unwritten clause notwithstanding. In any event, I have more than my own life to think about. There are others that need my help. Thank God I was given a chance to come back and resume my work. Now if you'll excuse me…" he says as he departs.

Just then, a call comes in over the radio. *"[kkkksszzttt] Adam-one, Adam-one. This is Patrolman Davis calling for Detectives Dobbs and Ellion, over. [kkkkssszzzzttt]"*

Ellion immediately grabs her radio and responds, "This is Detective Ellion. Do you have something?"

*"[kkkkkkssssszzzzzttt] Unfortunately I do Detective. I'm between Shelly and Wilcox Avenue. We're too late… [kkkkssszzzztttt]"*

"Sonofah---!" Dobbs yells as Ellion stands in total shock. It seemed as if the killer was just a step ahead of them in all aspects, as he was able to continue to kill virtually unfazed.

They arrive at the scene minutes later. Part of the team of officers were already there, privy the horrific travesty. Just as Ellion had predicted, it was a male. The body lie motionless in the middle of the quiet street, basking underneath the soft glow of the yellowish-orange streetlight. He was the first victim that was such a fresh kill, this was apparent by the drink he was carrying. The shake still slowly spilled from the container a mere inches away from his fingers. Ellion couldn't believe her eyes. How could this have occurred with such a heavy police force present in this small section of the neighborhood? The killer was elusive no doubt, all the more reason to catch him as soon as possible. Ellion kneels beside the body and stares into his eyes. He's staring back at her, but not making the connection that would a living person. It struck her hard, hard enough to lash out.

"Who had this?" she asks. "Who had this!?"

"I did," an officer replies. "He was first on my list. He wasn't home. I banged on that door for like five minutes---"

"Damn!" she cries out. "Damnit!" she screams even louder, as Dobbs comes to her aid. Outside of her partner, this was the first time anyone else had ever seen her in such distress. But all the officers could relate. Working Homicide was like being an emergency room doctor. You had to detach yourself from the job quickly before it sucked you in and killed you. But everyone had to have that one good cry first. After all, they were only human.

Dobbs consoles his partner. She's not only weeping because of what she sees as her extreme failure, and not only for the loss of another innocent victim, but for the first time of her own struggles and demons. Her father was a Homicide detective who took his job seriously; some would say, too seriously. And after seeing her hero deteriorate courtesy of, alcohol and ultimately ending himself with a .45, she still decided to follow in his footsteps, determined not to let it happen to her. But, slowly it seemed as it were. As reserved as she tried to present herself as, Dobbs knew it was just a matter of time before she reached her breaking point. He'd had his many times over and was akin to dealing with it.

Dobbs looks at the displaced officers, who were now waiting a command, any command. "Break it up, show's over. Let CSU handle his." The officers all disembark with a collective wave of disappointment. This was a hit the whole team took, not just Ellion.

Dobbs escorts his partner back to the car. He places her inside and gets in himself. He then reaches for the glove compartment, where he's stashed a flask. He takes a swig of the drink and feels the after bite burn his throat. He hands the flask over to Ellion, who refuses.

"C'mon, you need it right now," he persists.

"No thank you, I'm fine."

"That doesn't look like fine to me. That looks like, *'If the creep was right here, I'd empty the whole clip and my partner's in him.'*"

She then says with a sob, "We were so close. Almost seconds on his heels..."

"And that's the way it is sometimes. Just when you think you got the creep in your sights, he manages to pull a Houdini. What gets me is when they do it in court. I remember back in--- 81 it had to be. We'd been trackin' the Echo Whisperer for months. I'm leadin' this one and I'm stayin' one step behind 'um but I'm closin' in. Finally, he slips up and we nab 'um. When trial comes, I'm thinkin' it was open and shut. We got corroboratin' evidence, an eye witness--- an actual survivor--- the weapon; the whole yard you know? He pleads insanity and is eventually exonerated. My jaw dropped. And from that point on... my heart just wasn't in the job anymore. I'd played that case by the book, and what

58

Exhibit 10

did it get me?" He takes a pause, then includes, "Let me show ya poetic justice. That killer did it with a sound mind and we all knew that, even his lawyer! On the flip side, the DA was ready to throw the book at my wife for--- How's that for justice? I believed that she was out of her mind, and all she needed was help. All she needed was me--- I--- forgave her. I wanted to help her, I---" Dobbs then stops himself, feeling himself about to let go.

With his eyes now glazed with extra moisture brought on by the heightened emotions, he hurriedly lights a cigarette and takes a heavy drag, chasing it down with a deep swig from his flask. He was trying his best to mask the pain, the guilt... Ellion reaches for the flask and throws back a gulp herself. Dobbs, finally collected, says, "See? So you gotta take it with a grain of salt is all... Because sometimes the right gets wronged--- but... the wronged gets right."

He then drives back to the station where they swap cars for their respective vehicles. Before leaving, Ellion says, "...thanks."

****

Dobbs arrives at his house. From the inside, his presence within the threshold reveals a shadow of a man who looks as if his shoulders are weighted. As brooding as his presence was, there was something able to best him into a slumped position. He enters his place and turns on a light, revealing a room that was just as his desk was, just as his car was, just as his clothes are, just as his life is; a mess. It was a comfortable disarray that he made no qualms about; the only place in this proverbial messed up world that made sense to him.

His fortress of solitude...

It wasn't filthy to where pests made residence with him, but it could definitely use a woman's touch. There was a pile of clothes off to the corner in desperate need of laundering. Files from old cases were carelessly piled in a stack next to his makeshift office space. His 22" flat-panel television sat on milk crates.

He tossed off his shoes, not caring where the projectiles landed, and plopped down on his partially-deflated air mattress. Aside from the sparse-decorated kitchen, he had a whole house that was virtually empty, for he chose to only occupy the front room. It was once meant to be the house he, his wife and many children called home. Dobbs reaches for a bottle of whiskey--- half empty from the night before, and grabs the remote from under his pillow. He intended to drink himself to sleep with the news aiding in lulling him off to slumber. As he departs, the report of the failed attempt to catch the killer was being aired.

"Police were within inches of nabbing the Necro-killer. But he proved to be more elusive than they had anticipated. Currently, he is still at large, but the department has released a description of the suspect. If you've seen anyone fitting the description shown, you are urged to contact authorities immediately. But, under

no circumstances are you to try and apprehend the suspect yourself. Although he
is believed to be targeting Necrosapiens exclusively, he is still considered armed
and extremely dangerous---"

**** 

"Time for a different strategy," Ellion says. This is polar opposite from the Ellion of last
night. By this time, she'd taken her pills and slept on it, and now she was renewed and
ready to take another stab at the case.

Dobbs, on the other hand, was in no shape to be in today. That half-bottle of whiskey
must've had a little more than he realized, because his bloodshot eyes were a dead
giveaway that he was hung over. "Okay," he starts to say, "What do ya got?"

Just as she begins to reveal her plan, Maddox Lewis arrives at the detectives' desks.
"Detective," he says to Ellion. He looks over at Dobbs, who now had his head planted on
the desk. "I see someone took the killer's slip last night a bit hard," he quips.

"What do you have?" Ellion asks.

"I have to take a seat, this is gonna be long…" He pulls up a chair and begins to tell his
tale. "I figured since this case was gonna be hush-hush for a while, I wouldn't be in the
loop, so I decided to do a little research of my own. I went to the Lazarus Center and got
no leeway from Chief Medical Director, Dr. Rolla. That guy sure does have one hell of a
poker face. I tried even getting something from the staff; it's as if they're all sworn to
secrecy or something. Anyway, that's when I decided to search the one place that never
steered me wrong; the internet. You should see the sites dedicated to Necrosapiens! Some
connect it's origins to some mysticism occult, dating back to before we knew it as what it
is today."

"Yeah I know. Some even think that they are descendents of Lazarus himself," Ellion
adds.

"Yeah, I've seen that one too. I'm telling you, I'd gone through pages and pages of sites
with nothing beyond urban legends, superstitious theories, and of course propaganda
from hate groups. That is, until this one site that really stuck out above the rest. It was a
page dedicated to 'true conspiracy theories' covering everything from the 21st century;
old stuff like Katrina, 9/11, Enron--- all the way up to recent events; like, the Lazarus
Project. So, I enter the site and start reading what this guy has to say on Necrosapiens."

As one comes to mind he is reminded of how amusing it is. "Some of it's funny, like the
one where the writer states that some famous celebrities have actually been reanimated
themselves. One in particular theorized that famous actor Brenden Hunter was actually
resurrected once before. It is rumored that he'd crashed his Maharini while vacationing
on the Okemos Islands during the hiatus of production of his latest summer blockbuster. It
also goes on to say that the hiatus was extended because when he was resurrected, he
had to be brought up to speed about the movie plot and relearn his lines. Most people

60

Exhibit 10

agree with that theory, because half-way through the film, one could tell his slight personality change and 'expressionless gaze' in which editors manipulated the best they could. Of course, his publicist still vehemently denies it and says that his attitude change was due to 'script conflicts.' I'd remembered our film critic, Josh Weinstien talking about that movie and noticing the particular change he'd witnessed firsthand himself. After that I had to download the movie and see it for myself. It was almost undeniable."

"Interesting," Ellion states. By this time she'd had an officer bring cups of coffee over to the group, with Dobbs' cup being extra strong and black.

Maddox continues, "The one that really piqued my interest theorized that the Lazarus Project was originally drafted and funded by *The Three*, Thomas Fairbanks was just a front, and that one of the reasons it was initiated was for the advancement of modern-day warfare. If a soldier was killed in combat, he could be resurrected in a matter of days and put back on the front line. The writer backed this theory by pointing out the latest development announced by the military not long ago. I remember it because I had an exclusive interview with General Statainon. Special Aivlar helmets were built with the same technology airlines used for the black box. The theory was further backed by a recent, small conflict in Kenya. The theory goes on to say that it was purposefully started with the intention of testing on the soldiers who intervened the civil clash. Many were given faulty weapons and old Kevlar to purposely be slaughtered and regenerated. Some of the Kenyan villagers are still frightened because of the 'ghost who kept coming back to fight...' When the reanimated soldiers eventually came back home and family noticed a change in them, post-traumatic stress was quickly diagnosed as the cause when actually, soldiers were resurrected two or even three times."

"Russ said that one could only be resurrected once..." Ellion recollects from their conversation at the café.

"It's been said that that project was quickly scrapped because many of the soldiers couldn't readjust to civilian life based on their psychosomatic breakdown brought on by the soul flux phenomena."

"The writer knew about soul flux?" Dobbs finally asks.

"Evidently, this guy knew a lot of intimate things. Another theory suggested that the project was initiated to dispel the existence of God. When scientist and doctors couldn't gather irrefutable information from people who went through near-death experiences brought on by the relatively short periods of clinical death, this was seen as an opportunity to learn from people who could be gone for up to several months. But, information from that also became inconclusive because the resurrected could only attribute their time dead with a 'period of brief sleep', before they woke up in a Lazarus Center. From then, I was convinced this would be a lead worth checking, so I decided to track down the webmaster, which wasn't an easy task in itself."

"Tell us the story has a happy ending..." Dobbs states.

"I'd call it, ironic... My initial email to the webmaster was replied with a highly encrypted message; a mixture of binary code and hieroglyphs, and signed at the bottom: *Mr. Nice Guy ;~)* After trial and error, and with a little help from Dr. Brindle, the message led me to Samuel Nice."

Maddox then smiles at the recollection of their first meeting. "He was what some would call a functional paranoid schizophrenic. With an IQ of 155, he was a complete shut-in who lived in an apartment in Upper Hattan, lined with aluminum foil for wallpaper. He did everything through his computer, so there was no need for him to leave his place. Along with running the website, he made a decent living as a consultant and IT for a computer company, but gave most of his income back in taxes to the government for 'protection'."

"Just what we need, a nut to find a nut." Dobbs huffs.

Ellion enlightens her semi-conscious partner. "Sometimes to catch a psychotic you need help from one. Haven't you seen *Silence of the Lambs* before? It's a classic."

Maddox continues, "At first, I couldn't take him seriously, because he would talk very cryptic. It was a defense mechanism for him, used to deter people who saw him as an oddity and ones he thought were supposedly spying on him. It wasn't until things he said in reference to the Lazarus Project and current events correlating with his theories made sense when I started to really listen to him. I then wondered how he knew so much. That is until Samuel would periodically but ambiguously hint at him playing a small part in the early stages of the Lazarus development throughout our conversations."

Then it occurred to Ellion, "Remember what you said to Dr. Rolla at the Lazarus Center? It had nothing to do with anything other than you saying, '---we can be *nice* about this...'"

Realizing what she was getting at, he replies, "Now that you mention it, I do."

"I noticed that really hit a nerve with him... You think maybe *he* might have---?"

"Probably..."

Maddox, nearing the end of his story, continues, "I would go to see him periodically and correspond through the 1024-bit encrypted emails, gathering what viable information he gave. When we spoke face to face, we would always talk in a hushed tone and for short periods of time because 'they' were listening to us..."

> *Maddox made his way uptown; it was a trip he'd started taking for a few weeks now, ever since he was able to decode the initial highly encrypted email sent from Samuel Nice. It was an exhausting task all in itself, turning a screen filled with what one would write off as nothing more than gibberish, into what was an actual, legitimate message. It was the only way that Samuel, in his mind, was*

62

Exhibit 10

*assured that ones who were persistent, patient, and smart enough to decode the messages would be deemed safe to talk to. For he'd coded messages even the FBI wouldn't deal with so long as they felt it wasn't inciting terrorist threats--- but then again how would they know..?*

*With Dr. Sean Brindle's help--- and even to his taxing efforts--- they were able to decipher what turned out to be just a single line of text, but the final part of the decryption process; a riddle.*

**"Jump is to leap and apple is to: banana... Figure that out and you'll have my sight."**

*Quickly, Maddox was discouragingly stumped. If the encryption wasn't already bad enough, now there was a riddle on top of that. But, Sean seemed unfazed by it. After staring at the screen for a few moments, he simply answers, "Brook Heights, the old McAuther Building across the street from the smoothie shop on Sander West."*

*Maddox is amazed. It took hours for him to decode the message but mere seconds to figure out the riddle. Awestruck, he asks, "How?"*

*Sean begins to break it down. "Although the riddle was littered with a plethora of double-meanings, one word in particular had the most; sight. Not only is it a triple-entendre--- and I'll get to that later--- but you notice that it's also at the end of the sentence. Meaning wherever he is, it has to be at the end of someplace. In this case, the end of the last county before going into the next state; Knox. And, notice that the sentence is only one line; which means you're either meant to take one bus or a train all the way to the last stop. Now, let's get back to the word **sight**. Why, after the complex, encrypted message does he also add this riddle to boot? Because he knows you'd have to be truly a genius to get this. The code was a mere distraction; the riddle was the actual lock you had to pick with an allegorical paperclip. You figure something like this out and he's accepted you because you think analytical like he does, thus, you have his **sight**..."*

*"But you did all the legwork..." Maddox sorely says.*

*"That'll be our secret," Sean says with a smirk. He continues, "Also, he meant s-i-t-e, site; his place. If we correctly figure out this riddle, we'd have his address, so to speak."*

*"Yes," Maddox says, thinking he's caught on to the riddle. He continues, "The analogy in the beginning; 'Jump is to leap...' If we take that and associate it with what is relevant to us--- in this case location of streets, neighborhoods, or counties--- river is to Brook, we're just replacing a word with essentially the same meaning like he did. The same difference goes for 'apple is to banana...' They are two totally different fruits, like, weight is to height; two totally different measurements. Jump is to leap as river is to **brook**, and apple is to banana as*

*weight is to **height**: Brook Heights. It was his way of another way of saying what he didn't say in which we had to figure out."*

*"Nice," Sean says impressed with Maddox's reasoning.*

*"You knew it was across the street from the smoothie bar because if we're right that's the only one that faces the McAuther building in Brook Heights. Maybe the window in his apartment faces the bar directly, meaning he has it in his sights?"*

*Sean agrees, "Hence the triple-entendre... See, in the end you put in just as much legwork as I did."*

*Satisfied with his findings, Maddox gets up and says as he starts to leave, "Well, at least it's a start. Now all I have to do is probably wait at the place and he might show up?"*

*"More than likely... he'll be watching you. When he's comfortable he'll make first contact. Whatever you do, be accommodating to all his demands. Sometimes trust can be broken with a mere sidestep..."*

*Maddox then wonders out loud, "I wonder why some geniuses go mad like that?"*

*Sean leans back in his chair and muses, "The brain--- It is an amazing and complex object. And do you know that we only use a mere fraction of its potential? I guess it was meant that way for a reason, because if we knew all the wonders of this world, our galaxy, the known universe... Who's to say that we would need to wonder anymore? The closer one gets to that revelation, the more frightening a prospect like that seems." He then glances at the ceiling, amused with his final thought on the subject. "That's why I smile an am a bit envious of a child's naïveté."*

*Maddox is now standing in the doorway. Before he leaves though, he asks, "So, how come you're not stark mad yourself?"*

*"I may have knowledge, but I made a choice long ago to reserve myself to only amassing bite-sized reasoning a little at a time. The rest I choose to either work towards understanding or simply leave alone. After all, some ignorance is truly bliss." On that poignant note, Maddox steps out of Sean's office. Before he's halfway down the hall, Sean realizes something. "He also meant c-i-t-e, cite; meaning you may have to have to cite this riddle, otherwise this'll all be for naught," he says, as his voice reverberates throughout the corridor. He then adds, "I think we may have had a quadruple-entendre on **sight**..."*

<div align="center">****</div>

64

Exhibit 10

*It was exactly how the two had theorized. Maddox took the blue line train north all the way to the last stop where just out of the station was Smoothie Juicee, and right across the street was a building. It was old, but up until a few years ago, well maintained. Residents lived in apartments located above the since-abandoned businesses below. McArther National Bank is what that business used to be for a hundred years before it was closed ten years ago.*

*Maddox quickly scans the windows above then focuses on one in particular. It was dead center and had the reflection of the Smoothie Juicee's sign perfectly in its sights. The sign consisted of all kinds of fruits, but the banana and apple were curiously prominent than the rest. Maddox knew it had to be Samuel's apartment, but didn't dare to cross the street and find out. He resolved on going into the smoothie bar until he received some sort of sign. Before he even stepped inside, a payphone located just off to the side of the bar rang. Instinctively, Maddox answers.*

*"You were able to gain **sight** to find the **site**. But it could all be an illusion if you fail to **cite**..." The voice was calm and quiet, similar to an elusive and reserved villain playfully stringing the hero along with enigmatic clues to his whereabouts.*

*This was also as Sean mentioned to Maddox before he left. He confidently yet carefully replies as he looks around, trying to find him, "Jump is to leap and apple is to: banana... Figure that out and you'll have my--- sight?"*

*The phone becomes silent. For a moment Maddox believes that he has failed, that is until he hears a faint buzzing sound coming from across the street. It was the buzzing of the door which led to the apartments above the old bank. Maddox hurries across the street and into the building.*

*From then on Maddox builds a strong rapport with Samuel and comes to understand the method to his madness. They always met in his apartment, but quickly retreated to Samuel's 'safe place'; a renovated vault located in the basement of the building. It had everything a bunker would have in case of nuclear fallout. Samuel said it was his sanctuary because it was really the only place where 'they' couldn't monitor him.*

<p align="center">****</p>

*As they walk to the basement this day, Samuel tokes heavily on a cigarette, generating copious amounts of smoke in the process. Maddox witnesses as he inhales deeply with one hand, shaking in the process, fiercely clutching the pack with the other. It was an off-brand import from the exotic package design and unusual smell. The smoke hinted of a light, flowery scent with an insinuation of marijuana aroma.*

*"They can't focus the laser mics on us this way. The tobacco blend in this particular brand creates micro-reflecting shields. Plus, it's a great smoke..." he admits, chuckling in the process. "You know some cigarettes contain chemicals that help fight cancer?"*

*Maddox, thinking Samuel was secretly getting high, plays along with his theory. "You're saying you're smoking a cigarette that can cure lung cancer?"*

*He replies sharply, "I didn't say lung cancer! And I didn't say cure. Actually, it helps fight--- melanoma..."*

*"Okay..." Maddox patronizes, finally resolving to the conclusion that maybe that tobacco did contain something else. He then says, "Sometimes I can't separate fact from fiction with you."*

*"Haven't I given you the right filters yet?"*

*"Filters?"*

*"Here," he passes the cigarette to Maddox.*

*"Sorry, that's a habit I never picked up."*

*Offended, Samuel snaps, "You're gonna have then trace our voice signatures idiot! The smoke produces---"*

*"Right, right... I'm sorry!" Maddox quickly says. He then takes the filterless, hand-rolled cigarette and puffs twice before violently hacking up half his lung.*

*Samuel pats him on the back and satisfyingly replies, "Now they can't hear us..." Other than reeling from nausea, Maddox didn't feel anything more from the inhalation.*

<div align="center">****</div>

*The two sit in the vault talking. Maddox, seated in the corner on a milk crate, listens attentively as Samuel goes off into another of his rants. At this point he's attuned to innuendos and entendres that Samuel freely spat so his indirect way of conveying concise messages did not fly over Maddox's head as much.*

*"You know when I was 10 I challenged both Bobby Fisher and Big Blue at the same time to a winner-take-all game of chess? No one knew about that... It was close but I won!"*

*"Samuel, how you didn't become some infamous braniac that discovered something great is beyond me..."*

66

Exhibit 10

*He started to speak fast, and when that happened it meant his emotions were rising. "How do you know that I'm not already infamous? How do you know that I haven't discovered negative time theory or zero energy, or that I was actually the first to successfully resurrect a human being? Maybe Thomas wasn't the first and it was a runaway they found…"*

*Trying to diffuse the situation, Maddox quickly retracts his innocent comment, replacing it with, "You're right, I don't know Samuel." After talking for close to thirty minutes, it was now time for Maddox to leave. "Okay, so same time same place tomorrow?" he says as he rises from his seat.*

*"Actually…" Samuel starts to say, "Meet me on the roof tomorrow." He then adds, "You know, tomorrow's never really guaranteed anyway…"*

*After what was seen as an odd, yet, usual non-sequitur from Samuel, Maddox then begins his departure ritual. Samuel insisted that he thoroughly wipe open parts of his skin with 'special wipes', which were really just regular moist towelettes. He saw it as a way to remove residual molecules from the environment off so that no one would track Maddox back to this location. He was also to take a different route home. "**This time**," Maddox thought to himself, "**I'll take a cab north and circle back around…**" However kooky it may have seemed, he came to respect it because in a way he saw Samuel as credible and maybe even, a friend.*

"---It would prove to be right, because on my final trip to see Mr. Nice, he was dead. It looked as if he was poisoned because he was foaming at the mouth when I saw him. He was able to hold on and utter his dying words to me, 'Poe Coe--- Poe--- C---Coe…' The funny thing about all this is that I think he knew he was going to die the last time we spoke. He'd told me to meet him on the roof of the apartment building, which was weird for a few reasons. It was out in the open and on the top of his building of all places. He'd mentioned that he'd never been up there before. When I finally realized that as I was going over there for what became the final time, I knew something was definitely wrong. The cops and medic had already showed up. On my way to the roof, I went past his apartment just to see…"

He lowers his head, relenting from the moment. "I guess meeting on the roof was his way of saying that his soul was ascending to somewhere on high and he'd like to see me there one day… It was the last cryptic message he'd given to me."

