**EXHIBIT 11**



COPY OF DEPOSIT

TXu 1-317-404

Exhibit 11

TXu 1-317-404

# NECROSTORY (WORKING TITLE)*

*Added by Copyright Office from application.

Exhibit 11

## Synopsis for Necrostory[*]

© 2006 Chris Fillmore



The year is 2080…

On the cusp of a medical breakthrough, great advances in science have made it a possibility for humans to be resurrected a span of time after death, even if termination resulted in destroyed limbs, major organs, and tissue. Only a great portion of the cerebrum need be intact and recovered in order for the process to work. Initial test in animals proved promising, and the next phase of experimentation on a more sophisticated specimen was imminent. In conjunction with the already-perfected cloning process, this meant that the quality of life in a human being could double. It was now commonplace for one to live to age 140 or more.

Billionaire Thomas Fairbanks III--- who earned his fortune from real estate, oil, and venture capital--- succumbs to prostate cancer just as scientists were making the phenomenal breakthrough, but inevitably becomes the perfect candidate for the inaugural resurrection. He was one of the first who generously endowed the "Lazarus Project" in order to save his wife who died of breast cancer many years before. His dying wish was to become a test subject "for the cause" and was rightfully deemed worthy for phase four human testing.

After the successful and much-publicized reanimation of Thomas, there was a mix of acceptance and outcry in the nation. While some felt the Lazarus Project was a Godsend and embraced it, many thought it was an abomination. Soon after Thomas' reanimation, more people elected to have either themselves reanimated upon death or tried to retrieve loved ones whom have already passed. At first, this was a luxury only afforded to the wealthy and elite, but since research was still sketchy on the long term effects, scientist needed more test subjects. That is when the government offered to not only subsidize the project they also passed a bill in the process beneficial to the scientist. Similar to an organ donor's endorsement on ID's and driver's licenses, the first 1,000,000 people who applied could elect to be resurrected, in exchange for tax breaks and other amenities. The downside was that they were now the property of the government and upon resurrection, they had to register into a database. In addition, they were also tagged with a microchip underneath the earlobe used to trace them for the rest of their second life. Nevertheless, thousands of people were reanimated over the course of the next ten years. Some even say that the suicide rate tripled as a result. The clinical term for the brooding race is called Necrosapiens, while the slur, Zee Pees is used by others.

These regenerated humans functioned in all respect like normal people, but suffered from a phenomenon called soul flux; where part of who they used to be was gone into the

---

[*] Working title subject to change.

1

Exhibit 11

oblivious void between this and the other world. As a result, some of their actions and idiosyncrasies would be unlike their former self. And in their eyes, you could see that they ambiguously resided in what we call the real world. Although extremely rare, a smaller minority suffered irrecoverable and extreme personality changes resulting from the flux. Since reanimation was still in its infancy stages, scientist theorized it was due to the brain's inactivity for long periods of time. So, they put a limit on how long one could be deceased before successful reanimation was deemed plausible.

With the each reanimation, violence stirred and political dismay from extremist increased. Riots struck out around Lazarus clinics. Necrosapiens were constantly attacked and threatened. The public was split between those who feared civil unrest stemming from the violence, and those who feared repercussions from a higher power. It even went as high as Congress, as heated debates over even the fundamental elements of necrosapiens were discussed. Split down the middle on the issue, one thing they all could agree upon; they needed rights granted to them and laws that protected them. Since the laws that governed and protected humans were absolved upon death, a new set of laws were also mandated. The bill was passed in order to protect necrosapiens from the public and the people from their still unknown nature.

Necrocide was treated like capital murder across the board. So, up until that time, the most harm anyone dared to put upon them were beatings from radical hate groups that were, at best, remote incidents.

The story begins on the night of the murder of a necrosapien. It is another killing in a series that has just occurred in [Metro] City. The recent murder spills over into the jurisdiction of the two detectives that are focused on; Sylvio Dobbs and Clara Ellion. It is secretly witnessed by a college student by the name of Naomi, who happened to be walking home near the docks the moment it occurred. She is at first reluctant to help because she, herself, is a necrosapien and fears she might be next. Ellion convinces her that she is in much better hands than fending for herself, and so Naomi entrusts her safety with the two detectives.

