KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
ERIC M. STAHL (State Bar No. 292637)
 ericstahl@dwt.com
DIANA PALACIOS (State Bar No. 290923)
 dianapalacios@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
BLUMHOUSE PRODUCTIONS, LLC;
JASON BLUM; JEREMY SLATER;
LIONS GATE FILMS, INC.;
JEANETTE BRILL; LUKE DAWSON;
ROBYN MARSHALL; JIMMY MILLER;
RICK OSAKO; and CODY ZWIEG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER "CHRIS" WAYNE FILLMORE, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>LIONSGATE FILMS; JASON BLUM individually and/or d/b/a Blumhouse Productions, a proprietorship; JEANETTE BRILL individually and/or d/b/a Blumhouse Productions, a proprietorship; LUKE DAWSON individually; MATTHEW KAPLAN individually and/or d/b/a Chapter One Films, a proprietorship; ROBYN MARSHALL individually and/or d/b/a Chapter One Films, a proprietorship; JIMMY MILLER individually and/or d/b/a Mosaic Management & Production, a proprietorship; RICK OSAKO individually and/or d/b/a Catchlight Films, a proprietorship; JEREMY SLATER, individually; CODY ZWIEG individually; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. **2:16-CV-04348-AB-SS**<br><br>**SUPPLEMENTAL DECLARATION OF ERIC M. STAHL IN SUPPORT OF DEFENDANTS' MOTION TO RECOVER ATTORNEYS' FEES**<br><br>Hearing Date:  August 18, 2017<br>Time:           10:00 a.m.<br>Courtroom:     7B<br><br>[Reply Brief Filed Concurrently] |

# SUPPLEMENTAL DECLARATION OF ERIC M. STAHL

I, Eric M. Stahl, declare as follows:

1. I am an attorney admitted to practice before all the courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP, and one of the attorneys representing Defendants Blumhouse Productions, LLC, Jason Blum, Jeremy Slater, Lions Gate Films, Inc., Jeanette Brill, Luke Dawson, Robyn Marshall, Jimmy Miller, Rick Osako and Cody Zwieg ("Defendants") in this matter. The facts stated below are true of my own personal knowledge.

2. This declaration is offered in further support of Defendants' Motion to Recover Attorneys' Fees ("Fee Motion"), and supplements my prior declaration filed July 21, 2017 (Dkt. No. 99-1) in support of that motion.

3. As described in my prior declaration, Defendants incurred a total of $78,307 in attorneys' fees in defending this action through July 20, 2017.

4. In the regular course of business, my firm maintains billing records reflecting the hours each attorney and paralegal works daily on each matter. I have reviewed these billing records for the timekeepers working on this case, for the period of July 21 through August 4, 2017. Based on my review of these records, Defendants incurred additional attorneys' fees in connection with this matter for work performed from July 21 through August 4, 2017, as follows:

    a. I performed 27.6 hours of work, at a reduced rate of $400/hour, for a total fee of $11,040;

    b. My partner, Kelli L. Sager, performed 3.7 hours of work, at her reduced rate of $535/hour, for a total fee of $1,979.50;

    c. Our colleague Diana Palacios performed 8.4 hours of work at her reduced rate of $375/hour, for a total fee of $3,150; and,

    d. Paralegal Ben Planchon performed 2 hours of work at a rate of $125/hour, for a total fee of $250.

1

The work noted above included final preparation and filing of the Fee Motion; preparation of the reply and other papers submitted in further support of the Fee Motion; work on Defendants' Opposition to Plaintiffs' Motion for Reconsideration; and case administration. All of the foregoing work was reasonably and necessarily performed in connection with the defense of this action.

5. As a result, Defendants have incurred an additional $16,419.50 in fees from July 21, 2017 through August 4, 2017.

6. Accordingly, Defendants seek a total of $94,726.50 in fees in connection with their defense in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 4th day of August, 2017, in Seattle, Washington.

*/s/Eric M. Stahl*
Eric M. Stahl