Dobbs asks his partner, "Weren't Phipps and Wilson handlin' that case?"

"Yes," Ellion replies. "That was *the* Samuel Nice, one and the same. I heard they ruled it as a suicide because they couldn't find any evidence of forced entry, of anyone beyond Maddox being there, or even signs of a struggle from him. The place was clean, save for the mess he made where he fell."

"If he would'a had the funky tattoo and head piercin' we would'a got that call," Dobbs says with an obscure ironic undertone.

Maddox shakes his head, not able to believe the apparent suicide conclusion brought to by the police. "I know he was murdered, I know it. The pills lying beside him looked too staged if you ask me. Samuel was paranoid beyond comprehension, but one thing he wasn't; and that's suicidal…"

"Well, one case at a time," Ellion says. "But I promise… if there's anything I can do to help with really solving Samuel's case---"

"---yeah, me too," Dobbs includes.

"Thanks," he says to the two. Maddox sips the last of his coffee, mulling over the final residual thoughts. "Anyway, Poe Coe perplexed me for like a week; but what was even more confusing was The Three Samuel had initially spoken of. So here I am, bringing this information straight to you in the hopes that we make something of it. Samuel sacrificed his life because he knew something that's bigger than just the Necro case itself. I now owe it to him to find the truth. And we have to start with Poe Coe…"

Ellion sits at her desk and begins to type. Her first thought is to run Poe Coe as an alias in the database. Nothing. She then looks on the web to find any information. After exhausting the possibility Poe Coe was an ancient book, a mythological rite done by a sect, or even the name of a secret organization or cult, she's stuck with nil. The case was again dead in the water. She then suggests, "Maybe we can all benefit from some fresh air? It'll give us a chance to clear out heads."

"I'm wit' 'cha on that," Dobbs agrees. "Besides, this crap they call coffee ain't workin'." He throws the cup in the trash, grabs his coat and heads off with Ellion and Maddox also parting their separate ways.

<br>

68

Exhibit 10

## Chapter 7

It isn't until later on that night at Ellion's apartment when fate would happen upon her. She'd since spent the rest of the day at home on her laptop instant messaging Sean, trying to solve the riddle of Poe Coe and The Three. She was unwound and relaxed because she was in her comfort zone. Her hair, which for the most part stayed tightly pinned in a bun, was free to fall slightly past her shoulders, draping her back and chest. Wearing nothing but a camisole and boy shorts-cut underwear, a bottle of wine at her side, and Tygor nestling at her feet, she was in the mood to research.

> **Drew62:** ---dr. rolla said that the tattoo ---or brand, rather--- was just a by-product of the heat sink embossed in the chip...

> **4N6:** That may be true, but don't you wonder if that was also intentional?

> **Drew62:** that struck me as a definite possibility.

Sean then deviates from the conversation a bit.

> **4N6:** I never got to tell you that I'm sorry the killer got away from you... I know how it feels to be so close to a suspect just to be eluded...

> **Drew62:** we'll get him. there's so much at stake now... so, any luck with Poe Coe on your side?

> **4N6:** No... this really has me stumped. I've even tried a riddle search, and nothing. Oh, but I have news for you. With a little help, I was able to conclude how the victims all died.

> **Drew62:** great! at this time, i need some fresh news. anything'll do.

> **4N6:** It was an instrument similar to an awl or ice pick, but contrary to my initial hypothesis, it isn't a hypodermic instrument.

> **Drew62:** okay...

> **4N6:** The recent body that was sent to me proved to be a good candidate because he was so fresh. You see, necro bodies tend to decompose faster than humans, quickly breaking down toxins within the body as well. Anyway, I was able to conclude that his brain had no traces of the neurotoxins, rather trauma from an electrical charge...

> **Drew62:** are you saying that they were killed with a stun gun?

> **4N6:** More or less... Think along the lines of a customized short sword. The blade being about eight inches in length, sharp and thin as an awl, modified with some sort of heating element within the blade used to cauterize the wound. And, maybe, also weaved with a highly conductive material--- gold filament probably--- so that a powerful electric current could shock the brain, ensuring death. A high-voltage, low-amperage electrical charge directly in the brain tissue for a few seconds would do the trick and leave us none the wiser. I'm

speculating that the power source for that kind of weapon--- a small, powerful lithium-ion cell--- would be stored in the hilt.

**Drew62:** that is news! at least we know, definitively, how they died now. thank you sean.

**4N6:** As always... a pleasure ;-)

**Drew62:** one down, two to go...

Just then, Ellion's attention is diverted to the television. It was tuned to a random channel playing an old, late night movie. One of the characters mentions a lady by the name of Poe Coe; further stating that she was a voodoo priestess down in the bayou. "I don't believe this," she says.

She then types back to Sean;

**Drew62:** you're not going to believe what i just heard on tv...

\*\*\*\*

Ellion arrives at the station bright and early the next day; for she had what she what she felt was a promising lead. Not so much so in the Necro case, but to something that would help nonetheless. Dobbs also was on time and ready to work. He'd shaved and looked as if he'd ironed as well. Plus, he didn't have the gruff disposition he was known for. Ellion noticed him instantly and asked, "What's up with you?"

Dobbs quickly responds, "Nothin'." But on the same token, looking at Ellion's disposition, asks the same. "What's up wit' chyou?"

In kind, she responds, "Nothing... but the answer to Poe Coe."

Relieved, Dobbs sighs. "Great, cuz that thing had me stumped for all of--- two minutes."

"Two minutes?" she asks in shock.

"We all know who the brain behind this operation is. I figured that you'd get it sooner than I would. And I was right wasn't I?"

"Well... But it was only because I happen to have my television set to a late night movie." She then pulls out a book. It was titled: *The Tomb in the Womb* by Joseph Walters. "The movie was based on this book penned by the author's real life experiences with hoodoo and voodoo in the South. According to his bibliography, he's still alive. All we have to do is track him down and find out if Poe Coe is real."

"What then?"

"Go see her and find out what she has to say."

Exhibit 10

"So I guess our first order of business is to find this Mr. Walters then?"

"No need to break out the phone book, because I have his LKA right here," Sean proudly states. "According to this, he has an address right here in the city. An apartment in the high rises on Mark Avenue."

"How you feelin' Sean?" Dobbs asks him, now looking at him strangely. He appeared to be refreshed as well, an offshoot from his norm too. They all look different to each other but cannot pinpoint why. Maybe the promise of finding Poe Coe in the hopes of opening this investigation wide open sparked some renewed hope amongst the three. Whatever the case, they looked ready for the next challenge ahead of them.

Dobbs and Ellion now embarked on the journey to find Mr. Walters. The apartment he lived in was located in the Pennington District, just up the way from Archer's Square. This is where the well-off kept an apartment to be close to the city. Not only that, only the most exclusive restaurants, expensive boutiques, and cultural events could be found here; an urban getaway for the refined and wealthy.

The building was staggering in magnitude, story after story of retail and living space. This one building alone housed people and entities generating billions in revenue, moving the economy along as they knew it. As they pulled up, a valet immediately opened the door for the two and gave them a ticket. The car was then quickly driven off to the parking garage located below the building. They stood before the threshold of a marvelous tower, as another valet stood attentively, waiting for them to come near so that he may open the doors and usher them inside.

They head straight and approach the front desk where the concierge is seated. This place was highly exclusive to just anyone coming for a casual visit. If you weren't about business, the chances of you getting into one of the two elevators--- located on either side of the desk and manned by courtesy officers--- was very slim. They both presented their badges and asked to see Mr. Joseph Walters.

He politely informs the detectives, "Oh, I'm sorry. But Mr. Walters passed away about a year ago."

Ellion stares at the address list located on the desk. "According to this, you have a J. Walters still living here. I assume this is updated?"

"Oh yes," the operator replies. "The apartment now belongs to his daughter Jane."

"Any chance we can see her?" Dobbs curtly asks.

"Okay... I'll call and see." He dials her apartment and listens for her answer through his earpiece. "Miss Walters? Yes, this is Ray. I have two police detectives here to see you... Well, I don't know---" He then asks them, "What is the nature of this business?"

71

Exhibit 10

"Police business," Dobbs snaps.

"We need to ask her a few questions about one of her father's novels: *The Tomb in the Womb*," Ellion includes.

"They're here to talk about one of your father's books… Okay." He says to them, "You may go up. It's the 22nd floor, apartment 2201."

"Thank you," Ellion replies.

They make their way to the elevator. Just as they're getting on, Dobbs makes an effort to stare down one of the courtesy officers. He'd won. They arrive on the 22nd floor and head in the direction of apartment 2201. Starting from the 20th, there were only four apartments to a floor, which made finding it that much easier. As they stand at the door, it opens to the presence of a demure, old woman. Petite in stature and gaunt in appearance, she leads the detectives in without as much as a word being spoken. They were now standing in the foyer of the high-rise apartment, where straight ahead the living room was located. She then goes into the kitchen.

"Sit, make yourselves comfortable. I was just about to have some tea," she calls out. She speaks with a desiccated, light, British accent, sounding as if she'd once lived in the UK but has since called the States home. She prepares two additional places on the expensive tea set and cuts more finger sandwiches.

She still speaks from the kitchen, "It at first struck me as odd why the police would want to talk about one of the many books my father wrote years ago. Then, it occurred to me that it had to be either the one that was turned into a movie a while back, or his final novel."

She came in with a tray and placed it on the coffee table before them. The cups, saucers, teapot, and tray itself were all elaborately hand painted with elegant designs that screamed it was beyond the reach of either of the detective's salaries. A light wisp of steam stemmed from the spout, as the aroma of its contents filled the air. The sandwiches were cut into even rectangles and had different varieties of seafood paste in between. Some were spiced Alaskan salmon and minced lobster with cucumbers, while others were bay shrimp and king crab with celery. The finger food smells inviting to the two, suggesting the extreme sophisticated taste the host had. They help themselves to the delectable sandwiches, as Jane pours the steaming hot tea.

"I didn't know if you took sugar and milk with your tea, so I brought out both just in case."

"Thanks," Dobbs says.

"Yes, thank you," Ellion replies. She then takes a napkin and wipes the corner of her mouth before continuing, "We're here to talk about *Tomb in the Womb*…"

72

Exhibit 10

"Yes... The little book that could," she recalls. "Between here and London, my father had published over twenty fiction and non-fiction books before then; all having to deal with mysticism in some way. None of which was the critical success as *Tomb*, but he did make a comfortable living for us. So, what you see before you is mainly the result of *Tomb*. We'd just moved to the States--- well, my father was already here and we would be back and forth--- but when we finally settled here, that is when he decided to do research for his next book. He'd been gone for a month--- but when he came back, he was excited; mostly excited to be back home. He said it was as if he'd been gone forever. As I think about it now, that struck me as odd, oh but not then. By that time, he'd already had pages of a rough draft finished and notebooks filled with information; notes and strange drawings of figures. I couldn't make heads or tails of any of it... but then again, I was so young then. Anyway, he soon began to work on a final manuscript, and within a few weeks he was done. It was what he called, 'a fictional true account'. I can remember the phone call he'd received from his publisher. They said that it was the best work he'd done and they were making it a top priority at the company. To boot, his advance was the largest he'd ever received. From then on the success was surreal; number one best seller for a whole year, millions sold worldwide and of course the movie..."

Ellion then says, "We're trying to track down Poe Coe, if she's even real."

"Oh, she's real I'm sure... The basis for the novel itself, albeit, she only plays a small role in it. That is all my father would talk about; Poe Coe... I'm sure she's still down in the Louisiana bayou. He mentioned in his book that he'd met her 'where the sun bleeds' whatever that meant."

"So what about his final novel you mentioned earlier?" Dobbs asks.

This must have been a difficult memory to recall, because for a moment she could not speak. But, after patting a napkin in the corners of her eyes, she starts. "After the huge success of *Tomb*... the publishers urged my father to write a follow up." She then thought and replied in bitterness, "Businesses. They always want you to top yourself no matter the cost... He tried, but it was as if he'd been drained of creativity. After a frustrating year and just half of the book done; he decided a trip might revitalize his creativity. At this time he was older and he was now suffering from a weak immune system. His doctor said he wasn't supposed to travel as much, and surely not to eat anything he wanted from foreign lands. But, it was a trip to the Bados Islands that would prove to be tragic. Always the adventurer, my father had tried needled puffer fish; a native only to their shores. Deadly to 99.9% of the world population, he was advised not to eat it. But of course... He--- " she stops herself.

Ellion tries to console her, "I'm sorry we had to mention it. You don't have to go---"

"No, I'm fine," she kindly protests. She wipes her eyes and resumes. "You see, he was able to--- come back. He'd requested that we reanimate him if he hadn't finished the novel. At first we'd took it as a joke but he was indeed very serious. So we did just as he asked. He was gone for only a month, but when he came home from the Lazarus

Center… he wasn't the same. I mean, he talked, walked, acted like my father but--- it was something in his eyes… He insisted that he resume work on his book, but he couldn't remember what he'd written about. After reading over the first half of his manuscript and notes, he began to finish what he'd initially set out to do. The result was--- Well, critically people didn't know what to make of it. They said that it was as if two people had written the book. It was in his same style but the last half was plagued with enigmatic chapters, ambiguous paragraphs, and obscure references to worlds and things beyond our understanding… It became a popular cult piece among professors and scholars, but was too over the heads of the general public and literary elite alike. Aside from us, no one had known that he'd been reanimated, and in some way I believe he'd planned it as such. That book sparks debates even today about the central message he was trying to convey. Even as I read it now, I still cannot fathom what he meant to say."

"Thank you," Ellion says as she gently pats the old lady's hand. She and Dobbs get up and begin to leave.

Jane then, as asks the detectives, "You wouldn't happen to be the same detectives investigating the recent murders that I've heard about?"

"Yeah ma'am, that's us," Dobbs replies.

She then cracks a small smile. "I knew there had to have been a reason why I felt compelled to speak with you so candidly. You see…" she then shows the detectives behind her earlobe, she had the brand.

The two say nothing, as they exit the apartment. They both now realize that the chip wasn't implanted into the citizens that voluntarily vied for the reanimation, but also the rich that paid for the procedure as well. The revelation just made this query that much more of a complex conundrum. The elevator ride down is silent as well, for it was taking them respectively a moment to process all that they'd taken in. It was clear what the next move was to be; heading south to finally meet the real-life Poe Coe.

<center>****</center>

"I cannot authorize that," Captain Houston staunchly replies as he sits behind his desk. "If it were before the fiasco that happened a few days ago then maybe it would be no problem. But now the mayor's on my back since we made no bust."

"But this'll guarantee a lead!" Ellion protests. She and Dobbs sit opposite the captain pleading their case.

"I don't care about leads anymore. I need a body!" he replies. "This guy's killed three in our jurisdiction already and you mean to tell me that some voodoo woman who may or may not exist will give you the killer on a silver platter?"

Exhibit 10

Dobbs begins to speak, emphasizing his point by banging his fist on the desk. "Cap, what we're sayin' is that this thing is way bigger than the murders. And if you give us time we'll blow this case wide open. You're actin' like the use of psychic detectives aren't used anymore. What about the Paper Street Strangler back in 85? All we had to go on is some old bones and who did we use, that lady who runs the tarot card readin' place over in The Village."

"That was just a lucky hunch, we still needed concrete evidence to convict him," Captain Houston retorts.

"Look Cap," Dobbs reasons, "I'm just as skeptical as you, but really what does it hurt to go see, tax dollars? If this wasn't an election year I betcha we could do this and make a vacation of it too. But it's not. Two days max and we're gonna come back with somethin'," He then looks over at his partner, "I put my badge on it."

"No need to worry about it anymore, we're taking over the investigation now…" The voice comes from behind the two, with Captain Houston clearly able to see who it originates from.

They turn to see it is a woman in a black, skirt suit. From top to bottom she is immaculately pressed, poised, and the look on her face reads business. Her hair is pinned back in a tight bun, with two chop sticks holding it in place. It was the only indication she wasn't a total stiff. This was Ellion, squared. She has a tag that is clipped to the lapel of her jacket. It indicates that she's FBI. She is reading information from a file; it is the file of the Necrocide case. A case both Dobbs and Ellion had been diligently working on for the last several weeks.

She closes the file and formally introduces herself. "I'm Special Agent Allison Ponté, Captain Houston. Detectives Dobbs and Ellion… good work, but this situation is beyond your resources and exacerbating itself by the day. The media is only adding fuel to the fire and the public is on the verge of civil unrest. After the failed attempt to capture the killer, we were brought up to speed on the situation and I was given this case. We'll assume responsibility from here on."

"No," Ellion says, "You can't do that! This isn't a threat to a political figure or a terrorist act."

"Yeah, it's just some nut with a fetish for baggin' Necros. Let us do our job already."

She speaks to them condescendingly. Not even directly to the detectives, rather, at them. "Whether or not you've been informed, since the government has taken over funding for the Lazarus Project, all property therein became ownership of said entity. Necrosapiens who were registered through the DMV--- a federal agency might I add--- and chose to be a part of the program, in turn became property of said entity upon reanimation. If this were killings of private citizens who paid for their reanimation outright, I would not be

75

Exhibit 10

here. But, since I do work for said entity, and property of said entity is being compromised at a staggering rate, it is my duty to protect the interest of my employer."

Dobbs rises from his seat and snaps, "This is bull---!"

Special Agent Ponté then directs her attention to the captain, "We already know that the city's been in the red since the mayor decided to establish Necro units, and the recent incident which cost the city thousands of dollars in overtime hasn't made you look favorable as well. I'm doing everyone a favor before careers are on the line."

"No, you're not! You're snatchin' our case right out from under our nose! This was our first case!" Dobbs barks.

Unfazed, Special Agent Ponté stares him in the eyes and retorts, "We all know of everyone in here, you are the one on the thinnest of ice Detective Dobbs. Captain Houston was doing you a favor when he decided yours was a job worth saving, so I would put that bravado of yours in check and be grateful that someone else is, again, bailing you out."

The detectives look over at their captain, who was spellbound at what had just occurred and couldn't say much of anything. Finally, he utters, "We'll have to reassign the two of you. Until then, take a case from Homi---"

Dobbs then storms out of the office. Ellion sits in the aftermath, she is beyond disappointment. This case did have its ups and downs, but it was a labor of love, so to speak. And just as they were nearing a new plateau, it was taken away from them. But in that same instant, it reminded her of the conversation she had with Dobbs in the car the night of the failed capture.

> "...that's the way it is sometimes. Just when you think you got the creep in your sights, he manages to pull a Houdini--- So you gotta take it with a grain of salt is all--- ...sometimes the right gets wronged--- but... the wronged gets right."

Ellion leaves out of the office to catch up with her partner. She discovers he isn't at his desk. She then goes to the garage, as he is pulling out to leave. She stops him in the nick of time and rushes to his side. He rolls down the window as she says, "Wanna do some old fashioned police work?"

Dobbs cracks a small smile and looks at her with a suspicious stare. "What cha have in mind?"

She nods her head, sassy-like. "She don't know about Poe... How about we put in for vacation right now and take a trip?"

Dobbs agrees, "RFK in an hour?"

76

Exhibit 10

Ellion smiles as the impromptu plan comes to fruition right before their eyes. As Ellion jumps in her car, Maddox arrives. He catches the two before they depart.

"What's up?" he says.

"Sorry, we're in a rush," Dobbs growls as he peels off.

Maddox chokes on the exhaust and burnt rubber that fills the air. After waving the smoke away, he then asks Ellion, "What's the rush?"

"We found out what Poe Coe is, rather where she is."

"Really!?" he says excitedly. "Okay, I'm coming with."

"Meet us at RFK in an hour then. We're taking a flight." Ellion pulls off and is gone in an instant.

# Chapter 8

Dobbs and Ellion are seated in a bar at the airport. They have about an hour before they're to board their flight. Between the two of them butterflies were abundant. Ellion wonders what she'd find out in meeting Poe Coe. For a great deal of her life, everything she'd ever known and was taught to her was based on things tangible. It wasn't until reanimations begin to surface that her perspective changed. Now she was becoming more and more curious about the mysteries of things unseen. Things like superstitions and urban legends were now becoming not so far fetched in her eyes. To relax, she helps herself to a drink. Nothing harsh like Dobbs was drinking, just something to take the edge off and calm the nerves. She'd made a glass of wine her choice of drink within the confines of her home, why not here?

Maddox arrives with a gleeful grin on his face. "This is how many 'a exposés were written. It's good to be back on the road again. I feel like a junior reporter again."

Dobbs gruffs, "Wait a sec, who invited you?"

He defends, "What do you mean who invited me? If it weren't for me, you wouldn't be taking this trip. Plus, like I said I owe it to Samuel to see this out."

Dobbs looks at Ellion, "I'm not sharin' a room with him."

Maddox retorts, "Please, I've seen your desk, your car… Lord only knows how you keep your place. You think I can't afford my own room? What if I told you that this was all on _The Interpreter_?"

"Wow, you got them to comp this trip for you?" Ellion asks.

He embarrassingly scratches his head, "Well, not exactly. I told my boss I was heading out to do a story on the road. Depending on if it's good enough he would pay for the trip and all expenses." He then turns to Dobbs, "But that doesn't mean I don't have credit!"

"Whatever…" Dobbs says as he continues to sip his drink.

On the plane, Ellion commits the time to reading as much of Joseph Walters' novel: _The Tomb in the Womb_ as she could. She found it captivating and very thought provoking. She didn't realize it but she was going through the pages faster than she'd imagined, for it was an easy read considering the multifaceted theme. It chronicled a fictitious character's journey into the mysterious and rather complex world of voodoo. What he discovered as an outsider, myths that were dispelled, and ultimately realizing a grim mistake he'd made coming there. Mostly because near the end, the character feels he has finally learned the ability to cast a spell, but it goes terribly awry. It ends with the character wandering the earth indefinitely trying to find 'home'. Ellion then wonders how much of this story was really based on Joseph's real life experiences down there.

Exhibit 10

They arrive in Louisiana three hours later, no worse for wear. Since none of them checked luggage, they immediately proceeded to a rental agent booth in order to obtain a vehicle.

"Okay," Maddox starts to say, "I'll get the car and Dobbs'll handle the gas."

Dobbs protests, "What, and let her handle all the easy stuff like the drivin'? Equal opportunity pal. Aside from the meals and room, we split this."

Elion adds, "Thanks Maddox, but I'd like to pay my way if that's okay with you."

"Sure…" he sorely replies. It was a failed attempt at being chivalrous.

They board a bus which takes them to the lot where their car awaits them. It is a 2096 Toyota Scion XR; known for its speed, rugged durability, and high fuel efficiency. This car was able to withstand the punishment from the back roads of the bayou while still allowing them to ride in comfortably and style. Their first stop would be the hotel where they could regroup and come up with a plan on finding Poe Coe.

An hour later, they were commiserating over dinner in the hotel's restaurant. It was a small, intimate place illuminated only by candlelight and the full moon beaming through the old windows. As with the rest of the hotel, the French Creole architecture was evident within the restaurant. The three sat at the table and listened as Ellion gave her theory as to where Poe Coe might be.

"According to the book, and what Jane Walters mentioned, Poe Coe lives where the sun bleeds. If ever you've seen the sun setting on a summer day, it looks like it's really red and runny---"

"Almost like a broken egg yolk," Maddox includes.