Ellion is an ace detective; the youngest in history to make rank attributed to her high-standing scores on any test given, and a preternatural ability to work cold cases. She is the fourth partner to Dobbs--- who is one foot away from being asked to retire early. His ability to bend the laws in every way to seek justice and lack of respect for authority made him an unpopular choice among his fellow officers. Most detectives who were offered the chance to partner with him quickly shied away, but she accepted the challenge. Uncannily, she was unable to be scared away. And some say that she tamed him. Captain Harrison is so impressed with the duo's results--- especially so with Dobbs' change--- that he invites them to head the new special unit.

The serial murders mark the first case for the newly-established Necrocide unit, which also brings to the forefront a wave of feelings both personal and professional from the detectives. Ellion's personal stance is mixed, while Dobbs, on the other hand, never really has a clear justification as to why he is indifferent to Necrosapiens. For him, the

> **Comment [C1]:** I correlate this character's personality similar to both Detectives Robert Goren and Alexandra Eames. Characters on *Law & Order: Criminal Intent*.
>
> **Comment [C2]:** He is similar to Detective/Officer James 'Jimmy' McNulty, from HBO's *The Wire*.
>
> **Comment [C3]:** She had to make a choice to not only terminate her comatose mother, but fight her now estranged twin sister on the issue whether or not to bring her back. Clara knew that her mother would not want to be resurrected, while Sara, blinded by the sole desire to get her mother back, just fought it out through litigation. In any event, the limitation of resurrection had expired, making it too difficult to do so. This made Sara resentful of her sister and only added to the deep depression she already harbored but completely hid. This, along with other personal demons haunt her, but she hides it behind a well-preserved guise.

2

Exhibit 11

murder just makes for a long investigation. Still, save for an occasional comment of apathy from Dobbs, they don't let it get in the way of exacting justice.

There are several copy-cat murders that pop up along the way, serving as a red herring for the detectives. But, it doesn't throw them off the trail for too long. After the arrests of other necro-murderers, the true killer continues to leave a trail of bodies in his signature mark; a cauterized piercing to the brain. Through help from the neighboring precinct--- who is too busy to prioritize their Necrosapien cases--- they discover by way of crime scene photos that the wave of serial murders is done by a cunning, methodical assailant who leaves no form of evidence, save for the wound. It was initially theorized that it was inflicted with an awl, ice pick, or something related to the two, and heated in some fashion. Although a penetrating cranial wound of that magnitude is survivable, what the detectives couldn't figure out is how it was fatal in all victims. That is when further autopsy analysis proved that it was done with something else; an instrument uncommon to what anyone has seen before.

> **Comment [C4]:** They later find out that it was a customized short sword. The blade is about 8" in length, sharp and thin as an awl, made with a heating element within the blade used to cauterize the wound, and also weaved with gold filaments so that a powerful electric current could shock the brain, ensuring death. The power source was stored in the hilt.

The serial murders then bring national media attention, causing the FBI to become involved in the investigation, headed by Special Agent Allison Ponté. After gathering what evidence the detectives acquired, she kindly but firmly tells the department to step aside. This puzzled Ellion. If there was a special unit designed to take on cases such as this--- which she and Dobbs were the lead detectives of--- why then, were federal agents becoming involved if the killings didn't involve influential or political figures or showed signs of terrorism? Ellion, who now has a personal stake in the case, isn't deterred and continues to investigate. She urges Dobbs--- who is at first reluctant--- to come along and with the help of Maddox Lewis; a reporter for the newspaper *The Interpreter*, they seek the answers to this brooding mystery.

> **Comment [C5]:** It is later revealed in succeeding novels that it was part of the Purification.

They decide the best way to approach this investigation is by separating and focusing on a specific issue. The deeper they go, the more complex as to the origins of how the Lazarus Project began get. Ellion goes to the local Lazarus Clinic where she speaks candidly to the Chief of Necro-medicine Dr. Paul Houston. Although forbidden to do so, he tells her about how initial testing yielded unusual results in the subjects. How, some suffered from what is called a soul flux. This is when the body and spirit have been separated for an extended period of time, causing a different being once the two are joined again. She also asked about the nature of the peculiar tattoo given to all the necrosapiens. The doctor explained it was a result from the reanimated skin reacting to the implanted homing chip producing the particular three "I" figure. Uneasy with that answer, Ellion thanked the doctor and left with the viable information given.

> **Comment [C6]:** It is revealed in succeeding novels that there is also an asylum specially built for the extreme cases of necrosapiens that have went mad due to various failed test. Examples include; ones who have been reanimated multiple times, ones who have been deceased for long periods of time upon reanimation, etc.

> **Comment [C7]:** It can be better explained correlating with the pod transfer in the movie *The Fly*.