"Right. That means we should head west. Since we have a direction, we should now focus on specifically how far out she would be." She then pulls out an atlas of the city and surrounding counties. "There are several swamps in that direction. All we have to do is work our way west for, say a hundred miles, up until the last---"

"You're not gonna find her that way," an ill-omened undertone reverberates. It sounds as if it came from someone who was well into their late years; wispy but heavy, backed with a lifetime of wisdom. It was from a patron who sat deep at the end of the bar. He sat so far into the corner that shadows covered a great deal of him. All that was visible were his right hand wrapped around the glass of a deep, dark drink, and the other holding a cigar that would periodically disappear into the shadow then illuminate its red hot ember. The huge cigar generated the most exotic and highly pungent aroma that hung heavy in the air like an ominous storm cloud. The mysterious character then turns to the three and addresses himself. "Just call me Billy…"

79

Exhibit 10

"Okay Billy, so how do we find her then?" Dobbs sternly demands.

He mysteriously replies, "One who knew how it is down here could find her easily. One who was in despair she would find. Those who sought after her… needed help."

"So, how much is this help gonna cost?" Maddox asks.

"Oh no," he says. "The question is; how much are you willin' to pay? I asked the other man that same question, and I could feel that he was willin' to bet it all."

"You mean Joseph Walters?" Ellion asks.

Billy takes a drag of his cigar and inhales so deep that the glow partially illuminates him. They were able to only capture a glimpse of him. After blowing out a thick billow of smoke, he then says, "The man who wrote the book that changed his life. Yes, what a price he was willin' to pay."

"And what *would* it cost us?" Ellion asks.

"You seek answers, answers that could not be resolved where you come from. Poe can not only answer them, but also ones you were fearful to ask. Only when you let go of your fears will you be able to find Poe. Only when you're ready to know something about yourself will the path of the bleeding sun be revealed."

Dobbs and Maddox's visible skepticism had them ready to write Billy off as nothing more than an old coot spouting forth superstitious nonsense. Dobbs being the more vocal of the two, says, "Cut the crap. I had a partner that worked vice down here, and he said con artist like you are a dime a dozen. So what's next on your scam, you tellin' us to take a ride with you to a place where you and your cronies rob us gullible tourist blind? Take a hike bozo…"

"I would not take lightly or make fun of things I do not understand Vincent…" he says. That stops Dobbs dead in his tracks. At that point he and Maddox become full believers. Billy again takes a deep drag from his cigar and blows out a wisp of smoke. This time, it looks as if it's formed the shape of a snake, slinking higher and higher into the rafters. He chases his smoke with a drink, in which he finishes off in one gulp.

Ellion, herself now a bit spooked, dauntingly asks, "How do we know then?"

"Your dreams will tell you so…" he says as he begins to exit the restaurant. The shadows tend to catch his face on the way out, giving them no opportunity to clearly identify him, thus solidifying his uncanny mystique.

The group maintained dead silence for a moment. The occurrence not only made Maddox hurriedly quell his skepticism, and Ellion really consider what the mysterious man had to say, but it also shook Dobbs right down to the bone. This was the first time in a long time

80

Exhibit 10

he'd ever been frightened like that. And no one outside of his father had ever called him by his first name and in the way that he did. It was as if his father's spirit was channeled through the man. The impression stuck with Dobbs.

Ellion finally says, "I think it's safe to say that we're calling it a night?" as the rest agree. They finish up, pay the bill and go off to their separate rooms.

****

Dobbs lies on the bed looking at the ceiling fan slowly rotate; it was hypnotically calling him into a trance. He is reflecting on the events up until this point. Not just of what happened at dinner, but of everything. He looked back on his life trying to pinpoint the exact moment when it all fell down for him. When, the number one detective with promise became a shell of his former self, barely hanging on. In an attempt not to think so hard on it, he snaps out of his reverie; sitting straight up, grabbing the bottle of whiskey from the nightstand and fiercely throwing back the contents. He then stands up and takes his gun out of his bag. Checking to see if it's loaded, he pulls out the clip, reinserts it, and cocks the weapon. Whatever was going to happen tomorrow, he made sure he was prepared.

Ellion had just got out the shower. She was drying her hair when she hears someone knocking. She opens the door to reveal Maddox waiting on the other side. This was the first time he'd seen Ellion in something other than her uniform, as it were, and with her wet, auburn hair unpinned and draped down across her chest. The sight caught him by surprise. Ellion, realizing Maddox's reaction, then closes the door slightly and politely says, "What's up?"

Nervously, he replies, "Oh, I just wanted to see if you needed anything."

"Like..?" she asks bluntly.

He searches for a valid justification, "Uh... well, maybe--- at the present time, and the current situation--- uh--- someone to talk to maybe? I mean, that was an intense moment back there don't you think?"

"I agree, all the more reason to sleep on it so that one could process it. Which, in my case, that's exactly what I'm going to do. You should too. We're supposed to be listening to our dreams anyway, right?"

Defeated, he replies, "Yeah, I suppose so... Well, if your turns out to be a nightmare--- not that I hope it does--- just give me a call."

"Will do," she softly replies. "Goodnight Maddox."

"Night---" she closes the door, "Clara..."

****

Ellion lies in her bed writhing from what was going on in her head. Her body is perspiring profusely and she lets out light moans as if to try and correspond with the characters and events in her self-made movie.

*The scene is a lake.*

*It has the appearance of being very wide and grand, but a hint of its bounds show at the very edge of the panoramic view. It looks almost as if this takes place on a soundstage; the bright, sunlit day looks as if it is powered by some artificial light. The lake looks as if it is a large, elaborate water tank. And the background of the horizon that seems to drop off looks more like a matte painting. As bogus is it looked, it was definitely a real world.*

*There is a woman standing off in the far distance of a lake. She cannot be clearly identified from the extreme distance, but she is dressed in what appears to be a grey dress. Ellion stands on the other side looking at the woman from far off. The lake appears both shallow and deep at the same time, but it doesn't matter either way because the two are both able to stand on the surface. Ellion is dressed in what she wore to bed, but instead of its original colors, it is a form of white; almost as if the colors have been drained from them. The same can be said for Ellion's complexion. Her lightly-bronzed skin had been partially sucked of its natural pigmentation making her look semi-pale.*

*Ellion then begins to walk across the lake to the woman. Below her feet she could see blue whales and schools of dolphins swimming, giving the lake's appearance of its depth. Normally this would frighten her, for Ellion was afraid of deep waters, but it made her feel calm. As she approached the woman, at a rate faster than what it would seem, she became more defined, and at the same time, slowly began to dissolve. Ellion hurries to try and catch the woman before she totally disappears, but it's too late. And not only that, Ellion discovers that she has walked over the edge of the lake and was now in a freefall.*

*It is as if she could feel the G forces against her body as she dove for what seemed like an eternity. The lower she fell, the more the sunlit sky dissipated into a black void. Twisting and turning in the air, Ellion screams as the decent becomes faster. The speed is  Her clothes are stripped off in the process, as she reaches the bottom of her fall. She lands with a faint thud into a pile that sends ashes high into the air.*

82

Exhibit 10

When she emerges, she is now clothed in a drab, grey garb that loosely shrouds her; where she was now and how she was dressed was an extreme difference from the lake. She looked out from the mound she landed on to an expansive scene of despair and gloom. There are piles like the one she was currently on, spaced not far apart from where she was. The ground in between the spaces could not be seen; for a thick carpet of fog lined only that space, giving the illusion of no ground below.

Again, Ellion sees the woman dressed in grey standing on a pile. Without reason Ellion is determined to reach her because she is drawn to her. Hopping from one pile to another, she manages to be within reach of the woman, who this time does not dissolve. Finally Ellion touches the woman's hand as begins to look in her eyes when the place goes blinding white.

Ellion is now in a different place. It isn't the lake or the catacombs, and she isn't dressed in her nightwear or garbs. It looks almost familiar to her where she currently is. She is seated in a chair right outside the door of a room. There are people before her, going about their daily business. But the moves they make look so mechanical, it is as if it is a movie set and they are all extras, repeatedly going through their blocking. They all also look devoid of color slightly, with Ellion the only one looking normal. She now realized where she is, when a woman in uniform approaches her.

"You may go in and see her now..." she sweetly says. The woman now stands there motionless with her hand guiding Ellion in the direction of the room. Ellion tries to stand and ask the woman a question but she is stuck to the chair. The woman doesn't say anything either, no less, even blink. As Ellion struggles to break free from the chair, it turns and faces the door to the room. It opens to show her already inside. She is arguing with someone, that person looks exactly like her. It is her twin sister Sara Ellion. Ellion is seated by the side of the bed and Sara is standing on the other side with a man with her. The man is dressed in a black suit and has a briefcase. In her hands, Sara has a form and a pen and is urging the person in the bed to sign it to Ellion's protest.

Ellion now knew where she was and what she was witnessing. This is the moment when her mother was denigrating fast and Sara wanted her to sign consent forms to become resurrected. Ellion knew that her mother didn't want that but couldn't convey it at that time. With the last ounce of strength she had left, Sara was now urging her mother to give consent by placing a simple X on the line. It was a battle waged from the time Paula Ellion was first diagnosed with advanced Parkinson's disease until the final clash over her deathbed.

83

Exhibit 10

*Ellion screams out, asking if they could they have just one moment of peace as their mother dies right before their eyes. Paula passes before signing the form and Sara never speaks to her sister from that point on as a result.*

*It flashes forward in time to Ellion now in her apartment. She has her full uniform on and is curled up in a corner, hysterically bawling. The guilt of she and her sister's estranged relationship coupled with unsure thoughts of if she'd made the right decision for her mother had plagued her all through academy training.*

*It again flashes forward to her in a psychiatrists' office. It shows from the perspective of Ellion seated on a chair; a hand is writing on a slip of paper. It is a prescription the doctor is writing for her.*

*It flashes again to what is the present. Ellion is seated in her car looking as if she'd just finished crying. She reaches over to the glove compartment where she grabs the prescription of pills. Taking two out, they instantly morph into bullets, and the bottle, a gun. She hears someone saying, "Do it. Do it. Free yourself. Live on in the legacy..." coming from behind her. She looks in her rearview mirror to see it is her father. He has a ghastly bullet wound, the exit wound being more grotesque, bleeding profusely all over himself. His skin looks pale and his eyes, which were once a deep, nautical blue, now only hinted of azure with his dead gauze. Without hesitation, she loads the gun and puts the muzzle to her head. She closes her eyes and pulls the trigger...*

Ellion finally wakes up in a cold sweat, drenched from head to toe. Her heart is beating so fast that she clenches her chest, convinced that she's having a heart attack. But the only attack she's having is a panic attack. She needs the pills that were prescribed to her, the ones that have helped her cope with the demons that have plagued her these several years. After a few moments of breathing exercises taught to her by her doctor, she is finally able to calm down enough to stand from the bed. She walks over to the bathroom, where she takes out a bottle of Zylaphin--- a newer, stronger prescription--- from her toiletry bag. This time it doesn't turn into bullets. She pops the medicine, quickly chasing it down with water she pours from the faucet, and takes a sigh of relief. It is five in the morning, and the sun has yet to rise.

Suddenly, Ellion hears a forceful knock on the door. The sudden powerful sound startles her already shaken temperament, but she instantly realizes who it is. She knows its Dobbs, and he's distressed. She opens the door as he stands on the other side looking despondent, sticky, sickly and pale, save for being flushed about the forehead. It looked as if he'd banged his head against the wall repeatedly. He obviously slept in what he had on last night because of its now wrinkled and sweated-on state. He cuffs a bottle in one hand and his gun in the other. Without so much as an invitation, he rushes into the room

84

Exhibit 10

and sits by the window on the sill, not before quickly drawing the curtains. His eyes shift as if he's being followed, and every so often, from behind the drawn curtains, he checks out the window to reassure on the contrary. Certainly it was his dream that has him in this disposition as well. Because he was paranoid, possibly drunk, brandishing a loaded pistol, Ellion calmly walks over to her partner and tries to talk him down.

"Syl, you okay?" He doesn't respond. Instead, he hides his head behind the curtain and stares out the window pensively. By this time the sun is slowly starting to rise over the eastern horizon. "Syl," she sternly repeats, "you gotta let me know you're okay. Can you at least say that?"

After a tense moment, still from behind the curtain, he replies, "Don't try that negotiation bull on me, I'm okay." He then pops his head in from behind the window. He doesn't immediately stare back at her assuring her that he was fine, but he insists, "I'd never be that whacked to pull my piece on you. I'd put it to my on brain before that…"

Without taking her gaze off him, Ellion finds the bed and takes a seat on the edge near her partner. Dobbs then says, "I just--- I just never saw--- things like that in my head before is all. I don't know about you, but the images I dreamt last night'll stick with me forever, that's for sure. Whoever that Billy guy was---" he then looks at her and asks, "Do you think he put somethin' on us? Like, maybe somethin' was in the smoke and we inhaled it?"

Ellion then replies, "I'm--- not sure. But, one thing I do know is that this is getting to be something our rational minds cannot comprehend the deeper we go. The case, Necrosapiens, the Lazarus Project… It's as if we are at the beginning of something that's destined to---" she stops herself, cupping her mouth; frightened at the thought of the sheer magnitude of what it could possibly be or become.

"Well, whatever it is or will be," Dobbs starts to say, "we all have a part to play. Now all we need to do is see this soothsayer, gypsy woman, or whoever she is so she can tell us one, what the hell do these apocalyptic dreams mean; and two, what's our next move." He begins to down the last fourth of the bottle in a few successive chugs, but not before Ellion snatches it from him and caps it off. She wipes her mouth and scowls from the strong drink Dobbs seemingly guzzles like water. He looks back out the window, noticing the sunrise. Then, it hits him.

"You assumed we were to go west, yeah?"

"Yeah, the horizon during sunset makes it look like the sun's bleeding… so?"

"I'm thinkin' we should head east--- and fast."

Instinctively, the two shoot up and prepare for a hasty exit. Ellion, now feeling the effects of the liquor, catches herself, but just as fast throws on a shirt and jeans. The two hurry out the door and down the hall to Maddox's room, where they find him sitting outside the

85

Exhibit 10

door fully dressed. As a matter of fact, it appeared as if he'd not been to sleep or been in his room for that matter. With no time for explanation Ellion grabs his hand, fiercely yanking him on his feet. They are off…

Exhibit 10

# Chapter 9

They are in the car heading east in a flash, chasing a sun that perches low on the horizon. Its color is a bright red; and whether it was the atmosphere affecting it or not, it looked as if it were slowly melting like a crayon, giving it a semi-circle, runny appearance. Dobbs gives the Scion plenty of gas and the car responds back by giving all it has. He negotiates the light, early morning traffic and pedestrians who were up at this hour, as the buildings in the scene whiz past, fading into the rearview mirror. The small metropolis turns into smaller urban neighborhoods, then, even smaller rural communities. Finally, the scene becomes sparse fields, backwoods and marshlands. As fast as they are moving, it seems to not matter in relation to time because the sun rises at an unusually slowed pace. No one speaks. At this point no one has reason to. There was nothing but the series of events stemming from last night up until that moment for them to process. And what better time than now, on this seemingly peaceful yet faintly angst-ridden car ride. Aside from the events' surrounding the trip, at least for them this was a moment of… clarity.

Once upon a time it started off as just another homicide case on the docks for the three; the detectives walking the scene, gathering evidence, and taking testimonies, the reporter recording, conveying, and archiving the history that was being made. But, after that peculiar tattoo was discovered… That--- atypical wound analyzed… The strange, ritualistic way the first victim--- and successive victims thereafter--- were dispatched… It was as if from then on all their worlds were turned on its ear.

According to the trip odometer they had traveled one hundred and twenty nine miles before a great feeling befell Ellion. It was the feeling a bird got when they knew they were heading in the right direction. And that feeling was telling her that they now needed to head north.

"Turn right, here," she says.

It's hard to make out at first, being that trees and shrubbery have since formed a wall on either side of the road, but Dobbs spies the turn just ahead and makes the corner. What was once a slim, two-lane paved road now became a tight, single lane dirt path. The road becomes more rugged, making the Scion initiate its cloud suspension, taking the ride from jagged to smooth in an instant. Even though the road looks visibly rough, to them it feels as if they're riding on water. The path they now trek is treacherous, with them being at the mercy of the Scion to hold up to the elements. Dobbs looks at this Timepiece cell phone and notices that it is out of range. He then feels at his side clutching the grip of his Desert Eagle. If need be, he was ready to use it. Into and out of a few small caves, negotiating blind corners, overcoming sharp inclines, and traversing a few creeks later and the road once more even out a bit.

Ellion pulls down the vanity mirror and checks her face. Just as she suspected… In all the rush, she didn't even at least splash some water on her face. To her horror, she observes the light bags and darkness under her eyes and the mess that was her hair. She tries fixing herself the best she can but finally resorts to throwing her hair back in a ponytail. She

then catches another interesting reflection in the mirror. Her eyes are affixed on Maddox. All along he sits quietly in the back staring out the window. A bittersweet resolve was his guise and overall demeanor. It looked as if he too had struggled with whatever message his dream brought him, but also as if he were working toward making peace with it.

The road finally comes to an abrupt stop at the bank of a marsh, where they spot a man sitting near the edge of a makeshift dock. There is also a young boy who sits with a statuesque disposition inside an airboat riding the dock. The three get out the car and approach the mysterious character. He is barefoot with nothing more than ragged cargo shorts and an unbuttoned, floral-print, dingy shirt to call his attire. A straw hat slings low below his face, and a thick head of long dreadlocks spill down from underneath, flanking the sides of his head, giving them nothing more than a clear view of his mouth and chin--- which is further covered with an unshaved goatee and thick, pork chop sideburns.

"Glad that you all arrived," he says.

The voice sounds familiar to the three. "Billy?" Ellion curiously asks.

The man lifts his head and smiles a toothy grin. "I will now take you to see her if you like…" He looks over at Dobbs. "That is unless, of course, you're afraid I might try and stick you up."

"Nah," Dobbs replies. "Whatever you are, you're the real deal."

They board the boat, as Billy starts the engine. The young boy remains totally silent and nearly motionless at the boat's stern until he is signaled by Billy to steer. In an instant, the huge fan-like propulsion thrust them deep into the swamp. It looks almost as if the area itself is alive, swallowing them deep into its bowels. Surrounding trees seem to close in and slowly encamp around them the further in they progress. Sounds of cicadas, crickets, and other creatures drone a melodic chant that becomes the theme of this swamp. An eastern breeze provides a refreshing cool, contrasting the slight humidity which is heavy and stagnant in some places.

The young boy manning the steering turns at will, guided by the unseen path of the swampy surroundings; almost as if the way toward their destination was second nature to him. For the three, this was both a faintly frightening and an anxious time for them. At this point they didn't know if they were heading north or south, for direction was lost upon them the further they went into this place. After the shore they started on--- where the car was parked--- faded into the background, there was no sign of land as far as their eyes and the light would allow them to see. The murky water--- which could've been but a few feet deep--- yield unseen dangers, so it wouldn't serve as a safe exit route if trouble arose; and for the most part the level of light is low because of the thick concentration of trees and other plant life that forms a ceiling. But every so often they would cross the path of a ray of the morning's sun that defiantly beamed through. It gave them--- Ellion the most--- the assurance that even though the situation they were in looked gloomy, startling, and bleak, on the other end they would be alright. Also, in a way, Billy's

88

Exhibit 10

presence gave off the same sentiment as well. Even though his character looked at first shady and mysterious, he'd only proved to be a helpful and instrumental guide on their journey as well.

They'd ridden for twenty minutes now, and the creatures of this lush enclosure who were once an ambient vocal chorus, started to quiet their chant. The sun's rays were now squeezed off and the darkness' ever-presence resonated deep. Billy lights an oil lamp and turns off the engine, allowing the boat to coast under its own inertia for a while. For a moment it is pitch dark. Save for the oil lamp's light, one could only see a few feet in any given direction. It gets to both Dobbs and Ellion, not the darkness itself, but the dead silence and eerie mysteriousness inside of the darkness. Ellion looks down at the murky water and does a slight double take when she thinks she sees a strange creature briefly crest the surface. Dobbs keeps a firm hand on his piece with his holster unfastened; a bullet was already in the chamber and his trigger finger became anxious to pull. Maddox, on the other hand, sat as motionless as the boy steering the boat.

Not far off ahead of them, now, was a flicker of light. As it grew, the three discover that it is finally a sign of land amongst the surrounding swampy water. The boat finally brakes on the shore of a small plot of land no bigger than roughly a third of an acre. There are three weeping willows which were among the few trees able to sprout up upon this land but looked as if they'd been here for some time, along with a smaller tree that had no leaves. Instead, there were bottles tied to the branches which made a clinking sound against the breeze.

There was a small house on the land, which served as the centerpiece. A shack and an outhouse were off to the left and right respectively. The house was old, almost dilapidated. The roof waterlogged and in desperate need of repair but otherwise intact, the siding composed of pieces brought over from other fallen houses and whatever wood drifted this way. The windows were either boarded up or blackened out, showing no signs of anyone residing therein. A torch lit with a mysterious, red and orange flame sat near the front door illuminating the house and a great radius from its source. It was the only sign of civilization in this part of the marsh, surrounded by nothing more than more swamp and darkness.

Dobbs thinks to himself, *"Geez, how can anyone live out here?"* as they all behold the decrepit house.

Billy is the first to jump out the boat. Taking his lamp up to chest-height, with his other hand he reaches for Ellion's to help her off. She accepts his hand as the rest follow suit soon after. Ellion looks back to see if the young boy joins them, only to discover that he never even rises from his seat. Slowly, he fades into the darkness as they depart. Billy heads the group, leading them down the dirt path past the makeshift garden that seems to flourish without a ray of sunlight, to the steps leading to the front door from there he pauses.

Ellion notices his reluctance to go on as she asks, "Aren't you coming in?"

Billy simply replies, "I wasn't invited, you were…"

They walk up the four rickety stairs as the front door seems to swing open by itself. Jarring at first, still they enter into the house that is in slight contrast to what the outside's impression implied. It is one big room emblazoned with items that made it feel like home. On one side there was the kitchen area, and the other side a personal space. There were also a set of stairs off in the far corner; one leading up to the attic and the other to the basement. Both closed shut with a lock only a skeleton key would fit. Ellion notices next to the front door there are two skeleton keys hanging on hooks.

*"The keys must be for those doors,"* she thinks to herself.

The first sense that is aroused immediately upon entry is smell. The main source of the smell comes from a large pot with its contents bubbling a slow simmer over the roaring fire. The scent of cooking hangs heavily in the air and carries itself throughout the area on a drift wafted in through a cracked window near the stove. Along with it, aromas from the many herbs that are wrapped in hemp thread and strung up along the wall above the stove. The stew's enticing smell whets the appetites of the three, who up until this time hadn't even thought of food.

The next sense is touch. It was noticeably hot, humid, and sticky outside, but being in here brought a drastic contrast complimented by an eerie, cool undertone, almost similar to that of being inside a crypt on a chilly autumn evening. It as both welcomed but also makes the three shiver in unison.