Dobbs does some old-fashioned police work. With the help of Naomi--- whom he initially doesn't particularly care for--- and the department's eclectic but extremely intelligent forensics scientist, Dr. Madison Brindle, Dobbs works the tips given by anonymous sources and walks old crime scenes for leads. This is all done under the radar of their captain.

3

Exhibit 11

One night, while surfing the internet, Maddox stumbles upon a website dedicated to conspiracy theories, most of them about the Lazarus Project. Some were laughable but respectively plausible. For example, one theory stated that some famous celebrities have been reanimated. One in particular theorized that famous actor Tom Pitt was actually resurrected once before. It is rumored that he'd crashed his Maharini while vacationing on the Okemos Islands during the hiatus of production of his latest summer blockbuster. It also goes on to say that the hiatus was extended because he had to be brought up to speed about the movie plot and relearn his lines. Most people agree with that theory, because half-way through the film, one could tell his slight personality change and "expressionless gaze" in which editors manipulated the best they could. Of course his publicist still vehemently denies it and says that his attitude change was due to "script conflicts."

The one that really piqued Maddox's interest theorized that the Lazarus Project was originally drafted and funded by The Three, Thomas Fairbanks was a front, and that one of the reasons it was initiated was for the advancement of modern-day warfare. If a soldier was killed in combat, he could be resurrected in a matter of days and put back on the front line. The writer backed this by pointing out the recent development announced by the military not long ago. Special Aivlar helmets were built with the same technology airlines used for the black box. [Comment [C8]: They were given to the troops with the secret intention of preserving their brains.] The theory was further backed by a recent, small conflict in Kenya. The theory goes on to say that it was purposefully started with the intention of testing on the soldiers who intervened the civil clash. Many were given faulty weapons and old Kevlar to purposely be slaughtered and regenerated. Some of the Kenyan villagers are still frightened because of the "ghost who kept fighting." When the reanimated soldiers eventually came back home and family noticed a change in them, post-traumatic stress was quickly diagnosed as the cause when actually, soldiers were resurrected two or even three times. It's been said that that project was quickly scrapped because many of the soldiers couldn't readjust to civilian life based on their psychosomatic breakdown brought on by the soul flux phenomena.

Another theory is that the project was initiated to dispel the existence of God. When scientist and doctors couldn't gather irrefutable information from people who went through near-death experiences brought on by the relatively short periods of clinical death, this was seen as an opportunity to learn from people who could be gone for up to several months. But, information from that also became inconclusive because the resurrected could only attribute their time dead as a "period of brief sleep" before they woke up in a Lazarus Center. Maddox was convinced this would be a lead worth checking, so he decided to track down the webmaster, which wasn't an easy task.

Initial emails to the webmaster were replied with highly encrypted messages; a mixture of binary code and hieroglyphs, all of which were signed: "Mr. Nice Guy ;~)" After trial and error, and with a little help from Dr. Brindle, the messages led him to Samuel Nice. He was what some would call a functional paranoid schizophrenic. With an IQ of 155, he was a complete shut-in who lived in an apartment lined with aluminum foil for wallpaper. He did everything through his computer, so there was no need for him to leave his place.

4

Exhibit 11

Along with running the website, he made a decent living as a consultant for a computer company but gave most of it back in taxes to the government for "protection."

At first, Maddox couldn't take him seriously, because he would talk very cryptic. It was a defense mechanism for Samuel, used to deter reporters who saw him as an oddity and the ones who were supposedly spying on him. That is, until things he said in reference to the Lazarus Project and current events correlating with his theories made sense. Maddox wondered how he knew so much. That is until Samuel would periodically but ambiguously hint at him playing a small part in the early stages of the Lazarus development throughout their conversation. Maddox would go to see him periodically and correspond through highly encrypted emails, gathering the viable information.

When they spoke face to face, the two would talk in a hushed tone and for short periods of time because "they" were listening to them. It would prove to be right, because on his final trip to see Mr. Nice, he was murdered. Someone had shot him in the chest sniper style but took the effort to break in and ransack his apartment. He was able to hold on and utter his dying words to Maddox, "Poe Coe--- Poe--- C---Coe..."