It didn't take time for their eyes to adjust to the sufficient light provided solely by the fire from the stove; for the illumination detailed everything they needed to see perfectly. The kitchen is elaborately decorated with old pots and pans among the other unidentifiable trinkets strewn about. A large, heavy, wooden table sits as the center island. Its stains of history shows that it is used for eating, preparing and whatever else went on here. The large fire pit stove sits behind the table marred with the charred remains of many flames blazed there. Next to the stove is an alcove shelved with jars of spices and other objects, some of which haven't been used in so long that a cake of dust encrusted the bottles. Descriptions of its contents can be seen on some, with its unpronounceable names written in a cursive scrawl scribed by someone with a sure hand on paper that used to be white, but now terribly yellowed. Beside that, there was no refrigerator or other major appliances used for convenience. In fact, everything looks as if it were before their time. A small sink with an archaic pump drew in the only form of fresh water from a submerged vein whose source was the nearby mountains. It was set apart from the surrounding swamp; located deep below the marsh's floor. Their eyes could not seem to cease noting every interesting object in the space.

Dobbs looks around, now checking out the personal side of the room. It is modestly furnished with a chair, dresser, wardrobe, trunk, and small cot. All the furniture looks vintage and well broken-in; the aged wood's light scent of pine resonated within their senses. The dresser's surface has small mounds of old melted candle wax with newer-lit

90

Exhibit 10

candles leaving their own footprint in a lava-flow fashion. The mirror above the dresser has pictures stuck in the crack between the wood frame and glass. Some were recent, many were old, yellowing, and cracked. The pictures were of lone people seated in a chair with none of them smiling. Instead, they looked as if they were in a state of despair, but the appearance was restricted from fully being expressed. There was a thin layer of dust on the mirror's surface and a thicker layer of soot near the top from many candles and inscents that burned there. The trunk located on the floor next to the dresser looked beat-up, as if it had traveled many miles before finally retiring where it lay. A knitted blanket covered the top portion of it and a lock secured its contents. It may have carried secrets as old as time the way it appeared.

The cot was obviously a military-issued bed, given to aid victims of the massive floods that ravaged the south years ago. It is said that this house and the land it sat on survived being swept away in the tragic storms only to settle deep within the flooded area it currently resides.

All the while, Dobbs and Ellion now wonder where the owner of the house is. Could she have been either upstairs or downstairs? That possibility was ruled out in Ellion's mind because the keys hung next to the door. Wonder engulfs them until finally an old woman emerges from behind a curtained doorway, one of which no one had even noticed was there. She says nothing, heading toward the kitchen without so much as even acknowledging their presence.

She travels barefoot across the wood floor, causing it to creek with each stride. Her gait is majestic and careful, taking each step as if she courageously walks through fire. On first impression she reminds you of a weeping willow; for her appearance, her strut--- her spirit felt as if it were one with the elements. Her long white hair cascades her shoulders like the tree's branches as it sways in the breeze. She wants to stand tall and proud but years of burdens hunch her shoulders slightly. She has on a green, leafy-inspired halter garb that tries to contain her large, unsecured breast which move defiantly and free beneath the dress. They ride her chest like a badge of honor, as if they've nursed and nourished a nation, like the rain. Her clear-complexion, coffee colored skin is smooth but creased in the right places like worn sheepskin.

She arrives at the stove and resumes tending to the contents of the large pot. The instant she stirs, the fire blazes on cue and the aroma of the food heightens. She then walks over to the cupboard and grabs three bowls, taking them to the table. She opens the hotbox--- smaller compartment located over the stove--- and pulls out a fresh loaf of bread, without the aid of a potholder. She goes back to the table and begins cutting thick slices with an old, irregularly serrated knife.

Still she says nothing… They say nothing.

Then, she breathes in as if she is about to speak. Dobbs and Ellion attune their ears from the crackling fire and sporadic sounds of the swamp, ready for her first words. She exhales a sweet melody as she continues to prepare the food. Dobbs is a bit agitated now;

Exhibit 10

for he is ready for answers, any answer. As he, himself, now begins to speak, Ellion shoots him a sharp, wide-eyed stare. It is surprise mixed with a commanding undertone, demanding him not to do what she knew he was about to do. But, it was also undermined with a bit of fear. Dobbs respects her unspoken wish and remains silent but unabashed and undaunted at his attempt.

She finally comes from around the table and approaches the three. No one knows why she evokes it, but hey all feel a sudden rush of adrenaline go through their hearts. It was the sentiment one received when fear was felt. She approaches Maddox, who is first in line. Since the hotel he hasn't uttered a single one word and has shown little to no outward reaction to everything they'd experienced thus far, nevertheless he felt just the same as the others. She looks directly into his eyes, in which at first he tries to avoid in return. They were dead-white and glazed like wet marbles; able to look at you and into you at the same time. She was legally blind, but that didn't stop her from seeing what she really needed to in him, or anyone for that matter. Once she catches his franticly-wandering eyes, deep tranquility envelops him like a shot of morphine. In an instant, he is put at ease from whatever tormented him previously. She simply utters, "...la paix soit à vous," then walks over to Dobbs.

Dobbs doesn't wear fear on his sleeve like the others. Instead, it resides deep within the pit of his stomach. It's how he learned early on as a rookie to survive. She needed to stare straight up because of the foot-height difference, but the stare was potent just the same. In an instant, Dobbs is disarmed, both mentally and--- to his surprise--- physically. He wouldn't know until moments later that his gun was gone... She didn't say words to him. Instead, she generated a dream-like sequence in his mind.

Dobbs awakens earlier than normal today as if he's just suffered a nightmare. It was because he knew something was terribly wrong. Could it have been the now cold, empty space next to him that was his wife's spot on the bed which made his suspicions grow? No, because she usually woke up earlier than him to do a little reflective healing on the deck. Along with a regimen of prescriptions, the sunrise and even the darkness before was adequate therapy for her.

After checking the deck and seeing that she wasn't where she usually was at this hour, Dobbs now feared the worst. He calls out to his wife, running through the house checking every room and space with a door. He didn't want to think the worst of her, but knew her state was still fragle enough to do the unthinkable. Finally resolving to check in the basement, he opens the door preparing for the worst. Maybe she took one of his firearms down there so as to not cause the blast to wake him. After all, the walls and floor were all insulated with acoustic core. Or maybe she decided to string herself up along the sturdy pipes and let her 135-pound frame flail about until it went limp... The many scenarios which ran through his mind as he reached the basement floor and turned on the lights were brought to a halt when he discovered that there was no sign of here down here as well.

92

Exhibit 10

He goes back upstairs and into the bedroom to regroup. '*Where could she have gone?*' he thinks to himself. Couldn't have been too far because she hadn't taken a sweater--- for it was a chilly autumn morning--- or a pair of shoes.

'*The garage maybe?*'

Dobbs walks out the side door and into the connected garage. His car was still parked in the same place he'd left it, and there were no signs that she'd been out there as well. He didn't know what to think at this time. It didn't dawn on him, with all the running around he'd done throughout the house, that the front door was cracked open. It wasn't until traces of sunlight peered in when he realized, to his horror, that--- Then, like a flash, he sees the numbers 3-- 1----

Dobbs snaps out the trance breaking the concentration that was set, furiously trying to shake out the bad memory he successfully repressed long ago. He was enraged that it was brought back to the forefront and displayed so vividly as if he were living it again.

Finally, he hollers, "What are you tryin' to prove?! She's dead, I know! I've dealt with it. Damn you…" He falls to his knees and begins to weep.

She kneels down to him and lifts his head. She asks, "Is she…?"

Dobbs hadn't thought too much about the possibility of her being alive. In his line of work, after someone had gone missing for so long, giving out the hope that they were somewhere safe and sound diminishes. He'd since suspended belief and decided to go on with is life. But now he was once again faced with the question of if it is indeed true.

She places her hand on Dobbs' forehead and closes her eyes. In another vision, he sees an unidentifiable person amidst a sea of people. This person looks lost and alone amongst the crowd. Just before the eyes of this person meet Dobbs', it all fades to white. There was the hope he was looking for, the possibility that Melinda was still alive. A wave of calm comes over Dobbs--- one of which he'd never felt before. It makes him feel so much at peace that he can't even bring himself to stand back up. There he sits on the floor reveling over the notion. She says to him, "The spirit never dies…" and finally arrives at Ellion.

She smiles at the detective. Surprisingly, she smiles with a full set of beautiful, white teeth. "Live on in the legacy…?" she sweetly says with a slight chuckle. "Don't fear, for the legacy doesn't live within you--- the future does…" As she passes, her hand slightly brushes against Ellion's stomach. A chill goes down her spine. The reason why: because of a private encounter that may have yielded something more…

**4N6:** What is it?

**Drew62:** i have my television set to a random channel--- channel 912 i believe…
(I don't know I'm not really watching it) but a funny thing just happened…

**4N6:** Okay Ellion, the suspense is killing me!

**Drew62:** i think i may know who or what poe coe is.

**4N6:** From a movie?

**Drew62:** exactly! i'm checking the info to see the title.

**4N6:** ...

**Drew62:** the title of the movie is called *The Bleeding Sun*

**4N6:** I've cross-referenced the title and discovered that the movie is based from a Joseph Walters' novel called *The Tomb in the Womb*. Funny, I've read his novels and why this hadn't come to mind at first escapes me...

**Drew62:** do you have it?

**4N6:** I can have it within the hour. Say I come by then to drop it off?

This takes Ellion back a bit. She wasn't prepared for Sean to propose something bold as that. Normally he would've handed information he'd obtained to her soon as she arrived at the precinct the next day. Still, something compelled her to acquiesce to his request.

**Drew62:** sure thing...

**4N6:** Okay. I'll be over after while.

Ellion was now in a frantic state, trying to get her place in order--- an apartment which was already fairly tidy. As she moved about doing miscellaneous spot cleaning, she then realizes her disposition, catching herself going on in a girlish frenzy as if she were about to have him over for a social call. This is when her mind started to calculate the situation. Ellion's bad habit of over-thinking unfortunately spilled over into her personal life, stagnating any possible romantic endeavors. She'd once dated a city worker with positive potential. But she was so afraid of being vulnerable--- even though she wanted to become so with him--- that she obsessed solely on the relationship inevitably dissolving. Eventually it did. Her becoming distant, along with the rigors of the job, pushed him away. It was a painful goodbye for him, as it was for her--- but one could never tell. Since then she hadn't even tried the possibility of anything casual, something to at least relieve the tension.

Sean became a breath of fresh air for her. He was intelligent, witty, and unnoticeably handsome. But she wouldn't dare compromise her career perusing him. It was always just the friendly and engaging banter with unspoken sensual tension that hung in the air between the two. Hung between her brooding feelings and the risk, she was kept in check. But secretly, she wanted Sean to initiate this much-wanted tryst. Who was she kidding?

94

Exhibit 10

Ellion stops dead in her tracks. "You're doing it again," she says to herself out loud. She then goes back to the computer and resumes miscellaneous tasks until Sean arrives--- to deliver the book and nothing more.

A knock cuts through the silence that has fell over the apartment in the forty-five minutes since. The three glasses of wine finally got to Ellion, as she has nodded off on the couch in front of the television whose volume was muted. She stands up and walks over to the door. Sean is soaked from head to toe.

"Oh no," she says, "it was supposed to rain overnight. I forgot about that. Sean, you know you could've given this to me tomorrow if I knew---"

"Shhhhhhhhhh..." Sean replies. He then signs to her, "It-was-no------problem-at-all-----I'm-as-----excited-as-you---are-to-see-this----case-unravel."

"Well, at least come in for a few moments. You can have some tea to warm up while I throw this in the flash so you don't catch pneumonia."

She leads him into the apartment, taking off his jacket as he enters. All the while, he is delicately cradling a small item wrapped in brown paper and overlapped in plastic. It is the book. She takes his jacket into the laundry room where she places it in a closet-like appliance. It is a flash dryer; made famous for drying clothes in less than a minute using a revolutionary dehydration process. It didn't replace the conventional dryer because excessive use would make fabrics brittle, it was designed to dry clothes and shoes in a hurry.

Sean is still standing where Ellion leaves him as she returns. She notices that he hasn't sat because all his clothes were wet. He didn't want to wet the couch, let alone track any more water deeper into the place.

"I'll put the rest of your things in the dryer if you don't mind. I have a bathrobe in the restroom next to the laundry room."

Sean nods as he heads in the direction she appears from. Moments later, he arrives from the restroom dressed in a kimono-style robe that was too small on him. Ellion chortled at the sight, producing a deep, nasally snort. Her humor was partially influenced by the wine she'd previously consumed. He replied in kind with a silent but breathy chuckle that looked almost as if it were being mimed by him. Her inhibitions were out the window, for Ellion now felt comfortable in his presence.

"White or black tea?" she asks, going over to the kitchen area.

"Wine," he motions, pointing to the half-consumed bottle she'd had over near the computer.

"Ok…" she says, taking her hands off the knob to the stove and from the kettle. She, instead, grabs another glass from the cupboard and heads over to retrieve the bottle.

An hour and a half bottle later, and Ellion and Sean were huddled on the couch intensely reading the novel. She'd not even noticed that she had her head in his chest, listening to the rhythmic pattern his heart made as they read the uncanny narration. Just then, the dryer buzzed. They instantly snap to, as Ellion rises to get his clothing. Before she leaves, Sean grabs her hand.

"I---can--stay-if---you--like…" he gestures.

"But what if---?" she begins to say, weakly resisting the urge to restrain herself. This was the moment she was waiting for. The moment she prayed he'd initiate. And no better time than now to explore the possibility. Sean takes her arm and begins to softly peck, starting with the inner part of her wrist upward. This melts Ellion instantly. As Sean traces her arm, then onto her neck, he is welcomed with a deep, passionate kiss Ellion's wanted to give him for so long. They embrace, letting their hands explore each other as the kissing deepens.

They go upstairs to her sleeping area, where Sean lies her down gently on the bed. He resumes kissing her, causing her to writhe with passion. For her this was better than taking a pill. She'd almost forgotten that she could be taken to such heights of nirvana. The last time she'd had any form or relationship since Tim Knowles, the city worker, was a year and a half ago with a fellow officer from another precinct that was kept tightly under wraps between the two. It was nothing more than a physical relationship; an emotionless romp used to release tension that ended when Ellion began to once again distance herself. But this was different, and she vested more into the moment they were now sharing, more than she'd ever before. This scared her a bit because she was now totally vulnerable. But when Sean looked in her glazed eyes, all was quelled. Without uttering a word, he expressed that he would never harm her, as she then fully submitted to him. Sean was a careful lover, to say the least; he expressed all that he could not orally convey through his motions and touch. This was music to Ellion.

They lay in the aftermath of the best experience they'd mutually shared. The sound of the rain can be heard beating against the window, it was a melodic calm. Sean had since fallen asleep with Ellion lying awake on his chest. She stared at the ceiling. A look of concern donned her face. She wasn't scared that she'd made a mistake sleeping with Sean, but of what may be the outcome of this encounter. She would be proved right a few days later…

96

Exhibit 10

# Chapter 10

The old lady has made full a circle, now going back to the table to serve them their meal. She takes a ladle and pours the hot stew into the three bowls. Now that fear wasn't an element shared amongst the three, their appetite was veracious, and whatever she was serving smelled more than inviting.

"Come," she says, "You must be hungry. For it is not only knowledge you seek…" Despite them being in the southern region where accents from the locals run heavy, and she, herself, being a native of Barbados, she speaks in a vernacular that is familiar to them. Is it as if she acclimates herself to them in an even more intimate way.

They approach the table and help themselves to the hearty meal. Just as they expect, it is no less than delicious. For each of them, the stew tastes different; like a delectable meal from their childhood. This further makes them placid and lucid, as the gracious host doesn't let them see the bottom of the bowl. When they have had their fill, they are now ready for the main reason of their treacherous journey to meet her.

"We come from New Athens," Ellion begins. "My name is Clara Ellion and I work for the NAPD. This is my partner Vincent Dobbs and Maddox Lewis; a reporter for the city's newspaper, _The Interpreter_. We've come a long way in the hopes that you may help us. And believe me, finding you wasn't an easy task to say the least."

"Still you pressed on because of your desire. Desire for resolve," she says.

Maddox wipes his mouth and clears his throat. "I'd become acquainted with Samuel Nice in the last few weeks up until his untimely death. Just before he passed, he uttered your name. I have to know why." These were his first words in a long while: poignant and straightforward.

Looking at Maddox as if even she is surprised he speaks, she replies, "You of all people… Your endeavor is to search for information. Yet, when the truth was revealed to you, maybe it was too intense to handle," what she is speaking about is in reference to his nightmare; a dream in which traumatized him so that it almost caused him never to speak again. The nightmare consisted of the same series of events Samuel Nice had been witness to years before; the wars, the origin of Necrosapiens, the events to come--- all seen through a grisly first-hand perspective. It was too intense for anyone to witness; something that made Maddox realize, that much more, how much Samuel knew and the burden he bare for carrying such information. She smiles, thinking to herself that a prophecy she'd given long ago had finally been fulfilled. "What a tortured soul he was… Too smart for his own good, too much heart amongst the heartless. He so wanted to choose the upper door…"

"Upper door?" Dobbs asks.

97

Exhibit 10

She then replies, "Who amongst you will not choose? If not, the choice will be made for you. I give you the keys, you walk your fate."

"What is behind those doors?" Ellion asks, pointing to the stairs.

"Your fate..." she replies.

"What did Joseph Walters choose?" Ellion asks.

She rolls her eyes up into her head, nodding in disappointment at the thought. "He sought things not meant to be exploited by man. He sought ultimate knowledge so that he could live on in infamy. With such wishes comes the cost. They all pay the cost. You will pay the cost."

"I don't wanna know what's behind door number one or two. I just wanna catch a killer," Dobbs says in defense.

"No need for *you* to make that choice..." she replies. "But you will know when the time comes..."

"So, for the sake of argument," Maddox starts to say, "one can assume that the doors upstairs and downstairs respectively associate with heaven and hell? Samuel chose the upper door becoming essentially a martyr, whereas Joseph went downstairs. He got the success that eluded him, but at the cost of his soul?"

"Heaven, hell. Good, bad.... A choice is a choice. Who is to say that either of them was right? One man was tortured right here on earth. Another lived in paradise. I just showed them what they needed to see. The desire of their hearts..."

"So what are you, like a psychic? A fortune teller?" Dobbs asks.

"Burn them all," she replies. "I seek no money for what I see and I tell no thing that you can clearly see. I am more like a guide that knows where you need to go. You make the choice whether to go your own way or follow direction."

"If you don't mind me asking," Maddox starts, "how did you meet up with Samuel Nice in the first place?"

Her eyes well up slightly. Against the backdrop of the fire, they look intense as she recollects her encounter.

> A young man sits with his head buried on the bar of a seedy dive. He has a glass in his hand, filled with the same liquid as the bottle that stays next to him. He is desperately trying to drown out his distraught nature by the depths of his drink. After a few more rounds, he is escorted out closing the bar by the owner, now left

Exhibit 10

to walk the streets sulking in desperation. He walks for hours, aimlessly, cuffing a new bottle of the same liquor he'd partook of in the bar.

Not able to remain standing, he seats himself on the stoop of a closed restaurant next to a homeless man.

"Looks like you're worse off than I am," the homeless man says.

"That may be true, at least you still have your soul," he somberly responds.

He sits up. "So, it is redemption you seek?"

He nods, not able to see a sliver of the bright side. "I don't even think He'll show me favor. I'm trying to take His place…"

"I'm sure that's not true…"

"How so?"

The homeless man smiles, glad that the man is now receptive. "I can't answer that, but I know who can."

"Okay," the man says, "I suppose I couldn't fall any further from grace…" He asks, "What do I need to do?"

The homeless man's smile widens. His grin is mysterious, and almost shady. "One who is in despair she will find…" he says as he lifts himself up to depart.

"Where are you---?" the man starts to ask, as the homeless man hobbles off down the street, quickly vanishing into the darkness. He is now left alone, sitting under the glow of the sole streetlamp. Time now seems to stand still where he sits. He was alone, surrounded by the barrenness, quiet, and dark courtesy of the city's graveyard hours. Yet, his heart didn't hold fear. Then, he sees a flicker from the corner of his eye. It comes from down a dark alley adjacent to his position. It was the sign he was looking for. Without hesitation, he walks down the alley to the source of the light. Its intensity heightens so great that it overwhelms his vision. In an instant he is the house of the old lady...

*"Despite what he believed, I saw that his heart was as pure as rain. He was just a misguided soul meant to do great things..."*

"I know what I've been doing is wrong--- an abomination of nature, but science is my passion," the man confesses, as he eats at the table where the old woman sits. She stares back at him and listens with the loving attentiveness only a mother could match. "I know I was given this gift for the purpose of helping man. Preserving overall well being. But, to create life--- outside the natural order of

man and woman conception… I know that we weren't meant to do it. Just because we are able to do things doesn't mean that it's right."

The old woman sits basking in his receptiveness. She then questions, "You recognize this much… so why continue to do his work?"

The man rubs tension from his furrowed forehead. "Because---" he starts to say, "It is because I am who I am; brilliant beyond my own good and my superiors have seen my ambition. I was sent down here to help oversee a new research center built here. We're about to experiment on---" He then stops himself. "I think I've said too much. You don't know this organization. I'm in too deep and I'm too valuable to them…"

The old woman comes from around the table and walks over to the door. She reaches for the keys that hang on the old hooks next to the door. She comes back over to the table and sets them before him. "You have a choice to make. You can go back to your life and continue to endeavor in your works. Or you can begin to do what you were set out to do…"

The man looks at the keys, at first confused with its significance. He then closes his eyes and picks up a key. "What do I do now?" he asks.

"To the door of your fate," she says as she points to the doors leading up and downstairs.

The man rises and walks to the set of stairs. He was more confused than ever as his seeded anxiety starts to exasperate. Sweat beads roll down his brow, his hands become clammy, and his mouth dries. His knees buckle as he begins to take his first step. Unable to complete a stride, he collapses to the floor. "I can't," he says, gasping for air as he now hyperventilates.

"Walk," she orders. "Own the choice you've made."

The command compels him to again stand. He looks at the stairs and the length it seems to extend to. He again begins to walk, now fighting through his anxieties. With each step he descends the pressure on his chest becomes fierce. Battling every opposing fiber within him, he takes the key in his shaking hands and jabs it in the lock. The lock makes a rusty grinding sound as it disengages. He opens the door…

*"His choice was to walk away. I showed him the events of things to come. From then on becoming an outcast from his organization, forever marked with the knowledge of what he'd seen and help develop. They would not make it an easy transition for someone like he to transition into the world as a regular man. He would never be able to blend in. He would be watched by the shadows. Not be able to rest easy for all his days; for his moves will be seen by the invisible. It will drive him almost to the brink of madness. No one will*

100

Exhibit 10

*believe his claims of him being watched. He will not be able to seek help, refuge… and even his death will be shrouded in mystery to all. I showed him all these things. But I also showed him his mission; to inform. I showed him a way to do so under the guise so that even the invisible could not detect. Events that had yet to come to pass only he would know and only he would say in time; able to speak it to scores of people within seconds. Many will be blind and deaf to his cries, but I also showed him that in his last days he would finally reach someone, someone with the ability to carry on the information. Someone who would help put an end to the spreading of the damned. He would only be instrumental in merely planting the seeds that would take fifty years to flourish."*

****

"So mostly everything on Samuel's website was true," Maddox says. He stares at the floor as if trying to search for his friend there. "The other stuff on the site was used to shroud his meanings in a sense, kinda like a smokescreen. Even down to the way he used to talk to me. I bet you the vault beneath his apartment building was used to hide us when we conversed." He then adds, "If I could've only---" before breaking silent once more.