Poe Coe perplexed Maddox, but what was even more confusing was The Three Samuel had initially spoken of. Still, he took this and other prevalent information to Ellion and Dobbs. After exhausting the possibility Poe Coe was an ancient book, a mythological rite done by a sect, or even the name of a secret organization or cult, the three were stuck. That night, Ellion walked into her apartment and turned on the television as she unwound from the day's events. It happened to be tuned to a late-night movie, where one of the actors mentioned someone by the name Poe Coe who was a voodoo pretest in Louisiana. The movie was based on a book penned by the author's real life experiences with hoodoo and voodoo in the South. Ellion tracked the author, who in turn led them in the direction of the real life Poe Coe. She lived in the Louisiana bayou, miles away from civilization, accessible only by a short boat trip.

Blind in one eye, she eerily mentioned that she'd dreamt a meeting of the three would come soon. She explained that years ago, when she came into the city to visit her granddaughter, she had seen a despondent young man drowning himself in booze. He claimed to be involved in an "abomination that could lead the world to damnation." She could feel that he was conflicted as to what to do. She advised him that he should "get away from the badness before his soul gets scarred permanently."

That young man was Samuel Nice.

She also confirmed Samuel's theories to him years before they eventually came to pass. There was a small civil conflict in Kenya in which military forces intervened. It wasn't highly publicized and had no conclusive data of the death toll. Also, at one point in time, the mortality rate became high in a small part of Europe. Then, just as suddenly as it rose, it decreased. Poe said it was because the "people who wanted to know" weren't satisfied with reports from the other side. Meaning, the resurrected could not give an accurate account as to what happened while being dead. She said, "God got wise to us. He saw

5

Exhibit 11

someone would eventually play Him, so he say, 'I'll change it around so you don't know. Everybody go to limbo...'" She also predicted that there would be an angel of death dispatched to "purify the corrupt," alluding to the Necro-killer back in the city.

She'd uncannily answered questions before they'd asked them, but still Ellion wasn't satisfied. She needed help finding the elusive killer and the purpose of the tattoo branded on all the necrosapiens. And, Maddox was curious about The Three. Could the tattoo and The Three be one in the same? Poe Coe couldn't clearly answer as to the origins of The Three, only that they were the "three headed beast that watched the gate..." As to the tattoo and The Three being correlated, she agreed that they were on the right track. She also said in order to catch the killer they'd have to "cunningly ensnare the predator."

Back in the city, Ellion became frustrated because it seemed as if the FBI weren't taking the case as seriously as she would have. That is when she got an idea. Going on the enigmatic and almost vague advice given by Poe Coe, she convinced Naomi to be used as bait so that she can lure the killer into a trap. It works, but Naomi is inadvertently sacrificed in the process. The killer flees to his hideout where he is apprehended. The weapon used in the killings is seized while Dobbs pins him to the floor. He openly admits his guilt in the midst of incoherent, mad ranting. They take him back to the station where they are promptly met by his lawyer; an experienced and therefore expensive attorney, who finds a technicality in their arrest and seizure and successfully issues a writ of habeas corpus, releasing the killer. It was almost impossible to believe, but in the midst of the excitement and confusion of capturing the killer, Dobbs fails to advise him of his Miranda rights. What was even more unbelievable is that the lawyer knew everything.

Since it was an ongoing FBI investigation, an infuriated Special Agent Allison Ponté puts the pressure on their captain. She insists that Dobbs and Ellion messed up months of investigating with the arrest and subsequent release of the killer. With the chief now involved and threats to contact the mayor if action isn't taken, in an effort to appease, the captain suspends Ellion and fires Dobbs.

Grief stricken with guilt from getting Dobbs involved in the first place and fired as a result, the pointless death of Naomi, along with unresolved remorse she had losing her mother, as well as the strain of her estranged relationship with her sister took its toll on Ellion. She finally broke down from behind the front she'd carefully constructed and succumbs to her own demons. She takes her own life with a bottle of sleeping pills. A note lay on the desk beside her body saying, "I'm going to sleep now, and I do not wish to be awaken..."

Dobbs, in an effort to exact vigilante justice, relentlessly hunts the killer who has since skipped town. After weeks of careful surveillance, Dobbs tracks him down and corners him. The killer was back doing what he does best in another city. Blinded by vengeance, Dobbs aims his weapon at the killer, who has now taken an innocent bystander as a victim. After a small standoff the killer stabs his victim; in the same instant, Dobbs fires. The bullet strikes him in the chest, sending him to the ground. With his last ounce of strength he utters something incoherent and stabs himself in the same fashion. The

6

Exhibit 11

kamikaze act displayed by the killer shocks Dobbs. He slowly approaches the body, afraid to see what he think he already knows. He kneels down and turns the head of the killer to reveal three I's tattooed on his earlobe.

7

Exhibit 11