"We found you also with the help of a novelist by the name of Joseph Walters," Ellion starts. "On the way down I got a chance to read the book he wrote based on his research here. How did he come to write something as interesting as that?"

The old woman closes her eyes, now recalling her encounter with the overly-ambitious writer. "He wanted to know things best left unknown by a non-familiar. But he said it was for a fictional book he was writing. He insisted it made for realism…"

> "I am trying to find someone who knows how to do voodoo…" a man audibly inquires within the smoky restaurant. He speaks with a heavy British accent, taking conscious care that his proper, annunciating vernacular didn't insult the local waitress as if his slight ignorance hadn't already.

> "I don't know anything about that Sir. Is there anything you'd like to order?" the waitress replies.

> "Oh, I'm sorry," he responds, "it's just that I'm aware that this is where the religion is most prominent in the United States. I didn't mean to insult you by presuming that you knew anything about it…"

> "No harm done…"

> "What you're lookin' for is best not sought after," a voice ominously warns. It seems to come from everywhere, yet, nowhere at the same time.

> "I take great respect in the culture," he protests. He speaks everywhere, trying to direct his statement to the origin of the voice. "I know that being a foreigner

101

Exhibit 10

makes one leery to show me, but I am nothing but a curious soul looking to gain knowledge if I may. Maybe you can help me?"

"That isn't the help you want…" he insists.

"Please," the man pleads. "My body of work will be for naught if I cannot obtain the authenticity behind this--- experience. If it is money you seek---"

"Money?" the voice says, scoffing at the notion. The man finally reveals himself, seemingly emerging from in between patrons at the bar. "They lust after her, yet she eludes them. They fight over her, and they are still enticed. A deep love even as true as this still has deep roots--- of all ills."

"I'm sorry," the man says, shaking his head in confusion. "I don't understand…"

"Exactly!" he replies.

The gentleman stares at him, dauntingly standing his ground. "Out of the hundreds of people in this district alone, surely I can find someone who can point me in the right direction." By this time, his intent on learning the ways of the mystifying religion was dead on. The passion for his will to seek out the truth with or without the help of the mysterious man compelled him to relent.

"Your heart is in many places. You burn with passion for your works, but somehow along the way it seems as if you lost sight of why the fire inside you burns. And now you seek to know something best left alone by one who is misguided; yet you still insist. And seeing as if you'll cease only when you've become content, I'll help you before unseen dangers you so blindly walk into ensnare you within a demise you cannot begin to fathom." He looks at the man, who still has a determined look on his face. "Even as I warn you still I see that your heart's sure."

"I've written many books fiction and non-fiction on mysticism, the occult and so forth; hundreds more articles. I've been to four continents, hundreds of countries, thousands of cities; researched the cultural area of the Fon, Gun, Mina and Ewe peoples. Yet, I come with the humblest sentiment and deepest respect and I intend not to have it any other way," the man concedes.

"Yet, your words *really* say otherwise…" he whispers, as he leads the man out of the restaurant.

"*I showed him things. Against my pressed warnings, still he hungered for more. It wasn't until he asked…*"

"Can you teach me a spell?"

102

Exhibit 10

"No," she sternly replies. "You don't want any part of that…"

"Please," he insists. "Can you not see what I am going for here? I need to be so close to this amazing culture so that my readers who imbibe on my words can feel as if even the Blood of Rites course through their own veins!"

The old woman looks at him, for she knew his heart's intension. Still she asks, "What do you plan on achieving?"

He looks to the ceiling, picturing his life as a globally-renowned, award-winning author, made infamous for the words he types into the potential literary masterpiece he was destined to create. He felt his true fate had fleeted him for so long; albeit, making books that achieved modest notoriety and a comfortable life for him, but he wanted more. The old lady knew without him saying a word. She walks over to the door and places the keys on the table.

"The desires of your heart lies beyond that door…" she says. "When you see what will become and your heart is still sure, I will show you want you want to see…"

He looks behind him at the stairs that lead to the respective doors. "Which key to which door?" he asks.

"You already know…"

The man walks to the door after the short flight up the rickety stairs. With key in hand, he instantly inserts it, making no haste to open the door soon after. In an instant he sees an image of himself receiving award after award for his greatest literary accomplishment. He also sees in another image his manager and agent on the phone overwhelmed with calls for him to do interviews, offers for movie treatments, endorsements and so forth. There are also images of him suddenly being thrust into the limelight, gaining notoriety bigger than current and past authors. He sees the expression on his family's faces as they walk up to the door of their new estates; on back in London and another in the United States. The money earned affords him a life extravagant; something that would definitely surpass his current status.

This pleases the man so much that he never once takes a closer look at himself or the people in those images. Slowly with each image, his face degenerates as if he is decaying. The eyes of his manager and agent are a menacing green, the joyful expression on his family's faces looks forced as if compelled to smile by coercive means, the wave of people celebrating him look as if under a trance; blindly praising him as a god. The potential success given by this prophesy overwhelms him considering the subtle warnings that were given by the man in the restaurant and by the old lady herself, even in the images themselves.

He runs back downstairs and approaches the old woman, enthusiastic about continuing. "You see!? You see how this will change my life. You showed me what I already believe in my heart of hearts what this will become if only you'll show me how this all works. How it *really* works…"

Despite the old woman's eyes having no pupils, they still were able to convey expression. She stared at the man seeing his dead-lock objective, and then went over to the wardrobe where she brought out various items.

*"I would teach him a simple spell. Something that would bring him good luck and safe passage through all the badness he couldn't see around him. It would please the curious nature in him and appease the gods around him. But a sly man he thought he was…"*

The old lady goes into the next room to change into her appropriate ceremonial attire. While she is gone, the man begins to snoop, investigating the wardrobe she'd taken the items from. It is filled with an organized composition of oddities on the shelves. One shelf has jars with strange items suspended in rust-colored brine. There were also petrified plants, chicken feet, a small skull, and alligator teeth placed in a neat configuration on other shelves. What brought major attention to the man was the tome that was placed on the bottom shelf. It was bound in leather that curiously didn't look like it came from an animal. It had an elaborate embossed seal on the front adorned in gold and small jewels. The man traced his fingers across the seal and then the textured, weathered, oddly-stained leather binding. His eyes grew wide. His instant attraction to the book caused him to open it without delay and scan the pages, looking at the ancient scrawls and images. This was what he was looking for.

Without a moment to spare, he takes out his notepad and begins to copy the information as fast as his hands can convey. Frantically scribbling, he also secretly marvels in the fact that he has first-hand account of the mystical religion immortalized in the literature set before him. The excitement was almost too much for him to handle, but he maintained composure while turning the delicate pages as he recorded all that he could see and remember. Suddenly, he thought he heard the old lady coming back. Without delay, he quickly closes the book and then the chest, making sure not to create a sound in doing so. He was back where she left him when she reappears in the room.

The old lady looks at the fire. Her eyes well up slightly. "I knew he would be so imprudent as to try and cast a spell, for I was meant to leave him to his own deceptive devices. Vanity was his true sin, to which he would pay dearly for. His foolishness fulfilling the prophesy of his heart. For after he left me, he'd cast the Wandering Restless Soul while looking in the mirror of his hotel bathroom, thus cursing himself. The result: like Adam, his eyes were open to the images he'd seen when he opened the door. But instead he saw the real truth, and not what he wanted to see. He would indeed be rich, famous, renowned… but he would never be satisfied. Like the wandering winds, he'll

Exhibit 10

always try to find 'home' even in the safe, familiar place where he rest his head. And with no way to circumvent his fate to come, he chose to accept the inevitable."

"What is so bad about that?" Dobbs asks. "I mean, the man got to be rich beyond his dreams and the famous writer he always wanted to be."

"But at what cost would you sell your soul?" she insists. "To know that you're fated to damnation yet tormented while you still live. To find no happiness in your possessions, no satisfaction in your works, no comfort from those you love… that is a fate worse than death."

Maddox concludes, "So it has nothing to do with which door you chose. The choice is already made when the key is taken."

"The heart makes the choice, for it cannot lie. One door, two, or three--- up, down, or straight ahead; it all leads to the same fate your heart has already chosen…"

It was now time to solve one more riddle, probably the single-most important reason for their journey. Ellion begins to ask, "This serial killer that is on the loose in our city. He seems so elusive. We've come to almost a cold stop in our investigation trying to track him. After exhausting all clues, tips and witnesses, this is where you fit in. And believe me the story on how we even came upon you is interesting all in itself. What we need to know; what can you tell us about him?"

The old woman looks around the room as if the mentioning of him troubles her. She rubs her hands, causing the loose skin to move with each pass. She then begins to speak about him. "This--- dispatcher--- is a ravaged soul. I see--- eyes, dark--- dark as… He is Death's apprentice. He walks the earth with a sole purpose, and will not rest until his job is done--- never." She looks at the three. "And even then, he is only to set in motion a larger series of events ahead. It is destined for you to find him. But there will be more opposition put ahead of you. There is even the side of justice that stands in your way, but press on. Press on because he is close, he's even waiting for you to catch him. And when the day comes, it will be far bitter then sweet, for one of you will be sacrificed when the final confrontation arises…"

The grim reality of one of them passing as a result of this final confrontation didn't sit well with any of them. For that purpose alone, an air of uneasiness made its way into the room.

Ellion asks, "Okay, everything makes sense but one thing. Billy at the bar told us to follow our dreams. Last night, I can speak for myself when I say that I had a horrendous nightmare that seems to have nothing to do with our quest."

She cracks a small smile as if she knows something--- an innocent, inside joke, maybe--- at their expense. She adds in her native vernacular, "---heh… Sometimes you go tru 'ell ta git ta 'eaven… "

"Okay, so what *do* our dreams mean?" Ellion asks.

The old lady smiles, looking at the puzzled three. "You'll find out soon enough…"

The fire in the stove grows intense, illuminating the room to the highest intensity it's ever been sine they arrived. Then in the same instant, it slowly dies. As the fire's light grows increasingly dim, the old lady stares at the three; her white eyes being the last impression they have of her. It is now completely dark…

**** 

Ellion wakes up in her room to the sound of harsh knocking coming from her door. She is at first disoriented, desperately trying to find her frame of reference.

"Hotel security," a voice calls from the other side. "I have the police with me. If you're alive say something, otherwise they're breaking the door down."

Ellion leaps from the bed and rushes to the door. She notices that her security lock has been locked, preventing anyone from entering. She unlocks the door and opens to a frightened hotel security and anxious police officers.

"What seems to be the problem?" she asks, still trying to regain her bearings.

"Sorry ma'am, but you've been in here for three days straight now. That wouldn't be a problem if you had a *Do Not Disturb* sign up or had even given strict instructions not to be bothered. But, after two days the maids got curious so we tried calling you every other hour just to see if you were okay. It wasn't until today and still no word from you that I decided to come up and check. When I noticed that you had your security lock locked with still no answer that's when I really got concerned…" He pulls in closer to Ellion so as to tell her in private, "This place has a bit of history. See, I heard back in the 1990's people would come to this hotel and wind up dead. It was always the same; doors were locked from the inside, police had to burst in to discover the body. Now, if its urban legend or not, we still have to check… understand?"

Ellion looks around at the concerned security and officers at her door, still a bit confused why such a fuss was made. She then looks up to the ceiling, now realizing what just occurred. "Yes," she replies, finally fully conscious and aware. "Yes I do. Thank you for checking on me. I--- I was just---- sleep. A very deep sleep…"

"Well then, we'll let you back to it ma'am," he says as he and the officers depart.

Ellion closes the door to her room. The strange ordeal that she just presumably imagined has yet to leave from her. The after effects linger like a bad hangover, she not fully able to comprehend that had just occurred. She places her hands upon her forehead, brushing the rouge hairs away from her face. She stands in the middle of the room utterly

106

Exhibit 10

flabbergasted. She then smiles while staring at the ceiling fan make hypnotically slow revolutions, releasing a sigh at the thought of the experience.

“Thanks Poe…” she breathlessly utters.

01100010 01101001 01101100 01101100 01111001 00100000 01101001 01110011 00100000 01100001 00100000 00100010 01100100 01101001 01100110 01100110 01100101 0
1110010 01100101 01101110 01110100 00100010 00100000 01101011 01101001 01101110 01100100 00100000 01101111 01100110 00100000 01101110 01100101 01100011 01
110010 01101111 01110011 01100001 01110000 01101001 01100101 01101110

## Chapter 11

"Detectives," Captain Houston says, "Glad that you came back from your impromptu vacation. Now get on these cases."

Dobbs and Ellion look bewildered. Not only did the eventful trip emotionally and physically drain them, now they had to come back with a frame of reference made to get back to investigating in a city that was in utter chaos. The precinct was a hectic shuffle of officers conveying files, suspects, victims with complaints, and just about anything else around the station. Operators manned the phones and directed the calls to respective detectives who in turn jotted information, before filing out to take the call.

"What's goin' on?" Dobbs asks.

The captain explains the situation as he is walking, trying to delegate the bedlam in his department as he passes. The confused detectives follow, trying to keep pace while maneuvering through the traffic. "Outside the fact that we have a full-on riot at about every Lazarus Center in the city, complaints of Necro attacks spiked." He turns to them and includes, "Oh yeah, and we also have copy-cats on our hands…"

"Copy cats?" Ellion asks.

"Not unless the killer is trying to outdo himself by killing in several places at once, then yes," the captain replies. "This is exactly what you need so that you stay away from the real killer; for as you know, is now in the hands of the Feds." He turns back to the two as he states, "Oh, and I know that you decided to both take vacation days coincidentally after you were taken off that case. Did you go see your voodoo lady?"

The two do not answer. Instead they look at each other trying to find a justification. The captain puts his hand up as if he couldn't take the answer even if they had given one. He then says, "If we weren't in a bind right now I would've extended your vacation with a suspension. Not only were you being insubordinate, but had they found out that you were still actively investigating a case that's not yours anymore on a hunch such as that--- I don't even want to think about the crap that I would have had to take…" He then hands them a stack of files. "Solve five cases to get back in my good graces."

Dobbs and Ellion again look at each other. This is just what they needed; a red herring to throw them off the trail of what was important. Nevertheless, these cases needed to be solved in the same fashion as the others, so without further adieu the detectives were off to the scene of their first new case.

****

They arrive at the Civic Center stop on the subway line. The scene is horrible. Officers block off the area from reporters and onlookers, as others question potential witnesses. The body lies under a white sheet that has since become stained with his blood. Dobbs

108

Exhibit 10

and Ellion walk over to get a better look at the body, lifting the sheet to their horror. The victim lies with his throat slashed and multiple stab wounds. He looks as if he didn't see it coming, but when it happened, he fought with all his might to no avail. Sean was already on the scene investigating the body as well.

"I thought you never came out of your bat cave to do some real police work Brindle," Dobbs quips.

"Nice to see that the vacation has done you some good Detective," he replies. "Besides, I was once real police too you know." He then turns to Ellion. He stares at her differently, asking, "How are you?" far more concerned as it would appear to be.

"Fine," she quickly replies as if surprised to hear the question asked in such a way.

There is an awkward pause, until Sean resumes reporting his findings so far. "This is not a copycat in any degree of the definition, just a hate crime taken to the extreme. The only way your good captain could make sense of the pandemonium that has now befallen upon our jurisdiction was to classify it as such." He looks at the victim. "Clear-cut how he died. Trauma from the stab wounds were what did him, the cut to the throat was done post. The suspect not only wanted to have a little notoriety from the high-profile Necro case, he also wants to be caught in the same, grandiose fashion."

Dobbs throws his hands up. "Well is this even worth our time investigatin', when the real killer is within our reach?" He then turns to his partner as says, "You know what we need to do…"

She nods. She knew exactly what he was implying, but she also weighed the risks that came along with such a move. "You know we're not supposed to be investigating this case anymore, at least not openly. It's in the hands of more capable people, remember?"

"Forget this…" Dobbs says as he paces, thinking of a way to circumvent their current restriction. He then tries justifying his reasons. "You know the Feds are just gonna sit on this case. I bet you, I just betchya that killer is some type of assassin sent by the government. The Feds take over this case just when it gettin' hot so as to keep it under wraps and leave us with no power to mess with it any further."

"You're starting to sound like Samuel," Ellion says.

"It's startin' to make sense though," Dobbs insists. "Why would that doctor from the Lazarus Clinic give us such a hard time? Because they're in on it. Only they and the Feds have access to Necro files. They're told to keep quiet if anybody wises up and try to come snoopin' around for information and lawyer up if we muscle."

"Even if that were true, what could we do?" Ellion asks.

"This is bull!" Dobbs screams out. The outburst causes the surrounding people to stop in their tracks and take notice of the irate detective.

"I'll use whatever resources I can to help out. That I'm willing to continue to do," Sean says.

"Thank you," Ellion says.

"Anything," he replies with an endearing sentiment.

The exchange between the two goes unnoticed by Dobbs, who is stewing in his anger. He exits the subway onto the street where just outside across the way was a Lazarus Center where protesters stood outside picketing. He goes over to the protesters, singling out what looked like the organizer.

"There was a Necrocide just across the street not too long ago," he starts.

"I'm sorry to hear that," the organizer says as he continues to chant with the others.

"Not as sorry as the victim."

"We only protest here. Necrocides are for the extremist and hate groups who wish to harm them. Our beef is with the Lazarus Centers themselves." He then starts to speak up for the rest to hear. "The real devil is Thomas Fairbanks, and we are only here to expose him and his plan for total genocide. To raise up a population of Necrosapiens at the expense of real human life. That's why he went to the government with his money and made it possible for the average citizen to become one. Right now it's a choice, but soon it will be mandatory." The group shouts in approval and agreement.

"Sounds like you got a lotta passion. Surprised that you haven't burned down one of these places," Dobbs says.

"Like I said, we don't fight, just raise our voices. But I don't blame anyone who throws a flaming Molotov cocktail to its doors. Resurrection is a business. The state gets money for every citizen--- every voting body that they bring back. People are brought back no matter what the cost so long as there is numbers in the district. And that's just the tip of the iceberg."

"What better way than you to really shake things up then? I know whckin' a Necro every now and then could be better than screamin' at the top of your lungs outside the buildings while walkin' in circles. Hurt the state out of a few voters--- that oughta be a way to rage against the system right?"

"Why you hastlin' me, huh? I told you, I don't know nothing about that murder."

"Okay, so how long have you been out here?"

110

Exhibit 10

He rubs his head. "Three hours maybe…"

"Did you see the victim enter the subway?"

"For all I know he could've been coming out."

"Anybody lookin' suspicious enterin'?"

"There's like a million people on this block alone. How should I know?"

"What about the people in your camp? Anybody with an extreme agenda?"

"Look, I know my rights. You pick me out of the thousands of people out here to harass. Just because I protest against Necrosapiens doesn't mean that I kill them. Not me, or the people in my group." He then again speaks so that the crowd can hear him. "I wonder why the government decided to have a special task force for Necrosapiens. Because they knew after all the experimentation they would do upon them they would need to exterminate them. But we're not like the Nazi Germans, no. We'll exterminate them by letting them exterminate themselves. The Necrocide Units our tax dollars also pay for will be used as if they really care about helping."

Dobbs shakes his head, for he knew that the organizer knew nothing. It was just an old police tactic he'd tried using. Disgusted, he walks back over to the car where Ellion has just arrived. She, herself, looks distant.

"Anything?" Dobbs asks.

"No," she says, shaking herself back into reality. "You?"

"No."

**\*\*\*\***

The detectives were equally tired and frustrated after weeks of chasing copy-cat cases that easily led to arrests. Some of the suspects were extreme radicals lashing out, some were just plain mental, but of them were the true killer. He kept with his spree, and what looked like to Dobbs, under the protection from the federal agents. Ellion would occasionally inquire about the case's progress only to receive ambiguous replies from Special Agent Pontè who promised to keep them abreast on new developments.

They drive from yet another murder, having collected enough information and evidence to convict the caught suspect who claimed to be a messenger of God. Ellion herself has now donned the guise of jadedness that Dobbs wore proudly. She now understood how injustice could make a good officer, a by-the-book police, turn cold, leaving a bitter taste in their mouth for a system they're sworn to serve.

111

Exhibit 10

Dobbs drives them back to the station, hardly anticipating the tedious typing now needed to file their reports. Albeit it was closing another solved Necro case, the lack of satisfaction derived from the obvious. As he drives, a building's address as they pass suddenly grabs his attention, causing him to screech to a halt. He pulls over and gets out the car.

"Why does this number look so familiar to me?" he asks out loud.

Ellion gets out the car, checking on her partner. "What's up?" she asks.

"This building---" he starts, as he now becomes intent on going inside.

The building sits to the rear of a long, winding driveway closed off by a large, wrought-iron gate. Two, huge brick pillars stand on each side and support the large structure. There are old lamps jutting out the pillars with lights that blink in and out and crackle with electricity coursing through its wires. The pillar they stand close to has a mail slot with the address embossed in an iron plate. The number reads: 312. There is an intercom above it, to which Dobbs buzzes insatiably.

"Hello? Who is there?" the voice asks.

A small hole can be seen above the intercom. Dobbs assumes this is a camera and flashes his badge at it. "Police. We need to come in."

In an instant the gates make a sound as if a huge lock was released and then a slow, grinding as they begin to swing open. Dobbs and Ellion get back in the car and drive through and up the winding driveway to the building that looks like an old estate. The detectives exit the car and walk up the stairs. A man is waiting for them, standing behind the modified screen door. "Yes, officers can I help you?"

"Detective Dobbs, this is my partner Detective Ellion. We need to have a look inside," Dobbs commands.

"What is this for?" he asks.

He looks up at the rain coming down on him. "Could we come inside? It's pourin' out," Dobbs persists.

"I'm sorry but this is a private hospital, if you aren't family or on some official business then I'm going to have to ask you to leave. Besides, it is after visiting hours, and I've just finished bed check and---"

Dobbs goes to the screen, wrapping his hands around the bars. At first he is in a flash of rage, ready to tear the door off. But in the same instant it changes. He stares into the man's eyes with a glossy gaze of desperation. The rain wets his hair down around his face, making him look even more pitiful in this moment. Never had Dobbs felt so

112

Exhibit 10

compelled to come inside as now and he didn't care what it took to get there. But instead of his regular approach, he pleads, "Please. I need to come inside…"

The man furrows his eyebrows in suspicion, curiously observing Dobbs' erratic behavior. His partner does the same thing to his rear. She couldn't understand why he needed to come into that place so bad. Still, Dobbs asks again, "Please?"

The man nods his head, resolving that this impromptu police visit wouldn't cause much harm. Finally, he unlocks the screen and lets them inside. The two try to shake off the rain that soaked their clothes as the man takes a few steps back from them. Dobbs looks around at the small receiving area and halls which led to the patient's rooms.

"How my I help you?" the man curtly asks. He'd been up until that time so compassionate as to let them inside, now he wanted a straight answer as to why they were here.

"Honestly, I don't know why I'm here---" Dobbs begins to say.

"Well then you really have to lea---"

"but… if you give me just a few moments to look around--- I'll leave. I need to see something."

The man looks conflicted between the patience he was losing by the second, respect for Dobb's authority, and also the personal anguish he displayed. After a brief pause and a guff from frustration he replies, "You have five minutes and I walk with you every step of the way. Any door that says 'authorized personnel' forget about it. And I advise you not to stare too long into the rooms of the patients."

He leads them in the direction of the east wing. As they walk, Dobbs begins to have a sense of being here before even though he has never been inside the building. They walk past rooms filled with people in all states of conditions. A glimpse by Ellion reveals a woman screaming profanities, while another shows a man crying profusely. As they pass the room of one particular patient, Ellion has her old feeling again. Her quick glance shows a room littered with newspaper clippings and drawings. She tries to make out the pictures while keeping pace, when suddenly the occupant of the room pops his face into the window, slightly startling her. He stares at her with a chilling gaze. The other two do not notice the exchange as they continue on.

The man, noticing the awkward silence amongst them, talks about the facility to fill the void. "Ahem," he starts, "This building was donated to us by Levinè Merchant; a French architect. His famous designs were seen all over the world as was his generous endeavors of philanthropy. He had several places worldwide, but primarily called this former 25-room mansion home until his death in 2035 when it was then turned over, at his request, into a hospital. It became The Levinè or 312 Building, named after the number of architectural designs he's created--- this being the final one. It wasn't until not long ago

113

Exhibit 10

that it was then turned into a private facility for the mentally disabled. This facility is funded primarily by the donations from the families of the patients currently staying with us. Most, but not all of the money comes from them. And again, most, but not all of the patients have families that release them to our care. We do have a few that are John and Jane Does that the city gives to us for a monthly stipend of course."

"I need to see your Jane Doe," Dobbs requests.

"There's one just ahead," the man says. "She is very docile compared to the others. But I still must insist that you not stare into the room."

They walk to the door of the room where the unidentified lady resides. A small window peeks into the room where Dobbs defiantly looks in without a break in stride, despite the man's insistent behest. He thinks he sees someone familiar but cannot know for sure until he takes a closer look.

"Open the door," Dobbs commands.

"No. I've already been extremely lenient by letting you this far. And despite my asking you to not look in, you defy my order. Plus, your five minutes are---"

Dobbs draws his gun and violently cocks it, letting the loud sound of the sliding mechanism and bullet entering the chamber reverberate throughout the hall. The pitiful look Dobbs may have had on his face moments ago was now a distant memory compared to right now. He now has a look of business on his face, and the business end of his sidearm help emphasize the point he was trying to make. This strikes the desired effect of fear into the once-snippy man, who was now at the command of the detective. Ellion can't believe what she is seeing. Sure, he had his way of treating a suspect, but she was now observing a new level of Dobbs not known before.

Without an instant of hesitation, the man unlocks the door, as he and Dobbs enter. Slowly, the man approaches her first, announcing their presence. "Hello there. I know I've already been here to check on you, but it seems as if you have a visitor. Now, I know no one has been here to see you since you've arrived, so I thought even though it is after hours, why not."

She sits on the edge of the bed turned three-fourths the way away from them, looking out at the rain through the plexiglass window. Her shoulders slump, her hair is stringy and white and drape her head like a veil. She slowly rocks humming a nighttime melody used to lull a baby to sleep. Light from the outside spot lamps that surround the grounds shine in, providing the only illumination inside the room. The beam of light through the window falls down on her, significantly casting her in an almost angelic way.

Dobbs approaches the woman, unafraid if her unstable nature might result in an attack. The man moves out of the detective's way, giving him room for this encounter. Ellion looks on, still unsure of her partner's intensions. Tension mounts as Dobbs reaches for

114

Exhibit 10

her shoulder, gently guiding her around to face them. As she turns, Dobbs eyes widen at the revelation.

It is his long lost wife.

Dobbs can't speak, for this is exactly as he envisioned it in his nightmare revealed by Poe Coe. He sits beside her on the bed speechless; yet, so many questions now came to mind:

*Why was she here?*

                                                     *Why did she leave?*

                  *Was she here all this time?*

None of which would be answered because Dobbs also saw that although it may have been his wife once upon a time, the woman that sat before them now was clearly someone else. She stares back at Dobbs with a vast blankness. It is as if she isn't on this plane anymore. And in that moment, although he still had questions, more importantly, he had closure. He strokes her hair, the same way he used to when they would lazily lie in bed, holding back any further emotion. When she doesn't even respond to the endearing, intimate exchange, that further solidifies his resolve. He rises to leave, but before doing so, something comes to mind. He goes back to check for something. Ellion knows all to well what he was about to look for. As Dobbs reaches to pull back her hair, he thinks to himself what did it matter anyway. He stops himself and goes back to the door.

"You okay?" Ellion asks her partner.

He looks away; away from the room, from the still terrified man, from his partner. But after a moment he answers, "Yeah. I just realized that my wife left long ago. It wasn't until now that I finally accepted it."

Ellion wraps her arm over his huge shoulders as they head toward the exit. On the way out, Ellion notices the door to the room with the patient she had an exchange with is slightly ajar…

## Chapter 12

Another body…

This one found in one of the units of an abandoned apartment building. She lay blue and lifeless. Her hands clasped together as if she were praying in her final moments. Her wounds and the scene itself--- immaculate, as it were--- look similar to the true Necro killer. So, why no intervention from the FBI…?

"We want you to report any data directly to us from now on," a man in an FBI jacket says.

"Wait a minute," Dobbs starts. "We can't actively investigate this case, but any clues we find we have to give them to you?"

"That is correct," he mechanically replies.

"Are you serious? I'm not gonna do your footwork! We aren't gonna get noticed when the killer's captured are we? No! You got way more resources than us and expect us to do all the work for you."

"You're working in conjunction with the FBI, Detective. So even the copy-cat cases needed to be run past us---"

Dobbs shouts, "Take the whole damn unit then why doncha!!!"

"---being that we ourselves have much bigger fish to fry, we're giving you the opportunity to help us," he continues.

"Wait a minute," Ellion says. "So you mean to tell us that you took our first case because it was evidentially too big for us to handle, just to give it back with limited authority because it's too small for you?"

"We've just got a break in a huge, three continent smuggling ring and along with the DEA we're going to need all our resources. Special Agent Pontè has already been reassigned to help on that case. And now---"

"---and now, you've just placed this thing in a bureaucratic limbo behind your ignorance," Ellion snaps.

"We're giving you an opportunity," the agent insists. "Take it."

"So what do we do if we catch him?" Dobbs asks.

"You don't," he replies. "You monitor and keep track until we are available to make a bust."

Exhibit 10

"I don't believe it," Ellion says. "So even if we do find him, we have to keep on letting him kill until you're available to arrest him. This is insane."

"Insane or not, you do as you're told or repercussions will occur." He leaves the detectives to investigate the latest crime scene. But investigating was the last thing on their minds. Still, they had a job to do, and do it they must.

Ellion takes out her camera and starts to photograph anything of relevance, while Dobbs talks to the officers. While photographing, Ellion notices a syringe in the corner. This seems strange to her, because if this was indeed the work of the true Necro murderer, then this wasn't in his MO to leave behind something like this. Then again, this was an abandoned apartment. Anyone could've been in here. That could've easily been a squatter's needle, injecting himself with Hog. With gloves now on, she picks up the item, studies it, and places it in an evidence bag. Evidence was evidence, and what was the harm in collecting it. To them, this was a waste of time anyway. They were essentially doing the footwork so that another bureau would get the payoff. All viable evidence is collected, surfaces dusted, and witnesses interviewed like every other crime scene.

<center>****</center>

"The prints on the needle come back to a Brian DeFir," Sean says to the two.

"And we're supposed to care, why?" Dobbs replies.

"Because, believe it or not, this may be the killer."

"Like I said, give me good reason why I should care Brindle. So it is him. We can only keep tabs on him until the Feds are available to catch him." Dobbs replies.

"We can't arrest him on the murders, but we can grab him on theft," Sean says proudly.

"Wait a minute, how can you be so sure that he's even the killer anyway?" Ellion asks.

"Glad you asked," Sean pulls out a file with his rap sheet. "Not much is known about him before a few years ago. But that's when he became a career criminal. Nothing but petty crimes---"

"Wait a minute, doesn't this same story start off like that first suspect. What's his name? Charles---"

"But this gets better..."

"I've been working with Dr. Mane Saunders; you know him as the man who studies criminal behavior and such. He did a great article in the medical journal about the criminal gene and how it becomes mutated upon resurrection..."

"I read that," Dobbs replies, "It was good toilet paper too."

"Well believe it or not, he has been able to profile convicted criminals who have a tendency to be habitual offenders. It starts out as small infractions with the law; I'm talking about purposely jaywalking in front of an officer just to get cited. But the need to become infamous for something great calls out to them. So they escalate their crimes. Theft becomes armed robbery; battery becomes assault with a deadly weapon and so forth. In the case of Charles, he successfully became rehabilitated inside the correctional facility; a statistical anomaly if we were to be frank. But in the case of Brian DeFir, he's a classic case of a number of things, including a narcissist. But he's also crying out. He needs the attention from others, either acceptance or rejection. Anything to make him feel alive. Dr. Saunders and I both agree he fits the description."

"But, he's been making clean kills for this long, why slip up now?"

"Remember when I told you that he would be coming my way when you do catch him? I think this is the endgame. For so long, he's watched from the shadows as you two were baffled by the way he easily eluded you. Not even able to rub it in your faces. He was biding his time for this moment. And now that it's come, he's ready to go down in a blaze of glory. This needle is the only clue you two were able to salvage from the scene. I was able to lift clear prints off of it. He purposely placed it there. Or maybe he saw the wave of copy cats and decided that now was the time to come out. Maybe this was his plan all along. Cause havoc in the city; rise up a people with a mindset like him. And when all hell broke loose, become a martyr for the cause, causing a legion of his followers to follow in his footsteps before taking out a few hundred Necros as well."

"The sound like hypothesis Brindle," Dobbs grumbles.

"Nevertheless, I'm about 100% sure that this is him. The profile is there, this is his MO. And," he pulls out a slip of paper, "this is his address."  The detectives look at the address on the paper

"Am I reading this right?" Ellion says with a hint of shock. "This is 3-1-2---"

"The 312 building?!" Dobbs exclaims.

"Yes, he is a resident of The Levinè," Sean declares.

"That place does take in welfare cases the state pays for," Dobbs says.

"But how could---?" Ellion starts to ask.

"C'mon, we can at least get some more information on this guy," Dobbs says as he heads out the door.

**\*\*\*\***

118

Exhibit 10

They drive back to the 312 building; a place that Dobbs didn't particularly want to visit again. Although he'd just recently come to terms with his wife's disappearance--- who was found to be a resident there--- he wasn't in the mood to rehash a wound that was freshly healed. In any case, there was an investigation that needed to be worked. Their limited powers to apprehend the suspect notwithstanding, they would still gather as much information needed to help solve this lingering thorn in all their sides. They pull up to the grounds and notice that the gate is open. They drive in and up to the front of the hospital. The two get out of the car and approach the door. Dobbs rings the bell. A new person opens the inner door and peeks out at the detectives.

"Yes, can I help you?" the lady says.

The detectives flash their badges. Ellion speaks, "I'm Detective Ellion, this is my partner Detective Dobbs of the NAPD Necro Unit. Do you realize that your front gate is open?"

"Oh, yes," the woman replies. "A glitch in the automatic locking mechanism causes it to open for five minutes once every so often. It's not a major problem they thought was in need of repairing, being that they would have to remove the gate with a crane and break the brick columns to get to the motor and electronics to troubleshoot it--- but is that why you're here?"

"No ma'am," Dobbs intervenes. "Do you have a Brian DeFir staying here?"

"Oh yes," the woman gleefully says. "He is due for release soon. He is an ideal patient. He's taken to all his therapy well and aside from being obsessed with the recent Necro-murderer, he's perfectly---"

"Did you say that he's obsessed with the Necro-murderer?" Ellion asks.

The woman obliviously answers, "Why, yes. He has newspaper clippings all over his room. The doctor who works with Brian didn't see that as a problem because he said that he was now displaying signs of criminal profiling; a healthy exercise to understand why he did his crimes, and how the criminal mind works on a magnitude such as the Necro killer. He said he was going to go into law enforcement when he is released."

"Where is he now?" Dobbs asks.

"It's evening meal, so they should be in the dining hall."

"We need to talk to him," Ellion insists.

As the woman begins to unlock the gate to let them in, rustling can be heard from the adjacent bushes. This catches the attention of Dobbs, who stares at the source of the sound. Instinctively, Dobbs pulls out his sidearm and before he fully draws it, a shadowy figure darts from out from the bushes and down the driveway. In an instant he and Ellion give chase, racing down the stairs as fast as they could. The gate was starting to close as

the figure passed though. Ellion had since passed Dobbs and was the second through the half-way closed gate. With only seconds left, Dobbs turns sideways and slips through, tearing his coat and receiving a scratch on the face in the process. This angered him, so much so, that adrenaline pumped though his veins, causing him to speed past Ellion as they charge down the street. The figure couldn't keep the lead he'd once had on an angered Dobbs, who grabbed him a block and a half later. Dobbs slams him into a group of garbage cans and pounces on him, slamming his knee into his back. With his weapon drawn, he puts the barrel to the temple of the suspect and bears down hard.

"Flinch the wrong way and I swear to God---" Dobbs growls, clenching his teeth.

Ellion catches up with them surprised to see the position her partner had the suspect in. She takes out her cell phone and presses a button. It alerts her precinct that backup is needed at her location in which GPS would guide the officers to.

"That's enough Dobbs," she demands. Dobbs is a little too worked up to hear that his partner was telling him to back off, because if he didn't, he would definitely kill him by continuing to crush him with his knee. "Vincent!" she screams.

Dobbs slowly pulls the gun away from the suspect's head, returning it to its holster. He then reaches for his handcuffs and violently slaps them on his wrists. The suspect has said nothing; nothing during his violent takedown, when the gun was pressed hard to his head, not even when the cuffs bit down on his wrist bone. Dobbs lifts the man up with one arm--- the residuals from his adrenaline rush--- and hauls him back to the hospital where backup awaited.

They search his room back at the hospital. It is littered with articles, all on the recent events in the city as well as the world, but mostly on the Necro killer. There were also obscure drawings; one of which, a sketch of a crowd of people blankly looking toward the sky with their faces drawn with a hint of skeletal features. There were also drawings of a weapon. It looked like a knife with smoke rising from it and a current of electricity coursing through it. Dobbs and Ellion along with several other officers in the room, collected everything in the small space and filed it away as evidence.

"Detectives," an officer says. "Take a look at this." Underneath the mattress were two awls with heavy gauge wires attached to them. "Aren't these the weapons that you've been looking for?"

"It appears to be so," Ellion says, studying the tools. She picks the items up and places them in a brown paper bag. "These are gonna ride with us," she says to the officer. She then goes over to her partner, who was finishing interviewing the woman who answered the door.

"---Soon as the doctor can be reached, tell 'um to swing by the precinct." He turns to his partner shaking his head. They just stare for a moment. He knew what she was thinking by the way she looked at him. "Look---" he starts, "Didn't Poe say that one of us were

120

Exhibit 10

gonna bite it when we catch this guy? I was like the soldier that threw his body on the grenade. He may have had that thing on him. I was lookin' out for ya."

"I wish I could believe that," Ellion replies. She sighs. Something phycically was troubling her. She holds her stomach.

"You a'ight?" Dobbs says. "We can have a medic look atcha…"

"No, I'm fine," she insists. "I've just been weaning off some--- medication and I get an occasional cramp--- that's all." She then looks at his cut. "Maybe you need to see the meds."

"Nah, this ain't nothin'," he says wiping his face, shrugging off the minor scratch. "Well, we got what we need, I wanna tear into this creep and see what he knows."

"As if you hadn't already," Ellion sarcastically replies.

****

Brian sits in the auxiliary interrogating room looking around at the cold emptiness thereof. The old room located on the ground floor next to the parking garage and munitions department looks like a typical scene you'd see in the movies. The walls once painted a drab grey on the lower half and a slime green for the upper now chipped away, exposing the mason brick underneath. A single light hangs from the ceiling with the wire slightly frayed. The windows sat high near the ceiling and were blacked out and overlaid with steel grating to further enhance the desired effect. This room was supposed to be decommissioned and used as extra storage, but on occasions, officers preferred to use this place to interview hardened criminals. It sent a message--- one that could not be conveyed in the comfort zone of the newer rooms upstairs.

Ellion enters the room first, taking her time to carefully study the suspect. He sits motionless, expressionless; eyes affixed on the wall ahead of him but not staring at it, more like through it. Ellion's calibration on him cannot get a good read because he exhibits no sense of self. It is as if a living, breathing mannequin sat in the seat. She places the files on the table and begins to take out the grizzly pictures of the victims, spreading them across the table. His eyes still do not acknowledge her, even when she reaches over him deliberately at times. Dobbs is second in, and even his brooding presence doesn't give a response from the suspect.

"Brian DeFir," Ellion starts, "this is a heck of a resume if you're looking for work as a career criminal. Progresses from small stuff to bigger… But now, to get to the big leagues this is what we have, huh? You see this?" she says as she picks up each picture. "This is a capital hit. For every picture I pick up, you're sentenced to death. And, if we wanted to be ironic, we could exact punishment by executing you for every count. We do have the technology to resurrect you. Why not? Because isn't that what you're so against? How about going out the same way your victims did? Except you do it over and

121

Exhibit 10

over and over---" she stares into his eyes. His expression hasn't changed since. "You do realize that we have the evidence to convict you on the last body. That's a clear shot in the basket. Your prints were on the needle left at the apartment. Forensics is just tying up the loose ends. But, what we need more than a confession on the others is, why? Why did you kill the Necrosapiens? I can see by your disposition that it meant nothing to you, but there's always a reason."

Brian finally breaks contact with the wall and looks at Ellion in her eyes. His lips tremble as he utters, "Once you start to play God, what's the next thing you try to do? Prove he doesn't exist... I- AM-- GOD!" His voice sounds clearly on the contrary; deep, satanic, disturbed, and his gaze penetrates the detective down to the bone. He resumes staring at the wall, becoming a silent statue once again.

Ellion looks over at her partner, perplexed at what she just witnessed. Dobbs was still too pumped to let the ramblings of a crazy person faze him. But, just before he did his signature interrogation technique, a man bursts into the room. He has another man in tow and Captain Houston rounding up the group. The first man is dressed in an immaculately, tailored suit, towing an expensive, leather briefcase. He looks like an expensive, hourly attorney with an impeccable track record.

"Harris Greenburg of Brown, Mann, and Greenburg," he says as he coolly tosses a card on the table. "If you'll excuse me, I'll be taking my client home now."

"What are you talking about?" Ellion says. "We have your client linked to the scene of the latest murder, with the wound being consistent with several others," she says pointing at the pictures. "He fled when we tried to question him. And it's only a matter of time when forensics comes back with all the conclusive evidence we need, not to mention the weapon," she says as she takes out the paper bag, dumping the awls out. "These two modified hand tools are what he used to do his sadistic duty. These wires look as if they can be hooked up to a car battery."

The lawyer looks at the pictures and weapons on the table and confidently replies, "Do you know what 'nothing' means? It is the answer to the Jeopardy question, 'what do you have on my client?'"

"Am I the only one who sees this stuff!?" Dobb interjects. "Hello, we should be talkin' pleas here. We have the weapon, this guy is claimin' to be God. I have an eye witness that can link him to the first murder at the docks if you put him in a lineup, I could go on..."

The lawyer clasps his hands together as if he were thinking. Actually, he had his strategy already planned out. He was a good spin artist, and he was about to how them just how good he really was.

"I can play this from so many angles--- where do I start. Oh yes, we can take this to court and I can prove beyond a shadow of a doubt that my client is innocent by reason of

122

Exhibit 10

mental defect, so there's my plea. But, then we don't even have to waste the State's time and money because the whole arrest was improperly done. I believe that you're not even supposed to be arresting my client if he was indeed the Necro murderer suspect--- which he isn't--- because this is actually the FBI's case. You're just back up."

As he started to gain momentum, he paced the room as if conjuring these ideas off the top of his head. "Or, maybe we can just dissect the arrest itself. My client has sustained bruises and trauma from that little scuffle Detective Dobbs. Brutality on a mentally deficient victim won't play out good for you in court, being that we can prove that your anger has been a problem all through your career. No one advised him of his Miranda rights. His room was searched without a warrant or probable cause, so all evidence found therein will be ruled inadmissible in court. I can also have you brought up on charges of harassment and reckless use of a non-issue firearm stemming from your first visit to the private facility; a visit that traumatized the previous employee so much that he's since left. Something about a raving-mad cop bursting in with his gun pointed at him…" He then turns to him and replies, "I could go on…"

"This guy's a clear-cut nut! Why are we standin' on technicalities here?!" Dobbs burst.

"Outside!" Captain Houston commands. Dobbs shakes his head in disgust as he exits. The captain motions to Ellion to come out as well.

Out in the hall, Dobbs paces frantically. "How could this nut retain an attorney like that? He looks like at least a $500-an-hour suit."

Captain Houston looks physically drained, as if he too had to take the mud slung at him by his superiors behind this case. He replies, "I don't know how, but we've gotta let him go."

"What? Cap no!" Dobbs protests.

"You---" Captain Houston begins, "you need to thank God in there that I'm not going to do far worse than I'd like to. But you have kept to your end of the deal and brought me five cases." He turns to Ellion, "I'm this close to suspending you," then says to Dobbs, "But--- you're gone."

"What?!" Dobbs shouts. His voice reverberates throughout the hallway.

Captain Houston shakes his head. "I've saved you too many times, and I just can't do it anymore. I've used up all my favors, and you've used up all your from me. Give me your badge and weapon."

Dobbs looks at the captain. No matter how disgusted he became with the job, this was all he had. And it was now being taken away from him. He pulls out his badge and drops it to the floor.

"The piece is mine," he says as a last act of defiance, as he walks away.
Ellion cannot believe what she just witnessed. Her partner--- the man she'd grown accustomed to--- was gone. What was worse, the killer was able to elude the police once again. The second man who entered the room became the first one out as he addressed the captain.

"My patient has clearly suffered from a psychological break. He was clearly not in his right mind when he committed the heinous murder."

"You see?! There, he admits it!" Ellion says.

"Yes, he did. He confessed to the one murder of Jamie Woodson, an ex girlfriend from long ago. It was a rage I'd long suppressed, now resurfaced. He'd been cheated on by Jamie numerous times which caused him to have the initial psychotic break and taken into my care. Maybe it was your initial visit that caused him to relapse; I mean you do resemble her."

The lawyer comes out second. "We can take this to court and win. He'll go back to The Levinè and we'll all live happily ever--- you know the rest." They escort Brian out as Ellion watches to her dismay.

****

Ellion sits at the bar sulking. She is on her third round of the stuff her partner usually orders. But he wasn't around. It was just her, sitting in a deep, somber sentiment. The aid of the liquor transitions the all-consuming case away if only for a moment. She finishes her drink passing her glass in the direction of the bartender who's wiping down the already clean bar. It gets his attention, as he pours her another round. Just then, her partner comes in and takes a seat next to her. The bartender knows Dobbs as a regular because without them exchanging no more than a nod of salutation, he reaches for a glass and pours him his regular. After a stiff throw back of his drink, he takes a long, hard look at his partner, who was now becoming a mirror-image of himself. The mere thought of it didn't sit well with him, so he began to offer what he could as words of encouragement.

"If I was now who I was ten years ago--- we'd be still all over this case, not lettin' somethin' like the legal bull get in our way. But--- I let it eat me up."

This was his moment of clarity. In all the years of his insolent, rogue behavior, it wasn't until now that he really assessed his problem. "I let the job eat me alive. Not to mention-- me blamin' myself for my wife's--- But, that wasn't my fault. And, I knew even before I became a cop that it was filled with a whole buncha politics and bureaucracy. And, this is what we have now; a case bigger than we'd ever imagined. So big that we're letting it consume us. And why won't they just let us work it? Because *they* thought a know-too-much, hot shot, kid with a high dose of estrogen paired up to baby sit a past-his-prime, final-straw-havin' charity case wouldn't be so wise as to follow the clues."

Exhibit 10

He rubs his face, grinding the whiskers in his fingertips. "I'm convinced now more than ever that this killer is just a small piece to a very big puzzle; all the more reason why they don't want us to find him. Maybe he might expose somethin'? Who knows? All I know is people--- *people* are dyin'…"

Ellion says nothing. She expresses neither grief nor joy. She just stares at the bottles of liquor shelved at the back of the bar, thinking of the right combination to black her out of this day… maybe, even this life. Dobbs notices her lack of reciprocity and becomes irritated.

"You're actin' like *you've* just been fired! Just because this case seems like it has no end doesn't mean that it's true! You're smarter than that--- you're smarter than me. And you're damn-sure smarter than this. The shoe should be on the other foot. I should be near-.12 right about now, and you should be out there tryin' to find another angle for us to work to keep this case movin'."

Still, she says nothing. Finally he asks, "Do you *really* wanna turn out like--- me?"

She finally breaks from her induced stare and pops back into reality. The revelation of Dobbs' query makes her ask herself the same question. Not that he was a bad person, but now she questioned did she really want to be the same as her father, who was in a sense like Dobbs. She began to recollect nights when she saw her father crying the darkened basement because he took the job home with him. Nights when he would drink himself to sleep to quiet the ghosts of so many unavenged victims. Did she really want to become that person who resolved to himself that the only true way to restore peace was to put a .45 to the temple and squeeze?

"So many innocent victims…" she finally says.

"At this time, your only aim is to catch the scumbag who brazenly kills with impunity. Forget the victims for a minute." He then takes a drink and thinks out loud, "I don't know whether to empathize with the killer's plight anyway. I mean, they are just lost souls standin' behind purgatory's velvet rope…"

She stares at him. "What an ironic way of looking at it…"

"That's the only way you should look at it. Because if you do keep beatin' yourself up for sometin' you can't control…" The bartender pours them both another drink. This time Ellion sips at it, whereas Dobbs, again, throws it back. He then says, "Kid, you and me are a lot alike, we're both miserable. And the job--- the one thing that gives us purpose--- is the same thing that's eatin' us alive. Only difference between us is that I lay my crap all out for the world to see. While you, on the other hand, you've spent a long time puttin' yours behind a perfect front. But you're gonna bust a pipe if ya keep doin' it like that. One thing ya gotta remember; so long as they pay you, you keep investigatin'. Win or lose. I don't know about you but I'm gonna get this guy. Forget Houston, and forget Pontè!"

"How? Where do we start?" Elion asks in dismay.

"The snake pattern! There's still gotta be somethin' to that." Dobbs says enlightened. "You still have it right?" Ellion shakes her head. " Now, not takin' into account all the copycats, maybe the real killer has still continued his pattern? All we need to do is get the names and---"

"You remember last time. I'm sure we don't have Russ to help us out again. Plus, you're not on the force anymore. If the captain sees me with you I'm---"

"Don't worry about me," Dobbs assures his partner. "And don't worry about the names. Leave that to me…"

126

Exhibit 10

## Chapter 13

The two head straight to the Lazarus Center where they were determined to get what they needed. This wasn't like the last time, where the detectives stood on formalities; it was as close to going to the seedy side--- a side in which Dobbs thrived--- as they could get. Armed with a court order still wet with the signature of the judge himself, they walk up the long flight of stairs and into the building.

"How did you get that court order so fast?" Ellion asks.

"I still got friends," Dobbs replies with a smirk.

As the two enter, Ellion pulls out her badge and Dobbs flashes his piece for intimidation to the receptionist. "Whatever you have to do, make sure that elevator on the other side is waitin' for us."

She nods in agreement as the two continue on without missing a step. As requested, the elevator was open and waiting for them. They knew at this time Dr. Rolla had a heads-up to their arrival, but it didn't deter them from their common goal. They ride up the seven flights to the doctor's office where is awaited them with a team of men in suits. All of them armed with briefcases.

"You can stand behind an army of suits all you want, but this paper says that we can get those names," Dobbs barks, charging at the doctor.

Dr. Rolla stands his ground. One of the lawyers dauntingly places himself in front of him. Dobbs is just about to swing--- pleasurably cracking his jaw--- but restrains himself, instead, handing the paper to him to study.

"Why feel the need to resort to such brutal and Neanderthal means if you have the power Detective? Could it be that's nothing more than a doughnut menu?" the doctor replies.

"No need to call your bluff, and we don't want to take up anymore of your time. We just want the names," Ellion replies.

"As I have said upon our last encounter, I'm afraid that's not an option."

"But we have---"

"And we have this," the lawyer says. He opens up his briefcase and hands the detectives a form. "This is an injunction citing restriction from any information revealing the identities of Necrosapiens within the jurisdiction of this Lazarus Center and the greater New Athens area. And believe me, we have informed others outside the city and they will do the same."

"We're working in conjunction with the FBI," Ellion proudly states. "Since this is a federal case we're entitled to the privileged information so long that it leads to an arrest."

Dr. Rolla's eyes squint slightly. "Maybe… if you hadn't pulled that stunt the last time you came here. But now that information is closed off to even the FBI. See, we have rights that even they cannot circumvent." Dobbs looks at the doctor. "You're looking at me as if I didn't know; the mass sweep weeks ago involving NAPD going door to door in the Straits? That could not have been done unless they were informed about the registered Necrosapiens that resided therein."

Ellion adds, "--- meaning that you know that your assistant helped us."

"And from the looks of it, I guess he was silenced, huh?" Dobbs states.

"I won't even begin to signify what you're implying with a response. Russell Taylor left on his own volition. As bright a child he as was, he just couldn't adjust to what we do here. I gave him a choice: transfer to another department that focused less on Necroengineering, or simply leave…"

"From the looks of it, when somebody leaves here they just don't waltz out the door and have a *nice* life…" Dobbs says with an ironic twinge.

Dr. Rolla looks at the detective suspiciously, for he knew what the detective was implying. "*He* is a different story altogether Detective…"

"Yeah, I guess *he* knew too much. So much so, that you made him live in fear for his life until his death--- a death that you all made possible!"

Dr. Rolla slams down his fist on his desk. This was the first sign of emotion he'd ever displayed in front of the detectives. "I don't need to explicate any further my justifications to you. You're already throwing around wild accusations. So, if there's nothing more I can do for you---"

"You're nuts!" Dobbs fumes. "Not only do we have the real nut on the loose, but now we have copycats makin' target practice out of these people." He turns to one of the lawyers, "Why are we even havin' this conversation? Give us this information so that we can do our job!"

"I can have security escort you out of this facility if you want," Dr. Rolla says as he leans toward the phone on his desk. Dobbs and Ellion turn to leave, but not before he kicks over a wastebasket in frustration. One of the lawyers reaches for the phone but Dr. Rolla nods, implying it's not worth it.

Dobbs bellows, "You soulless sons of---" He then turns back to the party and replies, "You know, for a long time I used to think that the people we're tryin' to protect were the monsters; an abomination to nature which should not have been. But, I was wrong.

128

Exhibit 10

Because I see something far worse… The people who crated the same thing they're passively helpin' to exterminate--- you're the real monster." Again, the eyes of Dobbs and Dr. Rolla's meet as the elevator door closes. On the ride down, Ellion receives a text message from Sean saying they need to see him as soon as possible.

**\*\*\*\***

"Although this may come as shocking news to you, Brian DeFir isn't the killer we're looking for either."

"Okay, that is shocking," Ellion says, throwing her hands up in defeat.

"How do you know that for sure? And I refuse to believe that this is just another copycat," Dobbs says.

"Unfortunately it is," Sean insists. "Maybe the closest to the real thing to date. He definitely did his homework."

"Wait a minute, what about all that profilin' and the work with Dr. Saunders? See I told you he was just a quack. And I'm startin' to believe that you, Brindle, are---"

"I resent what you're about to say Dobbs. So much so, that I advise you not to." Sean began to ball up his fists, looking Dobbs straight in the eye.

Two things were obvious; the weight difference and brawling experience he had over Sean, but that still didn't deter him from standing his ground. Dobbs saw the heart Sean displayed, and nodded in compliance. Sean adjusts his glasses and begins, "I am a scientist above all things. I hypothesize based on the variables placed before me. Sometimes, mistakes are made. But thank God this wasn't a crucial error. I've helped you thus far in this investigation with my knowledge and expertise, and now that I make a mistake my work--- even my character comes into question? Like I said, I resent that Detective."

Dobbs, looking more embarrassed because, now, even his partner took offence, sheepishly replies, "I didn't--- mean to--- I'm--- sorry Brindle. You're right. It's just--- this damn investigation; with all its loopholes, restrictions, and copy-cats, the stress is just---"

"Believe me, I feel it too," Sean relates. He places his hand on Dobbs' shoulder. In what was a tense situation just moments ago, turned into peace once again. They were now ready to move forward with the case once again.

"Okay, so how do you know that he isn't the killer then?" Ellion asks.

"Usually with the consistency of serial killers, the murders become more heinous as they go on. The killer's psyche begins to break down, as the hunger to kill becomes insatiable.

129

Exhibit 10

Like a drug, he's looking for that gratification faster and faster. Not in the case of the true Necro-murderer; for we would've found that to be apparent by the fourth or fifth victim. See, when it comes to him, his modus operandi never changes. The wound is consistent, the kill is clean. Not a trace of evidence… never does he become sloppy. It is almost as if he is an---"

"An assassin?" Ellion asks with dismay.

"I'm far from ruling that description out," he says. "Aside from the inflicting strike being an intimate, close-range attack with a short-hand weapon instead of easily detaching himself altogether by using other means--- a gun for example--- it's very impersonal. He doesn't even take souvenirs." Sean rubs his head, then readjusts his glasses. "It is almost as if he was trained. Trained to know where and how to kill quickly and quietly, assuring a zero survivability rate."

"An assassin? Sent by who then?" Dobbs asks.

"I'm not sure. I still believe he's just some extremist rogue with an agenda. Nothing more than the radicals we've become accustomed to, taken his rage to the farthest bounds, but restraining himself from taking his personal feelings out on the victims themselves. Rather, an undoing of the Lazarus Project as a whole," Sean iterates. He then goes back to the copy-cat murderer. "Brian, on the other hand, didn't have an agenda--- he had envy. He was maybe a no one we would easily pass on the street; someone in desperate need of attention. I could see how he could be overlooked, being the black sheep of a very prominent family."

"He comes from…?" Ellion asks.

"A family of doctors, lawyers--- anyone of importance… except him." Sean clicks on a website; it displays news articles depicting a famous family. "Brian DeFir's family is DeFiroe; rich, successful, and powerful--- collectively and individually. All his siblings turned out to be just as their father desired. But when youngest child, Brian, didn't meet the strict expectations just a year into college, he was partially cut off as a threat. As an act of defiance, he went to a lawyer friend he knew and had his history erased, assuming the not-so-inconspicuous, Brian DeFir."

"That's why he just seemed to pop up outta nowhere," Dobbs states.

"It was during that time he'd dropped out of school altogether and began hanging out with a bad crowd. He started using strong, hallucinogenic drugs with the money his father still gave him. That warped his mind, causing him to commit petty crimes as fun. Its heavy use also caused him to really have psychotic episodes. When his father found out, he was sent away to a private hospital…"

"The 312 Building," Dobbs says.

130

Exhibit 10

"Using the assumed alias and supporting him from afar, his father made sure that he was taken care of in all ways possible. I can only assume that he had special privileges in that facility," Sean states.

"He must've been able to read about the murders, biding his time in hope of the right moment," Ellion suggests. "But instead of joining the fold of sloppy copy-cats, he decides to essentially be the real deal; or as close as possible."

"What a way to get daddy's attention," Dobbs says in contempt.

"He may have had just as much access to information as I have, being that place is catered mostly to the rich---"

"And we did seize a laptop from his room," Ellion says.

Sean clicks back over, looking at the victim's photos and the weapons used in the attack. "I must say that he did his homework, fashioning the tools the way he did. But, instead of being a quick-strike, methodical killer like our true Necro-murderer, he took his time with the victim."

"How can you tell?" Ellion asks.

"The faint marks on the victim's wrists suggest that they were bound, yet she didn't put up a struggle. I bet it's because she was given a dose of or Psycalsalinol, or PCL. The reason why I believe its PCL is because the tranquilizer's commercially available. Anyone could go into a drug store and get it with a prescription---"

"Or have access to an in-house pharmacy?" Ellion adds.

"Exactly. I have yet to run test and see if the syringe had traces of PCL, but I bet my career on it. See, the desired effect he was going for makes one docile but not too drowsy; just the way he would've wanted her. That is when he began the torture, using two different instruments for insertion."

He pulls up the old pictures Ellion took of the first victims, comparing it to the present victim's marks. "Look at the wound; it is not consistent with the others. Brian wants to make sure that he inserts in the same spot, making it seem as if he'd entered just once, but winds up moving just millimeters over on the next go round. Maybe he stuck the hot poker in first to achieve the cauterizing effect, then the electric one next to seal her fate. The weapon the true Necro murderer has is one of a kind--- and frankly, nothing I've ever seen before…"

"So the girl was shot with a dose of PCL and made compliant. He takes her to someplace where he can't be disturbed. Hooks up his tools to a car battery and goes to town, am I right?" Dobbs asks.

Exhibit 10

Ellion includes, "If anything, we can still argue that he had clear motive. He was scorned, wanted revenge. Man one at best. We'll let the DA handle that. So long as that syringe and the victim show traces of PCL---"

"Although it may be hard to tell on the victim, I'll run some test and see if the fatty tissue still has traces of the drug. Since the main chemical in PCL is a naturally occurring substance, it gets absorbed by the body quickly. But some of it gets stuck in the fatty cells where the injection was made so long if he made the stick in the leg or buttocks. If we're lucky…"

"I know, Brindle," Dobbs begins to say. "Do what you can…"

"I will." As the two are about to leave, Sean calls out to Dobbs. "Detective, do you by chance play chess?"

Dobbs looks confused at the line of questioning. Still he nods 'no'.

"It is a game of strategy. The object is to take the king, but you also have to outthink your opponent as well. Maybe my analysis on Brian DeFir was off, maybe not. But the report I submitted to the FBI on your behalf gives them reason to keep tabs on him--- while you now go out and track the *real* killer…" He gives the detective a small wink. Dobbs now realizes what Sean has done. He nods back, having the greatest respect for him.

<center>****</center>

"We need a different approach," Ellion suggests. She sits at her desk while talking to Dobbs on the phone.

"And here I thought we exhausted all angles of approach," Dobbs quips. "What do ya have?"

Ellion rises and paces around her desk, concentrating on a plan that was generating in her head as she walks. "Since we finally have room to breathe, now that the Feds are keeping tabs on Brian, I think it's time we flushed out the killer. Okay, so maybe he is a cold-blooded, detached, emotionless killer only dispatching Necros as a way to rage against the machine. That doesn't mean he doesn't have an ego still."

Dobbs leans back in his chair, folding his hands behind his head. He is now intrigued with where she was going. Looking into the videophone, he replies, "Go on."

"With the help of the press, we broadcast on the news nightly that we're closer than ever to finding the true Necro-murderer. We even state that Brian DeFir was a top suspect but was later charged with the only copycat crime that mirrored the real killer's in every way. We've obtained a list of Necrosapiens in the greater New Athens area, and with the help of pathologist, psychologist, and other forensic scientist, we've uncovered not only clues but also his pattern. We go on television and show the map of the city with the design.

Exhibit 10

We even go so far as to say that we have a sketch that we're about to release, we're but steps behind him."

"Okay, then what? If he calls our bluff we're screwed."

Ellion smiles, "That is when we offer the bait…"

"Bait…?"

<p align="center">****</p>

"No, I'm sorry, I can't do it," Nolricco says.

Dobbs and Ellion sit on the couch in her apartment looking at the frantic young woman, who is slowly rocking, seated on the farthest part of her chair, nodding her head in relation to her answer. She looks shaken at the thought of reliving the nightmare once again.

"Look, I know you're scared. But I can assure you that you would be protected at all times. We would have no less than ten plain-clothes officers in your area," Ellion reasons.

"I'm sure you've kept up with the news," Dobbs starts. "People have been dyin' left and right. Copy cats have had a field day with this. And it seems as if the Feds are draggin' their butts on this. You were the only witness that ever got a look at him---"

"But I told you I didn't see---"

"And you won't see him again if you don't want to," Ellion says. "All you have to do is go on the news saying that you were there the night of the killing at the docks, and be in a specific place after that. We're sure that he will strike there and we know his next victim will be a woman."

She walks over to the fireplace, holding her arms as if she is cold. She then stares at a portrait that hangs above the mantle; one painted by her friend. "He killed my best friend…" She turns back around to them. "One of the victims recently was my best friend Shauna. She'd been with me in the boating accident too and was resurrected around the same time I was." A tear streams down her face, "I couldn't even go to the funeral…"

"Don't you think it's about time that you help catch him?" Ellion reasons. "If not for the sake of that victim you saw that night--- for your friend?"

"What would I have to do?" she asks.

<p align="center">****</p>

"22 year-old Nolricco Reed may have reason to celebrate this weekend, for it is her second-second birthday. That's not the case for her best friend Shauna Coover. She was one of the victims in the recent wave of Necrocides sweeping the city as of late. In an ironic twist of fate, it was Nolricco who witnessed the first Necrocide; meaning, that she is able to identify, what police are calling the true Necro murderer. She had since gone into seclusion for fear that she would be targeted next, but brought out by police when it was discovered that her friend share the same fate as the other victims. Reporting from the north side, Jordanna Beals."

<p style="text-align:center">****</p>

"Okay, hold still," Sean says as he applies a sticker on her chest. She looks nervously at the appliance that was being attached to her, but the kind eyes of Sean ease her a bit.

There were offers strewn about, attending to their business in the shed, located in the back of Galley's Restaurant. The place was owned by Galley Banks, a retired NAPD SWAT who loaned out his shed for these types of things. They were gearing up for the covert sting operation that was about to go down. Ellion suited up with a bulletproof shirt and loaded up her light cannon, as the rest of the officers followed suit soon after. Other officers were in full-on tactical gear, loading assault light rifles.

"What is this?" Nolricco asks, looking at her chest.

"Just the latest in innovation," Sean says with a smile. "Criminals have gotten so wise to us, forcing us to continue to improve on our wiretapping technology. No more small cameras in cell phones, watches, and glasses. Sophistication has enabled us to make them even smaller and inconspicuous. Take this camera for example. It looks almost like a nicotine patch with a flexible circuitry board underneath. But it is a 5 mega pixel camera, able to transmit signals up to a mile away. Although the pictures take a few moments to update to the receiver and the sound is to be desired, slap this on the wall of a place you want bugged and no one will be the wiser. A camera like this can run on a button cell battery and photoelectric energy for weeks. But we can also substitute the battery with, in this case, the energy humans' produce---"

"Oh, I didn't think I was human anymore, by the way I'm treated nowadays," Nolricco sarcastically states.

Sean immediately stops what he is doing and cups her face, looking into her eyes with a pensive stare. "Don't ever say that, much less think it. You eat, breathe, and grow just like that officer over there."

She stares back Sean with a glossy stare. In that instant she is grateful that he has made her feel better about herself. She smiles.

134

Exhibit 10

"And now to add---" Sean says as he pulls out a small bottle of paint, "the perfect concealer."

"What is that?" she asks.

"Camouflage. Just a few passes with the airbrush, and it matches in with that nice skin tone of yours."

"Won't that get on the lens of the camera?" Ellion asks.

"It would if we were using a single optical lens. But this whole surface is a compound photoreceptor, made up of thousands of micro lenses. This technology is based on the principle of the vision of a fly. It possess a very large view angle and the ability to detect fast movement and, in some cases, the polarization of light. And, despite a fly's eyesight, we're able to get high resolution images. The lenses all correlate with each other, making one giant picture instead of thousands of smaller ones. And like the lights on a Christmas tree, if one goes out the others compensate. The paint we use, when sprayed through the airbrush nozzle, creates a fine mesh so maybe a few hundred lenses at best get covered." "See? You even have the finest man working with the best technology on your side," Ellion says, assuring Nolricco. "Not to mention a ten-man tactical unit behind you."

"I'll be in the van outside around the corner," Sean says, as he places headphones on, trying to check for sound.

"And, I'll be but a few steps behind you all the way," Ellion says, as she grabs Nolricco's hand. "We'll have five plain clothes officers surrounding us and a tactical team in tow. You're safe." Ellion's smile assures her of her safety.

"Is it okay that I tag along?" Dobbs says as he enters the shed. He is followed by Galley, who stands proudly in his soiled apron and portly stance.

"I suppose you could be a Samaritan assisting in making a citizen's arrest," Ellion replies with a smirk. Sean looks up and smiles. Dobbs nods back.

"You all should at least have something on your stomachs before you go out," Galley starts. "I remember a sting I was involved in, back in--- '75. I remember--- a nervous rookie it had to have been, heavin', but he had nothin' to heave out! That's why my wife used to pack a delicious lunch for me every day. Helped me focus when I used to scope for hours durin' hostage situations. My wife serves the same lunch today. Calls it: The SWAT Pack. You want me to---?"

"No, and thanks Galley," Ellion says. "You do more than enough for us as it is."

The tech that sits with Sean gives indication that the equipment is up and running. "Okay, the gear is hot," Sean says. "And, here," Sean places an earpiece in Nolricco's ear. "We

can communicate through this. We're going to move this to the van and we should be on our way soon," he then says to Ellion, as he and the tech depart with the equipment.

"Okay," Ellion replies. The rest of the officers also begin to depart, leaving Ellion and Dobbs alone with Nolricco. It gets quiet from the once-bustling shed. "You okay?" she asks.

She looks nervous, but not like of anytime before. A sense of serenity envelops her. It is as if what dangers may come, she is destined to be at peace with it. Poe Coe divined her also playing a part in this grand scheme of things. Nolricco was the first person to witness history in the making. And the ironic part about it all is that it would actually take a Necrosapien to bring down the killer dispatching them all. She sits in her seat calming meditating a chant she used as a child. Dobbs and Ellion face each other.

"This is it," Ellion says.

"Part of our destiny, huh?"

"I'm afraid so…"

There is an awkward pause. Mostly because they both have so much to say, yet, time was of the essence.

"Look, if I'm---" Ellion starts to say.

"Shhhhh…" Dobbs interjects, waving his hand. "Don't even think like that, for either of us. Remember what Poe Coe said? She's just a guide. We can refuse to walk the path, right?" Ellion cracks a small smile at the thought. "Besides, while you're tryin' to kill em with essentially the same weapon he has---" Dobbs cocks his Desert Eagle. The small smile turns into a full-on grin. They embrace, maybe for the last time…

Exhibit 10

## Chapter 14

The night is unseasonably cold--- not in the plans of the team; for Nolricco kept putting
her sweater over the camera. It was a nervous reaction coupled by the inclement weather.
In any case, Sean kept advising her to keep her top open enough for the camera to see.
She was to casually stroll between the blocks of Sacks and Merchant near the Echo Park
District, unsuspecting to the killer's advances. According to the figure drawn by Ellion,
this is where he was to strike next. The odds of the killer taking Nolricco was high, but
the Detectives bettered those odds by the given variables.

They'd since figured out that not only did the killer have a route in which he killed, but
also a cycle. Killing in threes, he also killed preferably on a day that ended with a nine;
being three times three is nine. All bodies found had a time of death between around 9PM
to 3AM; a six hour window, meaning, three plus three. Nolrocco was to be the third
female victim before going back to males, and Ellion's ace in the hole was that she'd
hoped the killer's ego would be challenged by the media frenzy she'd conjured up with
the help of Maddox. So as not to make it too obvious but better their chances even still,
Nolrocco was to be purposefully kicked out of a discriminating restaurant in a public
display. She gladly put herself on the line, for so much was riding on her now.

Ellion tails Nolricco a few yards back, keeping a hawk eye on her as if she was her own.
The tension that mounted with each storefront they pass had her stomach in knots.
Suddenly, she buckles slightly at the sharp pain that develops.

> "I've---loved you---for---as---long----as I---can---remember," Sean signs to
> Ellion. They lie lazily in the aftermath of their encounter. She has her head on his
> chest listening to his heartbeat. Its rhythm is soothing, it makes Ellion feel more
> alive; for it had been a long while since she'd had the opportunity to be in such a
> position. The motor-like purr of Tygor was comforting in it's own right, but not
> like this.

> Ellion blushes at his confession. "I have to admit. I was quite fond of you for a
> long while. But I didn't want to compromise our professional relationship," she
> says as she playfully draws circles on his stomach.

> "I---understand…"

> Ellion rises up from the bed, turning away from him. Her disposition changes
> dramatically. The reality of something menacing nipped at her heels, spurring an
> innate fear.  "That's why this is even harder for me," she almost whispers.

> "What---do you---mean?"

> Ellion was now struggling; struggling with the same demons that had plagued her
> before. "It's just that--- I--- I can't…"

"You---can't?"

"I can't do--- this." She goes over to the restroom, grabbing a robe. Sean looks on in confusion.

"Was---it--something------I---said?" Sean emotionally begins to sign.

"No," Ellion starts to say. "It's just that---" she then becomes angry. She wasn't mad at him, but her defense mechanism kicked up the only resistance it was able to draw. Because actually, she was afraid.

Even though she allowed herself to become vulnerable with him, a part of her was now convincing her it's a mistake. Inevitably, this relationship would self-destruct like all the rest. The only 'healthy' kinship she did have was the one with Dobbs, and it was based on its own dysfunctions. But this--- this had the potential of being the one great thing going for her right now; except, she wouldn't allowed herself to take party of it. For that lingering nudge poking at her just wouldn't stop.  It wasn't a part of her that could automatically be shut off--- not unless aided with medication she'd become dependent upon.

In an outburst, she screams, "I just can't do this Sean!" She then walks over to get his clothes, holding them in her arms. "You have to leave…" she quietly utters amongst the tears she couldn't hold back any further.

Sean rises from the bed, utterly stunned. His rational mind concluded psychological torture was being placed upon her; the warring conflict of her heart versus demons. Still, he too was also getting his heart crushed in this moment. Respecting the wishes of Ellion, he takes his clothes from her and begins to franticly toss them on. He then makes his way down to the door. As he turns to leave, he clicks on his receiver.

"Despite how you're feeling--- the inner conflicts you deal with--- my feelings for you will never change. If you want to go back to before--- this, although it may be hard for me, fine. But know this; I, too, have been in a place where I was alone, alienated from everyone. It was cold, sad, and depressing. And I promised myself never to go to that place again. Don't continue to shut people out Ellion. Because that cold place will become closer than you know." He opens the door, exiting into darkness of the night.

She throws herself onto the bed, uncontrollably letting the tears flow. The pleasure she'd just experienced was now polar opposite to the excruciating pain she voluntarily placed upon herself. Maybe this was the normalcy she'd thought she needed; from the extreme highs to the lowest of lows, but never complacency of in between. At least, that's how the medicines' affect worked on her; the only reliable agent that soothed the pain.

138

Exhibit 10

She goes over to the restroom and grabs her pills from the medicine cabinet. She takes two and returns to her bed. She now quietly sobs until the pills take affect, sending her into the solitude of sleep.

"Hurry up!" a woman yells to her child in tow. The belligerent toddler whines as his mother struggles to pull him along down the street. "You never acted this way before," she frustratingly says. "You know I brought you into this world, I can take you out. I can also bring you back to take you out again!" she yells as they pass Ellion. She views the exchange, thinking to herself…

Dobbs keeps eye on the two from across the street, almost looking as if he were stalking them as prey himself. But, his intensions were quite clear. If anyone suspicious were to attack Nolricco he'd be all over it, and if his partner happen to fall at the hands of the killer, he'd be ready to tear the assailant apart. He didn't care about rules now that he was a citizen. Maybe he knew that the officers in the immediate area wouldn't care, empathizing with his plight. For them--- the whole precinct for that matter--- this has been a long case, and at this point it wasn't even about bringing home the killer, but bringing justice and peace to the streets by any means necessary. As he walks, Dobbs catches ear to a preacher strolling the street with a bullhorn in one hand and a bible in the other.

"You all need to beware of how sneaky the Devil can be in these end times. The bible says that in the last days there will be false prophets going around doing miracles in His name. And here we have what are called *Lazarus Centers* that are doing nothing more than fulfilling the prophesy of Revelations. But in 19:20, the scripture says: *And the beast was taken, and with him the false prophet that wrought miracles before him, with which he deceived them that had received the mark of the beast, and them that worshipped his image. These both were cast alive into a lake of fire burning with brimstone.* Why do you think these resurrected beings have to have a tattoo of the number three behind their earlobe? Satan is a sly one. Listen, what is three plus three? And what is three of those numbers mean? Only the true savior performed resurrections and not for profit. Beware. Do not be resurrected. Those who have already received the mark on their heads or hands will have chosen their fate. But when you die, trust only in the Lord to resurrect you into eternal life. Those who are resurrected here on earth go back into a dying vessel, are only given a few more years before going back to Hell, and sometimes come back crazy. You cannot cheat death---"

Dobbs stares at the old man who earnestly shouts his lungs sore to an audience that didn't seem to care much. He, himself, didn't take lightly the words of the preacher, for once upon a time, Dobbs' devout Catholic upbringing kept him in check. Those days have long since gone, but a semblance of the sentiment could be found in him.

His rogue behavior--- as wild it may have been--- was based on a code. He never exacted vengeance on anyone he didn't think had it coming. Although he bent the rules beset by his former employer, it was all in the name of finding justice. And, once upon a time, he lived for his family. And although he knows it is a sin, he would've drunk himself to

death had it not been for Ellion coming into his life. That, and a steady relationship with a beautiful teacher from the western district helped him change. He'd starting seeing Autumn August Falls before the trip down south, but the night before was when it was made official.

Dobbs sits with a beautiful young woman in an Italian storefront bistro. For the first time in what seemed like ages, he looks as if he's having a good time. The two sit with eyes affixed on each other. They are engaged in a deep conversation.

"--- so I have to literally shake this guy outta his socks for the confession!" Dobbs animatedly expresses as he reenacts the scene. Autumn looks on with surprise, laughing at the thought.

"Oh, nothing like that ever happens in my line of work. All I get is a bunch of 10 year-olds fighting over paste and glitter pens at art time."

"Well, consider yourself lucky. Sometimes--- sometimes the job can be too much. But I love the fact that I'm putting creeps away for the bad stuff they do. It's just that the system really seems to work in their favor sometimes. That's why I have to make up my on rules."

"Oooh, so, you're definitely one of those cowboys, huh? You play it fast and loose? I bet you're the type that jumps out of windows in the movies…"

"Not with the insurance premiums I'd have to pay for," he says with a chuckle.

They both laugh, and then it goes silent. It wasn't an awkward moment, more or less a transitioning period. Autumn sips her wine staring curiously at the rogue cop. His presence seemed to turn her on. She now wanted to get intimate with him. She says, "When my husband died last year, I swear that I could still feel him around. It was as if I wasn't a widow, more like still married. Do you ever feel that way? I mean, I know you haven't found your wife at all and---"

Dobbs shifts his weight in his seat. This wasn't an uncomfortable subject, but still touchy nevertheless. He looks at his left hand. "I feel---" he starts to say, "like--- yeah, she's still with me--- but not in the literal or spiritual sense. More like---"

He struggles with his words, looking for the right way to explain it. He then says, "When I lay in my bed, I can feel her lyin' next to me. At first I thought I was losin' it. My doc said it's because I haven't properly grieved…and now, even you might think I'm crazy. But--- I swear I could feel her creep into bed for a few minutes then leave. But in those few minutes, I would feel her small arm come across my chest. Feel her warm breath on the back of my neck. I could feel her body nestled up right next to mine…"

Exhibit 10

Autumn's eyes start to well up. She places her hand on Dobbs', feeling the tanned indentation where a ring once was. She then says, "Come home with me…"

Sean sits in the van looking into the laptop. Although it is shown delayed with a three second update for each frame, everything that Nolricco sees he sees with the sharpest of detail. He looks at the people she passes on the street, every one a different story. In all his years profiling people, he was now able to spot which ones were Necrosapiens with a sort of Necrodar. No matter if they tried to blend in with the rest, it was as if they had some iridescent glow that he and the camera sensed. Nolricco looks back for a moment, catching a frame of Ellion not too far back. This catches Sean by surprise, for her beauty had that kind of effect on him nowadays. He saves the frame and zooms in on Ellion. The stunning detail captures her acting like an unsuspecting pedestrian. In that scene she looks so natural sniffing the fruits from the produce stand.

"You know Ellion, you have me baffled." Sean says as they sit in his office. It had been a draining time for the two. They'd committed the better part of the day to exhausting every possibility in research, finally deciding to wind down. Though it had been a trying and unsuccessful period, they still found reason to stay lighthearted.

She curiously looks over at him. "Why is that?" she asks with a smile.

"Well, ever sine I've met you, I've been trying to get a pinpoint on your ethnicity. Usually I could tell on anyone else in an instant. But you---" he says, shaking his finger at her.

She looks flirtingly up and to the right as if she knew and would never tell. She then playfully queries, "Any guesses?"

He studies her features; soft, seamlessly flowing together in design. In it's simplicity she made beauty seem effortless. She had smooth, olive skin and slightly almond-shaped eyes which were a significant, robust coffee hue. Her hair's texture formed a deep wave and was shiny like polished brass, colored a deep auburn and black undertone. In his mind, Ellion was somewhat hard to figure out, still he took a guess.

"If I were a betting man, I would say that you're probably originally of Middle Eastern descent."

"Wow," Ellion says with astonishment. "Too bad you're not a betting man. What gave it away?"

He lies back, clasping his hands behind his head. "Actually it was a wild guess. Sometimes that's all you have in this profession."

"Well, I know that my mother's side of the family comes from Cyprus, but I heard that my great-great-grandfather was originally from Israel. My father's side is from Italy. Oh, but that's from long, long ago. I'm maybe fourth--- fifth generation, too far removed from my ancestors."

"Yet, the features of your ancestors remain prominent. What a good mix," this was Sean's attempt at giving her a compliment.

Ellion smiles, "I guess you can say that I have good genes."

Sean gets caught up in Ellion's beauty, so much so, that he snaps himself back into reality, stating, "Well, I guess that's about all the research we can do for the day, huh?"

"Yeah, I suppose so," Ellion agrees. They both look at each other, almost knowing what the other one was thinking. "You gonna be online later?" she asks.

Sean smirks. "You know me all to well Ellion. I'm not the one to give up so easily. I'm going to find out what Poe Coe means if it kills me."

"So then I guess I'll be chatting with you later then?"

"We'll make it a date…"

Nolricco makes her way down the bustling streets, covering four blocks at a snail's pace. The streets were now thinning out because it was getting late and the falling temperature drove most people home. They had been at this sting for about three hours now, and she was losing steam. Casually, she walks over to Ellion who has feigned interest in the magazine stand on the corner. Nolricco looks as if she is trying to find a specific newspaper article while the detective thumbs through a magazine.

"How long do we have to be out here?" she asks, now a bit impatient.

"Not too long yet," Ellion calmly replies. "Can you do another 45 minutes?"

"Not unless you give me something else to do. Everything's closing down," she says.

Ellion looks around the intersection. The crowd that flooded the streets not long ago had now dissipated into a trickle of pedestrians. Most of which were shopkeepers closing up for the night and aimless wanderers looking for something to do. She then looks over at the park across the street. It was desolate, and dark in some places because of the towering trees. To Ellion this seemed like the ideal place the killer would strike an unsuspecting victim.

She tells Nolricco, "I want you to start to walk over to the park as if you're walking home."

142

Exhibit 10

Nolricco looks over at the eerie park. It looked uninviting. With eyes widened, she harshly whispers, "I can't go over there!"

"Nolricco you have to," Ellion insists. "The killer is not going to attack you out in the open. It's either there or the alleys and I can't provide good cover from there. I'm afraid I might lose you, not be able to reach you in time."

Ellion looks at the anxiety growing on the young woman's face. She, too, was anxious; for she wasn't, herself, sure how it would play out. But something told her that it was now or never.

Ellion says to her, "Stay on the jogger's path where it's mostly lit. And any spot that becomes too dark start to whistle. I'll circle the other side and wait for you around the block." She then places her hand on her shoulder. "You're gonna be fine, I promise."

Nolricco lets out a silent sigh and looks over at the park. The tree branches stretch out like the long, skinny fingers of a skeleton; with its leaves shadowing any light given by the streetlamps, giving it no opportunity to touch the grounds. It felt like she was walking into the valley of the shadow of death without a comforter. Still, the brave young woman cross the street and into the park never once looking back. Dobbs witnesses the act and looks over at Ellion. She nods. He knew what that meant.

Ellion holds her ear and talks into her inner-canal earpiece. "Bravo team, this is Ellion. I'm letting Nolricco go into Echo Park alone. Do not, I repeat, do not pursuit. I'm going around to Fishers Avenue to meet up with her on the other side. Strike Unit, maintain radio contact and stay alert for my signal. Plain clothes set up a perimeter around the park. Suspect'll possibly be in all black clothing."

Nolricco walks through the park which seems to have grown dark since her arrival. Echo Park got its name from the small hills and caves therein that were able to reverberate sound perfectly. The trees surrounding the park acted as acoustic boards absorbing the sound, making all things heard within the park sound as if were in surround sound. It was an ideal place to take a date. Rent a boat and paddle out on the lake, when the full moon was out. Sounds of the night (crickets, cicadas, owls, etc.) blended in a harmoniously balanced opus. Tonight wasn't that night, though. It could also become a desolate place, lurking only with the homeless that found shelter in the caves, litter, and mischievous teens to say the least. But, it wasn't either of those extremes--- just quiet. Hauntingly silent…

Nolricco stays on the predominantly lit jogger's path, never once considering straying. This .3 mile stretch of shredded rubber and asphalt was the lesser of all evils enveloped around her. No need diverge from what was probably the only road to safety. The trees sway with the slight breeze that wafted through its branches. Shadows had a tendency to appear as figures out the corner of her eye, just to return to normal when stared at. Just as Ellion had predicted, the path swerved and dipped down into a patch of tall bushes where it became pitch black. The three lampposts ahead that were supposed to illuminate the

way had been broken out and tagged by vandals. Nervously, Nolricco whistles in an attempt to cut through the silence. Her melody produces a shrieking response from the park, causing her to immediately stop. Instead, she opts for a silent prayer in which she recites over and over. With each step she tries to remain as silent as possible; maneuvering each foot over twigs that would snap, leaves that would crackle, pebbles that would crumble. Her night vision gave her a handle on being in the darkness, putting a bridle on becoming totally paranoid. Sean was also able to clearly see where she was going, but her inability to keep the camera uncovered and the park's trees and hills wreaking havoc on the reception caused the images to come back with interference and an even longer delay.

"I can still see where you're going," Sean says to Nolricco. "Don't worry, you're doing fine and you're about a little over half-way out of there."

After what seem like an eternity in the darkness, Nolricco safely emerges on the other side. She releases a small sigh, happy that battle is over, for just another seem to lie ahead. There was what appeared to be a person lying on the bench just a few feet ahead draped in a dark trench coat. Nolrocco speeds up her pace, trying to quickly sneak past the person. In the act, she brushes past a bush, rustling the leaves. This causes the figure to begin to rise like the dead. It turns its head in her direction as it fully rises from the bench, now curiously beginning to follow her. This sends the young woman into panic, for she was sure that this was the killer. Her fast trot turns into a jog, trying her best to remain calm. She looks back in the process, causing her to trip on a fallen limb. The figure draws closer. Nolricco freezes in shock as the hand of the figure reaches out toward her. She closes her eyes and prepares for the worst.

"You shouldn't be out her at a time like this…" the old man says. It was Lenny; the homeless man from Archer's Square. He helps the young woman to her feet.

Nolricco brushes off her bruised knees and says, "I know--- which is why I'm running home."

"Heard there are bad people about," Lenny declares.

"Shouldn't you find somewhere safe to be then?"

Lenny looks around dauntingly pounding his chest, mocking the frightening surroundings. "I am the city and the city is me. I would know danger before it had a chance to sneak up on me. Still, it's not safe for you to be out. Something preys---" He lets out a sinister chuckle, as Nolricco slowly backs away from him. Before she leaves he asks, "Could you spare some change? I just saved your life---"

"Sorry!" she yells, as she promptly heads off.

The worst of the park was over. Nolricco could see the end of the trail and Ellion awaiting her. In contrast to the intense anxiety experienced throughout the trek, this is the

144

Exhibit 10

most calm she's felt. And it grew with each step she takes toward the exit. She waves to Ellion, cracking a smile of relief as if this was an accomplishment of sorts. Ellion waves back. It looks as if they were family reuniting after years apart. Then, in an instant, it goes from well to worse.

Ellion's expression changes dramatically, for she sees an ominous figure emerge from the shadows and seemingly hone in on Nolricco at an exaggerated pace. The person motions as if it is walking, but looks more like it glides across the ground. The very sight of this person sends a shooting pain of fear into Ellion's heart; a pain of which she has never experienced before. Because the person seem to give off a deep, negative, supernatural aura. His ungodly disposition sent Ellion's sense into overload. Ellion then knew without a shadow of doubt that this was the Necro killer.

Nolricco notices Ellion's change of expression and looks to her rear. She cannot even begin to comprehend what she is now seeing. She turns to run, but cannot move fast enough. It is as if fear has caused her muscles to seize and now begin to move like cold honey. This felt like a nightmare, when the antagonist appeared out of nowhere just to catch you because you didn't have time to evade. He grabs Nolricco and draws her close to him. His left hand wraps her from behind, underneath her arm, working its way up to her face. Shock has caused her to become limp in his hands. He turns her head to the side, staring at the tattoo placed on her earlobe. He then draws his weapon from behind his back. It is a short sword just as Sean predicted.

The hilt is fashioned with a grip made of a finished wood from the tropical Lignum Vitae tree and grafted with silver inlay, adorned from pommel to guard with elaborate, ancient designs carved and embossed and emblazoned mystical jewels. The durable, platinum blade is a bit thicker than pencil lead, dangerously sharpened at the point, highly polished, with a net of gold filaments running the length. This is a weapon never seen before by anyone; for the supernatural blade looked as if it were fashioned in the depths of a bottomless pit.

The killer, himself, looks like the walking incarnation of Death, personified in a horrifying form. He wears all black with a tattered trench coat that seems to be a living being all in itself; for it waved like kelp in the water when there was no breeze around him. His face is almost indescribable. His complexion is a sickly grey with slightly disfigured features, almost as if he were decaying. His eyes--- once a vibrant brown, now were a faded rust color, piercing into the very depths of Ellion, yet he expresses no emotion. His black, ear-length hair is tousled and wispy, giving him a more menacing appearance.

Ellion has drawn her light cannon and points it at the man. "NAPD, drop the weapon!" she commands. Dobbs from afar off sees Ellion pointing her firearm and shouting into the park. Instantly, he starts running to her aid.

The next moments happen in slow motion...

145

Exhibit 10

The man, completely ignoring the command, presses a button on the sword. The blade hums in an uncanny tone then slowly changes color from orange to a deep red, finally changing to white. Nolricco looks at Ellion with pure terror etched on her face. A single teardrop runs the course of her cheek. She mouths something inaudible to the detective before he quickly pierces her head, striking like a stingray. He then presses another button, as a flash of light blue light exits from all orifices. She drops lifelessly to the ground. A plume of smoke lightly billows from her mouth. The shock short circuits the camera, causing it to slightly peel from her chest.

Ellion fires her weapon, pumping round after round into his chest. The lightning wraps around the man like an electric web. Although the rounds move him back, they seem to have no other effect on him. Ellion then charges in a blinding rage toward him. Dobbs has just missed grabbing her by mere inches when she nears the killer. She is met with the sharp blade to her midsection. She pulls back to reveal her bloodied torso, now, clenching it in pain. She collapses soon after.

Without a second of hesitation, Dobbs instinctively shoots his firearm, aiming dead center in the killer's forehead. He jolts forcefully from the impact, crosses his eyes, and then falls limp to the ground.

All the other officers, including Sean and even Captain Houston arrive on the scene. Sean looks at Ellion lying on the ground and fights to hold back emotion. Dobbs breathes laboriously still pointing his gun in the direction of the park as Captain Houston comes from behind, placing a hand on his shoulder. With the other hand, he gently lowers the firearm, taking it away from him.

The medics arrive on the scene almost instantaneously and first rush to Ellion's side, taking out a small scanning device to check her vital signs. The green laser goes up and down her body before beeping.

"She's alive, but we gotta rush her to the hospital now! She's preagnant…"

Dobbs is too numb to even hear the revealing bit of information just given, as he stands in the middle of the chaos. He doesn't even notice as Nolricco's body is zipped up in a black bag and placed in the coroner's wagon. Everything becomes a slow motioned blur around him; paramedics scrambling to assess the injured, officers trying to block the oncoming swarm. Dobbs is then suddenly brought back to real time when he hears the scanning device beeping loudly when they scan the body of the killer.

"This can't be right," the medic says as he checks the device.

He walks over to the killer, painstakingly kneeling down beside him. Dobbs is at first reluctant to, but still chooses to discover what his gut already hauntingly assumes. Slowly, he pulls back the hair of the killer and discovers, to his shock, three capital I's on the earlobe.

146

Exhibit 10

LC COPYRIGHT

0 024 694 406 4

Exhibit 10